IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Civil No. 3:22-CV-00093-PDW-ARS

| | | |
|---|---|---|
| Jessica Allen, individually and on behalf of the Heirs at Law of Lacey Higdem, | ) ) ) ) | |
| Plaintiff, | ) ) | **DEFENDANTS MYLES BRUNELLE, APRIL AZURE, AND ROLETTE COUNTY'S MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) ) | |
| Myles Brunelle, in his individual capacity; April Azure, in her individual capacity; Rolette County; Roy Cordy, MD; and Presentation Medical Center, | ) ) ) ) ) | |
| Defendants. | ) ) | |

\*\*\*                \*\*\*                \*\*\*

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D.N.D. Civ. L.R. 7.1(A),

Defendants Myles Brunelle, in his individual capacity, April Azure, in her individual capacity, and

Rolette County request summary judgment dismissal with prejudice of all of Plaintiff Jessica

Allen's lawsuit claims against them.

This motion is supported by the memorandum of law and affidavit filed in support hereof,

and all materials contained on the Court's docket.

Dated this 16th day of December, 2024.

BAKKE GRINOLDS WIEDERHOLT

By:    /s/ *Grant T. Bakke*
Randall J. Bakke (#03989)
Shawn A. Grinolds (#05407)
Grant T. Bakke (#09106)
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247

- 1 -

- 2 -

(701) 751-8188
rbakke@bgwattorneys.com
sgrinolds@bgwattorneys.com
gbakke@bgwattorneys.com

Attorneys for Defendants Myles Brunelle, in
his individual capacity; April Azure, in her
individual capacity; and Rolette County

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, a true and correct copy of the foregoing **DEFENDANTS MYLES BRUNELLE, APRIL AZURE, AND ROLETTE COUNTY'S MOTION FOR SUMMARY JUDGMENT** was filed electronically with the Clerk of Court through ECF.

Andrew J. Noel
Marc E. Betinsky
Julie Moroney
Robins Kaplan LLP
800 LaSalle Avenue
Ste 2800
Minneapolis, MN 55402
anoel@robinskaplan.com
mbetinsky@robinskaplan.com
jmoroney@robinskaplan.com

Timothy Q. Purdon
Robins Kaplan LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58503
tpurdon@robinskaplan.com

Megan J. Flom
Randall S. Hanson
Camrud, Maddock, Olson & Larson, LTD
PO Box 5849
Grand Forks, ND 58206-5849
mflom@camrudlaw.com
rhanson@camrudlaw.com

By:    */s/ Grant T. Bakke*
       GRANT T. BAKKE