UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Civil No. 3:22-cv-00093-PDW-ARS

Jessica Allen, individually and :
on behalf of the Heirs at Law of :
Lacey Higdem,                    :
                                 :
                 Plaintiff,      :
                                 :
    -vs-                         :
                                 :   1:22-CV-00041
Myles Brunelle, in his individual :
capacity; April Azure, in her    :
individual capacity; Rolette     :
County; Roy Cordy, MD; and       :
Presentation Medical Center,     :
                                 :
                 Defendants.     :

TRANSCRIPT OF

AUDIOVISUAL DEPOSITION OF SHERIFF NATHAN GUSTAFSON

Taken At
300 West Century Avenue
Bismarck, North Dakota
April 12, 2024

(APPEARANCES AS NOTED HEREIN)

**Exhibit Y**

2

```
 1                    A P P E A R A N C E S

 2
           MR. ANDREW J. NOEL
 3         MS. JULIE C. MORONEY
               Robins Kaplan LLP
 4             Attorneys at Law
               Suite 2800
 5             800 LaSalle Avenue
               Minneapolis, Minnesota 55402
 6
                              FOR THE PLAINTIFF.
 7
                        --------
 8
           MR. GRANT T. BAKKE
 9             Bakke Grinolds Wiederholt Attorneys
               Attorneys at Law
10             300 West Century Avenue
               P.O. Box 4247
11             Bismarck, North Dakota 58502-4247

12                            FOR THE DEFENDANTS,
                              MYLES BRUNELLE, APRIL
13                            AZURE AND ROLETTE
                              COUNTY.
14
                        --------
15
           MR. RANDALL S. HANSON
16             Camrud, Maddock, Olson & Larson, Ltd.
               Attorneys at Law
17             401 DeMers Avenue, Suite 500
               P.O. Box 5849
18             Grand Forks, North Dakota 58206-5849

19                            FOR THE DEFENDANTS, ROY
                              CORDY, MD, AND
20                            PRESENTATION MEDICAL
                              CENTER.
21
                        --------
22
           ALSO PRESENT:
23
               MR. BRAD LICK, Videographer
24
                        --------
25
```

3

1                        **C O N T E N T S**

2

DEPOSITION OF SHERIFF NATHAN GUSTAFSON          Page

3

      Examination by Mr. Noel.................   5

4

      Examination by Mr. Hanson..............  220

5

      Examination by Mr. Grant Bakke.........  229

6

      Further Examination by Mr. Noel........  238

7

                   --------

8

CERTIFICATE OF COURT REPORTER...............  246

9

                   --------

10

DEPOSITION EXHIBITS:

11

No.        Description                      Marked

12

90         Public Statement, DOCR-001928......   75

13

91         Rolette County Jail Policy and
14         Procedure Manual, RC0170-RC0417.... 109

15         92         January 18, 2021, Email,
                      DOCR-002681........................  215
16

93         December 14, 2021, Email,
17         DOCR-003129........................  217

18         94         Interview of Tara Willard,
                      DOCR-002643........................  236
19

                   --------

20

21

22

23

24

25

4

1    (Deposition of **SHERIFF NATHAN GUSTAFSON**, a
2    witness of lawful age, taken on behalf of the
3    Plaintiff in the above-entitled cause, pending in
4    the District Court of the United States for the
5    District of North Dakota, pursuant to notice,
6    before Stephanie A. Smith, a Registered
7    Professional Reporter and Notary Public in and for
8    the State of North Dakota, at the law offices of
9    Bakke Grinolds Wiederholt, 300 West Century Avenue,
10   in the City of Bismarck, County of Burleigh, State
11   of North Dakota, on the 12th day of April, 2024,
12   commencing at 8:31 a.m., counsel appearing on
13   behalf of the respective parties as hereinbefore
14   indicated:)
15        ------------------------
16        (The following proceedings were had and
17   made of record:)
18        THE VIDEOGRAPHER:  This is the audiovisual
19   deposition of Sheriff Nathan Gustafson being taken
20   on behalf of the plaintiffs in the matter of
21   Jessica Allen, et al., plaintiffs, versus -- versus
22   Myles Brunelle, et al., defendants.
23        This deposition is being held on April 12,
24   2024, at the offices of Bakke Grinolds Wiederholt
25   at 300 West Century Avenue, Bismarck, North Dakota

5

1    commencing at 8:31 a.m.
2        My name is Brad Lick and I'm the
3    videographer.  The court reporter and notary public
4    is Stephanie Smith.
5        Will counsel please state their
6    appearances.
7        MR. NOEL:  Andrew Noel for the plaintiff,
8    and my colleague Julie Moroney will be here
9    shortly.  There will be a minor disruption when she
10   comes in with some copies that she's out making.
11       MR. GRANT BAKKE:  Grant Bakke for Rolette
12   County, April Azure and Myles Brunelle.
13       MR. HANSON:  And Randall Hanson for
14   Presentation Medical Center and Dr. Roy Cordy.
15       **SHERIFF NATHAN GUSTAFSON,**
16   being first duly sworn, was examined and testified
17   as follows:
18                    **EXAMINATION**
19   BY MR. NOEL:
20       Q.   Okay.  Sheriff, you understand we're here
21   to talk about primarily a death that happened in
22   custody at the Rolette County Jail back in June of
23   2020, I assume; right?
24       A.   Yes.
25       Q.   Did you in preparation for your

6

1    deposition -- I understand you're represented by
2    Mr. Bakke so I don't want to hear about
3    conversations that you've had with Mr. Bakke, but I
4    am curious if you've reviewed anything specifically
5    with an eye toward getting ready for your
6    deposition.
7        A.   Yes.
8        Q.   Okay.  Tell me what you've reviewed,
9    please.  And, again, specifically with regard to
10   the depo.
11       A.   Several documents.  I believe it was
12   Zachmeier's deposition and Kim Nadeau and Dixie
13   Gladue.  Also some policies from that time.
14       Q.   Anything else you can think of?  And
15   that -- those are, in fact, documents.  You're
16   right.  Anything else in terms of documents, video,
17   photographs, reports?
18       A.   No.  Not that I remember.
19       Q.   And do you remember Zachmeier in his
20   deposition, he testified that -- it was his
21   understanding that you fired Brunelle and Azure.
22   Did you remember reading that in his deposition?
23       A.   Correct.  I remember reading that, yes.
24       Q.   Is he wrong about that?
25       A.   Yes.

7

1        Q.   Did you tell him you fired the two of
2    them?
3        A.   I don't recall.
4        Q.   Did you give -- did you try to give anyone
5    the impression that you fired Brunelle and Azure?
6        A.   That's tough to say if I gave somebody the
7    impression.  If I -- if I say something and you
8    take it a different way, I -- I don't understand
9    your question, I guess.
10       Q.   Did you think about firing them for what
11   they did and didn't do with Lacey?
12       MR. GRANT BAKKE:  Object to form.
13       THE WITNESS:  I thought of a lot of
14   different --
15       Q.   (MR. NOEL CONTINUING)  Did you --
16       A.   A lot of different things came into
17   consideration.
18       Q.   Okay.  Did you think about firing them
19   because of was -- what they did or didn't do with
20   regard to Lacey?  You understand they got convicted
21   of crimes because of what happened here.
22       MR. GRANT BAKKE:  Objection.  Form.
23       THE WITNESS:  I -- it feels like you're
24   asking several different questions in that.
25       Q.   (MR. NOEL CONTINUING)  Okay.  I'll go back

8

1  to the -- the simple one.
2      **A.**  Yeah.
3      **Q.**  Did you think about firing Myles and April
4  because of what they did or didn't do with regard
5  to Lacey?
6          MR. GRANT BAKKE:  Same objection.
7          THE WITNESS:  I -- I feel I took a lot of
8  things into consideration and weighed out the
9  options.
10     **Q.**  (MR. NOEL CONTINUING)  Okay.  Well, we
11  might as well dig into that.  What did you take
12  into consideration?  First of all, did you consider
13  firing them because of the Higdem incident?
14     **A.**  When I said I took in all the
15  considerations and all the options, yes, that was
16  one of the options and considerations.  Yes.
17     **Q.**  All right.  And what led you to let them
18  quit?
19     **A.**  I believe the outcome was the same.  They
20  were no longer with me.
21          MR. NOEL:  Is that Julie?  Oh, the door
22  just came open.
23          THE WITNESS:  Would you like me to keep
24  going or would you like me to wait?
25     **Q.**  (MR. NOEL CONTINUING)  No.  Keep going.

9

1      **A.**  Okay.  So the outcome was -- was the same
2  where they no -- they were no longer employed with
3  Rolette County or Sheriff Nathan Gustafson.
4      **Q.**  Did you want them to no longer be employed
5  with you because of what they did or didn't do with
6  Lacey?
7          MR. GRANT BAKKE:  Object to form.
8          THE WITNESS:  I -- I feel like I already
9  answered that one.  Sorry.  They --
10     **Q.**  (MR. NOEL CONTINUING)  When -- go ahead.
11     **A.**  I took in several things -- or I took in
12  multiple considerations on whether to terminate
13  them or -- or they ultimately resigned.  The
14  outcome was the same where they were no longer with
15  me.  And at the end of the day I didn't -- well,
16  when you fire somebody, it -- it didn't want to be
17  able to not let them provide money to put food on
18  the table for themselves or their families.  So the
19  resignation was the end -- the same goal as the
20  termination.
21     **Q.**  That answers my question.
22     **A.**  Okay.
23     **Q.**  Thank you.
24          Now, as Rolette County sheriff, you're the
25  CEO of the whole county; right?

10

1      **A.**  I don't know if I would put it --
2      **Q.**  Chief --
3      **A.**  -- that way.
4      **Q.**  You're the CEO of law enforcement in the
5  whole county; right?
6      **A.**  Correct.
7      **Q.**  Do you understand that there is a
8  substantial difference between firing a
9  correctional officer and allowing a correctional
10  officer to resign?
11     **A.**  Say that one more time.
12     **Q.**  Do you understand that there's a
13  substantial difference between firing a
14  correctional officer and allowing a correctional
15  officer to resign for personal reasons?
16          MR. GRANT BAKKE:  Objection.  Calls for a
17  legal conclusion.
18          THE WITNESS:  I guess I'm unaware.
19     **Q.**  (MR. NOEL CONTINUING)  Did you know that
20  April Azure is a correctional officer right now?
21     **A.**  I believe she is one in Bottineau County.
22     **Q.**  Do you think she would have got that job
23  if you would have fired her from Rolette County?
24          MR. GRANT BAKKE:  Objection.  Calls for
25  speculation.

11

1          THE WITNESS:  I guess I -- I wouldn't know
2  how to -- I can't predict the future.
3      **Q.**  (MR. NOEL CONTINUING)  Did -- but you
4  wanted to allow them a chance to work again in the
5  field that they were working; right?
6      **A.**  I don't know if I would put it that way.
7  I just wanted them to be able to get another job to
8  be able to provide for their families.
9      **Q.**  Okay.  Did they beg and plead with you not
10  to fire them?
11     **A.**  Not that I recall.
12     **Q.**  Did they ask you in any way not to fire
13  them?
14     **A.**  Four years ago, I -- I don't recall.
15     **Q.**  Did Bottineau County, any of its personnel
16  give you a call to ask about April?
17     **A.**  I don't remember them calling myself.  I
18  know they -- it was either Matt Schimetz or
19  Tanner -- and I can't remember Tanner's last name
20  from Bottineau -- I believe one of them called or
21  asked around, but I -- that was just kind of
22  hearsay.  I -- I don't remember anybody talking to
23  me.
24     **Q.**  Well, how long was April with you as a CO
25  in Rolette County?

**12**

1     **A.** Oh, I apologize, I've gone through so many
2 employees, I -- I don't recall how long.
3     **Q.** All right. Did you ever communicate
4 anything to Bottineau about April's tenure at
5 Rolette County?
6     **A.** I don't believe anybody reached out to me.
7     **Q.** Okay. And you became the sheriff in,
8 what -- on January 1 of 2019?
9     **A.** Correct.
10     **Q.** How many Rolette County -- are you in
11 charge of hiring and firing --
12     **A.** Correct.
13     **Q.** -- essentially --
14     **A.** Correct.
15     **Q.** How many employees have you had to fire
16 from when you started to up to Lacey's death?
17     **A.** I've -- I've never thought about that. I
18 essentially went through most of the deputies in --
19 in December of 2018 when I -- the election was
20 November, so I knew I was going to take office
21 January 1. In December I had a meeting with staff
22 and that included the deputies and corrections. I
23 advised everybody that they would have to reapply
24 so I could review applications. In essence, when I
25 went through that, I -- I let go 80 to 90 percent

**13**

1 of my deputies.
2     **Q.** Okay.
3     **A.** I don't recall letting go of any of the
4 correction officers, and I believe they -- there
5 might have been one or two that didn't apply. I
6 don't really remember that part, but I had some
7 that -- that left soon after I took office, one or
8 two. I -- I don't recall. But, no, I didn't -- I
9 don't remember letting go any corrections.
10     **Q.** So that was like an initial kind of review
11 of the team and -- and what you wanted to be part
12 of the team?
13     **A.** I've been in law enforcement since 2007
14 and I've never worked anywhere else besides Rolette
15 County or Rolla PD and -- as far as law enforcement
16 capacity goes. So in that time, I've -- I've
17 got -- I've been not purposely evaluating, but when
18 you work hand in hand, you -- you see people's work
19 ethic. And Rolette County is a unique place.
20 If -- if we hire an outside person from -- from out
21 of town or another state, there -- they don't last
22 very long. They end up leaving.
23     (Ms. Moroney entered the conference room.)
24     THE WITNESS: But some that are from our
25 area maybe would do better at other -- other

**14**

1 entities or other places. So since '07, I've --
2 I've unofficially been watching and seeing, and
3 I -- I thought deputies and officers could have
4 did -- could be better. Could always improve.
5     **Q.** (MR. NOEL CONTINUING) Yeah.
6     **A.** So I -- that -- that was my main focus
7 when I took office in 2019 because that's where all
8 the complaints that -- the reason I ran for sheriff
9 would be the -- the deputies and the law
10 enforcement side on the road. So that was my main
11 focus, and it was 80 to a 90 percent turnover rate
12 or letting people go, if that answers your
13 question. Sorry.
14     **Q.** Yeah. And what -- so were those -- either
15 people that left or people that -- that you let go,
16 was that based primarily about -- on your history
17 of knowledge with them as opposed to something that
18 they had done a day, the week, the month before?
19     **A.** Oh, it would have been nothing that would
20 have been a quick reason.
21     **Q.** Yeah.
22     **A.** It would have been a long consideration.
23     **Q.** Yeah. Have you ever -- setting those
24 aside, have you ever had to fire a Rolette County
25 employee because of one bad thing that happened?

**15**

1     **A.** I apologize, I don't -- I don't recall.
2     **Q.** What sorts of -- setting aside that
3 initial kind of review of the -- of the troops,
4 what sorts of reasons do you remember having for --
5 for firing people while you were sheriff?
6     **A.** And we're talking about the deputies;
7 correct?
8     **Q.** Well, we're talking about -- so who -- you
9 have oversight over the deputies and the
10 correctional officers; right?
11     **A.** Yes.
12     **Q.** Do you refer to correctional officers as
13 deputies?
14     **A.** No.
15     **Q.** And you have responsibilities essentially
16 for everyone in the Rolette County Sheriff's
17 Department?
18     **A.** That is correct.
19     **Q.** So within the Rolette County Sheriff's
20 Department, I'm curious about reasons that you've
21 had for terminating people's employment. And I --
22 I don't expect you to list them all. I'm just
23 looking for some examples.
24     **A.** The -- the -- it would be a -- it would be
25 a list. There -- there's so many. That -- so the

SHERIFF NATHAN GUSTAFSON                                      April 12, 2024

---

**16**

1  deputies in 2019 or in December of 2018 when I
2  was -- when I had the meeting with the deputies, it
3  was failure to follow up on cases, failure to
4  complete investigations, failure to activate a
5  case. It -- failure to perform their duties, I
6  guess, under an umbrella on that side.
7       On the other side, I would call it false
8  statements now, but I -- lying, whether it was
9  timecards or -- or -- or events, and I guess that
10 would be more towards our first jail administrator
11 after myself would have been Titus Whitebody. That
12 would have been some of the reasons for him was
13 lying and not communicating and going above and
14 beyond like his abilities with budget.
15      And I -- I understood a little bit where
16 he was coming from, where he came from BIA
17 facilities and then he came to a not-so-financial
18 place with Rolette County where he could order
19 $10,000 worth of stuff at another facility. With
20 us, that wasn't an option. So it was hard for him
21 to transition over. Hiring, firing goes through
22 me, and he hired and fired people without my
23 knowledge. So I guess just to list a couple, that
24 would have been some of them. And I -- I don't
25 recall every single one, but --

**17**

1       Q.  Sure.
2       A.  -- just to give some examples.
3       THE WITNESS:  I'm not going too fast for
4  you, am I.
5       THE REPORTER:  No.
6       Q.  (MR. NOEL CONTINUING)  So let's take the
7  jail operations now specifically --
8       A.  Okay.
9       Q.  -- and -- and terminations. You -- you
10 terminated Whitebody; correct?
11      A.  Correct.
12      Q.  In your tenure as sheriff, have you had to
13 terminate anyone else whose primary responsibility
14 was jail-operation related?
15      A.  I don't recall.
16      Q.  Okay. What about Kim Nadeau?
17      A.  Can you specify your --
18      Q.  Did you ever fire Kim Nadeau as jail
19 administrator?
20      A.  No.
21      Q.  Okay. Did you ever tell the DOCR that you
22 fired Kim Nadeau as jail administrator?
23      A.  I don't recall saying that.
24      Q.  You know Lance Anderson?
25      A.  I do.

**18**

1       Q.  You know Robert Werlinger?
2       A.  Yes.
3       Q.  Did you find that either one of those two
4  guys was tougher on you than the other?
5       A.  No. They were pretty equal.
6       Q.  Did you have any beef with what Anderson
7  and Werlinger were relaying to you in terms of
8  necessary improvements?
9       A.  Can you repeat that? I'm sorry.
10      Q.  Did you have any problem with -- when --
11 that's -- that's not the right way to say it.
12      Did you disagree with anything that
13 Anderson or Werlinger relayed to you about
14 necessary improvements?
15      MR. GRANT BAKKE:  Object to form. Vague.
16      THE WITNESS:  Yeah, that's a tough one to
17 answer. I -- I mean, I can -- if -- if you said
18 it's dark and gloomy outside and there's only one
19 cloud, I -- I guess I don't know how to answer your
20 question. Sorry.
21      Q.  (MR. NOEL CONTINUING)  Well, they're in
22 charge of keeping your jail in compliance with the
23 standards; correct?
24      A.  Correct.
25      Q.  They found -- in fact, Lance Anderson

**19**

1  testified yesterday -- that the Rolette County Jail
2  had a pattern of noncompliance with certain
3  standards from 2018 through Lacey's death.
4       MR. GRANT BAKKE:  Object as
5  mischaracterization.
6       Q.  (MR. NOEL CONTINUING)  Would that surprise
7  you that he would say that?
8       MR. GRANT BAKKE:  Object as
9  mischaracterization.
10      MR. NOEL:  It's not.
11      THE WITNESS:  I can't speak on that. I
12 wasn't sheriff in 2018, so I don't -- I wouldn't --
13 2019 was my first inspection. I wouldn't be able
14 to say there's a pattern. I wouldn't be able to
15 say that. So I -- I guess I don't know.
16      Q.  (MR. NOEL CONTINUING)  So you can't
17 disagree with him on that?
18      A.  Can't disagree or agree, I guess. I --
19      Q.  All right. Well, you came on January 1,
20 2019; correct?
21      A.  Correct.
22      Q.  Did you look at the -- what was your
23 platform? How'd you want -- how'd you go about
24 getting elected? What did you say you were going
25 to do, change?

---

April 12, 2024

## 20

1    **A.**   I believe I -- with my opening, we -- I
2    focused on the deputy side.  That's where the
3    complaints from Rolette County came in was --
4    **Q.**   Okay.
5    **A.**   -- on the road.
6    **Q.**   And when you came on in January 1 of 2019,
7    you're in charge of the jail that day; right?
8    **A.**   Correct.
9    **Q.**   And did you have an opportunity to review
10   the DOCR's 2018 inspection of the jail that found
11   deficiencies after you started?
12   **A.**   I -- I did not.
13   **Q.**   Okay.  Why not?
14   **A.**   I don't believe I was jail administrator
15   at that time.
16   **Q.**   Who was?
17   **A.**   I believe when I got elected it was still
18   Kim Nadeau.
19   **Q.**   Okay.  Did you task Kim -- did you ask Kim
20   anything about what was the last inspection, are we
21   good, do we need to fix anything?
22   **A.**   No.
23   **Q.**   You expected her to handle that?
24   **A.**   I guess "expected" is a different word.
25   I -- I would -- she was doing the job and I was

## 21

1    never aware or anything brought to my attention
2    when I took office of any issues.
3    **Q.**   Okay.  Well, you realize if something bad
4    goes down at the jail, it's on you?
5         MR. GRANT BAKKE:  Object to form.
6         THE WITNESS:  I understand.
7    **Q.**   (MR. NOEL CONTINUING)  Okay.  So did you
8    know about the Oscar Wilkie death?
9    **A.**   Vaguely.
10   **Q.**   Okay.  Did you know what the DOCR had to
11   say about Oscar Wilkie's death during your first
12   year as sheriff?  Take that first year.  Do you
13   have any idea what the DOCR had to say about how
14   your jail performed for the Oscar Wilkie?
15   **A.**   I don't remember in detail, but I -- yeah,
16   I can't answer that question because I don't
17   remember a hundred percent.
18   **Q.**   Was it important for you when you took
19   over that first year in 2019 to ensure that the
20   jail ran in compliance with the North Dakota
21   standards, the constitutional standards and the
22   State law standards?
23   **A.**   I'm -- can you read that to me or --
24   **Q.**   Yeah.
25   **A.**   -- ask me that one more time?

## 22

1    **Q.**   When your -- your first year as sheriff is
2    2019 --
3    **A.**   Okay.
4    **Q.**   -- and I'm wondering if during that year
5    whether it was important to you to ensure that the
6    Rolette County Jail complied with the North Dakota
7    State standards, constitutional standards, State
8    law standards?
9    **A.**   Yes.  My goal was to perform my sheriff
10   duties, which is a very big umbrella, the best of
11   my abilities for the people of Rolette County.
12   **Q.**   When you became sheriff, did you have any
13   correctional experience?
14   **A.**   No.
15   **Q.**   You've got a stack of exhibits there.  Can
16   you locate Exhibit 81 for me.  It's at the back of
17   the stack.
18        So it's my understanding that Exhibit 81
19   would have been a DOCR yearly inspection dated
20   December 4 of 2018 which would have went down
21   shortly before you became sheriff; correct?
22   **A.**   If it says December 4 of 2018, yes, that
23   was before I was sheriff.
24   **Q.**   All right.  And you see it's -- the
25   facility administrator is listed as Kimberly Nadeau

## 23

1    and the inspectors are Anderson and Werlinger;
2    correct?
3    **A.**   Correct.
4    **Q.**   And then if you go to -- I will say
5    there's a lot of stuff in here that the jail is
6    compliant on.  Okay?  So I'm not -- I'm not -- I'm
7    trying to save time and not go through all that
8    stuff.
9    **A.**   Okay.
10   **Q.**   But I don't want you to think I'm being
11   unfair.  I do want you to go to page 12 of 30 of
12   Exhibit 81.
13   **A.**   Okay.
14   **Q.**   And this is -- has Standard 32.  It says
15   Inmate Observation, and it says the Rolette County
16   Jail is not compliant; correct?
17   **A.**   I'm going to have to read the whole thing.
18   **Q.**   That's okay.
19   **A.**   Okay.  And your question was we were
20   noncompliant; correct?
21   **Q.**   Correct.  Simple as that.
22   **A.**   Yes.
23   **Q.**   Okay.  And it looks like from the first
24   page that obviously the administrator was Kim, and
25   do you have any reason to disbelieve that these

24

1  findings -- compliance, noncompliance -- were
2  relayed by the DOCR to Kim?
3       A.   I don't know.  I wasn't there.
4       Q.   Okay.  And then if you -- in the
5  Observations section on page 12 of 30 of
6  Exhibit 81, it says that records reflect that
7  individuals were placed in RCLEC who were
8  exhibiting suicidal behavior and signs of a mental
9  health disorder and were not placed within hearing
10 distance.  The staff failed to conduct and document
11 direct in-person surveillance every 15 minutes on
12 an irregular basis.
13       Did I read that correctly?
14       A.   Correct.
15       Q.   Do you know if -- with regard to Lacey's
16 death, if the DOCR violated the Rolette County Jail
17 on Standard 32 as well?  It's not on that document.
18       A.   I'd have to read their report again.
19       Q.   Okay.  As you sit here today, can you tell
20 me what the DR -- what the DOCR found in terms of
21 noncompliance on the part of the Rolette County
22 Jail with Lacey?
23       A.   I don't recall the -- I -- I'd have to see
24 the documents.  Sorry.
25       Q.   Okay.  Why did the DOCR tell you they were

25

1  shutting you down?
2       A.   They didn't -- it stemmed from the passing
3  of Lacey.
4       Q.   Okay.  But Wilkie died and they didn't
5  shut it down then; right?
6       A.   I wasn't part of the facility at that
7  time.
8       Q.   You can't answer that question?
9       A.   I -- yeah, I have no knowledge of that
10 one.
11       Q.   So did they tell you -- did they just tell
12 you we're -- somebody died so we're shutting you
13 down?
14       A.   Well, they -- they performed a -- an
15 investigation and then they had a -- what we call a
16 closeout or a closure -- or closeout, sorry, where
17 they -- it's basically a debrief where they visit
18 with us after their investigation or after their
19 inspections.
20       Q.   And?
21       A.   Oh, I'm sorry.  I --
22       Q.   Did --
23       A.   -- repeat --
24       Q.   Did they --
25       A.   -- your question.

26

1       Q.   -- tell you why they were shutting it
2  down?
3       A.   They gave us a -- the -- the paperwork,
4  yes --
5       Q.   Okay.
6       A.   -- to explain the things.
7       Q.   And all I'm wondering right now -- because
8  we're going to go through the paperwork.  I'm
9  wondering as --
10       A.   Okay.
11       Q.   -- you sit here right now, can you explain
12 to me in -- in your words while the jail was shut
13 down after Lacey's death?
14       A.   I'd have to read through their -- I
15 haven't read -- it's not something I read every day
16 or that I've read every day.
17       Q.   Okay.  How many inmates have died on your
18 watch at the Rolette County Jail?
19       A.   One.
20       Q.   Now, when Lance Anderson talked about
21 Exhibit 81 and that page 12 of 30, he testified
22 that the -- that the DOCR's observation on inmate
23 observation reflected a life safety concern.  Do
24 you understand that phraseology, life safety
25 concerns?

27

1       A.   Yes.
2       Q.   Okay.  Do you agree with him that the
3  observation that we see in December of 2018 on
4  Standard 32 sounds like a life safety concern?
5       A.   I --
6            MR. GRANT BAKKE:  Object to form.
7            THE WITNESS:  -- wasn't part of it.  I
8  can't answer that.
9       Q.   (MR. NOEL CONTINUING)  Yes, you can.
10       A.   I wasn't there.
11       Q.   But don't you get reports on jail
12 inspections all the time as sheriff?
13       A.   From the time I'm sheriff moving forward,
14 yes.
15       Q.   Right.  But you're not limited here
16 today -- I can ask you about internal affairs
17 reviews you did with the City of Rolla in 2015 if I
18 wanted to.  Okay?
19       A.   Okay.
20       Q.   So as you read the observation from
21 December of 2018 by the DOCR that was communicated
22 to Kim Nadeau, does that sound to you like a life
23 safety concern?
24       A.   I don't know.  I wasn't part of this place
25 at that time, so I don't feel comfortable saying I

**28**

1   agree or disagree with something where I wasn't
2   part of.
3        Q.   Okay.  Comfort is not the test for
4   answering questions today.  Okay?  So if you don't
5   know, then you can tell me you don't know.
6   Otherwise, I'm not necessarily concerned about your
7   comfort level with answering questions.
8        So what's the answer?  You read that.
9        A.   I --
10       Q.   Let me tell you what I think.  I read that
11  to reflect a serious life safety concern that the
12  DOCR had in December of '28 [sic] with the Rolette
13  County Jail.  Do you read it the same way or not?
14       A.   I don't know.
15       Q.   Perfect.
16       What in your view are the most important
17  functions of a jail?
18       A.   What is the most important function --
19       Q.   Yeah.
20       A.   -- of a jail?
21       Q.   I mean, what -- yeah, if you were going to
22  talk to me at a cocktail party and I'm thinking
23  about getting into correction work and you're the
24  top dog at a county jail, explain to me what you
25  think is important about effectively running a

**29**

1   county jail.  I realize that's a different
2   question, but let's do that.
3        A.   Housing inmates, providing for the
4   inmates.  The -- the text -- there's the ability
5   for school or the help with their probation
6   officers.  Treatment facilities.  There's --
7   there's so many things that correction officers do
8   in the jail, but housing and -- and maintaining the
9   well-being for -- for inmates.
10       Q.   Okay.  And when you at any point -- you've
11  never been to correctional officer school; correct?
12       A.   False.
13       Q.   You have been?
14       A.   Yes.
15       Q.   Okay.  Tell me when you did that.
16       A.   I believe it was 2020.
17       Q.   And did you get the certification?
18       A.   Correct.
19       Q.   Do you remember when you got the -- I
20  realize you said 2020, but do you know when?
21       A.   I don't remember exact date.  I did it in
22  Ward County.  There was snow on the ground.  It may
23  have been December.  I'm not -- I don't re -- I
24  don't have my documents that say.
25       Q.   Did some -- did the DOCR send you to CO

**30**

1   school because of the Lacey situation?
2        A.   To become the jail administrator, I
3   believe that was one of the requirements that I had
4   to complete.
5        Q.   All right.  Did you learn anything at CO
6   school that you didn't know before?
7        A.   There's always something to learn at every
8   training.  It was a monthlong training.  I'm sure I
9   picked up a couple things.  Off the top of my head,
10  I can't recall.  That was --
11       Q.   I understand.
12       A.   -- years ago.
13       Q.   Right.
14       Rolette County is not a wealthy county;
15  fair to say?
16       A.   Correct.
17       Q.   We've heard testimony from a number of
18  people talking about it's one of the -- it's one of
19  the most poor counties in North Dakota.  Is that
20  consistent with your understanding?
21       A.   I believe we're top five in poverty --
22       Q.   All right.
23       A.   -- out of 53 counties.
24       Q.   And the commissioners -- are the
25  commissioners the ones who control the purse

**31**

1   strings in 2020 for you?
2        A.   They are in control of the budget, yes.
3        Q.   Do you know how much cash on hand Rolette
4   County had year end 2020?
5        A.   I don't recall.  It -- it changes every
6   year.
7        Q.   Do you think -- first, did -- did you ever
8   watch any video of Lacey while she was in your jail
9   from 2020 to now?
10       A.   I have, yes.
11       Q.   Okay.  What videos have you watched?
12       A.   I believe it was the -- and I don't recall
13  if it was with Lance Anderson or BCI Zachmeier.  I
14  don't recall.  I know I watched it.  I believe it
15  was the booking process and the cell.
16       Q.   And --
17       A.   And I believe I watched it twice.
18       Q.   Okay.  And there was the booking process,
19  I'm tracking you perfectly on that.  The cell,
20  there was like -- there's like eight, nine hours.
21       A.   Correct.
22       Q.   Do you remember which parts you watched or
23  did you watch the whole thing?
24       A.   I -- I believe I watched it in
25  fast-forward.  I -- I don't recall who I watched it

32

1  with, whether it was Lance Anderson or Craig
2  Zachmeier, but it -- I remember it going fast.
3      Q.   And when -- did that viewing happen once?
4  That's -- that -- let me say it like this:  Did you
5  ever go back and watch video of Lacey again?
6      A.   The -- the initial one -- and, again, I
7  don't remember who I watched it with, and then it
8  would have been sometime after Lance Anderson
9  and -- had brought it to my office, and the
10 commissioners and our auditor sho -- came to -- I
11 was unaware of that -- and he played the video
12 for -- for everybody.  So that was the second time
13 I saw it.
14     Q.   And was -- was what you saw that time
15 similar in scope to what you saw the first time or
16 was it shorter the second time?
17     A.   Shorter the second time.
18     Q.   Do you remember what portions specifically
19 they showed the second time?
20     A.   In the cell.
21     Q.   Do you remember events that they showed
22 the second time, events within the cell?
23     A.   I don't remember all of them other than
24 the end.
25     Q.   The -- the life sa -- the discovery and

33

1  the life saving?
2      A.   Correct.
3      Q.   Is there a -- a process when you get
4  the -- the temporary closure order for the county
5  to appeal that?
6      A.   I believe there was an appeal process,
7  yes.
8      Q.   Did --
9      A.   The appeal process -- I'm sorry.  I cut
10 you off.
11     Q.   No.  No.  Go ahead.
12     A.   The appeal process went to DOCR who did
13 the investigation and the closure.  So the -- the
14 appeal process went to the same people.
15     Q.   Right.  Kind of like a county
16 investigating itself.  You don't have to answer
17 that.
18          So did the county appeal or not?
19     A.   I believe we did, yes.
20     Q.   All right.  And what was the -- what was
21 your understanding of the -- the basis of the
22 appeal?
23     A.   It was denied.  I don't remember the
24 specifics.  I'd have to read the -- the letter or
25 the email or whatever it was.

34

1      Q.   So ultimately the temporary closure order
2  is -- is final and you guys have to comply with it
3  until you can get opened back up: fair to say?
4      A.   Correct.
5      Q.   Now, with regard to the Lacey Higdem
6  death, do you -- do you blame finances or budgetary
7  constraints for anything that happened or didn't
8  happen during her course at the facility?
9          MR. GRANT BAKKE:  Object to form.
10         THE WITNESS:  Sorry.  I -- I got caught up
11 on the blame one.  Can you read that to me one more
12 time?
13     Q.   (MR. NOEL CONTINUING)  Yeah.  Do you think
14 finances -- lack of finances or budgetary concerns
15 played any role in Lacey's death at your facility
16 in 2020?
17         MR. GRANT BAKKE:  Same objection.
18         THE WITNESS:  I -- I -- to answer that,
19 I -- I don't know if that's going to be the -- the
20 way you'd like it answered, I apologize, but due to
21 our lack of funding at -- at our facility, other
22 areas have more workers, more -- more correction
23 officers.  So seeing where we are today, I would
24 have liked more employees, but I'm sure sheriffs
25 ten years ago would have liked more employees

35

1  everywhere, not just our area.  So I think
2  everybody always wants more employees.  So I -- I
3  guess I don't know.
4      Q.   (MR. NOEL CONTINUING)  By "other areas,"
5  you mean other counties and stuff?  Not other areas
6  of the jail.
7      A.   Correct.  Other counties.  Other cities.
8  Other facilities.
9      Q.   Do you -- do you believe that the lack of
10 enough COs in June of 2020 played a role in Lacey's
11 death?
12     A.   I don't know.
13     Q.   Did you ever go -- so when you become
14 sheriff January 2019, Lacey's death happens in
15 June -- June 4 of 2020.  Between those two times,
16 did you ever go to the commissioners and pound the
17 table and ask more money for the jail?
18     A.   Yes.  Every budget session.
19     Q.   All right.  And when would the first one
20 have been?
21     A.   Oh.
22     Q.   You know -- well, let's not do it that
23 way.  Tell me without regard to -- to specifics,
24 but I am curious about that.  You come on as
25 sheriff to June 4, 2020, what do you remember

36

1  communicating to the commissioners about the need
2  for more money for the jail specifically?
3      A.   I think my push since I've been sheriff
4  was for additional staff, whether that was deputies
5  or correction officers.  I -- so I'm a little
6  confused on your question, but --
7      Q.   Mm-hmm.
8      A.   -- I -- I've been doing that since I've
9  taken office.  But I know we do our budgets in June
10  or July, so it would have been in our budget
11  proposal as well, but then the commissioners are in
12  control of that, so --
13     Q.   Yeah.  And what was -- what do you recall
14  in terms of commissioner response?  Did you have
15  some success?
16     A.   No.  Not for my first two or three years.
17  So my first year or two was no a lot.  If I recall
18  specifically, it was -- one of our commissioners
19  stated, "The roads are our number one priority, not
20  the sheriff's office."  I believe that was the
21  exact words.
22     Q.   And which commissioner said that?
23     A.   That would have been Henry LaRocque.
24     Q.   And from when you came on as sheriff
25  through Lacey's death, do you recall ever going to

37

1  any commissioner and explaining that the jail's
2  last inspection identified an issue and I need more
3  people in the jail to fix that issue?
4      A.   If I understand your question, the -- when
5  we -- when Lance Anderson had everybody at my
6  office, he expressed that as well, so it came from
7  both of us, myself and Lance Anderson.  I don't
8  remember Mr. Werlinger being there that time.  I
9  believe it was just Lance.  But in any event, I
10  remember Lance stating that and myself as well.
11     Q.   And was --
12     A.   And that was a strong recommendation from
13  the DOCR.
14     Q.   And was that before Lacey or after?
15     A.   This is after we watched the video.
16     Q.   All right.  And if we -- if we think back
17  to Exhibit 81 -- I don't necessarily need you to
18  look at it unless you want to -- what I'm curious
19  about is before Lacey on this question.  All right?
20  Before June 3 of 2020 --
21     A.   Okay.
22     Q.   -- did you ever go to any commissioner and
23  say the DOCR has identified that we're deficient in
24  the area of inmate observation and I need more --
25  more COs, more jail staff to meet that standard?

38

1      A.   I don't think I approached it exactly
2  in -- in that way.  I asked for additional
3  funding -- excuse me -- and -- and additional
4  staff -- for additional staff.  But directed right
5  at that, no.
6          To -- to kind of go a little further on
7  that, it -- when DOCR comes and does an inspection
8  and out of 108 standards they find you noncompliant
9  for 4, you have time to fix those observations.
10  And Standard 32 in particular, it talks about
11  15-minute checks in the observations, and then
12  it -- it says on an irregular basis.  So if you're
13  doing 15-minute checks and you're on 15 minutes
14  every time, DOCR finds you noncompliant because you
15  have to mix them up.
16          So depending on -- it -- some of the
17  workers we've got to do 15-minute checks, we've got
18  to do 15-minute checks, and they were doing
19  15-minute checks but they were found noncompliant
20  because they were doing it right on the dot.  So
21  that's an easy fix where they came back and would
22  watch at 12 minutes instead of the 15 and then
23  after that.  So when they find you in
24  noncompliance, it's -- sometimes it's a -- it's an
25  easy fix or a change in your policy.

39

1      Q.   Okay.  And did you ever change the inmate
2  observation policy from the time you became sheriff
3  through Lacey's death?
4      A.   Uff.  I'm -- we've changed the policy
5  probably every year, so I would have to line them
6  all up and compare them to answer that a hundred
7  percent, but in a vague, we've changed it --
8      Q.   And --
9      A.   -- quite --
10     Q.   And as --
11     A.   -- a bit.
12     Q.   -- as the sheriff, you want to comply with
13  Standard 32, I assume; correct?
14     A.   I want to comply with all 108 standards.
15     Q.   Yeah.  And -- and the -- would you agree
16  that Standard 32 is a life safety standard?
17     A.   Yeah.  I think all of them could be life
18  saving.  They're -- they're standards the DOCR put
19  in place, so yes.
20     Q.   And sometimes like if -- if you're used to
21  going to the commissioners and asking for more
22  funding, I'm wondering if -- did you ever think
23  about maybe if I tell the commissioners and I -- I
24  hold up a 2018 inspection or a 2019 inspection and
25  say, look, we've had a problem identified here, we

40

1  need more people to fix it, did you ever think
2  about doing that?
3      A.   On the 2018 one, but I wasn't sheriff at
4  that time, but the -- the 2019 one, I've never
5  taken one of these closeouts after they're done
6  inspecting us and brought it to the commissioners
7  and said specifically we were on -- for
8  noncompliance I need this many more workers. I
9  didn't say it like that, no.
10     Q.   Well, and the time to fix Exhibit 81, the
11 December 2018 inspection, is 2019; correct?
12     A.   I'm sorry. What did you say?
13     Q.   The time to fix any problems identified on
14 the December 4 --
15     A.   Oh.
16     Q.   -- 2018, inspection is 2019.
17     A.   Not necessarily. She could have -- I -- I
18 wasn't there in 2018. They could have had these
19 fixed before January 1 of '19. I don't -- I don't
20 recall. I wasn't jail administrator at that time.
21     Q.   Do you know what type of correctional
22 experience Kim Nadeau had?
23     A.   Yeah. She's had correctional experience.
24 She's been the office deputy for more years than I
25 can recall off the top of my head. I -- if I said

41

1  16, I might be shooting it short. If I said 30, I
2  might be going too long. She -- she's been at the
3  facility for -- for a while.
4      Q.   How about writing policies for a jail? Do
5  you know if she has any experience in that area?
6  Writing policies that'll comply with the North
7  Dakota Century Code and the constitution.
8      A.   Yes. When I took office in 2019, she was
9  in charge of the policies.
10     Q.   Got it.
11         Do you place any blame on Kim Nadeau in
12 terms of her role as jail administrator in the
13 Lacey Higdem death?
14     A.   Sorry?
15     Q.   First of all, was Kim Nadeau the jail
16 administrator on June 4 of 2020?
17     A.   I -- say that one more time.
18     Q.   Yeah.
19     A.   I apologize.
20     Q.   Yeah. I mean, the -- clearly the DOCR
21 thought that the Rolette County Jail did some
22 things wrong with regard to Lacey; fair?
23     A.   What question would you like me to answer?
24     Q.   That one.
25     A.   You've asked two. Sorry. Now I was

42

1  thinking about the first one. Sorry.
2      Q.   Yeah. Sorry. Do you understand that the
3  DOCR said that the jail did some things wrong with
4  regard to how it handled Lacey?
5      A.   Their -- that's what their report reads,
6  that there was a couple noncompliance. Correct.
7      Q.   Okay. Do you place any of that on Kim
8  Nadeau and her title as being jail administrator?
9      A.   And I -- I apologize it took me so long to
10 answer that one, but no. I -- I'm the sheriff.
11     Q.   Do -- did you -- do you blame drugs for
12 what happened with Lacey?
13     A.   We have a huge drug problem in our area
14 and it's not uncommon to have people come in that
15 may -- may be under the influence, so I -- I would
16 definitely say that -- that drugs played a role in
17 this too. I'm not -- I'm not real good at blaming
18 others.
19     Q.   Okay. Well, as sheriff sometimes you have
20 to figure out what, if anything, went wrong,
21 though; right? When somebody -- either there's an
22 officer-involved shooting, did we -- did we follow
23 the use-of-force rules or not? In-custody death,
24 did we follow the standards or not? That's part of
25 your responsibility as sheriff; correct?

43

1      A.   I don't believe so. And the reason I say
2  I don't believe so is because I don't want my
3  county to investigate my county so there's no
4  discrepancies. So the inmate death would be BCI.
5  An officer-involved shooting would be BCI. So in
6  2017 when I was involved in an officer shooting, it
7  was BCI that handled that.
8      Q.   But don't you as the county sheriff have
9  the ability to review the conduct of your deputies
10 and correctional officers to see if it complied
11 with your policies?
12     A.   To review, yes. You said to investigate
13 first.
14     Q.   Okay. All right. Have you ever -- in
15 terms of your tenure at Rolette County sheriff,
16 have you ever done -- reviewed a use of force
17 incident to see if a deputy complied with your
18 policy?
19     A.   I reviewed the officer-involved shooting
20 that happened on tribal land, and I don't remember
21 the exact date or year, but that again was not my
22 investigation. It was -- I reviewed BCI and FBI's
23 reports of the shooting.
24     Q.   Okay.
25     A.   So I guess I -- I don't recall

SHERIFF NATHAN GUSTAFSON                                    April 12, 2024

44

1  specifically what you're asking.
2      Q.  All right.  So with -- let's take Lacey
3  specifically.  Excuse me.  You understood that the
4  BCI was doing a criminal investigation and the DOCR
5  was doing an investigation to see whether or not
6  the jail complied with the standards; correct?
7      A.  Correct.
8      Q.  Okay.  And the outcome of the criminal
9  investigation was two criminal convictions for two
10  of your correctional officers; correct?
11      A.  I'd have to --
12          MR. GRANT BAKKE:  Object to form.
13          THE WITNESS:  -- read the report.  I don't
14  recall.
15      Q.  (MR. NOEL CONTINUING)  You don't know if
16  Myles and April were convicted of crimes?
17      A.  I don't recall.
18          MR. GRANT BAKKE:  Object to form.
19      Q.  (MR. NOEL CONTINUING)  Okay.  Well, I
20  guess we can -- let's see.
21      A.  Did it say Sheriff Gustafson charged them
22  out?
23      Q.  Well, no.
24      A.  Okay.  Sorry.
25      Q.  Take a look at Exhibit 49.

45

1      A.  49, you said?
2      Q.  Yeah.  So Exhibit 49 is a Petition to
3  Enter -- there's a typo in there -- Alford Plea of
4  Guilty and Waiver of Appearance by Myles Brunelle.
5  Do you see that title page?
6      A.  Yes.
7      Q.  All right.  And we're not going to go
8  through this whole document, but I can represent to
9  you that Myles Brunelle on May 31 of 2023 pled
10  guilty -- rendered an Alford plea of guilty to
11  public servant for re -- refusing to perform duty
12  in violation of Section 12.1-11-66 of North Dakota
13  Century Code, a Class A misdemeanor.  Did you
14  previously -- did you know that he pled guilty to a
15  crime before today?
16      A.  I don't recall.
17          MR. GRANT BAKKE:  Object to form.
18      Q.  (MR. NOEL CONTINUING)  And then
19  Exhibit 57, which you can certainly grab if you
20  want, it's the same with regard to April.
21      A.  Which one?  Sorry.
22      Q.  57.
23      A.  57.  Okay.
24      Q.  Did you know that April made an Alford
25  plea of guilty for public servant refusing to

46

1  perform duty in connection with the Lacey Higdem
2  incident before today?
3      A.  I don't recall on either one, Myles or
4  April, that they did an Alford plea or -- on that.
5  I don't recall.
6      Q.  And did you know between the Higdem death
7  and, you know -- and their pleas -- that's --
8  that's a few years -- did you know that there was
9  pending criminal investigation involving Myles and
10  April or not?
11      A.  I know Zachmeier was doing an
12  investigation.
13      Q.  Okay.
14      A.  I -- I didn't pry into his investigation.
15      Q.  All right.  And you don't have any quarrel
16  with the fact that these two have a -- currently
17  have a conviction on their record for this?
18      A.  Reading the documents.
19      Q.  All right.  Do you as -- as the sheriff
20  and the ultimate authority at the Rolette County
21  Jail, from your review of the Higdem incident, do
22  you believe that Myles did anything wrong?
23      A.  I -- so that night I was not there, but
24  reviewing the -- the investigations from DOCR and
25  BCI, I would -- a person could agree with it.  Yes.

47

1      Q.  Okay.  What specifically would you --
2  would you identify with regard to Myles?
3      A.  Oh, jeez.  I'd have to read their reports
4  again, the BCI and the D -- DOCR's reports to see
5  where they found issues or concerns.
6      Q.  Okay.
7      A.  Only to the fact that I wasn't there that
8  evening.  I don't know what he was seeing or doing.
9      Q.  All right.  So if the -- if the BCI or the
10  DOCR concluded that Myles did certain things wrong,
11  would you have a quarrel with that?  And we can
12  certainly go through the reports that you're --
13  that you're referencing if you feel more
14  comfortable with that.
15      A.  I would because I wasn't there that night
16  so I don't -- or with them during their
17  investigations.
18      Q.  Okay.
19      A.  So it's hard to say I agree or don't
20  agree.
21      Q.  All right.  All right.  So if you look at
22  Exhibit 3.  This is the probable cause affidavit
23  from Craig Zachmeier with the BCI.  Have you ever
24  seen this before?  It's pretty long.
25      A.  I don't know if I -- I'd have to go

April 12, 2024

48

1  through --
2      Q.  Yeah.
3      A.  -- the whole thing and then compare it to
4  something I had at my office that I don't have in
5  front of me.
6      Q.  Okay.
7      A.  So I don't know if I've seen this exact
8  thing, but I did get a copy of Zachmeier's report
9  which starting out looks pretty similar.
10      Q.  Yeah.  And -- and the -- the report is
11  pretty similar to the probable cause affidavit.
12  It's probably not identical, but I -- I understand
13  what you're saying.
14          But go to -- of Exhibit 3, go to page 14
15  and there's a paragraph 5.
16      A.  I'm sorry, you said --
17      Q.  Yep, page four --
18      A.  -- number 5.
19      Q.  Yeah, page --
20      A.  Okay.
21      Q.  -- 14, paragraph 5.  This is where it
22  starts talking about the North Dakota Century Code,
23  and he's got some things bolded in here including,
24  "Inmates shall be supervised on a twenty-four-hour
25  basis by trained correctional staff.  Correctional

49

1  facility staff shall be located in proximity to
2  inmate living areas to permit the staff to hear and
3  respond promptly to calls for help."  And, "Each
4  correctional facility shall provide for the
5  personal observation of inmates on an irregular but
6  frequent schedule."
7          Did I read those three bolded items
8  correctly?
9      A.  Correct.
10      Q.  Do you know -- do you -- do you know
11  whether or not Myles failed in any of those areas?
12      A.  I do not recall, but I -- I know it's in
13  the reports of DOCR and BCI.
14      Q.  All right.  And would you quarrel with
15  their conclusions in that regard?
16          MR. GRANT BAKKE:  Object to form.
17          THE WITNESS:  I believe from Myles'
18  standpoint, he felt he was performing his duties as
19  a correction officer, and I believe in DOCR's
20  reports and BCI's, they -- they disagreed.
21      Q.  (MR. NOEL CONTINUING)  Okay.  And do you
22  have an opinion one way or another on who's right?
23      A.  I don't have an opinion one way or the
24  other.
25      Q.  All right.  And would the same be true

50

1  with April?
2      A.  Correct.
3      Q.  All right.  You can put that one down.
4          When do you remember learning about the
5  cause of Lacey's death?
6      A.  Just so I understand that, can you repeat
7  that?
8      Q.  Yeah.  Do you remember learning about her
9  cause of death?
10      A.  I -- I'm going to have to kind of go in
11  order just to answer that.  Sorry.
12      Q.  Mm-hmm.
13      A.  I believe I got a call at 12:20 from
14  Correction Officer Brunelle.
15      Q.  Correct.
16      A.  I believe that was the time.  That we had
17  ambulance on the way for one that was unresponsive.
18  The cause of death, I wouldn't have known that till
19  a later date or later time.  Sorry.
20      Q.  Do you know how you -- how you were
21  informed of the cause of death?
22      A.  I don't recall.
23      Q.  Okay.  Do you know by whom?
24      A.  My initial is Agent Zachmeier.
25      Q.  All right.  Did you ever sit down with

51

1  Myles and talk to him about his shift that night,
2  June 3, June 4, 2020?
3      A.  Did I sit down with Myles and --
4      Q.  Yeah.  And you know what I mean by "sit
5  down."
6      A.  Yeah.
7      Q.  Did you ever talk to Myles about his shift
8  June 3 and 4, 2020?
9      A.  I don't believe we ever did a debrief.
10  The reason for that was there was two separate
11  investigations going on.  I didn't want to do
12  anything to -- when those guys were doing their
13  investigations, and when I say "they," DOCR and
14  BCI.
15      Q.  Okay.
16      A.  So I believe they would have talked to
17  them, but myself, I do not recall sitting down with
18  either one, Myles or April --
19      Q.  All right.
20      A.  -- and visiting with them, just to get
21  your next question out of the way.
22      Q.  There you go.  And they were -- they were
23  done working at the Rolette County Jail by -- by
24  the beginning of July of 2020?
25      A.  Sorry.  I don't --

SHERIFF NATHAN GUSTAFSON                                      April 12, 2024

52

1   Q.  That's okay.
2   A.  I'd have --
3   Q.  Yeah.  We'll pull --
4   A.  -- to see the document.
5   Q.  Yeah.  We've got them.
6       Let's go through these a little bit.  It's
7   Exhibit 20 and 21.  So Exhibit 20 is a two-page
8   document, April Azure signed by you.  She's no
9   longer employed as of July 1 -- or as of June 30,
10  2020, and her resignation letter is attached for
11  HR; correct?
12  A.  Correct.
13  Q.  And then if you go to the second page, it
14  has April's signature after a brief statement.  And
15  do you know who -- who wrote out or typed out this
16  statement on the second page of Exhibit 20?
17  A.  I do not recall.
18  Q.  Did you do it?
19  A.  No.
20  Q.  Okay.  So between Lacey's death and July 1
21  of 2020, you didn't have a conversation with April
22  about what happened on that shift?
23  A.  April nor Myles.
24  Q.  All right.  And then with regard to
25  Exhibit 21 --

53

1   A.  Oh, sorry.
2   Q.  -- that's Myles' resignation, it's got the
3   same date, and it's got a -- another statement on
4   the second page above the signature.  You did not
5   type out that statement either?
6   A.  No.  I don't recall.  No.  I don't recall
7   typing it out.
8   Q.  What do you -- what do you -- what led
9   to -- tell me about the -- their resignation.  Did
10  you call a meeting?  What -- what happened in
11  relation to all that?
12  A.  Preparing video evidence for BCI and DOCR,
13  we found some -- some other videos involving the
14  two of them which was enough for me to have a
15  meeting with the two of them.  I was by telephone.
16  I believe my -- I don't recall if he was my chief
17  deputy at the time or my sergeant, Mitch Slater,
18  and I was on the road on the phone.  And I had a
19  phone meeting with Myles and April about the shift
20  with the two of them in it, and that's what led to
21  the -- to them resigning.
22  Q.  All right.  And then the video that you're
23  referencing, was it one video?
24  A.  I don't recall.  I -- I thought it was
25  one.

54

1   Q.  And --
2   A.  I -- I saw one.
3   Q.  All right.
4   A.  I don't know.
5   Q.  And the video -- I mean April talked about
6   it.  She said it was inappropriate touching,
7   physical contact on the job.  Fair assessment?
8   A.  Fair assessment, yes.
9   Q.  Okay.  And the -- the reason that you
10  communicated to April and Myles about the need to
11  resign -- first of all, did you communicate to them
12  that you either need to resign or you will be
13  terminated?
14  A.  I don't recall how that went.  I just
15  remember them signing their resignation.
16  Q.  All right.  And -- and did you have some
17  type of requirement that they resign?
18  A.  I'm sorry?
19  Q.  Did you make them resign?
20  A.  I don't recall making them resign.
21  Q.  So you brought the -- the inappropriate
22  touching to their attention; correct?
23  A.  Correct.
24  Q.  And you said I've got video of it; right?
25  A.  Correct.

55

1   Q.  And video doesn't lie.  Now you have
2   objective evidence that these two were engaged in
3   inappropriate behavior on the job; true?
4   A.  Your -- is it your stomach that's making
5   all that noise?
6   Q.  It is.  Yeah.
7   A.  It's -- it's distracting me.  Sorry.
8   Q.  I do that on purpose.
9   A.  Can you repeat that one?  Sorry.
10  Q.  Yeah.  You -- now you have objective video
11  evidence that they have engaged in inappropriate
12  touching on the job --
13  A.  Okay.
14  Q.  -- correct?
15  A.  Correct.
16  Q.  And when you called them, was it your
17  intent for them not to work for you at the Rolette
18  County Jail any longer?
19  A.  I think that was -- that's fair to say.
20  Yeah.
21  Q.  All right.  And the -- the -- and April
22  recalled that the -- you made a specific point to
23  tell her that she was being fired -- or she was
24  being asked to resign, rather, because of the
25  touching and it didn't have anything to do with the

56

1   Lacey Higdem incident.  Is she correct about that?
2       A.   I -- I don't recall.
3       Q.   But the reason that -- that you didn't
4   want them to work for you anymore was because of
5   this inappropriate touching on the job; correct?
6       A.   When I -- when I was aware of that, yeah,
7   that's enough to not have somebody at the facility.
8       Q.   All right.  Was there any reason -- any
9   other reason other than the inappropriate touching
10  that you didn't want them working at your facility?
11      A.   I didn't -- at that time I didn't take
12  any -- because the ve -- investigation was not
13  complete with DOCR or BCI.  So I can't say I took
14  any of that into factor.
15      Q.   Okay.
16      A.   The video was -- that's enough to -- to do
17  that.
18      Q.   All right.  Did you have any type of gut
19  feeling by the time July 1 rolled around that April
20  may have performed her duties improperly that day
21  with Lacey or not?
22      A.   Did I have a gut feeling?
23      Q.   Yeah.
24      A.   On what -- on what date?  Sorry.
25      Q.   When they resigned.

57

1       A.   Okay.
2       Q.   Did you have a feeling that, you know --
3   and I'm not saying you communicated it to them, but
4   did you have some concerns that April may have not
5   performed her duties correctly on that June 3,
6   June 4, 2020, shift or not?
7       A.   As sheriff -- as the sheriff of Rolette
8   County, I have concerns daily.  I had a person pass
9   away in the jail while -- while I was sheriff.  Of
10  course there's concerns.
11      Q.   Okay.  But nothing had been solidified in
12  your mind in terms of you, you know, whether they had
13  performed up to snuff or not by the time July 1
14  rolled around; is that fair?
15      A.   Not -- yeah, I would think that's fair.
16      Q.   And by the time their resignation rolled
17  around, you had already watched the video the
18  couple times that we talked about; is that true?
19      A.   We've talked about a couple videos, so
20  which video and --
21      Q.   Yes.  So by the -- you -- you talked about
22  watching it once, the booking, and then you watched
23  the cell in --
24      A.   Oh, okay.
25      Q.   -- fast-forward --

58

1       A.   Okay.
2       Q.   -- and then you watched in another time,
3   less of the video, with more people around; do
4   you --
5       A.   Commissioner --
6       Q.   -- remember that?
7       A.   -- and the auditor, correct.
8       Q.   And that was -- those viewings were before
9   their resignations were handed out; correct?
10      A.   The very first one, yes.  The second one,
11  I am un -- I don't -- I couldn't answer that one.
12  I don't know.
13      Q.   All right.  All right.  Take a look, if
14  you would, Sheriff Gustafson, at Exhibit 83.  Some
15  of these are easier to find than others.  This
16  one's only two pages.  There it is.
17           All right.  Exhibit 83 is a memo to Brian
18  Grosinger, Lance Anderson, Robert Werlinger from
19  you dated June 23, 2020, and it's titled Mortality
20  Review of Lacey Higdem; correct?
21      A.   Correct.
22      Q.   And did you complete this pursuant to some
23  jail policy?
24      A.   Yeah, I believe we were required to do a
25  mortality review.

59

1       Q.   All right.  Was there a -- did you convene
2   a mortality review committee?
3       A.   I believe so, yeah.
4       Q.   And are those folks identified in the
5   first paragraph as yourself, Kim Nadeau, Amber
6   Davis, Mitch Slater and Nurse Lori Sollin?
7       A.   Correct.
8       Q.   What's your understanding of the purpose
9   of the mortality review as you sent it over to
10  these folks June 23, 2020?
11      A.   Well, it's to give the overview and a
12  summary of what we've done.  The -- it gives the
13  timeline.
14      Q.   And we will -- we will look at the policy
15  a little bit -- a little bit later.  So I just want
16  to ask you a couple questions about this document
17  for the time being.
18           By the time you wrote Exhibit 83, had you
19  watched the -- the booking video and the cell
20  video?
21      A.   I believe we had, yeah.
22      Q.   All right.  And with regard to the second
23  page of Exhibit 83, which is stamped DOCR-001016,
24  we have a timeline of events; do you see that?
25      A.   Correct.

SHERIFF NATHAN GUSTAFSON                                                April 12, 2024

60

1    Q.  And what was your goal in completing the
2    timeline of events?
3    A.  Just to give the timeline of the events as
4    they took place.
5    Q.  All right.  And if we look, we have 1538
6    booking in Lacey Higdem.  How were you able to
7    determine that that's what time she was booked in?
8    You know, if it was video or reports or both?
9    A.  I don't recall.
10   Q.  The -- the jail -- the cell surveillance
11   video that we've been given doesn't have a time of
12   day on it, and what I'm curious about is if you
13   will -- I'll fix that during the break.
14   A.  Sorry.
15   Q.  That's okay.
16       If you as the sheriff go and pull video --
17   let's say you want to look at something from a
18   couple weeks ago and you pull the video from
19   cell -- from Unit B-201, will the date and time
20   stamp be on that so you can tell when -- when it
21   is?
22   A.  I don't recall.  I -- my first answer is
23   no, but I've watched other videos that have it and
24   some that don't -- and not videos, but cameras,
25   like my other -- my mother owns a business and I

61

1    review cameras for her.  That has date and time on
2    it.  I don't do the recordings so I don't remember
3    if that -- when we're watching it on our screen in
4    the control room, it does not have date and time on
5    that.
6    Q.  All right.  And the vid -- yeah, okay.
7    That's -- that helps.  So if we look at the
8    timeline, we have, 1553 Higdem placed in B pod
9    lockdown upstairs, and then there's a gap from --
10   to 0023 which is 12:23 a.m., CO Brunelle
11   conducting -- conducting cell check and noticed
12   Higdem was not breathing.  Those -- those two are
13   consecutive on your timeline; correct?
14   A.  From 1553 to 0023?
15   Q.  Yeah.
16   A.  Correct.
17   Q.  And from your review of the video, did you
18   find anything noteworthy in the time between the
19   placement in B pod and the time Brunelle found
20   Higdem not breathing?
21   A.  I apologize, I keep asking you to repeat
22   yourself.
23   Q.  That's okay.
24   A.  I'm kind of hard of hearing, but --
25   Q.  Yeah.  So the question is you have two

62

1    bullets on a timeline here.  You've got a bunch,
2    but the two we're talking about is 1553 --
3    A.  1553.
4    Q.  -- she's put in B pod.
5    A.  Correct.
6    Q.  Next one is 0023, Brunelle finds her not
7    breathing.  And what I'm curious about is from your
8    review of the video from that cell, did you find
9    anything noteworthy between those two bullets?
10   A.  I don't recall.  I didn't watch the video
11   a whole bunch of times.  I believe there was
12   other -- Dixie and Brock were working, Wesley Kom
13   that day too.  So I don't know why we didn't put
14   that they had checked on her or if they did.  I
15   don't -- I don't recall.  It's been a while since I
16   watched that video.
17   Q.  All right.  When you watched that video
18   for the purpose of creating the mortality review,
19   were you trying to provide these gentlemen with
20   information that would lead them to believe that
21   you complied with standards?
22       MR. GRANT BAKKE:  Object to form.
23       THE WITNESS:  I believe we were just
24   filling out what was asked and required of us.
25   Q.  (MR. NOEL CONTINUING)  Okay.  And then

63

1    on -- on the bottom of page 2, were you trying
2    to -- to forget that.
3       Bottom of page 2 --
4    A.  Okay.
5    Q.  -- the last dark-colored bullet point
6    there says, "Security observations and
7    recommendations," and it says, "Upon review of all
8    available resources, we find that Rolette County
9    Correctional Officers did in 'good faith' attempt
10   to resuscitate Inmate Higdem in an attempt to save
11   her life."
12       Did I read that correctly?
13   A.  Correct.
14   Q.  And then it goes -- the next sentence
15   says, "Some recommendations follow."  And what --
16   what I'd like you to do is just read those
17   recommendations to yourself and then we'll talk
18   about these bullet points a little bit.  And you
19   just tell me when you're ready.
20   A.  Okay.
21   Q.  What led you to conclude that correctional
22   officers in good faith attempted to resuscitate
23   Inmate Higdem?
24   A.  What led me to believe that they were
25   acting in good faith?

64

1  Q. Yeah.

2  A. They performed CPR.

3  Q. Okay. And I'm going to single out Myles

4  here.

5  A. Okay.

6  Q. Do you think Myles acted in good faith in

7  trying to resuscitate Inmate Higdem? He's the one

8  that found her not breathing.

9  A. Do I feel he acted in good faith?

10  Q. Yeah.

11  A. Do I feel Myles Brunelle acted in good

12  faith on this?

13  Q. These are your words, "good faith," not

14  mine, so that's why I'm asking you.

15  A. I feel he acted in good faith, yes.

16  Q. Okay.

17  A. He --

18  Q. Because why? What'd you see from him that

19  led you to conclude that?

20  A. And I'm -- I haven't watched that video in

21  a while, but if I recall right, he checked for a

22  pulse. I will say he froze in that scenario, which

23  is different from our training. And in that aspect

24  where I think he did good faith was he went to go

25  get help.

65

1  Q. Do you know if he was the shift supervisor

2  that day?

3  A. At -- at this time I believe the way we

4  were -- the -- the way we were doing it at this

5  time, I think the one with the most experience was

6  the sift -- shift supervisor, in this case which

7  would have been Troll. And I hate to reiterate it,

8  but we didn't have the financial means to pay

9  somebody to be a shift supervisor.

10  Q. Okay. Well, Myles had the human being

11  means to perform CPR when he found Lacey not

12  breathing; correct?

13  A. He had the --

14  Q. He had the ability to perform CPR?

15  A. The ability and the training, yes.

16  Q. Okay. And did he tell you he froze?

17  A. I -- I believe so, yes.

18  Q. He told Zachmeier he freaked out.

19  A. Okay. Well, I don't remember the exact

20  words, but --

21  Q. All right. And the result of his freezing

22  or freaking out was she laid there for over two and

23  a half minutes when he decided to leave and get

24  somebody else to do the job. Do you find that

25  acceptable?

66

1  A. No.

2  Q. Would that have been -- that -- fair to

3  say that's a failure?

4  MR. GRANT BAKKE: Object to form.

5  Q. (MR. NOEL CONTINUING) A trained CO comes

6  upon someone not breathing. Idea is your training

7  kicks in, I'm going to immediately begin lifesaving

8  efforts. He leaves. As a result, she's laying

9  there with nobody tending to her for over two and a

10  half minutes. Is that a failure on his part?

11  MR. GRANT BAKKE: Same objection.

12  THE WITNESS: I guess to answer that one,

13  I'm -- it's tough to answer for -- on his behalf,

14  but I will say this: I've been in this line of

15  work since '07? Have you ever had a dead baby in

16  your arms and you're trying to give it CPR?

17  Q. (MR. NOEL CONTINUING) I have not.

18  A. And we're trained to do that. That's very

19  tough. Same thing with a car accident when there's

20  a piece of them over there and a piece over there.

21  Q. Yep.

22  A. It's -- you can train all day, every day,

23  but until it comes, that's when you know whether

24  you can do it or not.

25  Q. I'm not asking you to take him out back

67

1  and shoot him. I'm asking you is it a failure?

2  MR. GRANT BAKKE: Object to form.

3  Q. (MR. NOEL CONTINUING) If -- if I do -- I

4  don't deal with saving lives on my job, but if I do

5  something wrong and -- and against policy or

6  against the rules, I wouldn't be surprised if

7  someone held me accountable for it. Do you

8  understand where I'm going?

9  A. There's accountability --

10  Q. Okay. So was --

11  A. -- every day and --

12  Q. -- was his --

13  A. -- every scenario.

14  Q. A trained CO leaves a person not

15  breathing, she's there for over two and a half

16  minutes, is that a failure?

17  MR. GRANT BAKKE: Object to form.

18  THE WITNESS: Where I say he acted in good

19  faith was he wasn't able to function at that time

20  with the scenario that was there and he left to get

21  somebody to help.

22  Q. (MR. NOEL CONTINUING) Was that a failure?

23  MR. GRANT BAKKE: Object to form.

24  THE WITNESS: I don't feel in my eyes that

25  it's acceptable.

SHERIFF NATHAN GUSTAFSON                                April 12, 2024

68

1    Q.   (MR. NOEL CONTINUING)  Okay.  Not
2 consistent with policy?
3    A.   Correct.
4    Q.   And in terms -- there -- and I heard what
5 you're saying earlier is in June of 2020 there were
6 no -- there were no real identification of somebody
7 being a shift supervisor at the Rolette County
8 Jail.  Fair?
9    A.   Fair.
10       MR. GRANT BAKKE:  Object as
11 mischaracterization.
12    Q.   (MR. NOEL CONTINUING)  And would that mean
13 that if any correctional officer, whether they're
14 working the control room or the floor, would be
15 able to decide, you know, we need to get an inmate
16 to the hospital, would a correctional officer be
17 able to make the decision on --
18    A.   Sorry to recap there.  Anybody in the
19 correction facility have the ability to do what?
20    Q.   Yeah.  So let's say you have -- is -- is
21 dispatch considered a jail post?
22    A.   By DOCR standards, no.
23    Q.   Okay.  And it's not by Rolette County
24 policy either, is it?
25    A.   I don't recall the policy off the top of

69

1 my head.
2    Q.   All right.  So the two jail posts in June
3 of 2020 were master control and the floor; correct?
4    A.   Well, it's -- it's not that easy --
5    Q.   Okay.
6    A.   -- due to the layout of our building at
7 that time.  We've since changed our building --
8 excuse me -- but at that time dispatch was just off
9 the door of control, so they were all in that area.
10 Since, we've moved 911 and dispatch to a separate
11 room.  I don't know if that answers your --
12    Q.   Understood.  It does.
13    A.   Okay.
14    Q.   In June of 2020, did the -- did the
15 officer working dispatch have responsibilities for
16 taking care of inmates?
17    A.   Again, it's -- it's not that easy to
18 answer.  Yes, had the ability to.  For an example,
19 if -- if there's a female working dispatch and
20 there's a male working corrections and a male
21 working the floor and a female gets brought in,
22 that female has to leave dispatch to go book in the
23 female.  Does that make sense?
24    Q.   It does.
25    A.   Okay.  So it -- they have the ability to

70

1 rotate.
2    Q.   Yep.  And if you have on -- on a given
3 shift -- let's just take the June 3, June 4, 6 p.m.
4 to 6 a.m., that's when all this stuff went down;
5 right?
6    A.   Well --
7    Q.   You can take my word for that.
8    A.   Okay.
9    Q.   If one of the three correctional officers
10 decides that a particular inmate is presenting a
11 situation where he or she needs to be taken to the
12 hospital, that correctional officer can get that
13 done; correct?
14    A.   Correct.
15    Q.   They -- they don't need -- a correctional
16 officer doesn't need approval from some higher-up
17 to get an inmate who he or she believes needs
18 medical attention to the hospital?
19    A.   Again, it's not that simple of a yes-or-no
20 answer.  There's times where they have called
21 somebody to -- to ask questions, but they do have
22 the ability, yes, to call an ambulance or -- I
23 wouldn't say at that time they had the ability to
24 transport inmates to and from hospitals
25 themselves --

71

1    Q.   Mm-hmm.
2    A.   -- because at that time we had a staff of
3 three and that was the minimum staff that we could
4 have for our facility, so none of them could leave
5 the facility.  So a deputy would have to transport,
6 and I believe -- there's been such a high turnover
7 rate at our facility that I don't recall if we were
8 full staffed or not.  I would -- I would assume
9 that we were not full staffed, but there's times
10 when we only have one deputy working the whole
11 county.  So on a medical transport, it would create
12 other scenarios.
13    Q.   But the number one -- the first step to
14 take is to call an ambulance; right?
15    A.   That's --
16       MR. GRANT BAKKE:  Object to form.
17    Q.   (MR. NOEL CONTINUING)  If --
18    A.   -- one of the options.
19    Q.   Okay.
20    A.   Or one of the abilities that they would
21 have.
22    Q.   All right.  So I guess what I'm trying to
23 get to as the bottom-line scenario of like if -- if
24 a correctional officer decides an inmate needs
25 outside medical attention immediately, they can

72

1 summon an ambulance on their own to get that
2 moving; fair?
3     A.    Yes.
4     Q.    And then was there ever a time in your
5 tenure as sheriff where ambulances were refusing to
6 show up to the Rolette County Jail?
7     A.    I apologize, there's -- we've had -- since
8 I've been sheriff, there's been so many things that
9 have happened in our county and I'm so used to
10 seeing cop lights, fire lights and ambulance
11 lights, it all blurs into one thing.  So I -- I
12 don't recall that.  I know we -- we have had
13 meetings with the Rolla hospital and the Quentin
14 Burdick hospital in Belcourt.  We've had meetings
15 about radio issues or -- we call it a trip sheet.
16 If an ambulance goes out to somewhere and then they
17 go back to base, we have to send them a little
18 report for their -- for their stats or records.
19 I -- I don't -- there's been issues, but I -- I
20 don't know if -- if it was failure to come or not.
21     Q.    And maybe we can be more specific.  Do you
22 recall a situation in your tenure as sheriff where
23 a correctional officer tried to summon an ambulance
24 to the jail and the ambulance refused to show up?
25     A.    I -- I don't recall anybody -- I -- I know

73

1 there's been issues that we've -- we've met with
2 and addressed.  To list all of them or -- or --
3 I -- I can't remember.  Sorry.
4     Q.    Nothing comes to mind, and obviously the
5 first step in seeing if -- if an ambulance is going
6 to show up is to call; right?
7     A.    Correct.
8         MR. NOEL:  Okay.  All right.  Why don't we
9 take ten minutes and we'll get -- we'll get --
10        THE WITNESS:  Is anybody else cold?
11        MR. NOEL:  -- reorganized.
12        THE WITNESS:  I thought you said it was
13 going to be warm --
14        THE VIDEOGRAPHER:  We're off --
15        THE WITNESS:  -- in here.
16        THE VIDEOGRAPHER:  -- the record at
17 10:01 a.m.
18        (Recessed at 10:01 a.m. and reconvened at
19 10:13 a.m.)
20        THE VIDEOGRAPHER:  This is the beginning
21 of Media Number 2.  We are back on the record at
22 10:13 a.m.
23     Q.    (MR. NOEL CONTINUING) Sheriff Gustafson,
24 do you remember you made a -- like a public
25 statement relating to this incident?

74

1     A.    I -- I remember releasing one.  I don't
2 remember word for word.
3     Q.    Okay.  Do you -- why did you do that?  Why
4 did you do the public statement?
5     A.    If I remember correct, we were getting
6 requests or questions.
7     Q.    All right.  And what was your intent in
8 putting out the public statement?  What did you
9 want to communicate?
10    A.    I believe -- and I'd have to see my
11 statement.  I'm -- I believe in there I stated that
12 the jail was being closed, so I wanted to make that
13 aware, and then that we would be working with DOCR
14 closely to remedy the -- the concerns or issues.  I
15 don't remember word for word, but I remember
16 recent -- releasing something around those lines.
17    Q.    All right.  And -- and we've got it, so
18 I'm just going to -- I'll mark it and have you talk
19 about it.  Do you know if you would have had cause
20 of death information before the autopsy was
21 completed?
22    A.    I'm sorry.
23    Q.    Do you know if you -- let's -- let's ask
24 more specifically.  Do you know if you had
25 toxicology information on Lacey before the autopsy

75

1 was completed?
2     A.    I don't recall.
3     Q.    All right.
4         MR. NOEL:  Why don't we mark that one.
5 What number are we on?
6         THE REPORTER:  90.
7         (Deposition Exhibit 90 was marked for
8 identification.)
9     Q.    (MR. NOEL CONTINUING)  All right.
10 Sheriff, Exhibit 90 is Bates-stamped DOCR 1928.
11 Does this look like the public statement that you
12 issued?
13    A.    Yes, it looks like the one I released.
14    Q.    All right.  And if we go through it,
15 obviously you wrote it on June 19 of 2020; correct?
16    A.    That's what it says, yes.
17    Q.    All right.  So like two weeks or
18 thereabouts after Lacey's death; true?
19    A.    Yes.
20    Q.    And I'll just read it.  It says, "Today,
21 June 19, 2020, I was served with an order from the
22 North Dakota Department of Corrections.  The Order
23 requires the closure of our jail as of June 22,
24 2020.  The primary basis for the order was the
25 failure to follow procedures.  The order recognizes

76

1  the death on June 4, 2020."
2      Did I get the first paragraph correct?
3  **A.**  Correct.
4  **Q.**  What was the DOCR's communication to you
5  in terms of failure to follow procedures?  What
6  specifically were they pointing to?
7  **A.**  I'd have to read the report again.
8  **Q.**  Okay.
9      MR. NOEL:  65.
10      THE WITNESS:  65?
11      MR. NOEL:  65.
12  **Q.**  (MR. NOEL CONTINUING)  And just take what
13  time you need with the Exhibit 65 to be able to
14  answer that.  Okay?
15      MR. NOEL:  Can we go off the record while
16  he reads it.
17      THE VIDEOGRAPHER:  We're off the record at
18  10:18 a.m.
19      (Recessed at 10:18 a.m. and reconvened at
20  10:23 a.m.)
21      THE VIDEOGRAPHER:  We are back on the
22  record at 10:23 a.m.
23  **Q.**  (MR. NOEL CONTINUING)  All right.  Sheriff
24  Gustafson, you had a chance to read over Exhibit 65
25  sufficiently to answer a couple questions about it?

77

1  **A.**  Correct.
2  **Q.**  And if you ever need to refer back to it,
3  let me know.  We might go through it in more detail
4  in a second too.
5      So getting back to your statement,
6  Exhibit 90, the primary basis for the order was for
7  failure to follow procedures, and after reading
8  Exhibit 65 -- which is the order; correct?
9  **A.**  Correct.
10  **Q.**  -- can you tell me what your understanding
11  of that failure to follow procedures was that was
12  identified by the DOCR?
13  **A.**  The failure to comply with our policy and
14  procedures, standard -- I believe it was Standard
15  21, Standard 32 and standard -- there was one more
16  standard in there.  Sorry.
17  **Q.**  59.
18  **A.**  59 at the end of page 4.  So it said we
19  had three noncompliance, I believe is how they said
20  it.
21  **Q.**  And did you accept the DOCR's findings in
22  that regard?  In other words, did you agree that
23  there were failure to follow those procedures?
24  **A.**  I -- did you say did I --
25  **Q.**  Did you -- and let me -- let me -- I asked

78

1  two separate things.  Did you agree with the DOCR's
2  assessment in the closure order that there was a
3  failure to follow procedures, specifically Standard
4  21, 32 and 59?
5  **A.**  I read their closure order and accepted
6  it.  It's always tough to agree with everything.
7  But, yeah, I agreed and accepted it.
8  **Q.**  Okay.  And then the next paragraph states
9  that there's an overwhelming drug problem in our
10  community.  That problem is the chief cause of this
11  tragedy.  I am committed to retraining current
12  staff and acquiring additional staff to assist with
13  combating this problem.
14      Did I read that correctly?
15  **A.**  Correct.
16  **Q.**  And going back to the first paragraph, do
17  you believe that the Rolette County Jail's failure
18  to follow procedures played any causal role in
19  Lacey's death?
20      MR. GRANT BAKKE:  Objection.  Calls for
21  speculation.
22      THE WITNESS:  Reading DOCR report and I
23  believe BCI, that was their conclusion.
24  **Q.**  (MR. NOEL CONTINUING)  Okay.  What's
25  your -- do you believe that the Rolette County

79

1  Jail's failure to follow certain procedures played
2  a causal role in Lacey's death?
3      MR. GRANT BAKKE:  Objection.  Calls for
4  speculation.
5      THE WITNESS:  I -- I believe I want myself
6  and my staff to always grow and continue to get
7  better, so every scenario we have we could have did
8  it better than we did.
9  **Q.**  (MR. NOEL CONTINUING)  Right.  So that's
10  the political answer.  I need the court answer.  In
11  the second paragraph you say that the drug problem
12  was the chief cause of this tragedy; right?
13  **A.**  Those were my words, yes.
14  **Q.**  All right.  And my question is do you
15  believe that the Rolette County Jail's failure to
16  follow procedures played a causal role in Lacey's
17  death?
18      MR. GRANT BAKKE:  Objection.  Calls for
19  speculation.  Asked and answered.
20      THE WITNESS:  I -- I always want my staff
21  to get better, so it's -- it's tough to -- you can
22  have a -- a pretty perfect scenario and it'll never
23  be perfect.  You could always be better at it.  So
24  could have done a better job at this, yes.
25  **Q.**  (MR. NOEL CONTINUING)  How did -- how did

April 12, 2024

80

1  you go about determining that drugs was the chief
2  cause?
3      **A.**  How did I go about --
4      **Q.**  Yeah, you wrote it.
5      **A.**  -- determining --
6      **Q.**  You told it to the public, so how did you
7  come to the conclusion that drugs was the chief
8  cause of this tragedy?
9      **A.**  I believe in the re -- the -- I don't know
10  if it was the reports I read or the statements that
11  she admitted to being under the influence of
12  methamphetamine.
13      **Q.**  Right.  But you didn't know what her cause
14  of death was on June 19 of 2020, did you?
15      **A.**  I am not a doctor, no.  It appeared to me
16  that it -- it was an overdose.  Again, I'm not a
17  doctor, but that was my -- my thought.
18      **Q.**  All right.  So your non-doctor self saw
19  fit to blame drugs as the chief cause, and I'm
20  wondering as the sheriff and the top jail official
21  if you can tell me whether or not the failure to
22  follow procedures played a causal role in the
23  death.  That's your area.
24          MR. GRANT BAKKE:  Objection.  Calls for
25  speculation.  Asked and answered.

81

1      **Q.**  (MR. NOEL CONTINUING)  Do you see why I'm
2  getting frustrating?  You're opining on a cause of
3  a death in an area that you're not an expert --
4  drugs, chief cause -- but you don't want to tell me
5  whether or not you think that the jail's failure to
6  follow procedures played a causal role in Lacey's
7  death.  That's the question I want an answer to.
8  Do you think that the jail's failure to follow
9  procedures played a causal role in Lacey's death?
10          MR. GRANT BAKKE:  Objection.  Asked and
11  answered.  Argumentative.  Calls for speculation.
12          THE WITNESS:  Do I -- I think we could
13  have did a better job, yes.  Absolutely.  So I --
14  we could always get better in our areas.
15      **Q.**  (MR. NOEL CONTINUING)  Well, does that --
16  does that mean the answer to my question about
17  failure to follow procedures played a causal role
18  in her death is a yes?
19          MR. GRANT BAKKE:  Objection.  Asked and
20  answered.
21          THE WITNESS:  I don't know.  I wasn't
22  there at the time, sir.
23      **Q.**  (MR. NOEL CONTINUING)  Okay.  Are you
24  standing by the -- the drug problem in the
25  community being the chief cause of the tragedy?

82

1      **A.**  I -- I'm going to stand by my words, yes.
2      **Q.**  "I'm committed to retraining current staff
3  and acquiring additional staff to assist with
4  combating this problem."
5          What did you have in mind when you wrote
6  that first phrase, "I'm committed to retraining
7  staff"?  What was the retraining going to be?
8      **A.**  On anything in our facility, to continue
9  to grow and get better, specifically we were
10  talking about booking and observations.
11      **Q.**  Okay.  And what specifically with regard
12  to booking?  Let's take that one first.
13      **A.**  In broad terms, to try to ask the -- more
14  questions of whether there's any type of alcohol
15  or -- or illegal drugs -- excuse me --
16      **Q.**  And --
17      **A.**  -- or mental health issues or any other
18  issues that may be physical or -- or emotional.
19      **Q.**  And then you understand that there wasn't
20  a -- the medical intake and the suicide screen
21  forms weren't completed in booking?
22      **A.**  I learned after the fact, yes.
23      **Q.**  All right.  And that would be against
24  policy; correct?
25      **A.**  I -- yes.

83

1      **Q.**  And then --
2      **A.**  If -- if I can go in a little bit more on
3  that one, though.  It -- in our area or probably
4  every area, nobody wants to be -- well, very few --
5  I have had some that want to be in jail because
6  it's too cold and they don't have food or whatever,
7  but not everybody wants to be at the facility so
8  they're not always the most pleasurable or -- or
9  accommodating to ask and answer questions.
10          So it is -- it was not uncommon for people
11  not to ask -- or answer questions.  I shouldn't say
12  ask -- for the person getting booked in, not to
13  answer the correctional officer's questions, and
14  then placed in a holding cell until they were
15  willing or able to answer the booking questions.
16      **Q.**  You read Dixie Gladue's deposition?
17      **A.**  Gladue.
18      **Q.**  Gladue.
19      **A.**  Okay.
20      **Q.**  She said that Lacey was unable to
21  participate in the booking process, not unwilling;
22  correct?
23      **A.**  I believe that's what it said.
24      **Q.**  Can you see the difference between unable
25  and unwilling?

SHERIFF NATHAN GUSTAFSON                                    April 12, 2024

84

1    MR. GRANT BAKKE:  Object to form.
2    THE WITNESS:  I don't know.  I wasn't
3  there at the time.
4    Q.  (MR. NOEL CONTINUING)  Do you remember
5  watching the video of April Azure trying to get
6  underwear on her?
7    A.  I vaguely remember it, yes.
8    Q.  Do you remember Lacey Higdem having
9  trouble standing up in that video?
10    A.  I don't know, it's been such a long time.
11  It's four years since I've watched the video, I --
12  I don't recall.
13    Q.  Okay.  Well, we're going to watch it again
14  later and I'm going to ask you if you think -- can
15  you tell if -- if Lacey was unable or unwilling to
16  stand up on her own, so keep that in mind.  All
17  right?
18    A.  Okay.
19    Q.  What about with regard to observation and
20  retraining from your statement?
21    A.  So going back to a question I answered
22  earlier where we were noncompliant on our 15-minute
23  checks because we were doing them on the
24  15 minutes, so to make sure we were following
25  irregular 15-minute watch was -- was something I

85

1  wanted to make sure we trained on.  And the
2  physical check, the hourly physical check, I
3  believe we had an instance where it -- it changes a
4  little bit each time, it felt like, where you had
5  to walk -- you know, to see them was good and then
6  it -- you've got to physically go in there to --
7  you've got to walk right by them, touch them
8  basically, which makes a lot of inmates upset when
9  you're doing it and waking them up.
10    But one of the things we didn't do was
11  open the bathroom door, I think, so then -- so each
12  time we're getting told, well, you've got to
13  tighten up right here, get a little better at this,
14  and -- and we -- we started to do that --
15    Q.  All right.
16    A.  -- for our continual training.
17    Q.  As Rolette County sheriff, did you ever
18  get word from anyone that at any point correctional
19  officers were logging cell checks that weren't
20  being completed?
21    A.  I believe Agent Zachmeier brought it to my
22  attention on this case.
23    Q.  All right.  Anything before that?
24    A.  Not to my knowledge.
25    Q.  Okay.  Do you know if before Lacey the

86

1  Rolette County jail administrator ever performed
2  kind of random audits of cell checks, look at
3  video, see if the log matches up to what I'm seeing
4  on video?
5    A.  I don't remember going into like that deep
6  of it.  I would watch video.  Never -- everything
7  appeared to be normal on the -- the bits that I
8  would watch.  Most of it was -- for example, at six
9  o'clock at shift change, I would pull -- or not
10  pull -- but I would watch video on that to make
11  sure people were coming to work on time and
12  somebody wasn't punching in for somebody else.
13  Watch throughout the night, make sure people were
14  performing their duties, but that's bits and pieces
15  out of the -- the hours and hours and hours of
16  work --
17    Q.  Right.
18    A.  -- that's being done.
19    Q.  Yeah.  And -- and to drill down on that a
20  little bit, the -- the December 4, 2018, inspection
21  identified an observation deficiency.  You remember
22  talking about that?
23    A.  In December of '18?
24    Q.  Yeah.  That was Exhibit 81, I think.
25    A.  Oh, I -- no, I don't remember.

87

1    Q.  All right.  In 2019, do you know -- you
2  don't -- you don't need to look at it unless you
3  want to.
4    A.  Well, if we're talking about it --
5    Q.  Go ahead.
6    A.  -- I -- oh, so -- I -- the reason I don't
7  remember is I wasn't jail administrator in December
8  of '18.
9    Q.  I know that, but you were sheriff in 2019.
10    A.  Correct.
11    Q.  And when you came on as sheriff, did you
12  have any idea that the jail had been identified as
13  deficient in a life safety standard --
14    A.  No.
15    Q.  -- the previous --
16    MR. GRANT BAKKE:  Object to form.
17    Q.  (MR. NOEL CONTINUING)  -- year?
18    A.  Not --
19    MR. GRANT BAKKE:  Object to form.
20    THE WITNESS:  Not to my knowledge.
21    Q.  (MR. NOEL CONTINUING)  All right.  Is --
22  Standard 32 is a big deal; wouldn't you agree with
23  that?
24    MR. GRANT BAKKE:  Object to form.
25    THE WITNESS:  I believe all of our 108

SHERIFF NATHAN GUSTAFSON                                    April 12, 2024

**88**

1  standards are a big deal.  Otherwise, DOCR wouldn't
2  have came up with them.
3      Q.  (MR. NOEL CONTINUING)  All right.  Are
4  there certain standards that the -- that the jail
5  people and the correctional experts talk about as
6  life safety standards, or do you believe they're
7  all life safety standards?
8          MR. GRANT BAKKE:  Object to form.
9          THE WITNESS:  I -- I don't know.  They --
10  they list in there some of them that are life
11  safety --
12     Q.  (MR. NOEL CONTINUING)  You --
13     A.  -- I believe.
14     Q.  -- trust their judgment on that?
15     A.  When you've been in law enforcement as
16  long as I have, it's hard to trust everybody, but I
17  believe DOCR does a very good job of -- of their
18  job.  Yes.
19     Q.  Did you ever have trust issues with the
20  DOCR while you were sheriff of Rolette County?
21     A.  Describe "trust issues," in your opinion.
22     Q.  Well, you just said it.
23     A.  Well, I --
24     Q.  Tell me everything.
25     A.  -- as -- as a human, I don't -- it's hard

**89**

1  to trust anybody.  I -- if I don't know you, it's
2  hard to trust you.  But my visits with Mr. Lance
3  Anderson and Bob Werlinger were -- were mostly
4  good.  They were all professional.  When I say
5  "mostly good," I -- I know I talked about the
6  second time I watched the video where Lance
7  Anderson brought it in and played it for the
8  commissioners and the -- the auditor.  I did not
9  like that.  The reason I did not like that was I'm
10  trained in dealing -- I'm the coroner of my county
11  so I -- I deal with death quite often, but my
12  auditor and my commissioners were not ready or
13  trained to watch that video.
14         So I -- I disagreed with Lance on that
15  one, but overall his job, he's been very -- very
16  professional and good at his job other than the one
17  thing I disagreed with there.
18     Q.  All right.  Any trust issues with the DOCR
19  with you as sheriff of Rolette County?
20     A.  For example, if -- in -- in his report
21  I -- I don't think he would go out of his way to
22  fabricate or falsify his report.  So, no, I trust
23  his professionalism.
24     Q.  Okay.  Did you think he was out to get
25  you?

**90**

1      A.  Again, in my line of work, I think
2  everybody's out to get me.
3      Q.  Fair enough.  Go back to Exhibit 83.
4  That's the mortality review.
5      A.  How do I do this?  Why don't I flip these
6  and then I can -- I'm sorry, you said 83?
7      Q.  83, yeah.  Okay.  So we started and then
8  stopped on the bottom of page 2, DOCR 1016.
9  Remember we were talking about the good faith?
10  We're not going to talk about that anymore.  And
11  then there's bullets below that.  Do you see that?
12     A.  I'm sorry, where are you at?
13     Q.  So it says Security Observations --
14     A.  Okay.
15     Q.  -- and Recommendation, and then we talk
16  about the good faith attempt to resuscitate.  And
17  then you say, "Some recommendations follow," and
18  then it goes on to list some.  Do you --
19     A.  Okay.
20     Q.  -- see where I'm at?
21     A.  Yep.
22     Q.  The first one that you list is, "CO should
23  carry Master Keys at all time when working jail
24  floor"; correct?
25     A.  That's what it says, correct.

**91**

1      Q.  Did you write that?
2      A.  I believe the -- I physically didn't write
3  it.  I believe either Kim or Mitch would have been
4  typing this up.
5      Q.  Okay.
6      A.  But I signed it, yes.  I was aware of
7  this.
8      Q.  I mean this is your memo; right?
9      A.  Correct.
10     Q.  Okay.
11     A.  You're -- you're asking if I wrote it,
12  though, and I'm just being honest and saying I
13  didn't write it.  One of my others did while I was
14  there.
15     Q.  Yeah.  I -- I sensed some hesi --
16  hesitation on -- on willingness to embrace that
17  first bullet point.  So was one of your
18  recommendations that the CO should carry master
19  keys at all times when working jail floor?
20     A.  Yeah.  That's what I got in here, yes.
21     Q.  All right.  Why did you recommend that?
22     A.  I'd have to go back and -- and go over our
23  stuff again, but in -- in the event that control
24  room is unable to open a door -- so the control
25  room is electronic and that's the one that opens

SHERIFF NATHAN GUSTAFSON                                    April 12, 2024

**92**

1   every door.  So if they're unable to open a door
2   and there's a medical emergency in there and you
3   don't have keys and you can't get in there, that
4   was the reason for carrying a key, I believe.  I'd
5   have to go back and look at our stuff, but that's
6   what feels right to me right now.
7       Q.   So Brunelle was working the jail floor on
8   the Lacey shift; correct?
9       A.   I believe so, yes.
10      Q.   All right.  Do you know if he had the
11  master keys on him at that point or not?
12      A.   I don't recall.
13      Q.   So is the first bullet point at the bottom
14  of page 2 of Exhibit 3 a general recommendation or
15  a Lacey Higdem-specific recommendation?
16      A.   I don't recall.
17      Q.   Go on to the next page.  "CO should wear
18  security belt with radio and Narcan."
19           Was that one of your recommendations?
20      A.   Correct.
21      Q.   And why did you recommend that?
22      A.   The -- the security belt would allow them
23  to carry the keys and the Narcan and -- and a
24  radio, where we -- we didn't always have the -- the
25  belt ability or -- or have the -- what do you want

**93**

1   to call it -- the -- it wasn't part of our uniform
2   that we had on hand, I guess.
3       Q.   All right.  Do you know if this
4   recommendation was implemented immediately after
5   you wrote the memo?
6       A.   I don't recall.
7       Q.   Did any correctional officers prior to
8   Lacey's death bring concerns to you about the
9   radios not working for them?
10      A.   I -- I remember hearing a concern of they
11  were spotty.  For instance, if you're in the
12  doorway, they didn't work, but you stepped out or
13  in, it worked.  Little things like that.  But I
14  don't recall saying they -- they didn't work or --
15      Q.   So spotty radio -- the -- the radios
16  working was kind of a spotty issue for the COs,
17  that was communicated to you?
18      A.   Correct.
19      Q.   Do you know whether any steps were taken
20  to fix that or get new radios?
21      A.   I believe at this time we had a 911
22  coordinator, Curt Bonn -- he's since retired.  He
23  was our kind of, quote/unquote, tech guy in our
24  facility, so he was in charge of the radios and the
25  911, and -- and if we had issues in control with

**94**

1   the camera or computer, he would assist with that.
2   To my knowledge, it was -- I believe what he stated
3   was it was taken care of.
4       Q.   And do you know if that was before the
5   Lacey death?
6       A.   I don't recall.
7       Q.   And Narcan, what's that?
8       A.   Narcan is a -- tool that we will use for
9   somebody that we feel is overdosed.  It's a nasal
10  canister -- I don't want to say canister -- a nasal
11  thing --
12      Q.   You shoot it up their nose --
13      A.   Yep.
14      Q.   -- right?
15      A.   Yep.  And it's supposed to combat the --
16  whatever's in their system.
17      Q.   Was there Narcan available at the Rolette
18  County Jail on June 3 and 4 of 2020?
19      A.   I don't recall.
20      Q.   Did -- did poli -- did your jail policy
21  require that Narcan be available at the jail in --
22  on June 3 and 4 of 2020?
23      A.   I would have to read the policy on that.
24  Like I said, our policy has the ability to change
25  every year --

**95**

1       Q.   Okay.
2       A.   -- so I'd have to read the --
3       Q.   But in June of 2020, you clearly knew that
4   overdoses and drug use were a big problem in the
5   community that the jail was serving; right?
6       A.   Correct.
7       Q.   And then the next one is -- we'll skip
8   that one.  Let's go to, "Utilize special watch
9   forms."
10           That's one of the bullets -- that's one of
11  your recommendations on Exhibit 83; true?
12      A.   Exhibit 83.  Correct.
13      Q.   Was that a general recommendation or a
14  Lacey Higdem-specific recommendation?
15      A.   I don't recall.
16      Q.   Do you know if Lacey Higdem was ever on
17  special watch from June 3 to 4, 2020?
18      A.   Oh, I don't -- I don't know.
19      Q.   When -- when you have a death -- this was
20  your first jail death --
21      A.   Correct.
22      Q.   -- as sheriff?
23      A.   Correct.
24      Q.   Did -- were you curious about what
25  happened?

96

1   **A.** Yes.

2   **Q.** Did you want to get to the bottom of what
3   happened and see did we meet the community's
4   expectations or not?

5   **A.** Yes. And -- and the reason I'm a little
6   hesitant with my body language on that one is there
7   was two separate investigations going on, so my job
8   was to hurry up and wait, it felt like.

9   **Q.** Did you use -- did you ever use the Lacey
10  Higdem death as a training tool for your
11  correctional officers at the Rolette County Jail?

12  MR. GRANT BAKKE: Object to form.

13  THE WITNESS: I -- I don't remember
14  because we were on the -- with DOCR and BCI doing
15  their investigations and -- and us on -- I don't
16  want to say standby, but us not -- not talking
17  about it, we didn't do immediate trainings based on
18  this specific event. So that's the only way I can
19  answer that question is I -- you know, when we
20  weren't talking about it, we weren't talking about
21  it so we weren't doing training on it.

22  **Q.** (MR. NOEL CONTINUING) So do you think not
23  talking about it helps prevent it from happening in
24  the future?

25  **A.** I think when DOCR and BCI says don't talk

97

1   about it right now, it -- we took that and listened
2   to what they were saying.

3   **Q.** Do you still have that order on you from
4   the DOCR, don't talk about it?

5   **A.** Not everything is written in an order.
6   There's recommendations that -- that they suggest.

7   **Q.** Right. But -- and that was a bad
8   question.

9   By the time they -- these two COs get
10  charged, you're free to -- to talk about the --
11  well, even without that, did you feel like because
12  there was a DOCR and a BCI investigation that you
13  couldn't talk to your people about how to prevent
14  something like this from happening again?

15  **A.** Again, I didn't -- we did other trainings
16  to work and try to prevent anything from -- from
17  happening in the future, but specifically this one,
18  when -- and I didn't ask DOCR or BCI to give me an
19  order when they said don't talk about this, but
20  when we talk about trust, I guess I trusted them
21  enough when they said don't talk about it, I didn't
22  talk about it.

23  **Q.** Okay. Who from DOCR told you not to talk
24  about it?

25  **A.** I guess the only two that I've spoke with

98

1   have been Lance and Bob.

2   **Q.** And did anyone from the BCI tell you not
3   to talk about it?

4   **A.** When Zachmeier and I spoke about it, it
5   was relayed to me not to visit about it.

6   **Q.** All right. And that was --

7   **A.** Until their invest -- while they were
8   doing their investigations.

9   **Q.** All right. Have you had any other
10  in-custody deaths at the facility since Lacey?

11  **A.** I'm sorry, you keep asking me the same
12  questions. No. This --

13  **Q.** Okay. Not all of us are perfect.

14  In your patrol experience, do you use
15  scenarios that unfold in the field as -- as real
16  life kind of training scenarios for -- for future
17  patrol?

18  **A.** Yes.

19  **Q.** And let's get back to the Exhibit 83. One
20  of the other bullet point recommendations that you
21  have is, "Need some kind of" -- "Need some kind of
22  notification system for 15-minute checks"; correct?

23  **A.** Correct.

24  **Q.** Why did you make that recommendation?

25  **A.** To -- to give some type of a -- an example

99

1   is when you're cooking in your kitchen, you need to
2   set a timer for your oven. So that was -- it --
3   and I say that timer because that's one of the
4   tools that we implemented was a -- a cook timer, if
5   that's the right -- I don't know what the right way
6   to clarify that one is, but turned it to
7   12 minutes, whether it was digital or the turn one.

8   **Q.** And the -- the thing with the 15-minute
9   checks is if you're doing them -- if you're doing
10  them all right on the 15 minutes, that defeats the
11  purpose of the -- of the special watch; correct?

12  **A.** Yes. They want them in -- what is the
13  word they use -- irregular.

14  **Q.** So the inmates can't predict it?

15  **A.** True.

16  **Q.** Now, do you know whether Lacey was ever on
17  a 15-minute check on June 3 to 4, 2020?

18  **A.** I don't --

19  MR. GRANT BAKKE: Objection. Asked and
20  answered.

21  THE WITNESS: I don't recall.

22  **Q.** (MR. NOEL CONTINUING) Do you know if the
23  "need some kind of notification system" for
24  15-minute checks was a general recommendation or a
25  Lacey Higdem-specific recommendation?

100

1  **A.** I don't recall specifically.

2  **Q.** And the DOCR reported to you that Lacey

3  should have been on 15-minute checks; correct?

4  **A.** I believe that's what they said in their

5  report. Yes.

6  **Q.** Do you -- do you disagree with them on

7  that?

8  **A.** I wasn't there. It's hard for me to --

9  **Q.** It doesn't matter if you were there or

10  not.

11  MR. GRANT BAKKE: Objection.

12  Argumentative.

13  THE WITNESS: I -- I guess if I'm -- I

14  don't know what my correction officer is seeing at

15  that moment when I'm not in the facility.

16  **Q.** (MR. NOEL CONTINUING) Isn't the sheriff a

17  24/7 job?

18  **A.** Sure.

19  **Q.** Okay. Do you only deal with things that

20  happen at the jail when you're there?

21  **A.** I only deal with things at the jail when

22  they're brought to my attention, so if I'm not

23  called, I don't know.

24  **Q.** Okay. How much of your daily focus in

25  2020 was on jail operations versus other county law

101

1  enforcement operations?

2  **A.** My main focus, my -- it -- after the --

3  the passing of Lacey in the -- in the jail, my

4  focus shifted to the jail. Before that, it was a

5  split between all the sheriff duties of the county.

6  **Q.** Okay. So what was the split like before

7  Lacey percentagewise, typical day?

8  **A.** Every day changes, but short staffed on

9  the deputy side, I would be patrolling the road.

10  The -- the administrative side of working with

11  grants and payroll to get to the auditor, making

12  sure our civil process was being served, our

13  warrants were being executed, dealing with the

14  contract towns or trying to develop contracts with

15  cities for policing. So I'd be at city council

16  meetings or visiting with mayors, county

17  commissioners, dealing with budget and staffing and

18  equipment. I -- it's hard to -- every --

19  everything changes at a second or a minute's

20  notice, so it's hard to say a structure of this is

21  what I do on Monday or this is what I do on

22  Tuesday. It -- everything changes every day.

23  **Q.** Okay. Did that narrative help you answer

24  the question about what was the percentage of your

25  focus on correctional operations versus jail

102

1  operations before Lacey?

2  **A.** No, because I was -- when Kim no longer

3  wanted to be the jail administrator, I had to put

4  attention to the jail also. But that didn't mean

5  the other duties went away either.

6  **Q.** Sheriff is a full-time job; correct?

7  **A.** Correct.

8  **Q.** Jail administrator's a full-time job too;

9  correct?

10  **A.** Correct.

11  **Q.** When did Kim say she didn't want to be the

12  jail administrator anymore?

13  **A.** I'd have to look in my thing. I believe

14  she wrote a thing that said she was resigning as

15  the jail administrator --

16  **Q.** All right.

17  **A.** -- or relieving her -- yeah, basically

18  resigning from it.

19  **Q.** All right. So back to Exhibit 83 and you

20  write down, "Need some kind of notification system

21  for 15-minute checks."

22  This is your recommendation in a mortality

23  review that you completed due to Lacey's death;

24  correct?

25  **A.** I -- I wouldn't just specifically say

103

1  that. It would be to better our facility for --

2  for everything in general.

3  **Q.** Okay. Well, look at the title page. I

4  didn't think this was going to be this -- this

5  difficult. The memo is from you and the title to

6  the memo is Mortality Review of Lacey Higdem;

7  correct?

8  **A.** Correct.

9  **Q.** First sentence, "On June 23, 2020, a

10  mortality review was conducted on the death of

11  inmate Lacey Higdem who died in custody of Rolette

12  County Jail on June 4, 2020." It goes on and on

13  and on. "Summary of any investigation." First of

14  all it gives some demographic information about

15  Lacey; correct?

16  **A.** Correct.

17  **Q.** Not general demographics about what

18  inmates were staying in your jail. Lacey.

19  **A.** Okay.

20  **Q.** Second one is Summary of Investigation,

21  and that bullet talks all about stuff that was done

22  with regard to Lacey; correct?

23  **A.** Correct.

24  **Q.** Okay. So when we get to recommendations,

25  can you tell me -- you don't believe that the needs

104

1  some notification system for 15-minute checks was
2  Lacey specific; correct?
3      MR. GRANT BAKKE:  Objection.  Asked and
4  answered.
5      THE WITNESS:  I -- like I stated, it would
6  be to better our facility.
7      Q.  (MR. NOEL CONTINUING)  Would you have made
8  that recommendation if it wasn't for Lacey's death?
9      A.  If there was any issue that was brought to
10 me that -- yeah, I would think we would try to
11 implement it to get better.
12     Q.  Okay.  Well, how did the -- how did the
13 2019 DOCR inspection turn out for the Rolette
14 County Jail while you were sheriff?  Were there
15 deficiencies noted in there?
16     A.  I would have to read their thing.  I
17 believe there was.
18     Q.  Okay.  Which ones?
19     A.  I -- I don't know.  I'd have to read
20 the --
21     Q.  Was inmate observation one of them?
22     A.  I don't know.
23     Q.  All right.  Were any of the
24 recommendations that you made in Exhibit 83 Lacey
25 specific?

105

1      A.  I -- yes, all of them to -- to better our
2  facility.
3      Q.  Okay.  That seemed like two kind of
4  different answers.  So like were any of the
5  recommendations in Exhibit 83 Lacey specific --
6      MR. GRANT BAKKE:  Objection.  Asked and
7  answered.
8      Q.  (MR. NOEL CONTINUING)  -- only.
9      A.  I -- I don't know.  Again, I would say,
10 yes, all of them, and it was to better our
11 facility.
12     Q.  All right.  So you've told me -- you've
13 mentioned a couple times that you weren't there on
14 that shift; correct?
15     A.  Correct.
16     Q.  You realize that probably works better for
17 a correctional officer than it would for the top
18 law enforcement official in Rolette County?
19     MR. GRANT BAKKE:  Object to form.
20     THE WITNESS:  I guess I don't understand
21 what you're saying.
22     Q.  (MR. NOEL CONTINUING)  In terms --
23 let's -- let's look at accountability.  Okay.  Do
24 you think that in terms of -- of accountability --
25 first of all, do you take some accountability as

106

1  Rolette County sheriff for Lacey's passing in your
2  facility?
3      MR. GRANT BAKKE:  Object to form.
4      THE WITNESS:  Yeah.  I take a hundred
5  percent.
6      Q.  (MR. NOEL CONTINUING)  Did you communicate
7  that to Lacey's mom at all?
8      A.  I -- I don't recall.  I -- I know I
9  contacted her.  I -- I don't recall.
10     Q.  And you contacted her because you had
11 the -- the unfortunate job of having to relay
12 the -- the news of the death; correct?
13     A.  Correct.
14     Q.  Do you know if you talked to her at all
15 after that?
16     A.  I don't recall.
17     MR. NOEL:  Okay.  Does anyone have an
18 issue taking an early lunch?
19     MR. GRANT BAKKE:  No.
20     MR. NOEL:  Okay.
21     THE WITNESS:  I thought you were asking
22 about my staff.  I don't know --
23     MR. NOEL:  Oh, I'm sorry.
24     THE WITNESS:  -- they -- they eat when
25 they're hungry.  I don't know.

107

1      MR. NOEL:  Yeah.  I feel like we should
2  take a -- yeah, let's go off the record.
3      THE VIDEOGRAPHER:  We're off the record at
4  11:00 a.m.
5      (Recessed at 11:00 a.m. and reconvened at
6  11:50 a.m.)
7      THE VIDEOGRAPHER:  This is the beginning
8  of Media Number 3.  We are back on the record at
9  11:50 a.m.
10     Q.  (MR. NOEL CONTINUING)  All right.  We just
11 took a brief lunch break and we're back on the
12 record.  Sheriff Gustafson, can you tell me if you
13 recall ever levying discipline for any correctional
14 officers during your tenure as sheriff?
15     A.  Off the top of my head, I do not recall.
16     Q.  All right.  And are you aware during your
17 tenure as sheriff of any correctional officers
18 being disciplined at all?
19     A.  I don't recall.
20     Q.  Were there occasions where you had a
21 conversation with one or more correctional officers
22 explaining to them that we need to improve in one
23 area of jail operations or another?
24     A.  Did I specific -- I during monthly
25 meetings would talk about that, but singling one or

108

1 two out specifically, I can't recall that.

2 　　Q.　Did you ever talk -- and you yourself --

3 with correctional officers about improving on cell

4 checks?

5 　　A.　During monthly meeting, yes.

6 　　Q.　All right.　What sorts of things would you

7 talk about in that regard?

8 　　A.　The rounds had to physically be done every

9 hour, not -- not by video or not by looking from a

10 door.　It had to be throughout the whole thing even

11 into the bathrooms like I talked about earlier.

12 The -- the 15-minute irregular watch we've talked

13 about, not -- don't do them exactly on 15 minutes.

14 Do them irregular.　Things of that nature.

15 　　Q.　You're familiar with the -- you understand

16 the cell -- the unit that Lacey was in was B-201?

17 　　A.　Okay.

18 　　Q.　And that's on the mezzanine level of Cell

19 Block B; correct?

20 　　A.　Correct.　It is on the top level.

21 　　Q.　All right.　And were -- would a

22 correctional officer in June of 2020 been correct

23 to say that it was okay to do a cell check on the

24 upper level from the ground level of B two -- 200?

25 　　A.　Just so I understand your question, are

109

1 you saying if somebody's standing on the bottom

2 level, was it okay to look up to the top?

3 　　Q.　To -- to complete -- to properly complete

4 a cell check.

5 　　A.　No.

6 　　Q.　Okay.　Did you ever -- are you aware of

7 any discipline being -- being meted out to

8 correctional officers during your tenure as sheriff

9 specifically related to improper cell checks?

10 　　A.　I -- not that I remember.　I don't

11 remember.

12 　　Q.　All right.　So the next exhibit will be

13 this big book here.　It is RC0170 through RC0417.

14 It's a handbook with the policy manual.

15 　　(Deposition Exhibit 91 was marked for

16 identification.)

17 　　Q.　(MR. NOEL CONTINUING)　All right.　Sheriff

18 Gustafson, I'm going to ask you just to hold that

19 tight for a second and I'm going to refer you to

20 some sections.　All right.　If you could first go

21 to RC -- and it might help for the time being if

22 you -- if you push some of those -- that other

23 stack away and then you can spread out a little bit

24 with that one.　Go to 1.02, please, which is

25 RC0191.　Are you there?　Got it?

110

1 　　A.　Correct.

2 　　Q.　All right.　This is a one-page policy

3 titled Number 1.02, and the chapter is

4 Administration and the subject is Administration;

5 correct?

6 　　A.　Yes.

7 　　Q.　And it says that the policy was

8 reevaluated on December 16, 2019, by you; correct?

9 　　A.　Correct.

10 　　Q.　And any reason to disbelieve this isn't a

11 true and accurate copy of the policy?

12 　　A.　No.

13 　　Q.　And you are listed as the jail

14 administrator as of December 16, 2019; correct?

15 　　A.　Correct.

16 　　Q.　Is that accurate?

17 　　A.　It says jail administrator on this one,

18 12-16 of 2019, the policy that you handed me.

19 　　Q.　Well, they all say that.　They all say

20 you're the jail administrator in 2019 and 2020.　Is

21 that accurate?

22 　　A.　I'm looking at the paper you gave me.

23 It's -- it -- it appears accurate.　There's been

24 times where I was jail administrator and then not

25 and then took it back and then was not and then had

111

1 it back.　So I -- specific dates, going off what

2 this paper says, yes, I was jail --

3 　　Q.　Were you --

4 　　A.　-- administrator.

5 　　Q.　Were you the jail administrator in

6 December of 2019?

7 　　A.　I believe that was close to the time that

8 Kim resigned.　I'd have to look at her sheet,

9 though.

10 　　Q.　All right.

11 　　A.　Because when she resigned is when I became

12 the jail administrator.

13 　　Q.　Would you expect your correctional

14 officers to know who the jail administrator is at

15 any given time?

16 　　A.　Yes.

17 　　Q.　Would you be surprised to hear they didn't

18 sometimes?

19 　　A.　No, it's not surprising.　Like I said,

20 the -- the up and down of it was me, it was Kim, it

21 was both of us, it was none of us, you know, when

22 we hired Titus or Dan or now Jaime.　So I could see

23 where a little confusion would have came in,

24 especially years later.

25 　　Q.　Who's the next level of supervision up at

112

1  the Rolette County Jail in 2020 from a correctional
2  officer?
3      A.   I -- say that one more time for me.
4      Q.   Who was the next level up on the chain for
5  corrections at the Rolette County Jail in 2020 from
6  a correctional officer? Who's one notch above
7  that?
8      A.   So what you're asking is who would have
9  been right under me at that time?
10     Q.   No. Who would have been right above a
11 correctional off -- a correctional officer in 2020?
12     A.   I -- I guess I'm having a hard time
13 understanding.
14     Q.   All right. So --
15     A.   All the correctional officers were -- were
16 about the same amount of pay, on the same line, and
17 it was the one that had the most experience that
18 would have been considered the shift supervisor at
19 that time.
20     Q.   Okay. Well, we'll get into that in -- in
21 a minute. This policy, 1.02, includes a statement
22 that the administrator will ensure the day-to-day
23 practices of Rolette County Jail comply with the
24 constitution of North Dakota and the United States,
25 the laws of the State of North Dakota and the

113

1  United States, and then other standards and
2  guidelines that are in there too; correct?
3      A.   Correct.
4      Q.   And in terms of review of administrative
5  policies and procedures, it says -- and, again,
6  we're on RC0191 of -- was it Exhibit 90?
7          MS. MORONEY:   91.
8      Q.   (MR. NOEL CONTINUING)  91. "The
9  administrator will keep him or herself up-to-date
10 on changing laws, standards and court rulings
11 pertaining to administrative practices."
12         Did I read that correctly?
13     A.   Correct.
14     Q.   Who was doing that for the Rolette County
15 Jail in 2019?
16     A.   It would have been myself with the help of
17 my office deputy, Kim Nadeau.
18     Q.   Is Kim a certified correctional officer in
19 2019 and 2020?
20     A.   I'd have to go back and look at her
21 personnel file.
22     Q.   You don't know off the top of your head?
23     A.   I -- I don't. I -- thinking more on it, I
24 want to say yes, but, again, I'd have to look at
25 her personnel file.

114

1      Q.   All right. And then -- but -- but in
2  terms of when it says -- go to the second one --
3  "The Administrator will review Administrative
4  policies and procedures of RCJ to ensure compliance
5  with laws, standards, and court rulings and will
6  submit written recommendations for needed changes
7  in administrative policies and procedures at least
8  annually," that is you at this point in time;
9  correct?
10     A.   Correct.
11     Q.   And keep going on the Bates stamps, the
12 next one is the very next page of Exhibit 91, which
13 is RC0192?
14     A.   Oh. Yes. Sorry.
15     Q.   And this is Policy Number 1.03,
16 Administrative and Employee, Organizational
17 Structure. Do you see that?
18     A.   Yes.
19     Q.   And then this is -- provides -- and,
20 again, it has you as jail administrator and the
21 reevaluation date was December 16 of 2019; right?
22     A.   Correct.
23     Q.   And the -- the order of operations here is
24 county commissioners on top; Rolette County Jail
25 administrator next, slash, sheriff; shift

115

1  supervisor; and then correctional officers at the
2  bottom. True?
3      A.   Correct.
4      Q.   Is that an accurate assessment of how
5  things were organized in June of 2020?
6      A.   Yeah.
7      Q.   Okay.
8      A.   We're -- we're reading something from
9  December of '19 and then we skip to 2020, so I'm --
10 like I'd want to say that one as well, but -- and
11 these -- these can change yearly, so --
12     Q.   Yep. Well, this one -- this one says at
13 the top that it was effective December 16, 2019.
14 Do you see that?
15     A.   Effective date 12 -- at the very top
16 there?
17     Q.   Yeah.
18     A.   Yes.
19     Q.   And that -- that wouldn't have changed by
20 the time June 2020 rolled around, would it?
21     A.   I don't know.
22     Q.   Okay. And then next I want you to go to
23 the -- the next one is actually an existing exhibit
24 that we have so I shouldn't have had you put those
25 aside quite yet. It's Exhibit 32.

SHERIFF NATHAN GUSTAFSON                                    April 12, 2024

116

1  **A.** You said 32?
2  **Q.** 32. Okay. Exhibit 32 is Policy Number
3  3.02 titled Inmates, and the subject is Physical
4  Count and Check of Inmates, and the North Dakota
5  jail standard referenced is 32; correct?
6  **A.** Correct.
7  **Q.** Okay. And if you want to see if that
8  matches up, you're more than welcome to do that.
9  Are you looking to see if it matches up with --
10  **A.** Correct.
11  **Q.** -- 91? Okay.
12  **A.** Yeah.
13  **Q.** Okay. And Exhibit 91, what you're looking
14  at right now, has been produced to us as the manual
15  that was in effect at the time Lacey was in the
16  facility in June 2020. Do you have any reason to
17  quarrel with that?
18  **A.** No.
19  **Q.** So I think this -- you're going to find
20  this at RC0222.
21  **A.** 222?
22  **Q.** Yep.
23  **A.** Okay.
24  **Q.** And if you need to get comfortable with
25  Exhibit 32 -- well, I'll tell you what, why don't

117

1  you just refer to -- to RC0222, okay, in
2  Exhibit 91?
3  **A.** Okay.
4  **Q.** All right. So this says it's effective
5  January 7 of 2020; correct?
6  **A.** Correct.
7  **Q.** And the reevaluation date was January 7 of
8  2020 by Jail Administrator Nathan Gustafson;
9  correct?
10  **A.** Correct.
11  **Q.** So you were the jail administrator on
12  January 7 of 2020; correct?
13  **A.** Correct.
14  **Q.** All right. And then this is the policy
15  that we talked a little bit about earlier.
16  "Physically check all inmates on an hourly basis,
17  at irregular intervals." And then the second
18  sentence, "Inmate cell checks are necessary to
19  ensure the safety and security of the facility, and
20  the physical and emotional well-being of the
21  inmates."
22       Did I read that correctly?
23  **A.** Correct.
24  **Q.** And would you agree with me that by
25  ensuring the physical and emotional well-being of

118

1  the inmates, we're doing more than simply keeping
2  them alive with Policy 3.02?
3  **A.** Can you say that one more time for me? I
4  apologize.
5  **Q.** Yeah. The -- the -- the goal -- it looks
6  like the primary goal of the policy is to ensure
7  the safety and security of the facility and then
8  also to ensure the physical and emotional
9  well-being of the inmates; correct?
10  **A.** Correct.
11  **Q.** That sounds to me like one of the goals of
12  Policy 3.02 is to do more than simply keep the
13  inmates alive. Would that be fair to say?
14  **A.** Correct.
15  **Q.** And then we go to -- there's different
16  symbols on here. There's a little arrow that says,
17  "Correctional Officers and Shift Supervisors shall
18  log all inmate behavior that appears out of the
19  ordinary."
20       Was that one of your expectations of COs
21  in June of 2020?
22  **A.** Correct.
23  **Q.** Do you know whether or not this policy,
24  Number 3.02, which is on Exhibit 91 at RC0222 -- do
25  you know if you changed anything on this version

119

1  from the previous version?
2  **A.** I do not recall.
3  **Q.** Did you have a process when you became
4  sheriff to do a comprehensive review of the Rolette
5  County Jail Policy and Procedure Manual?
6  **A.** Say that one more time for me, please.
7  **Q.** Yeah. When you -- when you came on as
8  sheriff in January -- was it January 1?
9  **A.** Correct.
10  **Q.** After you were sheriff, did you have a
11  process where you undertook a comprehensive review
12  of the Rolette County Jail Policy and Procedure
13  Manual?
14  **A.** Can you -- "comprehensive review," what do
15  you mean by that?
16  **Q.** Well, you're ultimately responsible for
17  all the policies and procedures of the Rolette
18  County Jail; correct?
19  **A.** Correct.
20  **Q.** Did you review the policy manual with an
21  eye toward making sure they were all compliant with
22  the North Dakota correctional standards?
23  **A.** Yes.
24  **Q.** All right. And, actually, if I recall
25  correctly the DOCR indicated that your policy was

SHERIFF NATHAN GUSTAFSON                                    April 12, 2024

120

1  okay as written; true?
2      A.  I believe so.
3      Q.  Okay.  All right.  Now go to Exhibit 91,
4  RC0231.  Let me know when you're there.
5      A.  You said 0231?
6      Q.  Yes, sir.  The Bates stamps at the bottom.
7      A.  Okay.
8      Q.  That one is titled Number 3.05, effective
9  date January 7, 2020, and it's titled Inmates,
10 Required Wear of Uniform; correct?
11     A.  Correct.
12     Q.  And this one has you as jail administrator
13 and that you reevaluated this standard on January 7
14 of 2020; right?
15     A.  Correct.
16     Q.  And it says that inmates are required to
17 wear their issued Rolette County Jail uniform at
18 all times except when showering.  Inmates must
19 where tops and bottoms at all times.  Plain white
20 T-shirts may be worn.  Any inmate not complying
21 with this policy will be subject to disciplinary
22 sanctions, which could include but not limited to
23 loss of TV privileges or other sanctions deemed
24 appropriate by the Rolette County Jail staff.
25         Did I get that right?

121

1      A.  Yes.
2      Q.  And would you be surprised to learn that
3  there was a correctional officer at the facility in
4  June of 2020 that was unaware that inmates were
5  required to wear pants at the facility?
6      A.  I --
7          MR. GRANT BAKKE:  Object to form.
8          THE WITNESS:  I guess I -- I would be
9  unaware of that.
10     Q.  (MR. NOEL CONTINUING)  Would that surprise
11 you if you had a correctional officer whose name
12 was April Azure who testified under oath that she
13 was uncertain whether inmates were required to wear
14 pants --
15         MR. GRANT BAKKE:  Object to --
16     Q.  (MR. NOEL CONTINUING)  -- at the facility?
17         MR. GRANT BAKKE:  Object to form.
18         THE WITNESS:  Yeah, I -- it would be
19 surprising to me.
20     Q.  (MR. NOEL CONTINUING)  Okay.  And then if
21 you'd turn next on Exhibit 91 to 0271 through 0273.
22     A.  71?
23     Q.  Yep.
24     A.  Okay.
25     Q.  And let me correct the April Azure

122

1  reference.  That was actually something that Myles
2  Brunelle testified to.  Same reaction?
3      A.  Same.
4          MR. GRANT BAKKE:  Object to form.
5          THE WITNESS:  Same reaction with anybody
6  that -- because they're -- they've been given the
7  policy book to read over and we review some
8  policies at some meetings too.
9      Q.  (MR. NOEL CONTINUING)  All right.
10     A.  We'll just pick one and go over that one.
11     Q.  All right.  Any policies you can remember
12 paying particular emphasis -- giving particular
13 emphasis in your first couple years as sheriff?
14     A.  I don't recall at this time.
15     Q.  All right.  Take Exhibit 91 now, and are
16 you at 271?
17     A.  Correct.
18     Q.  All right.  This one is Policy Number
19 5.01, Chapter: Medical, Subject: Medical Services.
20 And it's effective date is January 14 of 2020,
21 reevaluated by you, jail administrator, on
22 January 14 of 2020; correct?
23     A.  Correct.
24     Q.  And the policy states, "The Rolette County
25 Jail will provide inmates necessary medical care

123

1  including physical, mental health, eye care and
2  dental care.  The cost of such medical care is
3  subject to payment by or reimbursement from the
4  inmate.  Adequate staff, space, equipment, supplies
5  and materials must be provided if health care is
6  delivered in the correctional facility."
7          True?
8      A.  True.
9      Q.  And then for the General Information, it
10 says, "The Jail Administrator shall designate a
11 licensed physician, nurse practitioner, physician's
12 assistant, or registered nurse or a county or state
13 health authority to be the health care
14 administrator."
15         Correct?
16     A.  Correct.
17     Q.  In 2020, who was the Rolette County Jail's
18 health care administrator?
19     A.  The only health care that I remember is
20 our nurse, Lori Sollin.  She may have another
21 person come, but that's who's been in charge of it
22 as long as I can remember.
23     Q.  All right.  Do you know if her title was
24 health care administrator?
25     A.  I do not recall.

124

1    Q.  And when we -- we talked earlier about
2  the -- the funding challenges, but you -- and we
3  talked to Lance Anderson yesterday.  He recognized
4  some of the same challenges for Rolette County --
5    A.  Right.
6    Q.  -- but he also testified that a lack of
7  funding cannot be an excuse for not complying with
8  the jail correctional standards.  Do you agree with
9  that?
10   A.  Yeah.
11   Q.  In other words, if you're going to operate
12 a jail, you have to comply with the standards
13 regardless of budget?
14   A.  Correct.
15   Q.  Okay.  Now let's go --
16   A.  Thinking more on that one, I -- half of me
17 wants to disagree with that because if -- moving
18 from our old jail where we had two correction
19 officers/dispatch, two ran the jail at the old one.
20 Moving to the new facility, if our budget was only
21 going to allow us to have two, we wouldn't be able
22 to open the jail -- the new jail.  So budgeting
23 issues has a factor in there, though.  So I -- I
24 would disagree a little bit with Mr. Anderson on
25 that it doesn't have an effect on following the

125

1  rules.  If you don't have enough employees, you
2  wouldn't be able to follow the rules.
3    Q.  Okay.  Did you ever go to the DOCR and say
4  we don't have sufficient staff, manpower to be able
5  to comply with the North Dakota standards?
6    A.  I don't recall.  I mean, I've been sheriff
7  six years and I've talked to DOCR, you know, at
8  least twice every year and they've been available
9  for phone calls or whatever.  But having that
10 specific conversation, I -- right now I don't
11 remember.
12   Q.  All right.  I mean, as the Rolette County
13 sheriff, you don't want your jail to get shut down
14 or temporarily closed; correct?
15   A.  No.
16   Q.  Did you ever go to the DOCR and say if we
17 don't get more -- more budgeting from the county
18 and more help, we're at risk of not being able to
19 comply with these rules?
20   A.  Again, I don't -- I don't remember having
21 that exact conversation.
22   Q.  Fast-forward to Deposition Exhibit 91 and
23 it's going to be pages 357 to 359.
24   A.  Okay.
25   Q.  So 357, do you see that?

126

1    A.  Yes.
2    Q.  Policy Number 6.32.1, effective date
3  February 24 of 2020, and the Chapter is Safety
4  Security and the Subject is Mortality Review; true?
5    A.  Correct.
6    Q.  And it was reevaluated by you, the jail
7  administrator, on February 24, 2020; correct?
8    A.  Correct.
9    Q.  Is this the policy that you were following
10 in connection with Deposition Exhibit 83, the
11 document that we examined earlier today?
12   A.  Oh, I don't recall.
13   Q.  All right.
14   A.  I'm sorry.
15   Q.  It seems to match up, though, doesn't it?
16   A.  It --
17   Q.  Your memo on Exhibit 83 is titled
18 Mortality Review; correct?
19   A.  Correct.
20   Q.  And you told me earlier that you looked --
21 that you thought that there was a policy governing
22 that review?
23   A.  Correct.
24   Q.  And page 357 of Exhibit 91, toward the
25 bottom, says Mortality Review/Inmate Death.  It

127

1  says, "Upon the death of an inmate the following
2  procedures shall be followed."
3         And to me that -- that means it's not
4  optional; correct?
5    A.  Correct.
6    Q.  It says, "The Mortality review board shall
7  review the following:  Review any reports,
8  information reports, investigation reports, and any
9  jail documents relevant to the incident."
10        Did I read that correctly?
11   A.  Correct.
12   Q.  And it goes on to list a number of other
13 things that we're not -- we're not going to go
14 through all of them, but you see the -- the things
15 they want you to do and they require you do in
16 connection with the mortality review?
17   A.  Correct.
18   Q.  And if you can, can you tell me what -- in
19 connection with your mortality review of the Higdem
20 death, can you tell me which of these bullet points
21 on the bottom of page 357 and 358 you were able to
22 review?  In -- in other words, that you did review.
23   A.  I don't recall.
24   Q.  Well, read them first before you decide.
25   A.  Okay.  What was your question again?  I

SHERIFF NATHAN GUSTAFSON                                                April 12, 2024

128

1 apologize.

2    Q.   Just which of those bullet points -- it

3 says, "Mortality review shall review -- "The

4 Mortality review board shall review the following,"

5 and it goes on to list a number of bullet points,

6 and I realize not every case is every one of these

7 things available.  So I'm not -- I'm not trying to

8 go there.  I'm just wondering starting with,

9 "Review any reports, information reports,

10 investigation reports," going down that bullet

11 list, what were you able -- what did you review in

12 connection with the mortality review?

13    A.   I do not remember.

14    Q.   Okay.

15    A.   I mean, I'm -- I'm sure we -- we went

16 through these, but I -- I just don't remember

17 exactly which ones without reviewing all the other

18 stuff.  I -- I don't remember.

19    Q.   Do you remember when you were doing your

20 mortality review if you had any feeling that, jeez,

21 we screwed up here?

22    A.   I don't know if it was -- if I would say

23 it like that.  There was obvious emotions.  It's a

24 hard thing to do to call a mother and tell her

25 something like that, so there was definitely

129

1 emotions in there, but I -- you know, right now I

2 don't remember.

3    Q.   As sheriff you've got to separate the

4 emotions from the work that needs to be done; fair?

5    A.   Yeah.

6    Q.   And I'm not saying that's easy.

7    A.   Correct.

8    Q.   Okay.  Did you -- sometimes -- you know, I

9 watched that video and I thought about, like, you

10 know, sometimes you see the obituaries where they

11 say so-and-so died peacefully, that sort of thing.

12 You know what I'm talking about?

13    A.   Obituaries.  Okay.

14    Q.   Well, have you ever heard the phrase "died

15 peacefully," "surrounded by family"?

16    A.   I'm sure I have.  Yeah.

17    Q.   Okay.  Did it appear to you that that's

18 what happened with Lacey?  Did -- did it appear to

19 you from the video that she died peacefully?

20         MR. GRANT BAKKE:  Object to form.

21         THE WITNESS:  I don't think any death that

22 I've seen or been a part of was ever real peaceful.

23    Q.   (MR. NOEL CONTINUING)  Okay.  Could you

24 see why Lacey's mom might feel like --

25    A.   I apologize, I --

130

1    Q.   -- this was a bad way to go?

2    A.   The -- can you say that one more time?

3    A.   Yeah.  Well, no.  We -- we can move on.

4    A.   I was just wondering because she was

5 laughing there.  I didn't know it was funny.

6    Q.   Oh, okay.  Well, if -- if you feel like

7 something's bothering you and you need to take a

8 break, you can certainly do that.

9    A.   I'm okay.  I was just curious why we were

10 giggling when I answered.

11    Q.   Well, I think -- I think -- you know, I --

12 I watched the video and I saw somebody who seemed

13 to be in a crisis situation for hours before Myles

14 finally went in and looked at her and didn't find a

15 pulse.  Fair?

16         MR. GRANT BAKKE:  Objection to form.

17         THE WITNESS:  That's your -- your opinion,

18 I guess.

19    Q.   (MR. NOEL CONTINUING)  What's your

20 opinion?

21    A.   My opinion of the -- the death?  Of Myles

22 freaking out, as Agent --

23    Q.   No.

24    A.   -- Zachmeier said?

25    Q.   So we're going to -- we're going to be

131

1 here late --

2    A.   Okay.

3    Q.   -- if we keep struggling with

4 communication.  Okay?

5    A.   Okay.

6    Q.   So did you look -- when you viewed the

7 video and you saw Lacey in her cell for the hours

8 before Myles went in there and found her without a

9 pulse, did you find that that person seemed to be

10 in some sort of a crisis?

11         MR. GRANT BAKKE:  Object to form.

12         THE WITNESS:  Everybody we have in jail is

13 in a crisis.

14    Q.   (MR. NOEL CONTINUING)  Okay.  Did she

15 stand out as being in a crisis any more than other

16 inmates you see on any given day at the facility?

17         MR. GRANT BAKKE:  Object to form.

18         THE WITNESS:  We've seen worse.  If I'm

19 not mistaken, we had one in there that was showing

20 more signs than this one.

21    Q.   (MR. NOEL CONTINUING)  Okay.  Did she seem

22 like she was acting normal to you in the hours

23 before Myles found her?

24         MR. GRANT BAKKE:  Objection.  Calls for

25 speculation.

132

1      THE WITNESS:  I said at the beginning
2  Rolette County is unique and we talked about money
3  and --
4      Q.    (MR. NOEL CONTINUING)  I'm not interested
5  in that explanation anymore.  What I --
6      MR. GRANT BAKKE:  He's trying to answer --
7      MR. NOEL:  No, he's not.
8      MR. GRANT BAKKE:  -- your question.
9      MR. NOEL:  We can't keep doing that;
10  otherwise, we're going to be here all night.
11      MR. GRANT BAKKE:  Well, let him answer
12  your questions.
13      MR. NOEL:  He --
14      MR. GRANT BAKKE:  -- instead of --
15      MR. NOEL:  We've done -- we've done this
16  15 different times.  So now I don't want the
17  precursor.  I just want the answer to the question.
18      Q.    (MR. NOEL CONTINUING)  During those hours
19  before Myles found her without a pulse, did she
20  appear to be acting out of the ordinary?
21      A.    Ordinary to other people and us is
22  different.
23      Q.    How about you?
24      A.    It would be different with me too.
25      Q.    So she was not acting out of the ordinary

133

1  in your judgment in the hours before Myles saw her
2  without a pulse; correct?
3      MR. GRANT BAKKE:  Object to form.
4      THE WITNESS:  From the point of booking to
5  the point of this, I wasn't there.  It's hard to --
6      Q.    (MR. NOEL CONTINUING)  I don't care if you
7  were there or not.
8      A.    Okay.
9      Q.    Am I being too hard on you here?
10      A.    No.
11      Q.    Okay.
12      A.    Nope.
13      Q.    I mean, you're a sheriff.
14      A.    Correct.
15      Q.    It's not an easy job.
16      A.    No.
17      Q.    All right.  If you feel like I'm -- you
18  can't handle it, just tell me.  Okay?
19      MR. GRANT BAKKE:  Just because --
20      THE WITNESS:  Understood.
21      MR. GRANT BAKKE:  -- you don't like his
22  answer --
23      MR. NOEL:  It's not -- he's not answering.
24  It's been going on all day.
25      MR. GRANT BAKKE:  He's --

134

1      MR. NOEL:  He's not trying to do anything.
2  He's trying to be --
3      THE WITNESS:  I'm trying --
4      MR. NOEL:  -- a politician.
5      THE WITNESS:  -- to answer your questions
6  the --
7      MR. GRANT BAKKE:  I think --
8      THE WITNESS:  -- best I can.
9      MR. GRANT BAKKE:  I -- I think you just
10  don't like his answers.
11      MR. NOEL:  I -- I --
12      MS. MORONEY:  This isn't a press
13  conference.  This is a deposition.
14      MR. GRANT BAKKE:  Are you -- are you both
15  asking questions now?  I mean, what are --
16      MR. NOEL:  That was -- no, that was just a
17  statement.  That was just --
18      MR. GRANT BAKKE:  Right.  Yeah.  I mean --
19      Q.    (MR. NOEL CONTINUING)  But the bottom line
20  is all I want to know is from your -- from your
21  perspective, did those few hours before Myles came
22  in and found her without a pulse, did she appear to
23  be acting out of the ordinary?
24      MR. GRANT BAKKE:  Object to form.
25      Q.    (MR. NOEL CONTINUING)  And I think you

135

1  said for you no, she was not; correct?
2      MR. GRANT BAKKE:  Object to form.
3      THE WITNESS:  Yeah.  I wasn't there, so
4  hindsight watching video, could -- could have did
5  things better, but at the time of booking and
6  stuff, I trusted my employees to do their jobs.
7      Q.    (MR. NOEL CONTINUING)  I'm not asking you
8  about booking.  I want to know about the -- the few
9  hours -- do you remember seeing the video of -- of
10  April changing out her underwear?
11      A.    Earlier when you asked that, I -- I -- I
12  remember some of it, yeah.
13      MR. NOEL:  All right.  I think we better
14  take -- let's take ten minutes and we'll get the
15  video cued up.
16      THE VIDEOGRAPHER:  We're off the record at
17  12:24 p.m.
18      (Recessed at 12:24 p.m. and reconvened at
19  12:39 p.m.)
20      THE VIDEOGRAPHER:  This is the beginning
21  of Media Number 4.  We are back on the record at
22  12:59 [sic] p.m.
23      Q.    (MR. NOEL CONTINUING)  All right.  Sheriff
24  Gustafson, before we took the break, I was talking
25  about the phrase "out of the ordinary."  Do you

136

1  remember that?
2      **A.**  Yes.
3      **Q.**  And I chose that phrase because it's found
4  in a policy that was in effect at the Rolette
5  County Jail in June of 2020 regarding inmate
6  observation.  And the policy says that correctional
7  officers and shift supervisors shall log all inmate
8  behavior that appears out of the ordinary.  Do you
9  remember reading that with me earlier?
10     **A.**  Correct.
11     **Q.**  Okay.  Would you expect your correctional
12  officers and shift supervisors to be able to use
13  their own judgment to decide does this look out of
14  the ordinary to me, and if so, I should report on
15  it?
16     **A.**  I would expect that of them, yes.
17     **Q.**  And what we're going to watch here is just
18  a -- some video.  I'm going to play Exhibit 51 and
19  it's going to play from 1 minute -- 1 hour,
20  4 seconds in to 1 hour -- 1 hour, 4 minutes in to 1
21  hour, 6 minutes in.  And according to Zachmeier's
22  timeline, this is around 9:15 p.m.  So I just want
23  you to watch it, Exhibit 51, from 1 hour, 4 minutes
24  to 1 hour, 6 minutes.
25         (Video played.)

137

1         (Video stopped.)
2      **Q.**  (MR. NOEL CONTINUING)  All right.  Did you
3  notice anything with Lacey that seems out of the
4  ordinary in that two minutes?
5      **A.**  Me personally, not speculating on what the
6  COs -- is that what you're asking me?
7      **Q.**  Yes.
8      **A.**  She appears to be rocking back and forth.
9  At one point I thought I saw her wiping dirt off
10  her feet.  Something with her hair.  I don't know
11  if she was playing with her hair or pulled it.  I
12  couldn't really see that part.  Rocking back and
13  forth, yeah.  She's not wearing her flip flops or
14  her -- her bottoms.
15     **Q.**  Would -- would the -- would the individual
16  that we saw for those two minutes, would -- would
17  somebody sitting on the ground with no pants on
18  pass a cell check at the Rolette County Jail in
19  June of 2020?
20     **A.**  No.  Our policies says they should be
21  wearing their -- their bottoms.
22     **Q.**  And the policy would dictate that in order
23  to do that, you'd have to communicate with her in
24  some form or fashion to -- to get the bottoms on;
25  correct?

138

1         MR. GRANT BAKKE:  Object to form.
2         THE WITNESS:  Whether they pushed the
3  intercom and told her over the -- the speakers or
4  talked to her, yeah.
5      **Q.**  (MR. NOEL CONTINUING)  Okay.  Now, if we
6  just move it up one minute, we'll go to -- we're
7  going to start Exhibit 51 at 1 hour, 7 minutes in.
8  So right now.  This is a minute after we just
9  stopped.
10         (Video played.)
11         (Video stopped.)
12     **Q.**  (MR. NOEL CONTINUING)  So if we pause
13  Exhibit 51 at 1 hour, 7 minutes, 24 seconds, can
14  you see April Azure has now walked into the cell
15  with new -- some new clothes?
16     **A.**  That's what it -- yeah.  Correct.
17     **Q.**  All right.  Do you have any idea why --
18  how April got word that Lacey needed some new
19  clothes?
20     **A.**  I don't recall.
21     **Q.**  Okay.  We'll keep playing it.
22         (Video played.)
23         (Video stopped.)
24     **Q.**  (MR. NOEL CONTINUING)  Now I'm pausing it
25  at 1 hour, 8 minutes, 27 seconds.  April Azure

139

1  testified that her only mission in going into this
2  cell was to get Lacey a clean set of clothes.  And
3  my question to you is can you tell how that process
4  seems to be going so far?
5         MR. GRANT BAKKE:  Object to form.
6      **Q.**  (MR. NOEL CONTINUING)  By watching that
7  minute and a half.
8      **A.**  It -- my opinion when she -- when April
9  walks in, it almost looks like it agitated Lacey
10  more due to she -- she moved around more when the
11  CO walked in than when she was by herself.  I don't
12  know if that's what you were --
13     **Q.**  All right.
14     **A.**  -- getting at.
15     **Q.**  All right.  Let's see how the process
16  goes.  We'll start it up again as 1 hour,
17  8 minutes, 27 seconds.
18         (Video played.)
19         (Video stopped.)
20     **Q.**  (MR. NOEL CONTINUING)  All right.  Now
21  we've stopped Exhibit 51 at 1 hour, 11 minutes, 32
22  seconds.  Did you see April just handed Lacey the
23  underwear?
24     **A.**  Correct.
25         (Video played.)

SHERIFF NATHAN GUSTAFSON                                          April 12, 2024

140

1         (Video stopped.)
2     Q.    (MR. NOEL CONTINUING) And then we stopped
3 Exhibit 51 at 1 hour, 11 minutes, 47 seconds. Now
4 you see April has the underwear back in her hands;
5 correct?
6     A.    Correct.
7         (Video played.)
8     Q.    (MR. NOEL CONTINUING) Does it appear to
9 you that April is dealing with somebody right now
10 who needs a lot of help?
11        MR. GRANT BAKKE: Object to form.
12        THE WITNESS: Hard to say with -- without
13 audio. The reason I say that is not -- not every
14 inmate is cooperative with -- with staff, whether
15 they're not talking or not moving, not -- if
16 they're told to move to a different area and they
17 just sit there and -- so I -- it's hard to say that
18 right now.
19        (Video stopped.)
20     Q.    (MR. NOEL CONTINUING) All right. I
21 stopped Exhibit 51 at 1 hour, 12 minutes,
22 36 seconds. And you hit on an interesting point
23 there because April Azure testified that during
24 this attempted underwear/clothes change process,
25 she couldn't tell if Lacey was actually refusing to

141

1 assist with that process or if she was simply
2 unable to assist with that. Is that consistent
3 with what you're observing here?
4        MR. GRANT BAKKE: Object to form.
5     Q.    (MR. NOEL CONTINUING) Can't tell which is
6 which?
7        MR. GRANT BAKKE: Same objection.
8        THE WITNESS: I -- yeah, I -- I don't
9 know.
10     Q.    (MR. NOEL CONTINUING) Do you think April
11 would have been in a better position to measure
12 whether Lacey was refusing to cooperate with the
13 process than you?
14     A.    I think that's correct.
15        (Video played.)
16        (Video stopped.)
17     Q.    (MR. NOEL CONTINUING) And if we stop it
18 at 1:13:09, did you see Lacey just went down to the
19 ground?
20     A.    Correct.
21     Q.    Were you able to determine if -- if she
22 did that on purpose or if she was just unable to
23 stand?
24     A.    I'm not able to tell that from here.
25     Q.    How about if you knew as a matter of fact

142

1 that she was dead three hours later?
2        MR. GRANT BAKKE: Object to form.
3     Q.    (MR. NOEL CONTINUING) Then would you have
4 an idea as to whether she was refusing to cooperate
5 with that process or unable to?
6     A.    I don't know.
7     Q.    You don't think she faked her death,
8 though; right?
9        MR. GRANT BAKKE: Object to form.
10        THE WITNESS: No.
11        (Video played.)
12        (Video stopped.)
13     Q.    (MR. NOEL CONTINUING) All right. If we
14 stop Exhibit 51 at 1 hour, 13 seconds -- 13
15 minutes, 41 seconds, do you see now we've got her
16 up on her feet, Lacey?
17     A.    Correct.
18     Q.    And April testified that she wasn't sure
19 whether Lacey at this point in time was refusing to
20 stand up or needed help standing up. Can you tell
21 from the video?
22     A.    I cannot.
23        MR. GRANT BAKKE: Object to form.
24     Q.    (MR. NOEL CONTINUING) How about if you
25 knew that she was dead three hours later? Would

143

1 that help you make a determination?
2        MR. GRANT BAKKE: Same objection.
3        THE WITNESS: I don't know.
4        (Video played.)
5        (Video stopped.)
6     Q.    (MR. NOEL CONTINUING) Okay. Now,
7 April -- at 1 hour, 14 minutes, 13 seconds April
8 has picked up the policy-required pants; right?
9     A.    Correct.
10        (Video played.)
11     Q.    (MR. NOEL CONTINUING) Okay. Now -- oh,
12 great. I did that. I just want to get to when she
13 walks out of the cell.
14        (Video stopped.)
15     Q.    (MR. NOEL CONTINUING) All right. And
16 then on Exhibit 51 at 1 hour, 14 minutes, 48
17 seconds in, April has now walked out of the cell;
18 correct?
19     A.    Correct.
20     Q.    And the pants still aren't on; right?
21     A.    Correct.
22     Q.    If Lacey was uncooperative with the --
23 with the process of getting dressed with
24 correctional staff, would you expect there to be an
25 incident report on that?

144

1    **A.**  Sorry.  Can you say that one more time?

2    **Q.**  Would you expect there to be an incident
3  report if April -- if Lacey was being uncooperative
4  with jail staff in terms of getting -- getting the
5  pants on?

6    **A.**  Yes.

7    **Q.**  Okay.

8    **A.**  I would think we'd get an incident report.

9    **Q.**  I'm sorry.  And from your correctional
10  officer certification training and experience,
11  would you leave an individual who seems -- who's in
12  Lacey's condition alone in that cell for the next
13  two and a half hours or so without physically
14  checking on her?

15       MR. GRANT BAKKE:  Objection.  Calls for
16  speculation.

17       THE WITNESS:  No.

18    **Q.**  (MR. NOEL CONTINUING)  And you understand
19  that that's exactly what Agent Zachmeier concluded
20  happened; correct?

21       MR. GRANT BAKKE:  Object to form.

22       THE WITNESS:  I believe that was what was
23  in his report.

24    **Q.**  (MR. NOEL CONTINUING)  All right.  Do you
25  view -- do you view that as a failure on the part

145

1  of your correctional staff?

2       MR. GRANT BAKKE:  Object to form.

3       THE WITNESS:  Do I view -- do -- say
4  that -- sorry.

5    **Q.**  (MR. NOEL CONTINUING)  Yeah.  The -- the
6  Zachmeier affidavit says when Brunelle entered the
7  cell around 12:20 a.m., that was the first
8  physical check of Lacey Higdem since 9:24 p.m., 2
9  hours and 36 minutes after CO April Azure exited
10  the cell after attempting to assist Lacey Higdem
11  with getting dressed.  And my question is is
12  allowing Lacey to be not physically checked for 2
13  hours and 36 minutes a failure on the part of your
14  correctional staff?

15       MR. GRANT BAKKE:  Object to form.

16       THE WITNESS:  Yes.

17    **Q.**  (MR. NOEL CONTINUING)  Now, during that
18  change clothes -- attempt to change clothes,
19  whatever you want to call it, was there anything on
20  that -- that video between -- in the interaction
21  with Lacey in April that seemed to indicate to you
22  Lacey's acting out of the ordinary?

23    **A.**  I -- I don't know.  I've never seen or
24  dealt with Lacey before.

25    **Q.**  Okay.  All right.  Now we're going to

146

1  watch Exhibit 58.  All right.  This is Exhibit 58,
2  and I have paused it at 58 minutes, 3 seconds in.
3  And if we just watch it for a little bit, I think
4  we're going to see Dixie Gladue bring Lacey up the
5  stairs and put her into B-201.  Okay?

6    **A.**  Okay.

7       (Video played.)

8       (Video stopped.)

9    **Q.**  (MR. NOEL CONTINUING)  All right.  So if
10  we pause Exhibit 58 at 58 minutes, 27 seconds,
11  Lacey's in B-201 and Dixie's about to head down the
12  stairs; fair?

13    **A.**  Correct.

14    **Q.**  Do you know if -- if -- do you know if
15  Lacey was on any -- like a lockdown this shift at
16  all or not?

17    **A.**  It appeared when Dixie was leaving -- if
18  you want to rewind it, it appears she gives the
19  door a pull and it didn't open.

20    **Q.**  Right.  And --

21    **A.**  I thought that's what I saw but --

22    **Q.**  You did.  You did.  And --

23    **A.**  Okay.

24    **Q.**  And that -- because that unit, we've been
25  told, is not typically locked; correct?

147

1    **A.**  The A pod through D pod -- and this is B
2  pod -- they have the ability to lock either the top
3  or bottom floor.  A pod and D pod have specific
4  cells.  These are bunk cells.  So we have used it
5  for lockdown purposes.  The holding cells at this
6  time had two in them, so I believe that's why she
7  was upstairs.

8    **Q.**  All right.  Do you know if she was
9  classified as being on lockdown?

10    **A.**  I don't recall.

11    **Q.**  Okay.  And as we sit here and look at
12  58 at 57:57, there's a mattress and some linens on
13  the ground there; right?

14    **A.**  Correct.  What looks like some kind of
15  paper.

16    **Q.**  Yeah.  It's -- and my question
17  specifically about the mattress and the linens, is
18  that unusual for there to be -- to be a mattress up
19  there on the mezzanine level?

20    **A.**  The -- the reason behind that is the TV is
21  out of sight -- oops, sorry -- bolted on the wall
22  so it's up high, so it's not uncommon for anybody
23  in A pod through D pod to lay up on the mezzanine
24  and look more straight at the TV than up all the
25  time.

148

1    Q.   Okay.  Was that permissible by facility
2  rules for the inmates?
3    A.   I don't remember at that time.  Since
4  then, I know we -- no mats are allowed outside
5  the -- the dorms --
6    Q.   Got it.
7    A.   -- or the cells.
8    Q.   All right.  Let's keep playing it.
9  Actually we've got to go to a different one.  We've
10  got to go to Exhibit 59.
11        (Video played.)
12        (Video stopped.)
13    Q.   (MR. NOEL CONTINUING) All right.  I've
14  stopped Exhibit 59 at 50 minutes, 45 seconds in.
15  And you see we have one other inmate on the
16  mezzanine and another one on her way up the stairs.
17    A.   Brianna Mayers [sic] and I can't tell on
18  the one up the stairs.
19    Q.   All right.  So Brianna Mayers is the one
20  standing right at the door here?
21    A.   I believe so.
22    Q.   All right.  Do you see the -- do you see
23  the picture of the -- the black cat affixed to the
24  outside of B-201?
25    A.   Correct.

149

1    Q.   Do you know what that's all about?
2    A.   I do not.  I didn't notice that before.
3    Q.   Is it permissible by facility rule for
4  things to be affixed to the outside of that housing
5  unit?
6    A.   I don't recall.  I know they -- they've --
7  they've hung pictures up in the cells and on the
8  wall down by the phone and stuff and by the door,
9  but I don't recall about the glass.
10    Q.   All right.  I mean, isn't the idea of the
11  glass that you can see through it?
12    A.   Correct.
13    Q.   And in my experience, it's usually against
14  the rules to put stuff up that covers the glass in
15  correctional facilities.  Is that similar for
16  Rolette County?
17    A.   It'd be similar.  I guess my thought is
18  you can see below and above it and there's multiple
19  other places, but --
20        THE REPORTER:  Did you touch it?
21        MR. NOEL:  I did touch it.  All right.
22  One second.  I touched it ever so slight.  She told
23  me not to do that.  Don't touch it.
24        MR. GRANT BAKKE:  And, Andy, I can't see.
25  What minute are we at?

150

1        MR. NOEL:  We're at 50 minutes, 45 seconds
2  on 59.
3    Q.   (MR. NOEL CONTINUING) And, Sheriff
4  Gustafson, I don't want to belabor this point for
5  too long, but I -- I do want to try to get it
6  squared away.  Like you're not telling me that it's
7  okay for the inmates to have some stuff affixed to
8  the windows of B-201 as long as you're still able
9  to see through it.  Is that what you're telling me
10  or is it against the rules to have anything affixed
11  to the glass outside B-201?
12    A.   I --
13        MR. GRANT BAKKE:  Objection.  Asked and
14  answered.
15        THE WITNESS:  Yeah, I don't recall.
16    Q.   (MR. NOEL CONTINUING)  And as we're
17  watching this, if you can identify any of the other
18  female inmates, don't even -- just do it for me.
19  Okay?  Don't wait for me to ask you.  Like if this
20  person comes up the stairs and you can tell me
21  that's so-and-so, just say it.  Okay?
22    A.   Okay.
23    Q.   So we'll start Exhibit 59 at 50 minutes,
24  45 seconds.
25        (Video played.)

151

1        THE WITNESS:  I don't think I've ever seen
2  this before.
3        (Video stopped.)
4    Q.   (MR. NOEL CONTINUING)  And we stop it at
5  51 minutes, 23 seconds in.  Fair to say that Lacey
6  seems to have these three female inmates' attention
7  at this point?
8    A.   I would --
9        MR. GRANT BAKKE:  Objection.  Calls for
10  speculation.
11        THE WITNESS:  I would assume so.  They're
12  all standing at the window looking in.
13    Q.   (MR. NOEL CONTINUING)  And we know there's
14  no one else in there with her; correct?
15    A.   I believe you're correct.
16    Q.   All right.
17        (Video played.)
18        THE WITNESS:  When -- just to clarify,
19  when -- like there's no COs is what I was getting
20  at.  I knew there was no inmates with her, but --
21  okay.
22        (Video stopped.)
23    Q.   (MR. NOEL CONTINUING)  Let's pause it at
24  fifty -- Exhibit 59 at 52 minutes, 16 seconds.  In
25  June of 2020, is it permissible by facility rule to

152

1  have inmates who are assigned to the lower level
2  housing unit to be up on B-201?
3      A.   I -- I think so, but I don't recall
4  specifically if -- if -- if there was a -- I'm
5  trying to clarify to answer more on that one.  If
6  both top and bottom are locked down, no.  If -- if
7  there was a problem with one or two inmates and --
8  and they had to go to their dorms, the rest
9  necessarily didn't have to be locked down.  They
10  could have been.  But if they're out in the -- I
11  don't even know what to call it, the opening --
12  the --
13     Q.   The common area?
14     A.   The common area.  Thank you.  If they're
15  out there, it -- it -- they have the access to kind
16  of move around.  If -- if they were at the window
17  and -- I don't want to say tormenting, but if they
18  were trying to keep things riled up, everybody
19  would be locked down essentially.
20     Q.   All right.
21     A.   So I -- it's hard to answer that question.
22  It -- every scenario's just a little different, but
23  in this case I believe the girls were free to move
24  around.  They weren't locked down on the bottom, if
25  I remember right.

153

1      Q.   Did you ever learn that -- that some of
2  the female inmates in that B unit were expressing
3  concerns to correctional staff about Lacey's
4  well-being during this shift?
5      A.   I believe Agent Zachmeier brought it to my
6  attention.  I believe that's who brought it to my
7  attention.
8      Q.   And would you expect Myles, April, Troll,
9  whoever was working, to take those concerns
10  seriously?
11     A.   I expect all my staff to take those
12  concerns serious.
13     Q.   And do you expect the staff not to get
14  numb to inmate complaints?  Inmates complain a lot
15  about a lot of stuff; correct?
16     A.   Fair.
17     Q.   Sometimes it's valid, sometimes it's not;
18  right?
19     A.   Right.
20     Q.   And would you expect your correctional
21  staff not to become numb to inmate complaints
22  because then you risk ignoring something that might
23  be serious?
24     MR. GRANT BAKKE:  Object to form.
25     THE WITNESS:  I could agree with that.

154

1      Q.   (MR. NOEL CONTINUING)  And I assume you
2  don't know who the individual is at 52:16 up
3  against the glass to the right?
4      A.   Either one of those two --
5      Q.   Okay.
6      A.   -- inmates, the one at the stairs or the
7  one at the window.  The one at the door is still
8  Brianna Mayers.
9      Q.   And we're going to move forward a bit on
10  Exhibit 59.
11     (Video played.)
12     (Video stopped.)
13     Q.   (MR. NOEL CONTINUING)  Okay.  So if we
14  stop Exhibit 59 now at 57 minutes, 30 seconds in,
15  now we've got four inmates huddled up outside
16  Lacey's unit; correct?
17     A.   Correct.
18     (Video played.)
19     Q.   (MR. NOEL CONTINUING)  There's -- there's
20  a new one -- a new inmate up there.  She's right
21  near that black cat.  Do you know who that is?
22     A.   I can't tell at this time.
23     Q.   Yeah.  It's kind of hard to see her face
24  so far.  Just keep an eye out for that.
25     From this part of the video, does it seem

155

1  like the inmates are in a pretty good position to
2  observe what's going on with Lacey?
3      MR. GRANT BAKKE:  Objection.  Calls for
4  speculation.
5      THE WITNESS:  I can't see where Lacey's
6  at, but they're still all looking in about at the
7  same direction, it appears.
8      Q.   (MR. NOEL CONTINUING)  All right.
9      A.   I think the only place you wouldn't be
10  able to see from here would be into the bathroom.
11     (Video stopped.)
12     Q.   (MR. NOEL CONTINUING)  And then if we stop
13  Exhibit 59 at 59 minutes, 9 seconds, do you see the
14  inmate on the far right has taken that picture of a
15  black cat and moved it over to the adjacent window?
16     A.   Correct.
17     Q.   Have you ever heard of this black cat deal
18  before?
19     A.   I have not.
20     Q.   Okay.
21     A.   I don't ever -- I don't remember watching
22  this video.
23     Q.   All right.
24     (Video played.)
25     Q.   (MR. NOEL CONTINUING)  Is there a -- is

156

1   there a picture of a black cat that just resides at
2   the Rolette County Jail that you know of?
3       **A.**   No.
4       **Q.**   Okay.
5       **A.**   Sorry.  Are you talking about this
6   specific picture or a picture on somebody's desk of
7   a cat or --
8           (Video stopped.)
9       **Q.**   (MR. NOEL CONTINUING)  Yeah.  I'm -- it
10  was not necessarily --
11      **A.**   Okay.
12      **Q.**   -- a question --
13      **A.**   Sorry.
14      **Q.**   -- that needed to be answered.
15      **A.**   I just kind of didn't understand your --
16      **Q.**   Yeah.  It just -- it struck me as odd, and
17  I'm wondering if you have any explanation for why
18  that would even be up there?
19      **A.**   This specific one?
20      **Q.**   Yeah.
21      **A.**   So inmates will ask for coloring sheets or
22  whatever.  I'm assuming that was provided by dis --
23  corrections to -- to have them color.
24      **Q.**   Like activity time, something like that?
25      **A.**   Something to stay busy.  Correct.

157

1           (Video played.)
2           THE WITNESS:  I still don't recognize
3   those three females.
4       **Q.**   (MR. NOEL CONTINUING)  Understood.
5           (Video stopped.)
6       **Q.**   (MR. NOEL CONTINUING)  All right.  Now
7   I've paused Exhibit 59 at 1 hour, 20 seconds, and I
8   want you to focus on the -- the female who is still
9   at the B-201 door.  Okay?
10          (Video played.)
11          THE WITNESS:  Hold on.  Or am I focusing
12  on this one or am I focusing on Brianna.
13      **Q.**   (MR. NOEL CONTINUING)  Not Brianna.
14      **A.**   Okay.
15      **Q.**   Yeah.
16      **A.**   Okay.
17          (Video stopped.)
18      **Q.**   (MR. NOEL CONTINUING)  Pausing at 1 hour,
19  58 seconds.  Does it look to you like that female
20  is holding her hands in the shape of a cross at
21  Lacey's window?
22      **A.**   It appears so.
23          (Video played.)
24          (Video stopped.)
25      **Q.**   (MR. NOEL CONTINUING)  All right.  That's

158

1   all for that.
2       **A.**   That one it appears Brianna's either
3   smiling or laughing.
4       **Q.**   Yep.  And did you have an opportunity to
5   listen to or read the summaries of the inmate
6   interviews of the females that Zachmeier completed?
7       **A.**   I don't recall.
8       **Q.**   Okay.
9       **A.**   If -- it would have been in Zachmeier's
10  report?
11      **Q.**   Yes.
12      **A.**   I'm -- I'm assuming I have.  I just don't
13  recall right now.
14      **Q.**   There was -- there was -- one of the
15  statements from one of the inmates indicated that
16  they told correctional staff that Lacey needed to
17  go to the hospital and correctional staff wasn't
18  doing anything.  Do you remember that portion of
19  it?
20          MR. GRANT BAKKE:  Object to form.
21          THE WITNESS:  I do not.
22      **Q.**   (MR. NOEL CONTINUING)  If another inmate
23  told correctional staff that they felt one of their
24  fellow inmates needed to go to the hospital, would
25  you expect the CO to at least follow up on that?

159

1           MR. GRANT BAKKE:  Object to form.
2           THE WITNESS:  I would.
3       **Q.**   (MR. NOEL CONTINUING)  And what about
4   the -- the buttons?  Like if we look at B-201 here
5   on Exhibit 59, where would an inmate inside that
6   unit press the button?
7       **A.**   Right by the door handle, there's one on
8   the outside.  I believe it's right on the other
9   side of that one, I believe.
10      **Q.**   All right.
11      **A.**   And it'll be that little silver box.
12      **Q.**   Okay.  And that -- that makes, according
13  to the COs, like a loud sound in the control room
14  and it's intended to only be used in an emergency;
15  fair?
16      **A.**   A loud sound -- oh, okay.
17      **Q.**   It's --
18      **A.**   Yeah.  It says Intercom B-201.  It'll
19  flash on our control.  I wouldn't say it's overly
20  loud, but it gets your attention.  Yeah.
21      **Q.**   All right.  And the -- the rule is it's
22  only supposed to be used in an emergency; correct?
23      **A.**   Correct.
24      **Q.**   Did you get any information from
25  correctional officers when you -- in those first

April 12, 2024

---

160

1 couple years you were sheriff that inmates were
2 overusing the -- the panic button?
3    **A.** The emergency button, yes. Daily.
4    **Q.** All right. And -- and as the -- as the
5 jail administrator, what do you think can be done
6 about that? What are the options?
7    **A.** I believe one of the things we did was
8 I -- I went to each pod and told each pod at that
9 exact moment when the staff was having issues with
10 every pod pushing the button, some would push it
11 and run away. So I went to every cell and
12 explained that it was for emergency use. I thought
13 we -- when they were in the booking process, I
14 thought that was implemented too. I don't remember
15 if it was verbally or if it was on paper. I can't
16 remember that part.
17    **Q.** All right. Did any correctional officer
18 who was working on that June 3 and 4 shift
19 communicate to you that they didn't respond to an
20 emergency button because it was being overused that
21 day? Anything like that?
22    **A.** I don't recall.
23    **Q.** And let's just watch --
24    **A.** I know something else that they would do
25 on top of what I said earlier with the -- with the

---

161

1 button is that whoever's in the control room would
2 push it and say, What's your emergency or is there
3 an emergency, and they would say, No, just checking
4 to see what time it is, or something around those.
5 It's only used for emergencies.
6    **Q.** Right.
7    **A.** The control would reiterate it over the
8 intercom, but turnover rate in a jail, too, just
9 when we felt all the inmates knew it, we'd get new
10 ones in and we'd be right back to pushing the
11 button.
12    **Q.** Right. Right. And the expectation of a
13 correctional officer in 2020 would have been if
14 the -- if the emergency button sounds, you respond
15 to it?
16    **A.** Correct.
17    **Q.** You have to respond to it in order for you
18 to be able to determine whether it's a real
19 emergency or not?
20    **A.** Correct.
21    MR. GRANT BAKKE: Object to form.
22    THE WITNESS: And there'd be several
23 different ways to answer that button, whether it
24 was control or the CO on the floor with a -- if it
25 was control, it'd be with the intercom. If it was

---

162

1 the CO on the floor, it'd be face-to-face or -- or
2 verbal.
3    **Q.** (MR. NOEL CONTINUING) Right. Right.
4 Okay.
5    MR. NOEL: All right. Why don't we take
6 another break and then we'll move on to the next
7 thing.
8    THE VIDEOGRAPHER: We are off the record
9 at 1:22 p.m.
10    (Recessed at 1:22 p.m. and reconvened at
11 1:35 p.m.)
12    THE VIDEOGRAPHER: This is the beginning
13 of Media Number 5. We are back on the record at
14 1:35 p.m.
15    **Q.** (MR. NOEL CONTINUING) All right.
16 Sheriff, we found some of the names of other
17 inmates were in that -- that were in that lower
18 level housing unit, and I just want to ask you if
19 you recognize any of the names. You already talked
20 about Stephanie Myer -- was it Stephanie Myers?
21    **A.** No.
22    **Q.** Brianna.
23    **A.** Yes.
24    **Q.** Brianna Mayer. Okay. And there was a
25 Stephanie Myers. Do you recognize that name?

---

163

1    **A.** No.
2    **Q.** How about Makishia Hunt?
3    **A.** Makishia Hunt. No.
4    **Q.** Joanna LaVallie?
5    **A.** That one maybe, but I'm not sure.
6    **Q.** All right. And Tara Willard?
7    **A.** That one sounds familiar. Tara. Tara.
8 I -- I believe that one sounds familiar, but if --
9 if I had five pictures up, I don't know if I'd be
10 able to pick her out.
11    **Q.** That's what I was going to ask you. Could
12 you match up the people with those names at all?
13    **A.** I don't -- I don't know.
14    **Q.** All right. We're not going to try.
15    **A.** Okay.
16    **Q.** Tell me a little bit about your
17 background, if you would, please. Where you went
18 to high school, post-high school education, where
19 you grew up.
20    **A.** Graduated from St. John High School.
21    **Q.** What year?
22    **A.** 2000. Attended Bottineau -- I suppose
23 Bottineau -- Minot State University out of
24 Bottineau. Played two years of college basketball
25 there, graduated with an associate of arts. In

---

164

1  between some of those times I attended Mayville, I
2  attended Turtle Mountain Community College.  I
3  played a year of football at Thief River Falls.
4          After graduation -- or after a couple
5  years of college, jeez, I was coaching football
6  in -- as a teacher's aide at St. John's school.  I
7  was coaching basketball, girls and boys.  At one
8  point I became a unit director of the Boys and
9  Girls Club in St. John, and I believe that was
10  '03-'04.  '05 I bought two businesses -- I believe
11  I was 24 years old -- a restaurant and a bar in
12  St. John.  Did that for a couple years.
13          At 2007 I attended Lake Region College in
14  Devils Lake and got my law enforcement certificate.
15  I believe I was hired second or third day of the
16  academy with Rolla Police Department.
17     Q.  As -- as a patrol officer?
18     A.  Correct.  I worked weekends when I wasn't
19  in the class, and then I was in class Monday
20  through Friday from 6 a.m. to 5 or 6.
21          After graduation, I was still working for
22  Rolla Police Department.  I got offered a job at
23  the credit union in St. John as a loan officer, so
24  I -- I took a -- I think I worked for Rolla PD for
25  six months and then I -- I became that full-time

165

1  re -- not resource officer, sorry -- loan officer,
2  and I did that for a year before going back to
3  Rolla PD.  And with Rolla PD I was working with
4  Rolette County Sheriff's Office also before
5  transferring to them full-time.
6     Q.  Let me ask you, how long were you with the
7  Rolla PD?
8     A.  My first stint was roughly six months.
9     Q.  Right.  Yep.  I got that.
10     A.  And then I took a -- couple-month break
11  from them.  I -- I would have to look at my -- my
12  file from Rolla PD.  And I'm not sure what year I
13  came back to Rolla PD.  I want to say it might have
14  been '14 or so that -- that I came back full-time.
15  I worked for Rolette County for six months to a
16  year full-time.  So there was -- there was going
17  back and forth a little bit.  Eventually I ended up
18  becoming chief of police of Rolla city, and then I
19  ran for sheriff and got elected in 2019.
20     Q.  And the election would have been in
21  November of 2018?
22     A.  Correct.
23     Q.  When you were with Rolette County, were
24  you a deputy?
25     A.  My first stint -- I believe my first and

166

1  second stint was a -- a deputy.  I was part-time
2  for them I think my second stint.  Eventually I got
3  hired -- I was still with Rolla PD full-time and
4  the sheriff before me hired me as the chief deputy,
5  so I was doing both for a little while.
6     Q.  Okay.
7     A.  I say "a little while," about a month to
8  two months I did both jobs before resigning from
9  my -- from my chief deputy job and staying with
10  Rolla PD.
11     Q.  All right.  And how long were you chief of
12  police of Rolla city?
13     A.  I -- I want to say at least two years, but
14  I -- it was longer than a year, but it wasn't three
15  years, I know, because I ended up becoming sheriff.
16     Q.  All right.  As a -- as an outsider, I
17  don't -- is Rolla city different than Rolla?
18     A.  No.  That's Rolla city.
19     Q.  Okay.  Gotcha.  And when you came on --
20  well, in terms of the Rolette County Sheriff's
21  Department, entry level deputy, I've heard of some
22  counties that -- that have people do corrections
23  first and then they put them out on patrol as a
24  deputy.  Is that similar to what happened in Rolla
25  county in 2020 or is it different?

167

1     A.  In Rolette County?
2     Q.  Yeah.  I'm sorry.
3     A.  Yes and no.  The reason I say that is
4  there's been many correction officers that feel
5  their next promotion is becoming a deputy, so there
6  has been times where other sheriffs or -- or I --
7  I'll speak on just myself, but we've hired some
8  correctional officers when they've applied for some
9  deputy jobs.  That's not the case every time,
10  though.  If -- if I have a correction officer that
11  is not certified in law enforcement and then I have
12  somebody else that's certified, sending somebody to
13  the academy for three months, three and a half
14  months and -- and not having them here is a -- it's
15  a --
16     Q.  Puts them at a dis --
17     A.  -- it's an issue, so --
18     Q.  Right.  And clearly throughout your tenure
19  at Rolette County, the -- the -- the county
20  deputies earn more than the correctional officers
21  entry level, let's say coming into the job?
22     A.  Yeah.  I don't know exactly by how much.
23  It -- the last time I looked, it wasn't that huge
24  of a difference, but when you say entry level, you
25  have non-certifieds that make X amount, you have

SHERIFF NATHAN GUSTAFSON                                April 12, 2024

168

1  certifieds that make X amount and then the time
2  frame they come in, but it -- it was close.  That
3  wasn't always the case.
4      Q.   Generally viewed as more favorable to move
5  from a CO to a deputy than from a deputy to a CO?
6      A.   Some might look at going from a deputy to
7  a CO would be a step down.  Some might look at it
8  that way.  Some have done it.  I guess it's all on
9  who --
10     Q.   Sure.
11     A.   -- you ask on that one.
12     Q.   What -- what made you decide to run for
13 sheriff?  I realize there might be a lot of stuff,
14 but what -- what -- what made you decide that this
15 was something you were going to try to tackle?
16     A.   At the beginning I talked about the
17 complaints that came to me or the issues that I
18 should run were 99 percent -- I -- I would like to
19 say a hundred but I'm -- maybe somebody said
20 something else at one point, but 99 percent of it
21 had to do with crime.  Home burglaries, vandalism,
22 thefts of cars -- we have a lot of theft of cars in
23 our area -- pursuits, things like that.
24     Q.   Street crime?
25     A.   Correct.  The other thing that was brought

169

1  a lot was the -- the drugs in our community.
2  They -- they thought some more -- some stronger
3  actions should be taken and I -- I agreed with
4  that.  That's why I decided to run.  I actually --
5  just in all honesty, I thought our community
6  deserved better than where we were before.
7      Q.   Do you feel like you've made some inroads
8  into the drug issue as we sit here today as opposed
9  to when you started?
10     A.   When you say "inroads," can you explain?
11     Q.   Did you feel like you've -- you've made it
12 a little better, improved it?
13     A.   Yeah.  To elaborate more --
14     Q.   Yeah.  What sorts of things?
15     A.   -- we've sent more people to the
16 penitentiary in my term as sheriff than we did in
17 the past.  Our calls for service, strictly speaking
18 of the deputies, have gone up significantly each
19 year.  Example, I just had a city council meeting
20 on Wednesday before I came, and one of my deputies
21 from January 1 to I believe it was April 8 or 9 had
22 436 calls for service where the lowest one had 36.
23 So that's like -- that -- and I'm the one at 36,
24 but the -- significant calls that they've gone to.
25         When I talk about sending people to the

170

1  penitentiary, I have guys that I transport
2  personally.  I just transported two yesterday to
3  the Bismarck pen, and they tell me on the way down,
4  When I get out, I'm never coming back to your
5  county again.  Why is that?  Well, you guys aren't
6  messing around anymore.  Harder to get product up
7  to our -- to the -- to our area.  Harder to
8  distribute.
9          And I take that as a huge win when I have
10 criminals going to the pen for distributing
11 fentanyl or methamphetamine and they say they're
12 never coming back.  I -- that's a huge pat on my
13 back I feel.
14     Q.   Sure.
15     A.   And it's -- it's all due to the staff I
16 have.
17     Q.   Okay.
18     A.   But it was things like that that I wanted
19 to make a huge difference in our community.  My --
20 my son walks -- and my wife live in the community
21 and just didn't want it to be as bad as it was.
22     Q.   Understood.  And as sheriff, you're
23 ultimately accountable to the voters; right?
24     A.   Correct.
25     Q.   Is it a two-year term?

171

1      A.   Four.
2      Q.   Four.
3          Do you ever remember a constituent coming
4  up to you and talking about, you know, improving
5  conditions for those who are locked up, or is it
6  primary lock 'em up?
7      A.   I'm sorry.  You're talking about people in
8  my community, what they --
9      Q.   Yeah.  Yeah.
10     A.   -- tell me back?
11     Q.   Yeah.
12     A.   Yeah, it's -- if anything, it's the system
13 is broke.  As far as court goes, they -- a lot of
14 the citizens feel they -- the people should have
15 got more time, but the -- kind of the consensus of
16 the -- the citizens in Rolette County is clean up
17 the streets, lock 'em up, so to speak.
18     Q.   Okay.  And if we get into resources --
19 well, let's -- let's skip over that.
20         Let me ask you about Kim Nadeau a little
21 bit.  Earlier you mentioned to me that she decided
22 she didn't want to do the jail administrator job
23 anymore?
24     A.   Correct.
25     Q.   Did she communicate a reason why?

April 12, 2024

172

1   **A.** I don't recall a hundred percent, but I
2 want to say it had to do with pay and the workload
3 that she had already had. In our county -- and
4 just to elaborate a little more, in our county it's
5 not uncommon to wear multiple hats. I know at one
6 point the sheriff before me, the commissioners told
7 Kim that they wanted her to be the jail
8 administrator to make sure things were -- were
9 operating correctly. And then when I came aboard,
10 she -- she really didn't like that position, if I
11 remember right.
12   **Q.** All right.
13   **A.** And it was due to the -- the workload of
14 her -- her current position and --
15   **Q.** Do you know how much --
16   **A.** -- then the additional --
17   **Q.** -- more pay she got along with that title,
18 jail administrator?
19   **A.** I -- I might be mixing these up. It was
20 either -- it was anywhere from $300 to 700 a month,
21 but I -- I'm not exactly sure.
22   **Q.** All right.
23   **A.** I know it was substantially less than what
24 we pay the jail administrator now.
25   **Q.** And who is the jail administrator now?

173

1   **A.** Currently it's Jaime Metcalfe.
2   **Q.** And was it Dan Kraft before that?
3   **A.** Correct.
4   **Q.** And do you remember how much Kraft made --
5   **A.** Well --
6   **Q.** -- when he came on?
7   **A.** -- actually, sorry, to back up, I -- I
8 believe it would have been me, to answer your
9 question correctly.
10   **Q.** Yep.
11   **A.** And Dan Kraft left our facility for a
12 different opportunity and we had to fill that
13 position, so I believe I filled it until Jaime got
14 hired.
15   **Q.** All right. And Dan -- Dan was
16 something -- someone you didn't want to lose; fair
17 to say?
18   **A.** Oh, a hundred percent fair to say.
19 Very --
20   **Q.** That's what it sounded like.
21   **A.** Very -- very good person. The staff
22 seemed to like him. Things -- he had a nice rhythm
23 to his movements.
24   **Q.** Do you know how much he was paid while he
25 was jail administrator, what his salary was?

174

1   **A.** And I might -- again, a lot of numbers, a
2 lot of dates and a lot of time. I -- I believe it
3 was 48,000 is what he was getting, but it was up to
4 another amount, and I believe the commissioners
5 wanted to start him at that because after six
6 months, that would have been the incentive to give
7 the -- the raise to the max. Let's say the max was
8 52, they -- I think they started him at 48 and --
9 or was it 60? See, I'm -- I'm -- I'm not a hundred
10 percent on the -- I know it wasn't 65,000.
11   **Q.** All right.
12   **A.** And it wasn't 30,000. It was right in --
13   **Q.** Right.
14   **A.** -- there somewhere.
15   **Q.** And did you have -- did you have to go to
16 the commissioners and -- and ask them to give you
17 more money to hire Kraft? Let -- let's start over.
18     So before Kraft, it was either you or
19 Titus --
20   **A.** Correct.
21   **Q.** -- it was you; right?
22   **A.** Okay. Yep.
23   **Q.** And then Titus was before that?
24   **A.** Correct.
25   **Q.** And let's just take after Lacey. Okay.

175

1 After the Lacey Higdem incident, did you ever go to
2 the commissioners and say, I need more money
3 because we need to hire a full-time dedicated jail
4 administrator?
5   **A.** I believe I went to the commissioners and
6 I asked for not only the jail administrator portion
7 and salary but also that fourth correction officer.
8   **Q.** Right. And that was -- that was after
9 Lacey; correct?
10   **A.** Correct.
11   **Q.** Now, before Lacey was there in June of
12 2020, did you ever go to the commissioners and say,
13 I need more money because we need to hire a
14 full-time dedicated jail administrator?
15   **A.** I believe I answered that one earlier.
16 I -- I believe when I took office, January 1, my
17 first meeting I believe I was asking for assistance
18 in -- in bettering both the deputies and
19 correction.
20   **Q.** All right. And do you remember anything
21 specific with regard to the desire to have a jail
22 administrator -- a full-time dedicated position for
23 that before Lacey?
24   **A.** Before Lacey, we wanted one, but I -- I
25 don't recall. I don't remember that one. Sorry.

SHERIFF NATHAN GUSTAFSON                                        April 12, 2024

176

1    Q.   And fair to say that Kraft would have been
2    making a lot more than Kim Nadeau for being the
3    jail administrator?
4    A.   Yeah.
5    Q.   We talked a little bit earlier about an
6    ongoing investigation, BCI, DOCR, after Lacey's
7    death, and my question for you is did you ever have
8    the sense that you were free of those reins to talk
9    to your jail staff about the -- the Higdem
10   incident?
11   A.   Did I ever feel like I was free to talk to
12   my staff?
13   Q.   Yeah.  There was a period of time where
14   you -- you had the impression that you weren't
15   supposed to talk to folks about Lacey's --
16   A.   While the investigation was going on.
17   Q.   Okay.  And after the investigation was
18   over, did you feel like you were free to talk to
19   the jail staff about the Higdem incident?
20   A.   I -- I guess to kind of answer that one,
21   I -- I don't -- I didn't know if it was over or not
22   still yet to this day.
23   Q.   Okay.
24   A.   I guess I didn't -- I don't feel free to
25   talk about it.

177

1    Q.   Could it -- could you see how someone
2    would think it could be used as a -- as a teaching
3    moment?  I mean, you've -- you've agreed with some
4    of the -- the DOCR findings here.  You've heard of
5    those kind of things, right, where we use -- we use
6    one incident as a teaching --
7    A.   Correct.
8    Q.   -- moment?
9    A.   Yeah.
10       MR. GRANT BAKKE:  Object to form.
11   Q.   (MR. NOEL CONTINUING)  Have you ever used
12   the -- the Higdem incident as a teaching moment for
13   your folks at the jail?
14       MR. GRANT BAKKE:  Object to form.
15       THE WITNESS:  I don't feel that we've
16   really felt like we could talk about it yet.
17   Q.   (MR. NOEL CONTINUING)  All right.  Was
18   there like a -- were you part of a -- and I -- I'm
19   not suggesting that you're not being straight with
20   me there.  I just remember one thing where people
21   were talking about sort of a debriefing, like there
22   was counseling offered for the jail staff for the
23   trauma associated with it.  Do you remember a
24   meeting like that?
25   A.   I -- I remember providing information for

178

1    staff, and -- and that ranged from corrections all
2    the way through the department heads.  Anybody --
3    even -- well, I guess I should say all my employees
4    because even people that weren't there may have
5    felt certain ways.  So stuff was provided, but I --
6    I haven't sat in on those when people say they want
7    to talk to somebody.
8    Q.   All right.
9    A.   I think they'll be more comfortable if I'm
10   not in there, so to speak.
11   Q.   There was some testimony from Myles about
12   this sort of counseling, debriefing thing happening
13   the same day as the -- as the resignation process
14   for him and April.  Does that help ring a bell?
15   A.   No.
16   Q.   When -- when do you think you -- are you
17   waiting for this civil case to be done before you
18   feel comfortable talking to your jail staff about
19   the Higdem incident?
20   A.   I would feel a lot more comfortable if --
21   if I was instructed that you're okay to -- to do a
22   training or talk about this.
23   Q.   Right.
24   A.   I would feel more comfortable then.
25   Q.   And that goes not only toward, well, what

179

1    the heck happened, but also with regard to how can
2    we improve, if at all, looking at what happened to
3    Lacey?
4    A.   Okay.
5    Q.   Is that fair?
6    A.   Yeah.
7    Q.   All right.  All right.  Take a look at
8    Exhibit 29, please.  We'll get you back digging in
9    the pile.
10       THE WITNESS:  I can touch these wires now?
11       THE REPORTER:  Mm-hmm.
12       THE WITNESS:  Did you say 29?
13   Q.   (MR. NOEL CONTINUING)  29.
14   A.   29.
15       MR. NOEL:  Yep.  And why don't we do this.
16   Why don't you -- why don't you take five minutes,
17   we'll take a stretch break, and you can look over
18   29, and then we'll come back and I'll ask you some
19   questions about it.  Okay?
20       MR. GRANT BAKKE:  Well, Andy -- and I
21   didn't bring it up the first time, but I think he's
22   entitled to review it on the record.  I mean, he
23   can't have homework over the breaks, so to speak.
24       MR. NOEL:  Okay.
25       MR. GRANT BAKKE:  So could we just leave

180

1  it on the record while he reviews it?
2          MR. NOEL:  Yeah.
3          MR. GRANT BAKKE:  Okay.
4          MR. NOEL:  And we're still on?
5          THE REPORTER:  Yep.
6      Q.   (MR. NOEL CONTINUING)  Okay.  If it helps,
7  Sheriff, I'm going to be asking you about
8  Exhibit 29, page 9 of 23 and page 14 and that's it.
9      A.   So you don't want me to read the whole
10  thing?  You just want me to read page 9 and 14?
11     Q.   You read whatever you need to feel
12  comfortable.  I'm just telling you I'm going to
13  talk you about Inmate Observation and Intoxication
14  Management.
15     A.   Okay.
16     Q.   All right.  So -- and when we were in your
17  background, I forgot to ask you, do you have any
18  military service?
19     A.   No.
20     Q.   So Exhibit 29 is an inspection that --
21  cover page is dated October 24 of 2019; correct?
22     A.   Correct.
23     Q.   And it has facility administrator as
24  Kimberly Nadeau; correct?
25     A.   Correct.

181

1      Q.   And that's different than what your
2  policies say.  The policies from that time say that
3  you were the facility administrator; correct?
4      A.   I would have to go back and look at that
5  and compare it, but --
6      Q.   Anyway, go to page 9 of 30.
7      A.   Okay.
8      Q.   That's the inmate observation standard?
9      A.   32?
10     Q.   Yes.  Now, at this point in time, you are
11  clearly the sheriff; correct?
12     A.   Yes.
13     Q.   And the DOCR has identified that the jail
14  is noncompliant with Standard 32 for inmate
15  observation; correct?
16     A.   Correct.
17     Q.   Was this communicated -- was this finding
18  communicated to you?
19     A.   Yes.  I would have been part of the --
20  when I was sheriff, I would have been part of the
21  closeout at the end.
22     Q.   All right.  And I'm curious about the --
23  the last little subparagraph there where it says,
24  "Correctional facility inspectors were provided
25  with documentation and video of an incident that

182

1  indicated policy was not followed.  RCLEC policy
2  6.22 and procedures do not demonstrate compliance."
3          Do you remember anything about the video
4  that the inspectors were shown?
5      A.   I do not.
6      Q.   Okay.  Do you know the subject of the
7  video?  Did it have to do with 15-minute checks,
8  logs, hourly checks?
9      A.   I don't recall.
10     Q.   And the first thing that the DOCR has --
11  and it looks like this was an inspection done by
12  Anderson and Werlinger; correct?
13     A.   I believe so.  Yeah.
14     Q.   That's on the first page.
15     A.   Yep.
16     Q.   They say that the correctional facility
17  inspectors found that the facility procedures do
18  not comply with the policy.  Essentially that means
19  what's happening on the floor is inconsistent with
20  what's written down on paper; correct?
21     A.   Correct.
22     Q.   What did they communicate to you in that
23  regard in terms of what was -- what was happening
24  that was different?
25     A.   Without looking back on any of the notes

183

1  or documents they provided, I -- I don't remember.
2      Q.   All right.  If you'd just read that
3  Observation section to yourself that's on page 9 of
4  23 of Exhibit 29 -- just read that to yourself and
5  tell me when you're done and see if that jogs your
6  memory.
7      A.   No.
8      Q.   Okay.  And at least today you know that
9  the Rolette County Jail was noncompliant on
10  Standard 32 in 2018 as well; correct?  The one we
11  talked about earlier?
12     A.   The 2018?
13     Q.   The 2018 inspection.  Do you remember
14  going over that?  I can show it to you again real
15  quick.
16     A.   Please.
17     Q.   It's -- I think it's 81.  So, yeah,
18  Exhibit 81 and it'll be on page 12 of 30.
19     A.   Okay.  Okay.  Standard 32 in December of
20  '18 was noncompliant as well as '19.  Okay.
21     Q.   All right.  You'd agree with that?
22     A.   I would agree with that, yes.
23     Q.   That's what -- that's what the inspections
24  say.
25     A.   Correct.

184

1    Q.   Is there anything in the Observations
2  section for Standard 32 on Exhibit 29 that you have
3  a hard time understanding?
4    A.   I'm -- I'm sorry.  I was looking at two
5  different documents.
6    Q.   Okay.  Yeah.  Go back to 29.
7    A.   Put 81 away?
8    Q.   Yeah.
9    A.   Okay.  Back on 29 --
10   Q.   Back on 29.
11   A.   -- Standard 32?
12   Q.   Correct.  And the Observations section,
13  that first long paragraph, all I'm asking is you
14  read it to yourself.  Does it make sense to you?
15   A.   The way it's written, yeah, it doesn't
16  remind me of anything --
17   Q.   All right.
18   A.   -- specific.
19   Q.   And then staying on Exhibit 29 --
20   A.   Page 14?
21   Q.   -- page 14, and on this inspection they
22  had you as noncompliant with Standard 59 which is
23  Intoxication Management and Social Detoxification;
24  correct?
25   A.   Correct.

185

1    Q.   Just take a minute and read the
2  Observation to yourself there on page 14 of 23 --
3    A.   Yeah.
4    Q.   -- Standard 59.
5    A.   Okay.
6    Q.   Looks to me like this one on this occasion
7  was primarily aimed at the need for getting folks
8  medically cleared in certain situations; correct?
9    A.   Yep.  At -- at this time it appears we
10  didn't have a blood alcohol concentration rate in
11  our policy, and I believe it is at a .30 now.
12   Q.   All right.
13   A.   But that that was, yeah, noncompliant because
14  we didn't have that in our policy.
15   Q.   Would a CO have understood in June of 2020
16  that regardless of whether or not an inmate came in
17  with a medical clearance, if they're exhibiting
18  signs or symptoms of a serious mental problem or
19  physical problem, that we should take steps to --
20  to watch them more closely?
21       MR. GRANT BAKKE:  Object to form.
22       THE WITNESS:  That's a hard one.  When
23  they've come back from a facility such as a
24  hospital or an ambulance, they're trained in it
25  more than we are.  None of my staff is doctors.

186

1  I -- I don't know if that's what you were getting
2  at.  Sorry.
3    Q.   (MR. NOEL CONTINUING)  Well, did you --
4  Zach -- the DOCR and Zachmeier relayed essentially
5  that Lacey should have been on 15-minute watches at
6  some point during her course at the Rolette County
7  Jail.  Fair assessment?
8       MR. GRANT BAKKE:  Object to form.  Calls
9  for speculation.
10       THE WITNESS:  In -- in their reports
11  that's what they have down, yes.
12   Q.   (MR. NOEL CONTINUING)  All right.  And do
13  you have any quarrel with the fact that at some
14  point during her stay at the Rolette County Jail,
15  given your review of the incident, that she should
16  have been put on 15-minute watches at some point in
17  time?
18       MR. GRANT BAKKE:  Object to form.
19   Q.   (MR. NOEL CONTINUING)  I'm not asking you
20  to identify the time.
21       MR. GRANT BAKKE:  Object to form.
22       THE WITNESS:  I -- do I feel my -- I'm --
23   Q.   (MR. NOEL CONTINUING)  Yeah.
24   A.   You're getting me confused with are you
25  asking me or are you asking if my correction

187

1  officers --
2    Q.   I'm asking -- so given your correctional
3  experience, your position as the sheriff and your
4  review of this incident, do you agree with the BCI
5  and the DOCR that Lacey should have been on
6  15-minute watches at some point during her
7  admission to the facility?
8       MR. GRANT BAKKE:  Object to form.  Calls
9  for speculation.
10       THE WITNESS:  Hindsight 20/20, yes.  In
11  the moment, I -- I -- I trust my staff to make
12  those decisions.
13   Q.   (MR. NOEL CONTINUING)  Right.  And -- and
14  with -- with your position, I'm -- I'm primarily
15  asking about hindsight, and I understand your
16  answer to be that -- that you agree with the
17  assessment of the DOCR and the BCI that at some
18  point she should have been put on the 15-minute?
19       MR. GRANT BAKKE:  Objection.
20  Mischaracterization.  Asked and answered.
21   Q.   (MR. NOEL CONTINUING)  Is that fair?
22   A.   Oh, I'm sorry.  I thought you were telling
23  me something, not asking me something.
24   Q.   No.
25   A.   I'm sorry.  I -- I didn't think you were

April 12, 2024

188

1  asking me a question.  It -- at the moment I
2  trusted my staff to -- to do their assessment and
3  determine what would need to be done.  After the
4  fact, reading BCI and DOCR's reports, if that's the
5  best way to call them, it -- a person could agree
6  with DOCR and BCI.
7      Q.   Would that person include you?
8      A.   I -- I could, yeah.
9      Q.   All right.  And how about your general
10  experience with Brunelle and Azure as correctional
11  officers before the Lacey admission?  Were they
12  good, average, poor performers?
13      A.   Before this incident, I -- I thought they
14  were good employees.
15      Q.   Do you remember bringing anything
16  specifically to either one of their attention in
17  terms of this is something that you need to get
18  better at, Officer Brunelle or Officer Azure?
19      A.   I don't recall.
20      Q.   Were you aware of that inappropriate
21  relationship that they were involved in, as April
22  called it, while they were working at the jail?
23      A.   Not till I was aware of the video.
24      Q.   Okay.  So Myles testified that that was a
25  one-time thing.  April testified that they were in

189

1  the course of a sexual relationship outside the
2  workplace at that same time.  Do you have any idea
3  who's right on that?
4          MR. GRANT BAKKE:  Object --
5          THE WITNESS:  No.
6          MR. GRANT BAKKE:  -- as a
7  mischaracterization.
8      Q.   (MR. NOEL CONTINUING)  Was there anything
9  going around the rumor mill at the Rolette County
10  Jail that Myles and April are -- are together or
11  seeing each over that you're aware of?
12      A.   Not that I was ever aware or brought to my
13  attention, no.
14          MR. NOEL:  All right.  Why don't we take a
15  quick break and then we'll come back.
16          THE WITNESS:  Thank you.
17          THE VIDEOGRAPHER:  We're off the record at
18  2:15 p.m.
19          (Recessed at 2:15 p.m. and reconvened at
20  2:33 p.m.)
21          THE VIDEOGRAPHER:  This is the beginning
22  of Media Number 6.  We are back on the record at
23  2:33 p.m.
24      Q.   (MR. NOEL CONTINUING)  All right.  Sheriff
25  Gustafson, can you dig out Exhibit 30, please.

190

1  Should be in that stack right over there to your
2  left.  3-0.
3      A.   I'm at 29, 31, 28, 27, 26.
4      Q.   Oh, okay.
5      A.   Well, it might be right behind -- there we
6  go.
7      Q.   Okay.
8      A.   Perfect.  This is -- okay.
9      Q.   Thank you.  Exhibit 30 is a September
10  monthly report to Joseph Joyce from Lance Anderson,
11  and if you turn to the second page, you can see at
12  the top of the second page there's a reference to
13  the Rolette County Jail annual inspection.  Do you
14  see that?
15      A.   Correct.
16      Q.   What Mr. Anderson says there is the --
17  that this facility had a number of noncompliant
18  issues and continues to be a work in progress.  It
19  feels like a culture of doing things to just get by
20  or just enough not to have the State give them an
21  order of noncompliance.  We had some direct
22  conversations about this culture and the need to
23  not run us in circles but rather to use us to
24  better their facility.  I believe this was helpful,
25  but we will see what things look like next year.

191

1          Did I read that paragraph correctly?
2      A.   You did.
3      Q.   And this was issued on November 4 of 2019.
4  Do you have any recollection as sheriff or jail
5  administrator of these sorts of concerns being
6  relayed to you by the DOCR?
7      A.   Yes, I remember visiting with them about
8  these.
9      Q.   All right.  Can you tell me what -- what
10  details you have about the conversation, what they
11  told you, your response, that sort of thing?
12      A.   I don't remember any detail what we --
13  they had -- when they come do an inspection,
14  they -- through the 108 standards, they'll go
15  through and find any that are in noncompliance.
16  When they're in noncompliance, then we have time to
17  fix the noncompliance.  And then if we have not
18  fixed them, then the DOCR has the ability to
19  make -- make a decision based off our facility
20  whether -- if we're not following, they would -- or
21  have not fixed them, they could tell us to transfer
22  our inmates and close our facility.
23      Q.   Okay.
24      A.   So any time they found noncompliance, we
25  worked on issues and felt like we fixed them and

192

1  were -- had the order to stay open after the
2  noncompliances were fixed.
3      Q.  And at one point in his deposition, Lance
4  Anderson testified that it seemed like at times the
5  Rolette County Jail was more interested in trying
6  to stay open as opposed to actually meeting the
7  North Dakota standards.  Is that something that you
8  would agree with him on?
9      A.  No.
10          MR. GRANT BAKKE:  Object to form.
11          THE WITNESS:  I would -- I feel that when
12  they give us noncompliance and we fix them,
13  we're -- we're working on bettering the facility
14  and staying open, not just enough to get by.
15      Q.  (MR. NOEL CONTINUING)  And -- and this
16  culture of doing things just to get by, would you
17  disagree with him on that?
18      A.  I would, and I would like somebody to
19  clarify the -- the word "culture" to me.  I mean, I
20  know you didn't write this, but that's a pretty
21  bold word to me.  So I -- I -- I'm confused on
22  that.
23      Q.  Yep.  Well, he --
24      A.  Would you like me to keep going?
25      Q.  I mean -- well, Lance Anderson, he got

193

1  deposed yesterday --
2      A.  Okay.
3      Q.  -- and he talked about it.  And, you know,
4  it was -- it was his sense that there was some
5  resistance to change at times within the -- the
6  Rolette County Jail administration.  Did -- any
7  reason for him to feel that way from your
8  perspective?
9      A.  I can't guess on how somebody feels.
10  Sorry.
11      Q.  Was the Rolette County Jail resistant to
12  the changes that the DOCR tried to encourage it to
13  make over the years?
14          MR. GRANT BAKKE:  Object to form.
15          THE WITNESS:  Since I've been sheriff, I
16  don't feel that we've been hard -- I -- how'd you
17  state that again?  Sorry.
18      Q.  (MR. NOEL CONTINUING)  Let's go on to
19  something else.  The "culture" word that you talked
20  about.
21      A.  Okay.
22      Q.  Who sets the culture of the -- the -- an
23  organization typically?
24      A.  I -- I guess I'm still just confused on
25  the "culture" word.  The way I take that word,

194

1  "culture," I believe it was Bob Werlinger that said
2  your guys' culture up here is -- either you don't
3  know what you're doing or you're just lazy I think
4  is one of the comments that he had made.  And the
5  way I take culture is -- and, again, our county is
6  very unique out of the 53 in our state.  Our
7  reservation is in the heartbeat of our county which
8  is right in the middle.  Other reservations are
9  pushed off to the side.  I don't have any
10  jurisdiction on tribal land.  And then our county
11  is checkerboard where it's -- one approach is
12  State, and the next approach is tribal, and so on
13  and so forth.  It could go every other.
14          So when you -- when I hear "culture," I --
15  I bring -- it brings -- our area is mostly Native
16  Americans, and so I -- I'm confused on that word
17  when I hear "culture."  I think of Native Americans
18  and I don't like it.
19      Q.  Understand.
20      A.  Okay.
21      Q.  And -- and I can't speak for Mr. Anderson,
22  but the things that you just told me coming from
23  Werlinger, you guys are either lazy or you don't
24  know what you're doing, are those things that he
25  communicated to you about the Rolette County Jail

195

1  operation?
2      A.  I believe he communicated it to myself and
3  Kim Nadeau.
4      Q.  All right.  Do you know when?
5      A.  (Shakes head.)
6      Q.  Was it more than once?
7      A.  I don't recall.  I -- I remember it being
8  said and the look on Kim's face.  It only needed to
9  be once.
10      Q.  And did Kim push back against that
11  accusation?
12      A.  No.  The reason why is DOCR holds the
13  keys, so you -- if they tell you something, you
14  can't really argue against them.
15      Q.  What specifically was Werlinger talking
16  about when he said you guys are either lazy or you
17  don't know what you're doing?
18      A.  I don't know.  He never followed up with
19  anything other than that remark.
20      Q.  Was -- did it have to do with coming into
21  compliance with things that you weren't compliant
22  with?
23          MR. GRANT BAKKE:  Objection.  Asked and
24  answered.
25          THE WITNESS:  I don't know.

196

1    Q.   (MR. NOEL CONTINUING)  So I see what
2    you're saying about the word "culture," and what
3    I'm wondering is do you have a different -- do you
4    have a different way of kind of talking about the
5    tone of a particular organization?  Is it run
6    professionally, is there accountability, those
7    types of things.  To me that means culture of an
8    organization.  Have you ever heard "culture" used
9    in that regard?
10   A.   No.
11   Q.   And then they write, "We had some direct
12   conversations about this culture and the need to
13   not run us in circles but rather to use us to
14   better their facility."
15        Do you remember -- is -- is the direct
16   conversation consistent with what you're thinking
17   with Werlinger saying you guys are either lazy or
18   you don't know what you're doing?
19   A.   I -- I don't remember.  Sorry.
20   Q.   When -- that's a pretty hefty accusation
21   to lay on a county administration, isn't it?
22        MR. GRANT BAKKE:  Object to form.
23   Q.   (MR. NOEL CONTINUING)  You're either lazy
24   or you don't know what you're doing?
25   A.   Yeah.

197

1    Q.   Did you -- did you make an effort to --
2    did you view that that he was correct about that,
3    that there were things that needed to be fixed in
4    that regard?
5    A.   I -- I don't know.  It -- it was pretty
6    insulting when it happened.  But to try to answer
7    your question, I guess, we -- any recommendation
8    that they've given us or -- or noncompliance,
9    we've -- we've worked to improve and --
10   Q.   Okay.  You didn't find it so insulting
11   that you decided we don't want to -- we don't want
12   to do anything about it?
13   A.   We don't have the ability to do that.
14   Q.   Right.  All right.  Take a look at
15   Exhibit 33.
16   A.   Okay.
17   Q.   Exhibit 33 is a memo this time from,
18   again, Lance Anderson to Joseph Joyce.  Who's
19   Joyce?
20   A.   I believe that's Lance Anderson's boss
21   or --
22   Q.   And --
23   A.   -- supervisor.
24   Q.   All right.  And it's dated December 3 of
25   2019 while you are the sheriff; correct?

198

1    A.   Correct.
2    Q.   And it is a November monthly report, and
3    at the bottom of the first page of Exhibit 33 it
4    says, "We completed the Rolette County Jail
5    inspection and report this month, however we have
6    been struggling with dishonesty and attention to
7    matters, which need attention.  We have another
8    inspection scheduled to review the corrections and
9    likely will need to pursue an order after this
10   visit."
11        Did I read that correctly?
12   A.   You did.
13   Q.   Do you remember coming out of December of
14   2019 with an idea that your jail was at risk of
15   getting an order of noncompliance?
16   A.   Was I aware of an order of noncompliance?
17   Q.   Yeah.  Mr. Anderson talked about how he
18   had concerns that he might have to take some --
19   some drastic measures with regard to the Rolette
20   County Jail in December of 2019.
21   A.   I would have been aware of the
22   noncompliance.  I don't ever remember, like, you
23   need to do this or that or "we're going to shut you
24   down" type thing.  I don't --
25   Q.   How about --

199

1    A.   -- remember.
2    Q.   How about the dishonesty?  Did -- did
3    anyone from the DOCR ever encourage you or the
4    county as you know it to be more straight with
5    them?
6    A.   I talked to Mr. Werlinger, and he felt in
7    years previous -- before I was sheriff, that he
8    felt people were dishonest with him at our
9    facility, before I was sheriff, and he wanted to
10   give me that notice.  I don't remember if it was
11   this exact day or if it was the month before or
12   exactly when it was that Mr. Werlinger and I had
13   that conversation, but I do remember him saying
14   that he felt -- and I -- I might be mixing this up
15   because it was a while ago, but it was either Kim
16   or Amber he didn't feel was being honest with him.
17   Q.   Okay.  And what areas in particular were
18   communicated to you as areas which needed
19   attention?
20   A.   Oh, I -- I would have to go back and look
21   at their -- their reports.
22   Q.   Well, would it have been one of the areas
23   that the Rolette County Jail was identified in as
24   being deficient in the 2019 inspection?
25        MR. GRANT BAKKE:  Object to form.

SHERIFF NATHAN GUSTAFSON                                       April 12, 2024

200

1     THE WITNESS:  I -- I don't -- deficient?
2   Are you talking --
3     Q.   (MR. NOEL CONTINUING)  Noncompliant.
4     A.   -- noncompliant?  Okay.  Say that to me
5   one more time.
6     Q.   Would the -- would the -- would the
7   matters that needed attention be subjects that
8   had -- that the Rolette County Jail had been found
9   noncompliant with regard to standards?
10    A.   I'm --
11    MR. GRANT BAKKE:  Object to form.
12    THE WITNESS:  I'm assuming they would have
13   been --
14    Q.   (MR. NOEL CONTINUING)  All right.
15    A.   -- in there.  I mean, they wouldn't say
16   you need to fix stuff and then not tell us.
17    Q.   Then take a look at Exhibit 34.
18    A.   Okay.
19    Q.   Exhibit 34 is a memo from Lance Anderson
20   to Joseph Joyce dated February 5 of 2020 and it's
21   titled January Monthly report.  And if you go to
22   the second page, the second full paragraph down, it
23   says, "Rolette County continues to be on monitoring
24   and reclassified due to non-compliant practices and
25   life safety issues.  In addition, this month they

201

1   terminated their newly appointed facility
2   administrator.  With this in mind we completed an
3   unannounced monitoring inspection.  There were no
4   major issues identified based on this being
5   unannounced visit, but the facility continues to
6   need a lot of work."
7     Did I read that correctly?
8     A.   You did.
9     Q.   Okay.  And do you have any idea who they
10   would be talking about when they say the newly
11   appointed facility administrator was terminated?
12    A.   I -- that would have been Titus Whitebody.
13    Q.   Well, Titus -- this -- this memo is four
14   months before Lacey died.  Oh, sorry.  This one has
15   a typo.  I'm -- that's a good thing Julie is here.
16    A.   Okay.
17    Q.   So it's supposed to be 2021.  So you got
18   me there.  It's Titus Whitebody.
19    A.   Okay.
20    Q.   All right.
21    A.   You're trying to confuse me now.
22    Q.   No, I'm -- that wasn't intentional.
23    A.   I don't know.
24    MR. GRANT BAKKE:  Bottom paragraph of
25   page 1, Andy, it sets it out.

202

1     MR. NOEL:  Oh, yeah.  Okay.  All right.
2   Let's flip the script.
3     Q.   (MR. NOEL CONTINUING)  All right.  Go to
4   Exhibit 85.
5     A.   Okay.
6     Q.   All right.  Now, when we get to
7   Exhibit 55, we're at July 16 of --
8     A.   55?  I thought you said 85.
9     Q.   85.  Did I say 55 just now?
10    A.   Yes.
11    Q.   Okay.  So if we get to 85, we're at
12   July 16 of 2020; correct?
13    A.   Okay.
14    Q.   And let's rewind just into June of 2020.
15   As the -- as the sheriff and jail administrator in
16   June of 2020, did you believe that the facility was
17   operating up to standard at that point in time?
18    A.   Did I believe the facility was running up
19   to standards on this date?
20    Q.   In June of 2020 when Lacey went in there?
21    A.   Yes.  No issues were ever brought to my
22   attention.
23    Q.   All right.  And then Exhibit -- well,
24   let's do this one first, actually.  Go back to
25   Exhibit 65.  Got it?

203

1     A.   Yes.
2     Q.   All right.  So the Exhibit 65 is the
3   temporary closure order dated June 18 of 2020 after
4   Lacey's death; correct?
5     A.   Yes.
6     Q.   And if you look at the last page,
7   paragraph IX there, it says, in part, that the DOCR
8   director has determined that Ramsey County LEC's
9   noncompliance with North Dakota Correctional
10   Facility Standards --
11    MS. MORONEY:  Rolette.
12    Q.   (MR. NOEL CONTINUING)  Okay.  Yeah.
13   Rolette County's noncompliance with North Dakota
14   Correctional Facility Standards presents a danger
15   to the health and safety of inmates and justifies a
16   temporary closure without issuance of a prior order
17   of noncompliance, pending a full investigation;
18   true?
19    A.   True.
20    Q.   And was it your -- was that explanation
21   consistent with your understanding of why the DOCR
22   was closing down the jail because it presented life
23   safety issues and serious ones such that they
24   needed to be fixed before it was reopened?
25    A.   Can you do that to me one more time?

204

1    Q.   Yeah.  Did the DOCR communicate to you
2  that the --
3    A.   Okay.
4    Q.   -- Rolette County Jail had serious life
5  safety concerns that needed to be fixed before it
6  could be reopened after Lacey's death?
7    A.   Yes.
8    Q.   And if we go now to Exhibit 85 again, this
9  is a letter to you from Dave Krabbenhoft; correct?
10   A.   Okay.
11   Q.   Why don't you take a minute just to read
12 that to yourself and then I'll ask you a couple
13 questions about it.
14   A.   Okay.
15   Q.   So it seems to me in July of 2010 [sic] --
16 at least by July 10 of 2020, you wanted to get the
17 jail reopened to a Grade 1 facility; fair?
18   A.   Correct.
19   Q.   And a Grade 1 facility is like the -- the
20 top-ranking facility where you can keep them for,
21 what, a year?
22   A.   Correct.
23   Q.   Why did you want to get back open within
24 about a month of Lacey's death?
25   A.   They asked us our correction -- corrective

205

1  plan.  We provided that.  Also, the financial of
2  housing our inmates at other facilities, the
3  transport of inmates, the lack of deputies that
4  that would create for the road.  The -- the
5  commissioners were on me every day, when are you
6  going to reopen, when are you going to reopen, when
7  are you going to reopen.  So I sent a -- a letter
8  that said we've corrected our -- our steps; is that
9  good enough to reopen.
10   Q.   Did you view that you had a good shot with
11 the DOCR to get reopened by mid-July of 2020?
12   A.   I didn't have a -- a -- a good feeling,
13 no.
14   Q.   All right.
15   A.   They -- they -- like I said, they hold the
16 keys to the building and it -- they get the say --
17   Q.   Did any --
18   A.   -- or the ultimate say.  Sorry.
19   Q.   No.  That's okay.  Did any of the Rolette
20 County commissioners ever come to you and ask you
21 if you managed to get the -- the life safety
22 problems that the DOCR identified fixed?
23   A.   We -- we spoke.  I don't remember if they
24 asked that exact question.  I know they asked
25 questions.  I just don't remember.

206

1    Q.   You had a lot of pressure on you from the
2  commissioners already by July 10 of 2020 to get
3  that jail reopened for financial reasons; correct?
4    A.   Correct.
5         MR. GRANT BAKKE:  Object to form.
6    Q.   (MR. NOEL CONTINUING)  And the stated
7  reason by Dave Krabbenhoft includes the -- an
8  explanation that at least from the DOCR's
9  perspective, the Rolette County violations were not
10 limited and minor; correct?
11   A.   I believe that's what it says.
12   Q.   Okay.  And then go next to Exhibit 86,
13 please.  For this one you have to go to the --
14 start at the second page, which is -- excuse me --
15 DOCR 1821.  And do you see the -- do you see the
16 email there to you from Krabbenhoft at the bottom?
17   A.   From -- from him to me.
18   Q.   Yeah.
19   A.   Correct.
20   Q.   It looks like he's attached the letter we
21 just looked at; fair?
22   A.   Fair.
23   Q.   All right.  And then at the bottom of the
24 first page of Exhibit 86, on Monday, July 20, 12:59
25 p.m., you write an email to Krabbenhoft; correct?

207

1    A.   I'm sorry.  I was looking at the other
2  document.
3    Q.   That's okay.
4    A.   I wrote an email to him --
5    Q.   Yeah.  Exhibit 86, it starts at the very
6  bottom.  Monday, July 20, you write an email to
7  Krabbenhoft, and the email's on the second page.
8    A.   Yeah.  I guess I didn't see where -- okay.
9  Okay.  I was looking at the -- not the bottom.
10   Q.   Yeah.
11   A.   Okay.  From me to him, correct.
12   Q.   All right.  And take a minute, read this
13 to yourself and I'll ask you a couple questions
14 about it.  And you tell me when you're ready.
15   A.   Okay.
16   Q.   So you point out a couple things to
17 Krabbenhoft here, one of which is you feel like
18 hire -- you strongly feel that hiring a new jail
19 administrator to focus on jail and staff only will
20 be a huge improvement; correct?
21   A.   Correct.
22   Q.   And the county did not have something like
23 that in place at this time; correct?
24   A.   Us -- we did not have a title as just jail
25 administrator.

SHERIFF NATHAN GUSTAFSON                                                April 12, 2024

208

1    Q.   Right.  You did not have a dedicated jail
2  administrator just to focus on jail and staff and
3  jail staff only?
4    A.   Yes.
5    Q.   Okay.  And then the two resignations of
6  correctional staff, that's Azure and Brunelle;
7  correct?
8    A.   I believe so, yeah.
9    Q.   And then you explain to Krabbenhoft the
10 financial predicament that you're in; correct?
11   A.   Correct.
12   Q.   Was it hard to hire a jail administrator
13 when Whitebody got hired?  Did you have a lot of
14 applicants?  Tell me a little bit about that.
15   A.   We did have several applicants.  How many
16 specific, I would have to go back and check, but it
17 was more than two.  I -- the number I want to say
18 is five, but I -- don't quote me on that.
19   Q.   Sure.
20   A.   It was multiple people.  The -- the hiring
21 process for Titus was almost pretty simple.  What I
22 mean by that is he was the only one qualified that
23 applied.
24   Q.   Okay.
25   A.   None of the other ones -- I mean, I think

209

1  we had a manager at Dairy Queen that applied --
2    Q.   That makes it easier.
3    A.   -- Subway.  So good manager experiences,
4  but not at the level I was looking for.
5    Q.   Understood.  Turn now to Exhibit 36,
6  please.
7    A.   We're not going to go in order ever, are
8  we?
9    Q.   No, unfortunately --
10   A.   Okay.  36.
11   Q.   36.  Exhibit 36 is a memo from Anderson to
12 Joyce dated November 11, 2020, regarding October
13 Monthly report.  Do you see that?
14   A.   Yes, at the first page.
15   Q.   All right.  And you understand that these
16 are being generated because the -- the jail is
17 temporarily closed and they're trying to help you
18 guys get back to open?
19        MR. GRANT BAKKE:  Objection.  Calls for
20 speculation.
21        THE WITNESS:  Can you say -- can you
22 repeat that?
23   Q.   (MR. NOEL CONTINUING)  Well, in -- by --
24 by November -- when did the jail reopen?
25   A.   I -- I don't remember.

210

1    Q.   Okay.  Look at the second page of
2  Exhibit 36.
3    A.   Okay.
4    Q.   And at the bottom paragraph says, "We
5  continue to work very closely with the Rolette
6  County Law Enforcement Center.  We continue to work
7  through ensuring the facility is sending us
8  appropriate information daily and weekly.  We also
9  found inmates staying for 4 days transferring out a
10 day then moving back to the facility for 4
11 additional days.  This practice was stopped.  They
12 continue to work through growing pains as old
13 culture is present and the new administrator is
14 trying to change things.  This has been made worse
15 due to the administrator being on quarantine."
16        Did I read that last paragraph correctly?
17   A.   Correct.
18   Q.   And at this point in time, you must have
19 been open as, what, a Grade 3 or a Grade 4
20 facility?
21   A.   I believe a Grade 4 is 24 hours.
22   Q.   Okay.
23   A.   And I believe the Grade 3 was -- was it 48
24 or 96?  I can't quite remember.
25   Q.   96.

211

1    A.   96.  Thank you.  So we must have been in
2  a -- a Grade 3.
3    Q.   And when we -- when we deposed
4  Mr. Anderson, he testified that the fact that the
5  Rolette County Jail was having people stay for four
6  days, transfer out a day and then come back in --
7    A.   Mm-hmm.
8    Q.   -- appeared to be an attempt to circumvent
9  the grade classification that the jail was on at
10 that point in time.  Did he communicate that to you
11 at all?
12        MR. GRANT BAKKE:  Object as
13 mischaracterization.
14        THE WITNESS:  I believe when he talked to
15 me, he said that -- that they were not going to
16 accept that and for us not to utilize that anymore.
17   Q.   (MR. NOEL CONTINUING)  Okay.  Were you
18 aware that that process was going on, the four days
19 in, transfer, bring them back for four days?
20   A.   I was aware, yes.
21   Q.   Okay.  Doesn't that seem like an attempt
22 to circumvent the Grade 3 classification to you?
23   A.   Not the way that I read the -- the --
24 the -- the -- the stuff, the paperwork, the -- we
25 could only hold them for four days.  So if we

**212**

1  transferred them out a day, we weren't holding
2  them.  But, again, once Lance said that they didn't
3  want that to happen, we stopped doing that
4  immediately.
5    Q.  All right.  What was -- we're not going to
6  go through it in detail, but what -- and as you sit
7  here today, what were the reasons for getting rid
8  of Titus Whitebody?
9    A.  I believe there was several reasons.  The
10  main one was failure to comply -- to work within
11  our budget.  I think I stated this morning he came
12  from a BIA facility that had almost unlimited
13  resources, and coming to ours where we had very
14  limited resources, that was new to him.  Hard for
15  him to get used to.  I think one of the things he
16  stated was he found a training that was a couple
17  hours long for $10,000, and I -- I said we -- we
18  wouldn't be able to do that.  We don't have $10,000
19  in our training budget, let alone just for a
20  one-time -- and other issues that arose, there was
21  a huge communication breakdown between him and I.
22  There was missed work on his end.  Falsifying
23  some -- some timecards.
24      He was a salaried employee, but he hired a
25  personal assistant that we did not have budgeted

**213**

1  for without speaking with me.  He also fired one of
2  the hires that I had made before he came aboard,
3  and I think that was an attempt to create space for
4  his assistant, and he did that without consulting
5  me.
6    Q.  Patrick?
7    A.  Pat Patnaude, correct.  Yes.  That's who
8  he hired at his -- as his -- I call it personal
9  assistant -- as his assistant.  There was -- oh,
10  there might have been a couple other things.  I'm
11  drawing a blank all of a sudden.  I would say the
12  big one would be the miscommunication, though.  He
13  told staff he would be out, and, again, I can't
14  remember the exact --
15    Q.  Yep.
16    A.  -- time frame, but I'm going to be out for
17  several days.  And then two weeks went by and
18  nobody could get ahold of him.  And his comment
19  was, Yeah, something came up.  I had to stay, and
20  I -- I don't know if he was in the New Town area or
21  if he was out of state at that time.  He -- he
22  didn't really stay around our area all the time.
23  He would travel.
24      But the concerns I had was DOCR gave us
25  several things that they wanted and -- and I didn't

**214**

1  feel this guy was -- towards the end was -- at
2  first everything was great.  He was doing the work.
3  And then all of a sudden it just kind of stopped
4  happening and he stopped showing up.  And with
5  DOCR, this was a very huge position, and I didn't
6  feel we had the time to feel it out any longer.
7    Q.  It seems like you remember the Whitebody
8  deal fairly well, so I want to ask you one specific
9  about that.  He -- he mentioned a -- an incident
10  where an inmate had to be taken to the hospital,
11  and he testified that he was trying to get in touch
12  with you over the period of a few days because them
13  needing somebody to watch the inmate at the
14  hospital, essentially guard, was taking people away
15  from the jail.  And he testified that he was unable
16  to reach you for a few days on that.  Do you have
17  any recollection of -- of that?
18    A.  I -- I remember himself and Pat Patnaude
19  going down with -- and I don't remember the inmate,
20  but the inmate had to be at the hospital for -- I
21  believe it was Minot.  I'm not a hundred percent
22  sure on where the inmate went, but it was out of
23  the area from Rolette County.  And they had two
24  people there, Titus and his assistant, and I
25  believe his complaint was that they couldn't switch

**215**

1  off.  They were both there at the same time.
2      I thought it could have been utilized
3  better where if we were paying both of them to be
4  down there, one could have been at the hotel
5  resting while one was at the hospital and then
6  switched for the duration of the inmate being
7  there.  They -- they wanted to drop him off and
8  have somebody else go there so they could not be at
9  the hospital --
10    Q.  All right.
11    A.  -- is the way I took it.  If it was just
12  him there, it would have been a different story.
13  When there's two of them, I thought that was an
14  easy two-man job.
15    Q.  Gotcha.  And no jury's going to decide who
16  was right about that situation, so I appreciate
17  your side of the story.
18      MR. NOEL:  Let's mark that as the next
19  one.
20      (Deposition Exhibit 92 was marked for
21  identification.)
22      THE WITNESS:  Thank you.
23      MR. HANSON:  What are we at?
24      MR. NOEL:  92.
25    Q.  (MR. NOEL CONTINUING)  All right.  Sheriff

SHERIFF NATHAN GUSTAFSON                                           April 12, 2024

216

1   Gustafson, we're getting toward the end, at least
2   for me. Exhibit 92 is an email that you sent to
3   Anderson and Werlinger on January 18 of 2021, and
4   the message to them was, "I'm curious what I could
5   be" -- "what I could be doing to improve Rolette
6   County Jail and myself. I would like to have a
7   meeting by phone at your convenience to discuss any
8   ideas. Thank you for your time."
9          Do you remember sending that email?
10   **A.** I really don't remember sending it, but
11   I -- I mean, I -- I see my name on it and it --
12   **Q.** Yep.
13   **A.** -- it -- I -- yes. Yes.
14   **Q.** Do you remember if anything came of this
15   in terms of a phone call or a meeting?
16   **A.** I do not recall.
17   **Q.** And do you know if this -- this type of
18   email where you're reaching out to the DOCR for
19   help to try to improve the Rolette County Jail and
20   yourself, did you ever send them any type of
21   communication like that before June of 2020 that
22   you recall?
23   **A.** When I took office in January 1 of '19 is
24   when I would have started communicating with
25   them --

217

1   **Q.** Right.
2   **A.** -- to -- I don't remember.
3   **Q.** All right. Because at this point in time,
4   the jail was not operating as a full Grade 1; fair?
5   **A.** I believe so.
6   **Q.** All right. And then when we get to
7   Exhibit 93 --
8          (Deposition Exhibit 93 was marked for
9   identification.)
10   MR. NOEL: It's a race to a hundred.
11   **Q.** (MR. NOEL CONTINUING) Exhibit 93 is an
12   email from Lance Anderson to David Krabbenhoft
13   dated December 14, 2021, and this essentially
14   allows the jail to reopen fully; fair?
15   **A.** It -- did they reopen us to a Grade 1, you
16   said?
17   **Q.** I think so.
18   **A.** Okay. I just didn't see him specifically
19   say Grade 1, I -- but it seems fair. Yeah.
20   **Q.** And they write -- Lance writes that one of
21   the key factors allowing for this progress was the
22   addition of an experienced administrator. Would
23   you agree with that assessment, that that addition
24   helped improve the operations of the Rolette County
25   Jail?

218

1   **A.** In --
2   **Q.** I'm not talking about Whitebody
3   specifically.
4   **A.** Okay.
5   **Q.** I'm talking about the newly created
6   dedicated jail administrator. Would you agree that
7   having someone like that improved the operations of
8   the jail?
9   **A.** It improved, yes. Although, I -- I would
10   say from -- from the other administrators such as
11   myself and Kim that there wasn't a whole lot that
12   changed. The person just had more time to watch,
13   evaluate.
14   **Q.** And there's been times when you've been
15   both the sheriff and the jail administrator --
16   **A.** Correct.
17   **Q.** -- with the county. Which one of those
18   two titles took up more of your time when you held
19   them both?
20   **A.** I haven't really separated -- well, my --
21   the sheriff title, the way the umbrella works, you
22   know, there's different things under there, so I've
23   never really separated myself with those titles of,
24   okay, today I'm sheriff and Tuesday I'm jail
25   administrator, Wednesday I'm -- I never really did

219

1   it that way. I just wore the multiple hats.
2   **Q.** Did it take more of your -- did it take
3   significantly more of your time and attention when
4   you held both roles to fight crime versus deal with
5   the conditions of the jail?
6   **A.** I understand what you're getting at now.
7   So it took more time away from -- I spend more time
8   in the office now from -- from this to -- to now
9   than I did my first year, if that makes sense. I
10   was patrolling the road more then, but now I'm --
11   I'm in my office, jeez, even on weekends sometimes.
12          But just -- just even though I have
13   department heads, chief deputy is in charge of my
14   deputies. So instead of me watching all ten
15   deputies, I'm -- I'm touching base with my chief
16   deputy. And the same was going with my jail
17   administrator. Instead of being in charge of all
18   15 to -- 15 employees there, it was -- it's --
19   today is different. Yes. It -- it's easier to
20   watch 5 people than 50.
21   **Q.** And specifically when you held both titles
22   because sheriff -- sheriff and jail administrator
23   are two very different jobs; fair?
24   **A.** Yeah.
25   MR. GRANT BAKKE: Object to form.

April 12, 2024

220

1    Q.   (MR. NOEL CONTINUING)  When you held both
2    titles, which one took more of your time and
3    attention?
4    A.   I don't think I got the ability to -- to
5    separate them like that.  I -- I was doing both.
6    Q.   All right.
7    A.   And, I mean, I'm -- even though I'm not
8    the jail administrator now, I'm still doing both.
9    Q.   Got it.  How's Jaime doing as jail
10   administrator?
11   A.   I -- I feel he's doing a very good job.
12        MR. NOEL:  Okay.  All right.  That's all
13   the questions I have for you.
14        THE WITNESS:  Everybody's surprised.
15        MR. NOEL:  I don't know.
16             EXAMINATION
17   BY MR. HANSON:
18   Q.   I just have a couple questions.
19   A.   Okay.
20   Q.   You had mentioned medical clearance a
21   while back and had a question regarding medical
22   clearance earlier today.  I -- you're not medically
23   trained; right?
24   A.   I am not.  Well, I -- I am CPR certified.
25   I'm AED.  I -- I mean I have some training, yes --

221

1    Q.   Sure.
2    A.   -- but I -- I'm not a doctor.
3    Q.   Okay.  And my -- my question is you're not
4    opining on what's necessary for medical clearance.
5    You'd leave that to someone else; right?
6    A.   Can you repeat that one more time?  Sorry.
7    Q.   Sure.  You're not expressing opinions on
8    what's necessary for medical clearance.  You'd
9    leave that to somebody else that's trained to do
10   that; right?
11   A.   Well, I -- if I was there and I thought
12   somebody needed med -- if -- if I arrest somebody
13   on the side of the road and they've been in a car
14   accident, they need medical clearance.  I know
15   that.
16   Q.   Yeah.  No.  And I'm --
17   A.   I'm struggling at your question.
18   Q.   Let me make it clear.  You make decisions
19   as law enforcement whether somebody may need
20   medical clearance; right?
21   A.   Correct.
22   Q.   But in terms of actually doing the medical
23   clearance and what the doctor needs to do or not
24   do, those are things you'd leave to the doctors and
25   the hospital; right?

222

1    A.   Correct.
2    Q.   And you have people -- I know you said
3    that one of the problems in Rolette County is -- is
4    that there's an overwhelming drug problem; right?
5    A.   Correct.
6    Q.   You see people that are arrested for
7    various reasons that are either intoxicated by
8    alcohol or drugs almost on a daily basis; true?
9    A.   True.
10   Q.   And regardless of medical clearance,
11   whether they do or don't have medical clearance,
12   you still have inmates that -- that come into the
13   jail that are intoxicated by either drugs or
14   alcohol; true?
15   A.   Yes.
16   Q.   And ultimately the decision about what to
17   do with them is not up to the hospital.  That's a
18   decision that's made by your correctional officers
19   based on their judgment at the time they see them;
20   right?
21   A.   I --
22        MR. GRANT BAKKE:  Object to form.
23        THE WITNESS:  I don't think so be --
24   because if we bring in an inmate to a -- a hospital
25   or a clinic or -- or an ambulance and that -- if

223

1    the doctor says this person is not fit for jail,
2    then we make other arrangements.  We don't just
3    bring them back to jail.
4    Q.   (MR. HANSON CONTINUING)  Sure.  If they
5    decide that they're not fit for jail at that time,
6    then they wouldn't leave the hospital; right?
7    A.   Correct.  So if they --
8    Q.   But --
9    A.   -- say medically cleared, okay to be in
10   jail, then we go back to jail.
11   Q.   Sure.  But that doesn't change the fact
12   that your correctional officers still do their own
13   medical intake to evaluate whether they need
14   certain kinds of watches and those kinds of things;
15   right?
16   A.   Correct.  It -- the doctor -- we -- it
17   helps.  It's not like the doctor says this person
18   shouldn't be at jail -- and I know I'm categorizing
19   it very bold -- and we say, nope, this person's got
20   to come to jail.  We listen to the doctors'
21   direct --
22   Q.   Sure.
23   A.   -- directions.
24   Q.   You follow their directions --
25   A.   Yeah.

224

1  Q.  -- right?
2  A.  Yes.
3  Q.  But in terms of what you do back at the
4  jail, other than what the doctors may direct you to
5  do, ultimately it's the correctional officers that
6  are determining what happens next with the -- with
7  what's happening to them at the jail; correct?
8  A.  Yes.  They have the ability to keep
9  assessing.
10  Q.  Because the hospital isn't making a
11  judgment on how you categorize an inmate, for
12  example; right?
13  A.  I don't understand.
14  MR. GRANT BAKKE:  Object to form.  Calls
15  for speculation.
16  Q.  (MR. HANSON CONTINUING)  For instance, the
17  hospital and the -- and the clinics don't tell you
18  this is a patient that needs to be on special watch
19  or lockdown or anything else.  That's not something
20  that they can do, can they?
21  A.  Yes and no.  They don't know the
22  procedures and policies of -- of the jail, but
23  if -- when they give the direction, if it's -- and
24  I guess this is kind of a -- maybe a bad example,
25  but if the inmate is dehydrated, make sure you're

225

1  pushing fluids and make them drink water.  This
2  person has an open wound, we have to change
3  bandage.  We listen to those directions.  And if
4  there's nothing on there, it leads us to believe
5  that that person is okay.
6  Q.  Okay.  But you would follow the directions
7  of the physicians that are put in the discharge
8  papers; correct?  That would be important for your
9  correctional officers to do?
10  A.  Correct.
11  Q.  And you have an intake form -- medical
12  intake form; true?
13  A.  Yes.
14  Q.  And I think we've heard from almost
15  everybody, there's some disagreement, but it's the
16  understanding that the correctional officer is to
17  fill out that medical intake form at the time of
18  booking; correct?
19  A.  Correct.
20  Q.  If they can.
21  A.  If they can, that's correct.
22  Q.  And they're supposed to fill it out at
23  least to the extent they can; right?
24  A.  Correct.
25  Q.  Because there are some things that aren't

226

1  questions asked of the inmate.  They're actually
2  questions that are observation on the part of
3  the -- of the booking officer; right?
4  A.  Could be.  I don't remember all the
5  questions on there.
6  Q.  Okay.
7  A.  There's -- there's quite a few questions
8  on there.
9  Q.  Right.  Right.  And there's some basically
10  asking whether or not the officer sees something.
11  Those should be answered based on the observation
12  of the officer; correct?
13  A.  There -- there may.  I don't remember that
14  on there.  I'm -- and it might be.  I'm just -- I
15  don't remember seeing that right now --
16  Q.  Okay.
17  A.  -- out of any of the stuff I've reviewed
18  today.
19  Q.  So I think it's 48, if I remember right.
20  A.  Medical Assessment Information Sheet.
21  Okay.
22  Q.  Yep.  So if you see where it says Inmate
23  Screening; do you see that?
24  A.  Yes.
25  Q.  Where it says, "Is inmate unconscious,"

227

1  obviously that's something that you don't have to
2  ask the patient to determine, is it?
3  A.  Correct.
4  Q.  Do they have visible signs of trauma,
5  illness, obvious pain or bleeding, requiring
6  immediate emergency or doctor's care, again, that's
7  in the judgment of the correctional officer;
8  correct?
9  A.  Yes.
10  Q.  Same with -- really as you go down that
11  entire list of those things, those are all the
12  judgment of the correctional officer; correct?
13  A.  Could be, yes.
14  Q.  If we go to the Medical Assessment
15  Information Sheet, page 2, "Does the inmate appear
16  to be disoriented or confused," again, that's the
17  judgment of the correctional officer; correct?
18  A.  Yes.
19  Q.  Have any physical deformities, again,
20  that's something of the -- by the correctional
21  officer; right?
22  A.  Yes.
23  Q.  Where it talks about does the inmate
24  appear to be excessively thin or malnourished,
25  again, those are observations by the correctional

228

1   officer?
2       **A.**   Same page, just down a little bit?  Does
3   the --
4       **Q.**   Just a little bit --
5       **A.**   Okay.
6       **Q.**   -- further down on page 2.
7       **A.**   Yes.
8       **Q.**   And if we go back up on page 1, under the
9   Inmate Screening area, "Does the inmate appear to
10  be under influence of drugs or alcohol," again,
11  that's something that -- that's observed by the
12  correctional officer; correct?
13      **A.**   Could be, yeah.  Could -- yeah.  Yeah.
14      **Q.**   Is there anyone else that would fill that
15  out?
16      **A.**   No.  No.  Not that would fill it out, no.
17      **Q.**   So all of those things are -- are in the
18  judgment of the correctional officer as they're
19  booking the inmate; correct?
20      **A.**   Correct.
21      **Q.**   And one of the reasons that you do
22  periodic checks, whether it's hourly or 15-minute,
23  is because an inmate's condition can change over
24  time; correct?
25      **A.**   Correct.

229

1       **Q.**   And by scheduling them either hourly or by
2   15-minute, it provides greater continuity of -- of
3   observation so that there isn't too far in between
4   that that particular inmate is being observed in
5   case something is changing; true?
6       **A.**   Can you repeat that, please?
7       **Q.**   That was a bad question.  Yeah.
8           The reason that you have hourly or
9   15-minute checks is that inmates' conditions can
10  change and you want to know that on a periodic
11  basis rather than go eight hours without anyone
12  checking; right?
13      **A.**   Correct.
14          MR. HANSON:  I don't think I have anything
15  else.  Thank you.
16              **EXAMINATION**
17  BY MR. GRANT BAKKE:
18      **Q.**   Sheriff, you were shown some videos
19  earlier today of Ms. Higdem in the jail cell and
20  the mezzanine area outside that cell.  Do you
21  remember that?
22      **A.**   Yes.
23      **Q.**   Were you physically present at the jail
24  during the time depicted on those videos?
25          MR. NOEL:  Objection.  Asked and answered

230

1   25 times.
2           THE WITNESS:  No, I wasn't.
3       **Q.**   (MR. GRANT BAKKE CONTINUING)  And those
4   videos didn't have any audio playing when you
5   watched them today --
6       **A.**   No.
7       **Q.**   -- right?
8           So you don't know what the content of any
9   conversations that were occurring between any
10  people shown on those videos might have been?
11      **A.**   I don't know.  Correct.
12      **Q.**   Do you have Exhibit 29?
13      **A.**   I do.
14      **Q.**   You were asked some questions about this
15  exhibit earlier today.  Do you remember that?
16      **A.**   I -- I believe there was a discrepancy on
17  the -- whether I was the administrator or not.
18      **Q.**   So this Exhibit 29 is the October 2019
19  inspection -- annual inspection from the DOCR in
20  Rolette County; right?
21      **A.**   Correct.
22      **Q.**   Who was the jail administrator at the
23  Rolette County Jail in October 2019?
24      **A.**   Would have been Kim.  I did not take over
25  till December.

231

1       **Q.**   So when -- during the DOCR's 2019
2   inspection, would they be dealing more with Kim?
3       **A.**   Correct.  I would only have been part of
4   the closeout, not the entire inspection.
5       **Q.**   Do you have Exhibit 33?
6       **A.**   I do.
7       **Q.**   Do you remember being asked questions
8   about this exhibit?
9       **A.**   I do.
10      **Q.**   And this is a memo from Lance Anderson to
11  Joseph Joyce dated December 3, 2019.  Does that
12  look right?
13      **A.**   Correct.
14      **Q.**   And then the bottom of the first page
15  discusses Rolette County, and I think you were
16  asked some questions about Mr. Anderson's written
17  statement about struggling with dishonesty.  Do you
18  remember those questions?
19      **A.**   Correct.  Yes.  Sorry.
20      **Q.**   At -- at the time of this -- or excuse me.
21          You know, this -- this memo shows that --
22  if you look at the first sentence of -- of every
23  paragraph, that it says "the annual inspection
24  completed this month" from McLean County, Barnes
25  County, Rolette County.  Do you see that?

SHERIFF NATHAN GUSTAFSON                                April 12, 2024

232

1  **A.**  Yes.

2  **Q.**  So it appears that perhaps this -- these

3  inspections were -- were done in November 2019

4  given that the date of the memo is December 3,

5  2019?

6  **A.**  That -- that could be it.  Yeah.  It could

7  have been a month before too.

8  **Q.**  How -- how long does a jail -- when the

9  DOCR would come for annual inspections when you

10 were jail administrator, how long would an

11 inspection take?

12 **A.**  I -- I believe it was two days.  It was

13 longer than a day.  It wasn't five days, but I want

14 to say two.  It might -- I don't think it was

15 three.

16 **Q.**  Is your understanding, looking at

17 Mr. Anderson's statement about the Rolette County

18 Jail inspection, that he is referring to the time

19 when Kim was the administrator, not you?

20 **A.**  Are we -- we're talking about when it says

21 "struggling with dishonesty"?

22 **Q.**  Yes.

23 **A.**  Yes.  That would have been before me.

24 **Q.**  Okay.  And then if we look at the last

25 sentence of that paragraph, "We have another

233

1  inspection scheduled to review the corrections and

2  likely will need to pursue an order after this

3  visit."

4       Did I read that correctly?

5  **A.**  Correct.

6  **Q.**  And can you turn to Exhibit 82, please.

7  **A.**  Okay.

8  **Q.**  And it appears this is a memorandum from

9  Lance Anderson dated December 11, 2019; is that

10 right?

11 **A.**  Yes.

12 **Q.**  So eight days after the previous exhibit

13 memorandum from Mr. Anderson that we just reviewed?

14 **A.**  I believe that's what it was.

15 **Q.**  And can you just read the content of this

16 memorandum to yourself?  Let me know when you're

17 done.

18 **A.**  And we're talking about 82; correct?

19 **Q.**  Yes.

20 **A.**  Okay.  Okay.

21 **Q.**  And the exhibit that we looked at just

22 before this, 33, do you remember that the memo said

23 that we will likely need to pursue an order after

24 this visit against Rolette County?

25 **A.**  Correct.

234

1  **Q.**  And looking at Exhibit 82, it says that

2  the sheriff is now assuming the duties of the RCLEC

3  administrator.  Do you see that in the second

4  paragraph towards the end?

5  **A.**  Yes.

6  **Q.**  And then the last paragraph says,

7  "Upon" --

8       MR. NOEL:  What exhibit is this?  I'm

9  sorry.

10      MR. GRANT BAKKE:  82.

11      MR. NOEL:  Thanks.

12 **Q.**  (MR. GRANT BAKKE CONTINUING)  "Upon

13 completion of this visit, the North Dakota

14 Department of Corrections and Rehabilitation

15 Inspector determined no further action was needed

16 the present time."

17      Did I read that correctly?

18 **A.**  Correct.

19 **Q.**  So was you assuming duties of

20 administrator, is it your understanding that you

21 then show -- showed the changes you would make to

22 Lance Anderson at this -- at this visit?

23      MR. NOEL:  Object to form.

24      THE WITNESS:  Correct.

25 **Q.**  (MR. GRANT BAKKE CONTINUING)  Do you have

235

1  any -- do you have any recollection of the visit

2  that Mr. Anderson is talking about in Exhibit 82?

3  **A.**  Off the top of my head, I do not.

4  **Q.**  Do you remember informing Mr. Anderson

5  that you would be taking over as the jail

6  administrator from Kim?

7  **A.**  Yes.  And I -- I don't remember if that

8  was by phone call or if it was by email that Kim no

9  longer wanted it and -- and I would be taking it.

10 **Q.**  And did Mr. Anderson come for a visit to

11 the jail very soon after you became the jail

12 administrator?

13 **A.**  I believe so.

14 **Q.**  And is it your belief the 82 -- Exhibit 82

15 describes that visit?

16 **A.**  Yes.

17 **Q.**  And eight days after putting in his memo

18 that an order would likely be pursued against

19 Rolette County Jail, it appears Mr. Anderson

20 changed his mind and determined that no further

21 action was needed --

22      MR. NOEL:  Object --

23 **Q.**  (MR. GRANT BAKKE CONTINUING)  -- at the

24 present time?

25      MR. NOEL:  Object to form.

236

1    THE WITNESS:  That's the way I'm reading
2  it.
3    Q.   (MR. GRANT BAKKE CONTINUING)  And then
4  following this December 11, 2019, the events
5  described in that memorandum, is it your
6  understanding that Rolette County was not on any
7  kind of corrective action from DOCR or any
8  probationary period?
9    A.   Not that I recall.
10    (Deposition Exhibit 94 was marked for
11  identification.)
12    THE WITNESS:  Thank you.
13    Q.   (MR. GRANT BAKKE CONTINUING)  Showing you
14  what's been marked as Exhibit No. 94, do you
15  recognize this document?
16    A.   I -- I don't.
17    Q.   I'll represent to you that it was received
18  from the Department of Corrections in this case,
19  and yesterday Mr. Anderson testified that he
20  believes Bob Werlinger interviewed the other female
21  inmates that were present at the jail when Lacey
22  was.
23    A.   Okay.
24    Q.   And if you look at the -- kind of the
25  start of the second paragraph where it says, "Staff

237

1  interview with inmate Tara Willard."  Do you see
2  that?
3    A.   Yes.
4    Q.   And then it -- it says, I believe, in the
5  top -- top paragraph, "The interview referenced in
6  this report are the summation of the oral statement
7  provided to this inspector."
8    And would Bob Werlinger be -- would his
9  title be inspector?
10    A.   I don't recall.
11    Q.   In any event, he -- the staff interview
12  states, "How long have you been here?"  And then
13  Tara appears to have answered, "Don't know."
14    Is that correct?
15    A.   That's what I'm reading, yes.
16    Q.   And then it goes on, "Do you know Lacey
17  Higdem?  And Tara apparently says, "Who is that?"
18    Is -- have I read that correctly?
19    A.   Correct.
20    Q.   And it appears that Tara doesn't know if
21  she talked to Lacey?
22    MR. NOEL:  Object to form and foundation.
23  We could save this for Willard's deposition.
24    Q.   (MR. GRANT BAKKE CONTINUING)  You can
25  answer.

238

1    A.   Yeah.  That's what it reads here -- or
2  that's -- that's what I'm getting out of this.
3    Q.   And then at the -- this second-to-last
4  paragraph says, "Yes, did you talk to her?"  And
5  Tara appears to say, "I don't know"?
6    A.   Correct.
7    Q.   And then the last sentence says,
8  "Summary," equals, "I concluded this interview with
9  Tara Willard due to her strange behavior and her
10  inability to answer questions."
11    Have I read that correctly?
12    A.   Correct.
13    Q.   Did the inspector who did this interview
14  bring to you any concerns about Ms. Willard's
15  strange behavior and inability to answer questions?
16    A.   No.
17    MR. GRANT BAKKE:  That's all I have.
18  Thank you.
19    FURTHER EXAMINATION
20  BY MR. NOEL:
21    Q.   Go look at Exhibit --
22    MR. NOEL:  Which one was the big manual
23  again?
24    MS. MORONEY:  91.
25    MR. NOEL:  91.  I got started looking for

239

1  something else.
2    Q.   (MR. NOEL CONTINUING)  And then go to
3  page -- for the Bates stamp -- we already talked
4  about this one -- it's RC0204 of Exhibit 91.
5    A.   0204?
6    Q.   Yep.
7    A.   Okay.
8    Q.   And if we look at the Reevaluation Date --
9  if you're there, tell me.
10    A.   Go ahead.
11    Q.   Okay.  So it's got Reevaluation Date,
12  September 16, 2019, by you the jail administrator;
13  correct?
14    A.   Correct.
15    Q.   And when we looked at Exhibit 82 --
16    A.   Oh, boy.
17    Q.   -- it -- I don't think you're going to
18  need.
19    A.   I got it.
20    Q.   It looks to me like you became the jail
21  administrator about five days before Policy 1.10
22  was reevaluated; correct?
23    A.   I would have to go back and look.  That's
24  just when we -- reevaluation of the policy date,
25  not when I became jail administrator.

240

1    Q.  Okay.  So when we look at Exhibit 82, at
2  least by December 11 of 2019, you are now the jail
3  administrator and Kim is not; correct?
4    A.  I believe so.
5    Q.  All right.  Do you know when you
6  officially took over for her?
7    A.  The -- the date I don't -- I just know it
8  was December.
9    Q.  All right.
10    A.  I don't recall a specific date.
11    Q.  All right.  So how long did it take you to
12  do a comprehensive review of the jail policy and
13  procedure manual after you became the jail
14  administrator?
15    A.  I don't recall.
16    Q.  Is that something you felt you had to do
17  when you became jail administrator?
18    A.  Yes.  So if -- if Kim was the jail
19  administrator in '19 -- or '18, let's say, and I
20  became the administrator in '20, we can't have her
21  listed as the jail administrator on policies.
22    Q.  But that's not what I was getting at.
23    A.  Oh.
24    Q.  When you took over for Kim as jail
25  administrator in December of 2019, was that the

241

1  first time you had been Rolette County jail
2  administrator?
3    A.  I believe so.
4    Q.  Okay.  When you took on that job, did you
5  do a comprehensive review of the Rolette County
6  policy -- jail policy and procedure manual?
7    A.  I -- I read through the policy the day of
8  election.
9    Q.  Okay.  Do we need to -- is one of the jobs
10  of a jail administrator at Rolette County to make
11  sure that all of the jail policies and procedures
12  are up to standard?
13    A.  Is that one of the -- yeah.  That'd be one
14  of the jail admini --
15    Q.  Did you ever do a comprehensive review of
16  the Rolette County jail policy and procedure manual
17  after you became jail administrator for the first
18  time?
19    A.  With others or with myself?
20    Q.  I don't know.
21    A.  I -- well, I tried to --
22    Q.  Either one.
23    A.  Yeah, I've read through it.  Yeah.
24    Q.  Okay.  And did you read through it with an
25  eye toward change -- making changes to comply with

242

1  the latest court cases or changes to the -- to the
2  North Dakota rules?  What did you read it with --
3  with an eye toward?
4    A.  I guess I don't -- I don't remember that
5  part.
6    Q.  And as sheriff, you could have made
7  changes to the jail policy and procedure manual
8  too; correct?
9    A.  Correct.
10    Q.  And as sheriff, you could have made
11  changes to correctional officer training just like
12  a jail administrator could; correct?
13    A.  Correct.
14    Q.  Was Kim Nadeau a bad jail administrator?
15    A.  I didn't feel so.
16    Q.  Okay.  Did you feel like she was a
17  dishonest person?
18    A.  I've never felt that about her, no.
19    Q.  Did any part of your examination into the
20  Higdem incident lead you to think that Kim Nadeau
21  did something wrong?
22    A.  No.
23    Q.  Do you know if Kim Nadeau was there that
24  day when Lacey was there, 6 a.m. to -- 6 p.m. to
25  6 a.m.?

243

1    A.  I'm sorry?
2    Q.  Do you know if Kim Nadeau would have been
3  at the jail from 6 p.m. to 6 a.m.?
4    A.  So -- okay.  I thought you said
5  6 a.m. to --
6    Q.  I did.
7    A.  So she works day shift, but -- Monday
8  through Friday, but so coming in at 6 p.m. she
9  would not have been there.
10    Q.  Okay.  Do you get the sense from anybody
11  working for Rolette County that they're trying to
12  lay the hat on Kim Nadeau for Lacey Higdem's death?
13    A.  I -- no.
14    Q.  That wouldn't make any sense to you, would
15  it?
16    A.  Maybe I'm not understanding your question.
17    Q.  Do you get the sense from anybody working
18  for Rolette County that they're trying to lay the
19  hat on Kim Nadeau --
20    A.  I've never --
21    Q.  -- for Lacey Higdem's death?
22    A.  I've never had that expressed to me, no.
23    Q.  And what about -- we've had some testimony
24  about after April did the underwear change and she
25  came down, she had a feeling that Lacey should go

244

1    to the hospital. She testified to that.

2          MR. GRANT BAKKE: Object as a

3    mischaracterization.

4    Q.    (MR. NOEL CONTINUING) Did you ever -- did

5    April ever communicate that to you?

6          MR. GRANT BAKKE: Same objection.

7          THE WITNESS: Not that I remember.

8    Q.    (MR. NOEL CONTINUING) Okay. Did anyone

9    communicate to you that there was a discussion or a

10   give-and-take between April and Myles as to whether

11   or not Lacey should go to the hospital during their

12   shift?

13   A.    I don't remember anybody bringing that up

14   to me either.

15   Q.    Okay. Did anyone bring up to you that Kim

16   Nadeau had vetoed a correctional officer's desire

17   to bring Lacey to the hospital on June 3 or 4 of

18   2020?

19   A.    No, I don't think that was ever told to

20   me.

21   Q.    Would it make any sense to you at all as a

22   sheriff or a jail administrator that a jail

23   administrator sitting at home would veto a

24   correctional officer's desire to bring an inmate to

25   the hospital? Does that make any sense to you?

245

1    A.    No.

2          MR. NOEL: All right. That's all I have.

3          MR. HANSON: Nothing further.

4          MR. GRANT BAKKE: Sheriff, you have the

5    right to read and sign your deposition transcript

6    after it's been typed up and you have a chance to

7    review it if you would like for any errors, or you

8    can waive that right and you don't have to read

9    through it and sign it. Which would you prefer to

10   do?

11         THE WITNESS: I'll waive my right.

12         MR. GRANT BAKKE: Perfect. Thank you.

13         THE VIDEOGRAPHER: This is the end of the

14   audiovisual deposition of Sheriff Nathan Gustafson

15   taken on April 12, 2024, in Bismarck, North Dakota.

16   We are off the record at 3:41 p.m.

17         (Concluded at 3:41 p.m., the same day.)

18               --------

19

20

21

22

23

24

25

246

1    CERTIFICATE OF COURT REPORTER AND NOTARY PUBLIC

2

3

4    STATE OF NORTH DAKOTA  )

                            ) ss.

5    COUNTY OF BURLEIGH     )

6          I, Stephanie A. Smith, a Registered

     Professional Reporter and a Notary Public duly

7    commissioned and qualified in and for the County of

     Burleigh, State of North Dakota,

8

           DO HEREBY CERTIFY that, pursuant to notice

9    or agreement, there came before me at the time and

     place hereinbefore indicated the named witness, who

10   was by me duly sworn to testify to the truth and

     nothing but the truth touching and concerning the

11   matter in controversy in this cause; that said

     witness was thereupon examined under oath and said

12   examination reduced to writing by me; that the

     foregoing and attached typewritten pages contain a

13   full, true, accurate and correct transcript of my

     shorthand notes, as they purport to contain, then

14   and there taken; and that the reading and signing

     of the deposition were expressly waived by the

15   witness and respective counsel.

16         I DO HEREBY FURTHER CERTIFY that I am

     neither attorney or counsel for, nor related to or

17   employed by, any of the parties to the action in

     which this deposition is taken; and, further, that

18   I am not a relative or employee of any attorney or

     counsel employed by the parties hereto or

19   financially interested in the action.

20         IN WITNESS WHEREOF I have hereunto set my

     hand and affixed my notarial seal this 3rd day of

21   May, 2024.

22         _____

           Stephanie A. Smith

23         Court Reporter and Notary Public

           Burleigh County, Bismarck, N.D.

24         My Commission expires: 6-19-26

25

**$**

**$10,000** [3] - 16:19, 212:17, 212:18
**$300** [1] - 172:20

**'**

**'03-'04** [1] - 164:10
**'05** [1] - 164:10
**'07** [2] - 14:1, 66:15
**'14** [1] - 165:14
**'18** [4] - 86:23, 87:8, 183:20, 240:19
**'19** [5] - 40:19, 115:9, 183:20, 216:23, 240:19
**'20** [1] - 240:20
**'28** [1] - 28:12
**'em** [2] - 171:6, 171:17
**'good** [1] - 63:9

**0**

**0023** [3] - 61:10, 61:14, 62:6
**0204** [1] - 239:5
**0231** [1] - 120:5
**0271** [1] - 121:21
**0273** [1] - 121:21

**1**

**1** [39] - 12:8, 12:21, 19:19, 20:6, 40:19, 52:9, 52:20, 56:19, 57:13, 119:8, 136:19, 136:20, 136:23, 136:24, 138:7, 138:13, 138:25, 139:16, 139:21, 140:3, 140:21, 142:14, 143:7, 143:16, 157:7, 157:18, 169:21, 175:16, 201:25, 204:17, 204:19, 216:23, 217:4, 217:15, 217:19, 228:8
**1.02** [3] - 109:24, 110:3, 112:21
**1.03** [1] - 114:15
**1.10** [1] - 239:21
**10** [2] - 204:16, 206:2
**1016** [1] - 90:8
**108** [4] - 38:8, 39:14, 87:25, 191:14
**109** [1] - 3:14
**10:01** [2] - 73:17, 73:18
**10:13** [2] - 73:19, 73:22
**10:18** [2] - 76:18, 76:19
**10:23** [2] - 76:20, 76:22
**11** [6] - 139:21, 140:3,

209:12, 233:9, 236:4, 240:2
**11:00** [2] - 107:4, 107:5
**11:50** [2] - 107:6, 107:9
**12** [11] - 1:20, 4:23, 23:11, 24:5, 26:21, 38:22, 99:7, 115:15, 140:21, 183:18, 245:15
**12-16** [1] - 110:18
**12.1-11-66** [1] - 45:12
**12:20** [2] - 50:13, 145:7
**12:23** [1] - 61:10
**12:24** [2] - 135:17, 135:18
**12:39** [1] - 135:19
**12:59** [2] - 135:22, 206:24
**12th** [1] - 4:11
**13** [3] - 142:14, 143:7
**14** [13] - 3:16, 48:14, 48:21, 122:20, 122:22, 143:7, 143:16, 180:8, 180:10, 184:20, 184:21, 185:2, 217:13
**15** [9] - 24:11, 38:13, 38:22, 84:24, 99:10, 108:13, 132:16, 219:18
**15-minute** [23] - 38:11, 38:13, 38:17, 38:18, 38:19, 84:22, 84:25, 98:22, 99:8, 99:17, 99:24, 100:3, 102:21, 104:1, 108:12, 182:7, 186:5, 186:16, 187:6, 187:18, 228:22, 229:2, 229:9
**1538** [1] - 60:5
**1553** [4] - 61:8, 61:14, 62:2, 62:3
**16** [9] - 41:1, 110:8, 110:14, 114:21, 115:13, 151:24, 202:7, 202:12, 239:12
**18** [3] - 3:15, 203:3, 216:3
**1821** [1] - 206:15
**19** [3] - 75:15, 75:21, 80:14
**1928** [1] - 75:10
**1:13:09** [1] - 141:18
**1:22** [2] - 162:9, 162:10
**1:22-CV-00041** [1] - 1:8
**1:35** [2] - 162:11, 162:14

**2**

**2** [9] - 63:1, 63:3, 73:21, 90:8, 92:14, 145:8, 145:12, 227:15, 228:6
**20** [6] - 52:7, 52:16, 157:7, 206:24, 207:6
**20/20** [1] - 187:10
**200** [1] - 108:24
**2000** [1] - 163:22
**2007** [2] - 13:13, 164:13

**2010** [1] - 204:15
**2015** [1] - 27:17
**2017** [1] - 43:6
**2018** [19] - 12:19, 16:1, 19:3, 19:12, 20:10, 22:20, 22:22, 27:3, 27:21, 39:24, 40:3, 40:11, 40:16, 40:18, 86:20, 165:21, 183:10, 183:12, 183:13
**2019** [44] - 12:8, 14:7, 16:1, 19:13, 19:20, 20:6, 21:19, 22:2, 35:14, 39:24, 40:4, 40:11, 40:16, 41:8, 87:1, 87:9, 104:13, 110:8, 110:14, 110:18, 110:20, 111:6, 113:15, 113:19, 114:21, 115:13, 165:19, 180:21, 191:3, 197:25, 198:14, 198:20, 199:24, 230:18, 230:23, 231:1, 231:11, 232:3, 232:5, 233:9, 236:4, 239:12, 240:2, 240:25
**2020** [77] - 5:23, 29:16, 29:20, 31:1, 31:4, 31:9, 34:16, 35:10, 35:15, 35:25, 37:20, 41:16, 51:2, 51:8, 51:24, 52:10, 52:21, 57:6, 58:19, 59:10, 68:5, 69:3, 69:14, 75:15, 75:21, 75:24, 76:1, 80:14, 94:18, 94:22, 95:3, 95:17, 99:17, 100:25, 103:9, 103:12, 108:22, 110:20, 112:1, 112:5, 112:11, 113:19, 115:5, 115:9, 115:20, 116:16, 117:5, 117:8, 117:12, 118:21, 120:9, 120:14, 121:4, 122:20, 122:22, 123:17, 126:3, 126:7, 136:5, 137:19, 151:25, 161:13, 166:25, 175:12, 185:15, 200:20, 202:12, 202:14, 202:16, 202:20, 203:3, 204:16, 205:11, 206:2, 209:12, 216:21, 244:18
**2021** [5] - 3:15, 3:16, 201:17, 216:3, 217:13
**2023** [1] - 45:9
**2024** [5] - 1:20, 4:11, 4:24, 245:15, 246:21
**21** [4] - 52:7, 52:25, 77:15, 78:4
**215** [1] - 3:15
**217** [1] - 3:17
**22** [1] - 75:23
**220** [1] - 3:4
**222** [1] - 116:21
**229** [1] - 3:5

**23** [7] - 58:19, 59:10, 103:9, 151:5, 180:8, 183:4, 185:2
**236** [1] - 3:18
**238** [1] - 3:6
**24** [6] - 126:3, 126:7, 138:13, 164:11, 180:21, 210:21
**24/7** [1] - 100:17
**246** [1] - 3:8
**25** [1] - 230:1
**26** [1] - 190:3
**27** [4] - 138:25, 139:17, 146:10, 190:3
**271** [1] - 122:16
**28** [1] - 190:3
**2800** [1] - 2:4
**29** [16] - 179:8, 179:12, 179:13, 179:14, 179:18, 180:8, 180:20, 183:4, 184:2, 184:6, 184:9, 184:10, 184:19, 190:3, 230:12, 230:18
**2:15** [2] - 189:18, 189:19
**2:33** [2] - 189:20, 189:23

**3**

**3** [23] - 37:20, 47:22, 48:14, 51:2, 51:8, 57:5, 70:3, 92:14, 94:18, 94:22, 95:17, 99:17, 107:8, 146:2, 160:18, 197:24, 210:19, 210:23, 211:2, 211:22, 231:11, 232:4, 244:17
**3-0** [1] - 190:2
**3.02** [4] - 116:3, 118:2, 118:12, 118:24
**3.05** [1] - 120:8
**30** [11] - 23:11, 24:5, 26:21, 41:1, 52:9, 154:14, 181:6, 183:18, 185:11, 189:25, 190:9
**30,000** [1] - 174:12
**300** [4] - 1:19, 2:10, 4:9, 4:25
**31** [2] - 45:9, 190:3
**32** [22] - 23:14, 24:17, 27:4, 38:10, 39:13, 39:16, 77:15, 78:4, 87:22, 115:25, 116:1, 116:2, 116:5, 116:25, 139:21, 181:9, 181:14, 183:10, 183:19, 184:2, 184:11
**33** [5] - 197:15, 197:17, 198:3, 231:5, 233:22
**34** [2] - 200:17, 200:19
**357** [4] - 125:23, 125:25, 126:24, 127:21
**358** [1] - 127:21
**359** [1] - 125:23
**36** [10] - 140:22, 145:9,

145:13, 169:22, 169:23,
209:5, 209:10, 209:11,
210:2
**3:22-cv-00093-PDW-ARS** [1]
- 1:4
**3:41** [2] - 245:16, 245:17
**3rd** [1] - 246:20

## 4

**4** [30] - 22:20, 22:22, 35:15,
35:25, 38:9, 40:14, 41:16,
51:2, 51:8, 57:6, 70:3,
76:1, 77:18, 86:20, 94:18,
94:22, 95:17, 99:17,
103:12, 135:21, 136:20,
136:23, 160:18, 191:3,
210:9, 210:10, 210:19,
210:21, 244:17
**401** [1] - 2:17
**41** [1] - 142:15
**4247** [1] - 2:10
**436** [1] - 169:22
**45** [3] - 148:14, 150:1, 150:24
**47** [1] - 140:3
**48** [4] - 143:16, 174:8,
210:23, 226:19
**48,000** [1] - 174:3
**49** [3] - 44:25, 45:1, 45:2

## 5

**5** [8] - 3:3, 48:15, 48:18,
48:21, 162:13, 164:20,
200:20, 219:20
**5.01** [1] - 122:19
**50** [4] - 148:14, 150:1,
150:23, 219:20
**500** [1] - 2:17
**51** [10] - 136:18, 136:23,
138:7, 138:13, 139:21,
140:3, 140:21, 142:14,
143:16, 151:5
**52** [2] - 151:24, 174:8
**52:16** [1] - 154:2
**53** [2] - 30:23, 194:6
**55** [3] - 202:7, 202:8, 202:9
**55402** [1] - 2:5
**57** [4] - 45:19, 45:22, 45:23,
154:14
**57:57** [1] - 147:12
**58** [7] - 146:1, 146:2, 146:10,
147:12, 157:19
**58206-5849** [1] - 2:18
**5849** [1] - 2:17
**58502-4247** [1] - 2:11
**59** [16] - 77:17, 77:18, 78:4,
148:10, 148:14, 150:2,

150:23, 151:24, 154:10,
154:14, 155:13, 157:7,
159:5, 184:22, 185:4

## 6

**6** [14] - 70:3, 70:4, 136:21,
136:24, 164:20, 189:22,
242:24, 242:25, 243:3,
243:5, 243:8
**6-19-26** [1] - 246:24
**6.22** [1] - 182:2
**6.32.1** [1] - 126:2
**60** [1] - 174:9
**65** [8] - 76:9, 76:10, 76:11,
76:13, 76:24, 77:8, 202:25,
203:2
**65,000** [1] - 174:10

## 7

**7** [7] - 117:5, 117:7, 117:12,
120:9, 120:13, 138:7,
138:13
**700** [1] - 172:20
**71** [1] - 121:22
**75** [1] - 3:12

## 8

**8** [3] - 138:25, 139:17, 169:21
**80** [2] - 12:25, 14:11
**800** [1] - 2:5
**81** [11] - 22:16, 22:18, 23:12,
24:6, 26:21, 37:17, 40:10,
86:24, 183:17, 183:18,
184:7
**82** [9] - 233:6, 233:18, 234:1,
234:10, 235:2, 235:14,
239:15, 240:1
**83** [15] - 58:14, 58:17, 59:18,
59:23, 90:3, 90:6, 90:7,
95:11, 95:12, 98:19,
102:19, 104:24, 105:5,
126:10, 126:17
**85** [5] - 202:4, 202:8, 202:9,
202:11, 204:8
**86** [3] - 206:12, 206:24, 207:5
**8:31** [2] - 4:12, 5:1

## 9

**9** [6] - 155:13, 169:21, 180:8,
180:10, 181:6, 183:3
**90** [8] - 3:12, 12:25, 14:11,
75:6, 75:7, 75:10, 77:6,
113:6

**91** [17] - 3:13, 109:15, 113:7,
113:8, 114:12, 116:11,
116:13, 117:2, 118:24,
120:3, 121:21, 122:15,
125:22, 126:24, 238:24,
238:25, 239:4
**911** [3] - 69:10, 93:21, 93:25
**92** [4] - 3:15, 215:20, 215:24,
216:2
**93** [4] - 3:16, 217:7, 217:8,
217:11
**94** [3] - 3:18, 236:10, 236:14
**96** [3] - 210:24, 210:25, 211:1
**99** [2] - 168:18, 168:20
**9:15** [1] - 136:22
**9:24** [1] - 145:8

## A

**a.m** [22] - 4:12, 5:1, 61:10,
70:4, 73:17, 73:18, 73:19,
73:22, 76:18, 76:19, 76:20,
76:22, 107:4, 107:5, 107:6,
107:9, 145:7, 164:20,
242:24, 242:25, 243:3,
243:5
**abilities** [3] - 16:14, 22:11,
71:20
**ability** [16] - 29:4, 43:9,
65:14, 65:15, 68:19, 69:18,
69:25, 70:22, 70:23, 92:25,
94:24, 147:2, 191:18,
197:13, 220:4, 224:8
**able** [25] - 9:17, 11:7, 11:8,
19:13, 19:14, 60:6, 67:19,
68:15, 68:17, 76:13, 83:15,
124:21, 125:2, 125:4,
125:18, 127:21, 128:11,
136:12, 141:21, 141:24,
150:8, 155:10, 161:18,
163:10, 212:18
**aboard** [2] - 172:9, 213:2
**above-entitled** [1] - 4:3
**absolutely** [1] - 81:13
**academy** [2] - 164:16,
167:13
**accept** [2] - 77:21, 211:16
**acceptable** [2] - 65:25, 67:25
**accepted** [2] - 78:5, 78:7
**access** [1] - 152:15
**accident** [2] - 66:19, 221:14
**accommodating** [1] - 83:9
**according** [2] - 136:21,
159:12
**accountability** [5] - 67:9,
105:23, 105:24, 105:25,
196:6
**accountable** [2] - 67:7,
170:23

**accurate** [6] - 110:11,
110:16, 110:21, 110:23,
115:4, 246:13
**accusation** [2] - 195:11,
196:20
**acquiring** [2] - 78:12, 82:3
**acted** [5] - 64:6, 64:9, 64:11,
64:15, 67:18
**acting** [6] - 63:25, 131:22,
132:20, 132:25, 134:23,
145:22
**action** [5] - 234:15, 235:21,
236:7, 246:17, 246:19
**actions** [1] - 169:3
**activate** [1] - 16:4
**activity** [1] - 156:24
**addition** [3] - 200:25, 217:22,
217:23
**additional** [8] - 36:4, 38:2,
38:3, 38:4, 78:12, 82:3,
172:16, 210:11
**addressed** [1] - 73:2
**adequate** [1] - 123:4
**adjacent** [1] - 155:15
**admini** [1] - 241:14
**administration** [2] - 193:6,
196:21
**Administration** [2] - 110:4
**administrative** [4] - 101:10,
113:4, 113:11, 114:7
**Administrative** [2] - 114:3,
114:16
**administrator** [92] - 16:10,
17:19, 17:22, 20:14, 22:25,
23:24, 30:2, 40:20, 41:12,
41:16, 42:8, 86:1, 87:7,
102:3, 102:12, 102:15,
110:14, 110:17, 110:20,
110:24, 111:4, 111:5,
111:12, 111:14, 112:22,
113:9, 114:20, 114:25,
117:11, 120:12, 122:21,
123:14, 123:18, 123:24,
126:7, 160:5, 171:22,
172:8, 172:18, 172:24,
172:25, 173:25, 175:4,
175:6, 175:14, 175:22,
176:3, 180:23, 181:3,
191:5, 201:2, 201:11,
202:15, 207:19, 207:25,
208:2, 208:12, 210:13,
210:15, 217:22, 218:6,
218:15, 218:25, 219:17,
219:22, 220:8, 220:10,
230:17, 230:22, 232:10,
232:19, 234:3, 234:20,
235:6, 235:12, 239:12,
239:21, 239:25, 240:3,
240:14, 240:17, 240:19,
240:20, 240:21, 240:25,

241:2, 241:10, 241:17, 242:12, 242:14, 244:22, 244:23
**Administrator** [3] - 114:3, 117:8, 123:10
**administrator's** [1] - 102:8
**administrators** [1] - 218:10
**admission** [2] - 187:7, 188:11
**admitted** [1] - 80:11
**advised** [1] - 12:23
**AED** [1] - 220:25
**affairs** [1] - 27:16
**affidavit** [3] - 47:22, 48:11, 145:6
**affixed** [5] - 148:23, 149:4, 150:7, 150:10, 246:20
**age** [1] - 4:2
**Agent** [5] - 50:24, 85:21, 130:22, 144:19, 153:5
**agitated** [1] - 139:9
**ago** [5] - 11:14, 30:12, 34:25, 60:18, 199:15
**agree** [22] - 19:18, 27:2, 28:1, 39:15, 46:25, 47:19, 47:20, 77:22, 78:1, 78:6, 87:22, 117:24, 124:8, 153:25, 183:21, 183:22, 187:4, 187:16, 188:5, 192:8, 217:23, 218:6
**agreed** [3] - 78:7, 169:3, 177:3
**agreement** [1] - 246:9
**ahead** [4] - 9:10, 33:11, 87:5, 239:10
**ahold** [1] - 213:18
**aide** [1] - 164:6
**aimed** [1] - 185:7
**al** [2] - 4:21, 4:22
**alcohol** [5] - 82:14, 185:10, 222:8, 222:14, 228:10
**Alford** [4] - 45:3, 45:10, 45:24, 46:4
**alive** [2] - 118:2, 118:13
**Allen** [2] - 1:5, 4:21
**allow** [3] - 11:4, 92:22, 124:21
**allowed** [1] - 148:4
**allowing** [4] - 10:9, 10:14, 145:12, 217:21
**allows** [1] - 217:14
**almost** [5] - 139:9, 208:21, 212:12, 222:8, 225:14
**alone** [2] - 144:12, 212:19
**ALSO** [1] - 2:22
**Amber** [2] - 59:5, 199:16
**ambulance** [11] - 50:17, 70:22, 71:14, 72:1, 72:10, 72:16, 72:23, 72:24, 73:5, 185:24, 222:25

**ambulances** [1] - 72:5
**Americans** [2] - 194:16, 194:17
**amount** [4] - 112:16, 167:25, 168:1, 174:4
**AND** [3] - 2:13, 2:19, 246:1
**Anderson** [38] - 17:24, 18:6, 18:13, 18:25, 23:1, 26:20, 31:13, 32:1, 32:8, 37:5, 37:7, 58:18, 89:3, 89:7, 124:3, 124:24, 182:12, 190:10, 190:16, 192:4, 192:25, 194:21, 197:18, 198:17, 200:19, 209:11, 211:4, 216:3, 217:12, 231:10, 233:9, 233:13, 234:22, 235:2, 235:4, 235:10, 235:19, 236:19
**Anderson's** [3] - 197:20, 231:16, 232:17
**ANDREW** [1] - 2:2
**Andrew** [1] - 5:7
**Andy** [2] - 149:24, 179:20, 201:25
**annual** [4] - 190:13, 230:19, 231:23, 232:9
**annually** [1] - 114:8
**answer** [45] - 18:17, 18:19, 21:16, 25:8, 27:8, 28:8, 33:16, 34:18, 39:6, 41:23, 42:10, 50:11, 58:11, 60:22, 66:12, 66:13, 69:18, 70:20, 76:14, 76:25, 79:10, 81:7, 81:16, 83:9, 83:11, 83:13, 83:15, 96:19, 101:23, 132:6, 132:11, 132:17, 133:22, 134:5, 152:5, 152:21, 161:23, 173:8, 176:20, 187:16, 197:6, 237:25, 238:10, 238:15
**answered** [19] - 9:9, 34:20, 79:19, 80:25, 81:11, 81:20, 84:21, 99:20, 104:4, 105:7, 130:10, 150:14, 156:14, 175:15, 187:20, 195:24, 226:11, 229:25, 237:13
**answering** [3] - 28:4, 28:7, 133:23
**answers** [5] - 9:21, 14:12, 69:11, 105:4, 134:10
**anyway** [1] - 181:6
**apologize** [10] - 12:1, 15:1, 34:20, 41:19, 42:9, 61:21, 72:7, 118:4, 128:1, 129:25
**appeal** [7] - 33:5, 33:6, 33:9, 33:12, 33:14, 33:18, 33:22
**appear** [8] - 129:17, 129:18, 132:20, 134:22, 140:8, 227:15, 227:24, 228:9
**Appearance** [1] - 45:4

**APPEARANCES** [1] - 1:23
**appearances** [1] - 5:6
**appeared** [4] - 80:15, 86:7, 146:17, 211:8
**appearing** [1] - 4:12
**applicants** [2] - 208:14, 208:15
**applications** [1] - 12:24
**applied** [3] - 167:8, 208:23, 209:1
**apply** [1] - 13:5
**appointed** [2] - 201:1, 201:11
**appreciate** [1] - 215:16
**approach** [2] - 194:11, 194:12
**approached** [1] - 38:1
**appropriate** [2] - 120:24, 210:8
**approval** [1] - 70:16
**April** [55] - 1:9, 1:20, 4:11, 4:23, 5:12, 8:3, 10:20, 11:16, 11:24, 44:16, 45:20, 45:24, 46:4, 46:10, 50:1, 51:18, 52:8, 52:21, 52:23, 53:19, 54:5, 54:10, 55:21, 56:19, 57:4, 84:5, 121:12, 121:25, 135:10, 138:14, 138:18, 138:25, 139:8, 139:22, 140:4, 140:9, 140:23, 141:10, 142:18, 143:7, 143:17, 144:3, 145:9, 145:21, 153:8, 169:21, 178:14, 188:21, 188:25, 189:10, 243:24, 244:5, 244:10, 245:15
**APRIL** [1] - 2:12
**April's** [2] - 12:4, 52:14
**area** [22] - 13:25, 35:1, 37:24, 41:5, 42:13, 69:9, 80:23, 81:3, 83:3, 83:4, 107:23, 140:16, 152:13, 152:14, 168:23, 170:7, 194:15, 213:20, 213:22, 214:23, 228:9, 229:20
**areas** [9] - 34:22, 35:4, 35:5, 49:2, 49:11, 81:14, 199:17, 199:18, 199:22
**argue** [1] - 195:14
**argumentative** [2] - 81:11, 100:12
**arms** [1] - 66:16
**arose** [1] - 212:20
**arrangements** [1] - 223:2
**arrest** [1] - 221:12
**arrested** [1] - 222:6
**arrow** [1] - 118:16
**arts** [1] - 163:25
**AS** [1] - 1:23
**aside** [3] - 14:24, 15:2,

115:25
**aspect** [1] - 64:23
**assessing** [1] - 224:9
**assessment** [8] - 54:7, 54:8, 78:2, 115:4, 186:7, 187:17, 188:2, 217:23
**Assessment** [2] - 226:20, 227:14
**assigned** [1] - 152:1
**assist** [6] - 78:12, 82:3, 94:1, 141:1, 141:2, 145:10
**assistance** [1] - 175:17
**assistant** [6] - 123:12, 212:25, 213:4, 213:9, 214:24
**associate** [1] - 163:25
**associated** [1] - 177:23
**assume** [5] - 5:23, 39:13, 71:8, 151:11, 154:1
**assuming** [5] - 156:22, 158:12, 200:12, 234:2, 234:19
**attached** [3] - 52:10, 206:20, 246:12
**attempt** [7] - 63:9, 63:10, 90:16, 145:18, 211:8, 211:21, 213:3
**attempted** [2] - 63:22, 140:24
**attempting** [1] - 145:10
**attended** [4] - 163:22, 164:1, 164:2, 164:13
**attention** [20] - 21:1, 54:22, 70:18, 71:25, 85:22, 100:22, 102:4, 151:6, 153:6, 153:7, 159:20, 188:16, 189:13, 198:6, 198:7, 199:19, 200:7, 202:22, 219:3, 220:3
**attorney** [2] - 246:16, 246:18
**Attorneys** [4] - 2:4, 2:9, 2:9, 2:16
**audio** [2] - 140:13, 230:4
**audiovisual** [2] - 4:18, 245:14
**AUDIOVISUAL** [1] - 1:16
**auditor** [5] - 32:10, 58:7, 89:8, 89:12, 101:11
**audits** [1] - 86:2
**authority** [2] - 46:20, 123:13
**autopsy** [2] - 74:20, 74:25
**available** [5] - 63:8, 94:17, 94:21, 125:8, 128:7
**Avenue** [6] - 1:19, 2:5, 2:10, 2:17, 4:9, 4:25
**average** [1] - 188:12
**aware** [14] - 21:1, 56:6, 74:13, 91:6, 107:16, 109:6, 188:20, 188:23, 189:11, 189:12, 198:16, 198:21,

211:18, 211:20
**Azure** [16] - 1:9, 5:12, 6:21, 7:5, 10:20, 52:8, 84:5, 121:12, 121:25, 138:14, 138:25, 140:23, 145:9, 188:10, 188:18, 208:6
**AZURE** [1] - 2:13

# B

**B-201** [11] - 60:19, 108:16, 146:5, 146:11, 148:24, 150:8, 150:11, 152:2, 157:9, 159:4, 159:18
**baby** [1] - 66:15
**background** [2] - 163:17, 180:17
**bad** [8] - 14:25, 21:3, 97:7, 130:1, 170:21, 224:24, 229:7, 242:14
**BAKKE** [130] - 2:8, 5:11, 7:12, 7:22, 8:6, 9:7, 10:16, 10:24, 18:15, 19:4, 19:8, 21:5, 27:6, 34:9, 34:17, 44:12, 44:18, 45:17, 49:16, 62:22, 66:4, 66:11, 67:2, 67:17, 67:23, 68:10, 71:16, 78:20, 79:3, 79:18, 80:24, 81:10, 81:19, 84:1, 87:16, 87:19, 87:24, 88:8, 96:12, 99:19, 100:11, 104:3, 105:6, 105:19, 106:3, 106:19, 121:7, 121:15, 121:17, 122:4, 129:20, 130:16, 131:11, 131:17, 131:24, 132:6, 132:8, 132:11, 132:14, 133:3, 133:19, 133:21, 133:25, 134:7, 134:9, 134:14, 134:18, 134:24, 135:2, 138:1, 139:5, 140:11, 141:4, 141:7, 142:2, 142:9, 142:23, 143:2, 144:15, 144:21, 145:2, 145:15, 149:24, 150:13, 151:9, 153:24, 155:3, 158:20, 159:1, 161:21, 177:10, 177:14, 179:20, 179:25, 180:3, 185:21, 186:8, 186:18, 186:21, 187:8, 187:19, 189:4, 189:6, 192:10, 193:14, 195:23, 196:22, 199:25, 200:11, 201:24, 206:5, 209:19, 211:12, 219:25, 222:22, 224:14, 229:17, 230:3, 234:10, 234:12, 234:25, 235:23, 236:3, 236:13, 237:24, 238:17, 244:2, 244:6, 245:4, 245:12
**Bakke** [6] - 2:9, 4:9, 4:24, 5:11, 6:2, 6:3
**Bakke.........** [1] - 3:5
**bandage** [1] - 225:3
**bar** [1] - 164:11
**Barnes** [1] - 231:24
**base** [2] - 72:17, 219:15
**based** [6] - 14:16, 96:17, 191:19, 201:4, 222:19, 226:11
**basis** [9] - 24:12, 33:21, 38:12, 48:25, 75:24, 77:6, 117:16, 222:8, 229:11
**basketball** [2] - 163:24, 164:7
**Bates** [4] - 75:10, 114:11, 120:6, 239:3
**Bates-stamped** [1] - 75:10
**bathroom** [2] - 85:11, 155:10
**bathrooms** [1] - 108:11
**BCI** [25] - 31:13, 43:4, 43:5, 43:7, 43:22, 44:4, 46:25, 47:4, 47:9, 47:23, 49:13, 51:14, 53:12, 56:13, 78:23, 96:14, 96:25, 97:12, 97:18, 98:2, 176:6, 187:4, 187:17, 188:4, 188:6
**BCI's** [1] - 49:20
**became** [15] - 12:7, 22:12, 22:21, 39:2, 111:11, 119:3, 164:8, 164:25, 235:11, 239:20, 239:25, 240:13, 240:17, 240:20, 241:17
**become** [3] - 30:2, 35:13, 153:21
**becoming** [3] - 165:18, 166:15, 167:5
**beef** [1] - 18:6
**beg** [1] - 11:9
**begin** [1] - 66:7
**beginning** [8] - 51:24, 73:20, 107:7, 132:1, 135:20, 162:12, 168:16, 189:21
**behalf** [5] - 1:5, 4:2, 4:13, 4:20, 66:13
**behavior** [6] - 24:8, 55:3, 118:18, 136:8, 238:9, 238:15
**behind** [2] - 147:20, 190:5
**belabor** [1] - 150:4
**Belcourt** [1] - 72:14
**belief** [1] - 235:14
**believes** [2] - 70:17, 236:20
**bell** [1] - 178:14
**below** [2] - 90:11, 149:18
**belt** [3] - 92:18, 92:22, 92:25
**best** [3] - 22:10, 134:8, 188:5
**better** [26] - 13:25, 14:4, 79:7, 79:8, 79:21, 79:23, 79:24, 81:13, 81:14, 82:9, 85:13, 103:1, 104:6, 104:11, 105:1, 105:10, 105:16, 135:5, 135:13, 141:11, 169:6, 169:12, 188:18, 190:24, 196:14, 215:3
**bettering** [2] - 175:18, 192:13
**between** [15] - 10:8, 10:13, 35:15, 46:6, 52:20, 61:18, 62:9, 83:24, 101:5, 145:20, 164:1, 212:21, 229:3, 230:9, 244:10
**beyond** [1] - 16:14
**BIA** [2] - 16:16, 212:12
**big** [7] - 22:10, 87:22, 88:1, 95:4, 109:13, 213:12, 238:22
**Bismarck** [7] - 1:20, 2:11, 4:10, 4:25, 170:3, 245:15, 246:23
**bit** [21] - 16:15, 39:11, 52:6, 59:15, 63:18, 83:2, 85:4, 86:20, 109:23, 117:15, 124:24, 146:3, 154:9, 163:16, 165:17, 171:21, 176:5, 208:14, 228:2, 228:4
**bits** [2] - 86:7, 86:14
**black** [5] - 148:23, 154:21, 155:15, 155:17, 156:1
**blame** [5] - 34:6, 34:11, 41:11, 42:11, 80:19
**blaming** [1] - 42:17
**blank** [1] - 213:11
**bleeding** [1] - 227:5
**Block** [1] - 108:19
**blood** [1] - 185:10
**blurs** [1] - 72:11
**board** [2] - 127:6, 128:4
**Bob** [5] - 89:3, 98:1, 194:1, 236:20, 237:8
**body** [1] - 96:6
**bold** [2] - 192:21, 223:19
**bolded** [2] - 48:23, 49:7
**bolted** [1] - 147:21
**Bonn** [1] - 93:22
**book** [3] - 69:22, 109:13, 122:7
**booked** [2] - 60:7, 83:12
**booking** [17] - 31:15, 31:18, 57:22, 59:19, 60:6, 82:10, 82:12, 82:21, 83:15, 83:21, 133:4, 135:5, 135:8, 160:13, 225:18, 226:3, 228:19
**boss** [1] - 197:20
**bothering** [1] - 130:7
**Bottineau** [7] - 10:21, 11:15, 11:20, 12:4, 163:22, 163:23, 163:24
**bottom** [23] - 63:1, 63:3, 71:23, 90:8, 92:13, 96:2, 109:1, 115:2, 120:6, 126:25, 127:21, 134:19, 147:3, 152:6, 152:24, 198:3, 201:24, 206:16, 206:23, 207:6, 207:9, 210:4, 231:14
**bottom-line** [1] - 71:23
**bottoms** [4] - 120:19, 137:14, 137:21, 137:24
**bought** [1] - 164:10
**Box** [2] - 2:10, 2:17
**box** [1] - 159:11
**boy** [1] - 239:16
**boys** [1] - 164:7
**Boys** [1] - 164:8
**Brad** [1] - 5:2
**BRAD** [1] - 2:23
**break** [8] - 60:13, 107:11, 130:8, 135:24, 162:6, 165:10, 179:17, 189:15
**breakdown** [1] - 212:21
**breaks** [1] - 179:23
**breathing** [7] - 61:12, 61:20, 62:7, 64:8, 65:12, 66:6, 67:15
**Brian** [1] - 58:17
**Brianna** [7] - 148:17, 148:19, 154:8, 157:12, 157:13, 162:22, 162:24
**Brianna's** [1] - 158:2
**brief** [2] - 52:14, 107:11
**bring** [11] - 93:8, 146:4, 179:21, 194:15, 211:19, 222:24, 223:3, 238:14, 244:15, 244:17, 244:24
**bringing** [2] - 188:15, 244:13
**brings** [1] - 194:15
**broad** [1] - 82:13
**Brock** [1] - 62:12
**broke** [1] - 171:13
**brought** [14] - 21:1, 32:9, 40:6, 54:21, 69:21, 85:21, 89:7, 100:22, 104:9, 153:5, 153:6, 168:25, 189:12, 202:21
**BRUNELLE** [1] - 2:12
**Brunelle** [18] - 1:9, 4:22, 5:12, 6:21, 7:5, 45:4, 45:9, 50:14, 61:10, 61:19, 62:6, 64:11, 92:7, 122:2, 145:6, 188:10, 188:18, 208:6
**budget** [9] - 16:14, 31:2, 35:18, 36:10, 101:17, 124:13, 124:20, 212:11, 212:19
**budgetary** [2] - 34:6, 34:14
**budgeted** [1] - 212:25

budgeting [2] - 124:22, 125:17
budgets [1] - 36:9
building [3] - 69:6, 69:7, 205:16
bullet [10] - 63:5, 63:18, 91:17, 92:13, 98:20, 103:21, 127:20, 128:2, 128:5, 128:10
bullets [4] - 62:1, 62:9, 90:11, 95:10
bunch [2] - 62:1, 62:11
bunk [1] - 147:4
Burdick [1] - 72:14
burglaries [1] - 168:21
BURLEIGH [1] - 246:5
Burleigh [3] - 4:10, 246:7, 246:23
business [1] - 60:25
businesses [1] - 164:10
busy [1] - 156:25
button [9] - 159:6, 160:2, 160:3, 160:10, 160:20, 161:1, 161:11, 161:14, 161:23
buttons [1] - 159:4
BY [4] - 5:19, 220:17, 229:17, 238:20

**C**

camera [1] - 94:1
cameras [2] - 60:24, 61:1
Camrud [1] - 2:16
canister [2] - 94:10
cannot [2] - 124:7, 142:22
capacity [3] - 1:9, 1:10, 13:16
car [2] - 66:19, 221:13
care [13] - 69:16, 94:3, 122:25, 123:1, 123:2, 123:5, 123:13, 123:18, 123:19, 123:24, 133:6, 227:6
carry [3] - 90:23, 91:18, 92:23
carrying [1] - 92:4
cars [2] - 168:22
case [10] - 16:5, 65:6, 85:22, 128:6, 152:23, 167:9, 168:3, 178:17, 229:5, 236:18
cases [2] - 16:3, 242:1
cash [1] - 31:3
cat [6] - 148:23, 154:21, 155:15, 155:17, 156:1, 156:7
categorize [1] - 224:11
categorizing [1] - 223:18

caught [1] - 34:10
causal [7] - 78:18, 79:2, 79:16, 80:22, 81:6, 81:9, 81:17
Cell [1] - 108:18
cell [31] - 31:15, 31:19, 32:20, 32:22, 57:23, 59:19, 60:10, 60:19, 61:11, 62:8, 83:14, 85:19, 86:2, 108:3, 108:16, 108:23, 109:4, 109:9, 117:18, 131:7, 137:18, 138:14, 139:2, 143:13, 143:17, 144:12, 145:7, 145:10, 160:11, 229:19, 229:20
cells [5] - 147:4, 147:5, 148:7, 149:7
CENTER [1] - 2:20
Center [3] - 1:11, 5:14, 210:6
Century [7] - 1:19, 2:10, 4:9, 4:25, 41:7, 45:13, 48:22
CEO [2] - 9:25, 10:4
certain [7] - 19:2, 47:10, 79:1, 88:4, 178:5, 185:8, 223:14
certainly [3] - 45:19, 47:12, 130:8
CERTIFICATE [2] - 3:8, 246:1
certificate [1] - 164:14
certification [2] - 29:17, 144:10
certified [4] - 113:18, 167:11, 167:12, 220:24
certifieds [2] - 167:25, 168:1
CERTIFY [2] - 246:8, 246:16
chain [1] - 112:4
challenges [2] - 124:2, 124:4
chance [3] - 11:4, 76:24, 245:6
change [17] - 19:25, 38:25, 39:1, 86:9, 94:24, 115:11, 140:24, 145:18, 193:5, 210:14, 223:11, 225:2, 228:23, 229:10, 241:25, 243:24
changed [7] - 39:4, 39:7, 69:7, 115:19, 118:25, 218:12, 235:20
changes [7] - 31:5, 85:3, 101:8, 101:19, 101:22, 114:6, 193:12, 234:21, 241:25, 242:1, 242:7, 242:11
changing [3] - 113:10, 135:10, 229:5
Chapter [2] - 122:19, 126:3
chapter [1] - 110:3
charge [8] - 12:11, 18:22, 20:7, 41:9, 93:24, 123:21,

219:13, 219:17
charged [2] - 44:21, 97:10
Check [1] - 116:4
check [10] - 61:11, 85:2, 99:17, 108:23, 109:4, 117:16, 137:18, 145:8, 208:16
checked [3] - 62:14, 64:21, 145:12
checkerboard [1] - 194:11
checking [3] - 144:14, 161:3, 229:12
checks [21] - 38:11, 38:13, 38:17, 38:18, 38:19, 84:23, 85:19, 86:2, 98:22, 99:9, 99:24, 100:3, 102:21, 104:1, 108:4, 109:9, 117:18, 182:7, 182:8, 228:22, 229:9
chief [15] - 10:2, 53:16, 78:10, 79:12, 80:1, 80:7, 80:19, 81:4, 81:25, 165:18, 166:4, 166:9, 166:11, 219:13, 219:15
chose [1] - 136:3
circles [2] - 190:23, 196:13
circumvent [2] - 211:8, 211:22
cities [2] - 35:7, 101:15
citizens [2] - 171:14, 171:16
City [2] - 4:10, 27:17
city [6] - 101:15, 165:18, 166:12, 166:17, 166:18, 169:19
Civil [1] - 1:4
civil [2] - 101:12, 178:17
clarify [4] - 99:6, 151:18, 152:5, 192:19
Class [1] - 45:13
class [2] - 164:19
classification [2] - 211:9, 211:22
classified [1] - 147:9
clean [2] - 139:2, 171:16
clear [1] - 221:18
clearance [10] - 185:17, 220:20, 220:22, 221:4, 221:8, 221:14, 221:20, 221:23, 222:10, 222:11
cleared [2] - 185:8, 223:9
clearly [4] - 41:20, 95:3, 167:18, 181:11
clinic [1] - 222:25
clinics [1] - 224:17
close [3] - 111:7, 168:2, 191:22
closed [3] - 74:12, 125:14, 209:17
closely [3] - 74:14, 185:20, 210:5

closeout [4] - 25:16, 181:21, 231:4
closeouts [1] - 40:5
closing [1] - 203:22
closure [9] - 25:16, 33:4, 33:13, 34:1, 75:23, 78:2, 78:5, 203:3, 203:16
clothes [5] - 138:15, 138:19, 139:2, 145:18
cloud [1] - 18:19
Club [1] - 164:9
CO [18] - 11:24, 29:25, 30:5, 61:10, 66:5, 67:14, 90:22, 91:18, 92:17, 139:11, 145:9, 158:25, 161:24, 162:1, 168:5, 168:7, 185:15
coaching [2] - 164:5, 164:7
cocktail [1] - 28:22
Code [3] - 41:7, 45:13, 48:22
cold [2] - 73:10, 83:6
colleague [1] - 5:8
college [2] - 163:24, 164:5
College [2] - 164:7, 164:13
color [1] - 156:23
colored [1] - 63:5
coloring [1] - 156:21
combat [1] - 94:15
combating [2] - 78:13, 82:4
comfort [2] - 28:3, 28:7
comfortable [8] - 27:25, 47:14, 116:24, 178:9, 178:18, 178:20, 178:24, 180:12
coming [11] - 16:16, 86:11, 167:21, 170:4, 170:12, 171:3, 194:22, 195:20, 198:13, 212:13, 243:8
commencing [2] - 4:12, 5:1
comment [1] - 213:18
comments [1] - 194:4
Commission [1] - 246:24
commissioned [1] - 246:7
commissioner [5] - 36:14, 36:22, 37:1, 37:22, 58:5
commissioners [23] - 30:24, 30:25, 32:10, 35:16, 36:1, 36:11, 36:18, 39:21, 39:23, 40:6, 89:8, 89:12, 101:17, 114:24, 172:6, 174:4, 174:16, 175:2, 175:5, 175:12, 205:5, 205:20, 206:2
committed [3] - 78:11, 82:2, 82:6
committee [1] - 59:2
common [2] - 152:13, 152:14
communicate [12] - 12:3, 54:11, 74:9, 106:6, 137:23, 160:19, 171:25, 182:22,

204:1, 211:10, 244:5,
244:9
**communicated** [9] - 27:21,
54:10, 57:3, 93:17, 181:17,
181:18, 194:25, 195:2,
199:18
**communicating** [3] - 16:13,
36:1, 216:24
**communication** [4] - 76:4,
131:4, 212:21, 216:21
**Community** [1] - 164:2
**community** [8] - 78:10,
81:25, 95:5, 169:1, 169:5,
170:19, 170:20, 171:8
**community's** [1] - 96:3
**compare** [3] - 39:6, 48:3,
181:5
**complain** [1] - 153:14
**complaint** [1] - 214:25
**complaints** [5] - 14:8, 20:3,
153:14, 153:21, 168:17
**complete** [6] - 16:4, 30:4,
56:13, 58:22, 109:3
**completed** [9] - 74:21, 75:1,
82:21, 85:20, 102:23,
158:6, 198:4, 201:2,
231:24
**completing** [1] - 60:1
**completion** [1] - 234:13
**compliance** [6] - 18:22,
21:20, 24:1, 114:4, 182:2,
195:21
**compliant** [5] - 23:6, 23:16,
119:21, 195:21, 200:24
**complied** [5] - 22:6, 43:10,
43:17, 44:6, 62:21
**comply** [12] - 34:2, 39:12,
39:14, 41:6, 77:13, 112:23,
124:12, 125:5, 125:19,
182:18, 212:10, 241:25
**complying** [2] - 120:20,
124:7
**comprehensive** [6] - 119:4,
119:11, 119:14, 240:12,
241:5, 241:15
**computer** [1] - 94:1
**concentration** [1] - 185:10
**concern** [5] - 26:23, 27:4,
27:23, 28:11, 93:10
**concerned** [1] - 28:6
**concerning** [1] - 246:10
**concerns** [16] - 26:25, 34:14,
47:5, 57:4, 57:8, 57:10,
74:14, 93:8, 153:3, 153:9,
153:12, 191:5, 198:18,
204:5, 213:24, 238:14
**conclude** [2] - 63:21, 64:19
**concluded** [3] - 47:10,
144:19, 238:8
**Concluded** [1] - 245:17

**conclusion** [3] - 10:17,
78:23, 80:7
**conclusions** [1] - 49:15
**condition** [2] - 144:12,
228:23
**conditions** [3] - 171:5,
219:5, 229:9
**conduct** [2] - 24:10, 43:9
**conducted** [1] - 103:10
**conducting** [2] - 61:11
**conference** [2] - 13:23,
134:13
**confuse** [1] - 201:21
**confused** [6] - 36:6, 186:24,
192:21, 193:24, 194:16,
227:16
**confusion** [1] - 111:23
**connection** [5] - 46:1,
126:10, 127:16, 127:19,
128:12
**consecutive** [1] - 61:13
**consensus** [1] - 171:15
**consider** [1] - 8:12
**consideration** [4] - 7:17, 8:8,
8:12, 14:22
**considerations** [3] - 8:15,
8:16, 9:12
**considered** [2] - 68:21,
112:18
**consistent** [5] - 30:20, 68:2,
141:2, 196:16, 203:21
**constituent** [1] - 171:3
**constitution** [2] - 41:7,
112:24
**constitutional** [2] - 21:21,
22:7
**constraints** [1] - 34:7
**consulting** [1] - 213:4
**contact** [1] - 54:7
**contacted** [2] - 106:9, 106:10
**contain** [2] - 246:12, 246:13
**content** [2] - 230:8, 233:15
**continual** [1] - 85:16
**continue** [5] - 79:6, 82:8,
210:5, 210:6, 210:12
**continues** [3] - 190:18,
200:23, 201:5
**CONTINUING** [151] - 7:15,
7:25, 8:10, 8:25, 9:10,
10:19, 11:3, 14:5, 17:6,
18:21, 19:6, 19:16, 21:7,
27:9, 34:13, 35:4, 44:15,
44:19, 45:18, 49:21, 62:25,
66:5, 66:17, 67:3, 67:22,
68:1, 68:12, 71:17, 73:23,
75:9, 76:12, 76:23, 78:24,
79:9, 79:25, 81:1, 81:15,
81:23, 84:4, 87:17, 87:21,
88:3, 88:12, 96:22, 99:22,
100:16, 104:7, 105:8,

105:22, 106:6, 107:10,
109:17, 113:8, 121:10,
121:16, 121:20, 122:9,
129:23, 130:19, 131:14,
131:21, 132:4, 132:18,
133:6, 134:19, 134:25,
135:7, 135:23, 137:2,
138:5, 138:12, 138:24,
139:6, 139:20, 140:2,
140:8, 140:20, 141:5,
141:10, 141:17, 142:3,
142:13, 142:24, 143:6,
143:11, 143:15, 144:18,
144:24, 145:5, 145:17,
146:9, 148:13, 150:3,
150:16, 151:4, 151:13,
151:23, 154:1, 154:13,
154:19, 155:8, 155:12,
155:25, 156:9, 157:4,
157:6, 157:13, 157:18,
157:25, 158:22, 159:3,
162:3, 162:15, 177:11,
177:17, 179:13, 180:6,
186:3, 186:12, 186:19,
186:23, 187:13, 187:21,
189:8, 189:24, 192:15,
193:18, 196:1, 196:23,
200:3, 200:14, 202:3,
203:12, 206:6, 209:23,
211:17, 215:25, 217:11,
220:1, 223:4, 224:16,
230:3, 234:12, 234:25,
235:23, 236:3, 236:13,
237:24, 239:2, 244:4,
244:8
**continuity** [1] - 229:2
**contract** [1] - 101:14
**contracts** [1] - 101:14
**control** [16] - 30:25, 31:2,
36:12, 61:4, 68:14, 69:3,
69:9, 91:23, 91:24, 93:25,
159:13, 159:19, 161:1,
161:7, 161:24, 161:25
**controversy** [1] - 246:11
**convene** [1] - 59:1
**convenience** [1] - 216:7
**conversation** [7] - 52:21,
107:21, 125:10, 125:21,
191:10, 196:16, 199:13
**conversations** [4] - 6:3,
190:22, 196:12, 230:9
**convicted** [2] - 7:20, 44:16
**conviction** [1] - 46:17
**convictions** [1] - 44:9
**cook** [1] - 99:4
**cooking** [1] - 99:1
**cooperate** [2] - 141:12,
142:4
**cooperative** [1] - 140:14
**coordinator** [1] - 93:22

**cop** [1] - 72:10
**copies** [1] - 5:10
**copy** [2] - 48:8, 110:11
**Cordy** [2] - 1:10, 5:14
**CORDY** [1] - 2:19
**coroner** [1] - 89:10
**correct** [290] - 6:23, 10:6,
12:9, 12:12, 12:14, 15:7,
15:18, 17:10, 17:11, 18:23,
18:24, 19:20, 19:21, 20:8,
22:21, 23:2, 23:3, 23:16,
23:20, 23:21, 24:14, 29:11,
29:18, 30:16, 31:21, 33:2,
34:4, 35:7, 39:13, 40:11,
42:6, 42:25, 44:6, 44:7,
44:10, 49:9, 50:2, 50:15,
52:11, 52:12, 54:22, 54:23,
54:25, 55:14, 55:15, 56:1,
56:5, 58:7, 58:9, 58:20,
58:21, 59:7, 59:25, 61:13,
61:16, 62:5, 63:13, 65:12,
68:3, 69:3, 70:13, 70:14,
73:7, 74:5, 75:15, 76:2,
76:3, 77:1, 77:8, 77:9,
78:15, 82:24, 83:22, 87:10,
90:24, 90:25, 91:9, 92:8,
92:20, 93:18, 95:6, 95:12,
95:21, 95:23, 98:22, 98:23,
99:11, 100:3, 102:6, 102:7,
102:9, 102:10, 102:24,
103:7, 103:8, 103:15,
103:16, 103:22, 103:23,
104:2, 105:14, 105:15,
106:12, 106:13, 108:19,
108:20, 108:22, 110:1,
110:5, 110:8, 110:9,
110:14, 110:15, 113:2,
113:3, 113:13, 114:9,
114:10, 114:22, 115:3,
116:5, 116:6, 116:10,
117:5, 117:6, 117:9,
117:10, 117:12, 117:13,
117:23, 118:9, 118:10,
118:14, 118:22, 119:9,
119:18, 119:19, 120:10,
120:11, 120:15, 121:25,
122:17, 122:22, 122:23,
123:15, 123:16, 124:14,
124:14, 126:5, 126:7,
126:8, 126:18, 126:19,
126:23, 127:4, 127:5,
127:11, 127:17, 129:7,
133:2, 133:14, 135:1,
136:10, 137:25, 138:16,
139:24, 140:5, 140:6,
141:14, 141:20, 142:17,
143:9, 143:18, 143:19,
143:21, 144:20, 146:13,
146:25, 147:14, 148:25,
149:12, 151:14, 151:15,

153:15, 154:16, 154:17, 155:16, 156:25, 159:22, 159:23, 161:16, 161:20, 164:18, 165:22, 168:25, 170:24, 171:24, 173:3, 174:20, 174:24, 175:9, 175:10, 177:7, 180:21, 180:22, 180:24, 180:25, 181:3, 181:11, 181:15, 181:16, 182:12, 182:20, 182:21, 183:10, 183:25, 184:12, 184:24, 184:25, 185:8, 190:15, 197:2, 197:25, 198:1, 202:12, 203:4, 204:9, 204:18, 204:22, 206:3, 206:4, 206:10, 206:19, 206:25, 207:11, 207:20, 207:21, 207:23, 208:7, 208:10, 208:11, 210:17, 213:7, 218:16, 221:21, 222:1, 222:5, 223:7, 223:16, 224:7, 225:8, 225:10, 225:18, 225:19, 225:21, 225:24, 226:12, 227:3, 227:8, 227:12, 227:17, 228:12, 228:19, 228:20, 228:24, 228:25, 229:13, 230:11, 230:21, 231:3, 231:13, 231:19, 233:5, 233:18, 233:25, 234:18, 234:24, 237:14, 237:19, 238:6, 238:12, 239:13, 239:14, 239:22, 240:3, 242:8, 242:9, 242:12, 242:13, 246:13
**corrected** [1] - 205:8
**Correction** [1] - 50:14
**correction** [15] - 13:4, 28:23, 29:7, 34:22, 36:5, 49:19, 68:19, 100:14, 124:18, 167:4, 167:10, 175:7, 175:19, 186:25, 204:25
**correctional** [88] - 10:9, 10:14, 10:20, 15:10, 15:12, 22:13, 29:11, 40:21, 40:23, 43:10, 44:10, 48:25, 49:4, 63:21, 68:13, 68:16, 70:9, 70:12, 70:15, 71:24, 72:23, 83:13, 85:18, 88:5, 93:7, 96:11, 101:25, 105:17, 107:13, 107:17, 107:21, 108:3, 108:22, 109:8, 111:13, 112:1, 112:6, 112:11, 112:15, 113:18, 115:1, 118:17, 119:22, 121:3, 121:11, 123:6, 124:8, 136:6, 136:11, 143:24, 144:9, 145:1, 145:14, 149:15, 153:3, 153:20, 158:16, 158:17,

158:23, 159:25, 160:17, 161:13, 167:8, 167:20, 181:24, 182:16, 187:2, 188:10, 208:6, 222:18, 223:12, 224:5, 225:9, 225:16, 227:7, 227:12, 227:17, 227:20, 227:25, 228:12, 228:18, 242:11, 244:16, 244:24
**Correctional** [3] - 63:9, 203:9, 203:14
**Corrections** [3] - 75:22, 234:14, 236:18
**corrections** [9] - 12:22, 13:9, 69:20, 112:5, 156:23, 166:22, 178:1, 198:8, 233:1
**corrective** [2] - 204:25, 236:7
**correctly** [19] - 24:13, 49:8, 57:5, 63:12, 78:14, 113:12, 117:22, 119:25, 127:10, 172:9, 173:9, 191:1, 198:11, 201:7, 210:16, 233:4, 234:17, 237:18, 238:11
**COs** [8] - 35:10, 37:25, 93:16, 97:9, 118:20, 137:6, 151:19, 159:13
**cost** [1] - 123:2
**council** [2] - 101:15, 169:19
**counsel** [5] - 4:12, 5:5, 246:15, 246:16, 246:18
**counseling** [2] - 177:22, 178:12
**Count** [1] - 116:4
**counties** [5] - 30:19, 30:23, 35:5, 35:7, 166:22
**COUNTY** [2] - 2:13, 246:5
**County** [123] - 1:10, 3:13, 4:10, 5:12, 5:22, 9:3, 9:24, 10:21, 10:23, 11:15, 11:25, 12:5, 12:10, 13:15, 13:19, 14:24, 15:16, 15:19, 16:18, 19:1, 20:3, 22:6, 22:11, 23:15, 24:16, 24:21, 26:18, 28:13, 29:22, 30:14, 31:4, 41:21, 43:15, 46:20, 51:23, 55:18, 57:8, 63:8, 68:7, 68:23, 72:6, 78:17, 78:25, 79:15, 85:17, 86:1, 88:20, 89:19, 94:18, 96:11, 103:12, 104:14, 105:18, 106:1, 112:1, 112:5, 112:23, 113:14, 114:24, 119:5, 119:12, 119:18, 120:17, 120:24, 122:24, 123:17, 124:4, 125:12, 132:2, 136:5, 137:18, 149:16, 156:2, 165:4, 165:15, 165:23, 166:20,

167:1, 167:19, 171:16, 183:9, 186:6, 186:14, 189:9, 190:13, 192:5, 193:6, 193:11, 194:25, 198:4, 198:20, 199:23, 200:8, 200:23, 203:8, 204:4, 205:20, 206:9, 210:6, 211:5, 214:23, 216:6, 216:19, 217:24, 222:3, 230:20, 230:23, 231:15, 231:24, 231:25, 232:17, 233:24, 235:19, 236:6, 241:1, 241:5, 241:10, 241:16, 243:11, 243:18, 246:7, 246:23
**county** [32] - 9:25, 10:5, 28:24, 29:1, 30:14, 33:4, 33:15, 33:18, 43:3, 43:8, 71:11, 72:9, 89:10, 100:25, 101:5, 101:16, 114:24, 123:12, 125:17, 166:25, 167:19, 170:5, 172:3, 172:4, 194:5, 194:7, 194:10, 196:21, 199:4, 207:22, 218:17
**County's** [1] - 203:13
**couple** [20] - 16:23, 30:9, 42:6, 57:18, 57:19, 59:16, 60:18, 76:25, 105:13, 122:13, 160:1, 164:4, 164:12, 165:10, 204:12, 207:13, 207:16, 212:16, 213:10, 220:18
**couple-month** [1] - 165:10
**course** [4] - 34:8, 57:10, 186:6, 189:1
**Court** [2] - 4:4, 246:23
**court** [6] - 5:3, 79:10, 113:10, 114:5, 171:13, 242:1
**COURT** [3] - 1:2, 3:8, 246:1
**cover** [1] - 180:21
**covers** [1] - 149:14
**CPR** [5] - 64:2, 65:11, 65:14, 66:16, 220:24
**Craig** [2] - 32:1, 47:23
**create** [3] - 71:11, 205:4, 213:3
**created** [1] - 218:5
**creating** [1] - 62:18
**credit** [1] - 164:23
**crime** [4] - 45:15, 168:21, 168:24, 219:4
**crimes** [2] - 7:21, 44:16
**criminal** [4] - 44:4, 44:8, 44:9, 46:9
**criminals** [1] - 170:10
**crisis** [4] - 130:13, 131:10, 131:13, 131:15
**cross** [1] - 157:20
**cued** [1] - 135:15

**culture** [17] - 190:19, 190:22, 192:16, 192:19, 193:19, 193:22, 193:25, 194:1, 194:2, 194:5, 194:14, 194:17, 196:2, 196:7, 196:8, 196:12, 210:13
**curious** [10] - 6:4, 15:20, 35:24, 37:18, 60:12, 62:7, 95:24, 130:9, 181:22, 216:4
**current** [3] - 78:11, 82:2, 172:14
**Curt** [1] - 93:22
**custody** [4] - 5:22, 42:23, 98:10, 103:11
**cut** [1] - 33:9

# D

**daily** [5] - 57:8, 100:24, 160:3, 210:8, 222:8
**Dairy** [1] - 209:1
**DAKOTA** [2] - 1:2, 246:4
**Dakota** [26] - 1:20, 2:11, 2:18, 4:5, 4:8, 4:11, 4:25, 21:20, 22:6, 30:19, 41:7, 45:12, 48:22, 75:22, 112:24, 112:25, 116:4, 119:22, 125:5, 192:7, 203:9, 203:13, 234:13, 242:2, 245:15, 246:7
**Dan** [5] - 111:22, 173:2, 173:11, 173:15
**danger** [1] - 203:14
**dark** [2] - 18:18, 63:5
**dark-colored** [1] - 63:5
**date** [20] - 29:21, 43:21, 50:19, 53:3, 56:24, 60:19, 61:1, 61:4, 113:9, 114:21, 115:15, 117:7, 120:9, 122:20, 126:2, 202:19, 232:4, 239:24, 240:7, 240:10
**Date** [2] - 239:8, 239:11
**dated** [10] - 22:19, 58:19, 180:21, 197:24, 200:20, 203:3, 209:12, 217:13, 231:11, 233:9
**dates** [2] - 111:1, 174:2
**Dave** [2] - 204:9, 206:7
**David** [1] - 217:12
**Davis** [1] - 59:6
**day-to-day** [1] - 112:22
**days** [14] - 210:9, 210:11, 211:6, 211:18, 211:19, 211:25, 213:17, 214:12, 214:16, 232:12, 232:13, 233:12, 235:17, 239:21
**dead** [3] - 66:15, 142:1,

142:25

deal [9] - 67:4, 87:22, 88:1, 89:11, 100:19, 100:21, 155:17, 214:8, 219:4

dealing [5] - 89:10, 101:13, 101:17, 140:9, 231:2

dealt [1] - 145:24

death [55] - 5:21, 12:16, 19:3, 21:8, 21:11, 24:16, 26:13, 34:6, 34:15, 35:11, 35:14, 36:25, 39:3, 41:13, 42:23, 43:4, 46:6, 50:5, 50:9, 50:18, 50:21, 52:20, 74:20, 75:18, 76:1, 78:19, 79:2, 79:17, 80:14, 80:23, 81:3, 81:7, 81:9, 81:18, 89:11, 93:8, 94:5, 95:19, 95:20, 96:10, 102:23, 103:10, 104:8, 106:12, 127:1, 127:20, 129:21, 130:21, 142:7, 176:7, 203:4, 204:6, 204:24, 243:12, 243:21

Death [1] - 126:25

deaths [1] - 98:10

debrief [2] - 25:17, 51:9

debriefing [2] - 177:21, 178:12

December [34] - 3:16, 12:19, 12:21, 16:1, 22:20, 22:22, 27:3, 27:21, 28:12, 29:23, 40:11, 40:14, 86:20, 86:23, 87:7, 110:8, 110:14, 111:6, 114:21, 115:9, 115:13, 183:19, 197:24, 198:13, 198:20, 217:13, 230:25, 231:11, 232:4, 233:9, 236:4, 240:2, 240:8, 240:25

decide [7] - 68:15, 127:24, 136:13, 168:12, 168:14, 215:15, 223:5

decided [4] - 65:23, 169:4, 171:21, 197:11

decides [2] - 70:10, 71:24

decision [4] - 68:17, 191:19, 222:16, 222:18

decisions [2] - 187:12, 221:18

dedicated [5] - 175:3, 175:14, 175:22, 208:1, 218:6

deemed [1] - 120:23

deep [1] - 86:5

defeats [1] - 99:10

Defendants [1] - 1:12

defendants [1] - 4:22

DEFENDANTS [2] - 2:12, 2:19

deficiencies [2] - 20:11, 104:15

deficiency [1] - 86:21

deficient [4] - 37:23, 87:13, 199:24, 200:1

definitely [2] - 42:16, 128:25

deformities [1] - 227:19

dehydrated [1] - 224:25

delivered [1] - 123:6

DeMers [1] - 2:17

demographic [1] - 103:14

demographics [1] - 103:17

demonstrate [1] - 182:2

denied [1] - 33:23

dental [1] - 123:2

Department [8] - 15:17, 15:20, 75:22, 164:16, 164:22, 166:21, 234:14, 236:18

department [2] - 178:2, 219:13

depicted [1] - 229:24

depo [1] - 6:10

deposed [2] - 193:1, 211:3

deposition [15] - 4:19, 4:23, 6:1, 6:6, 6:12, 6:20, 6:22, 83:16, 134:13, 192:3, 237:23, 245:5, 245:14, 246:14, 246:17

Deposition [6] - 4:1, 75:7, 109:15, 125:22, 126:10, 215:20, 217:8, 236:10

DEPOSITION [3] - 1:16, 3:2, 3:10

deputies [19] - 12:18, 12:22, 13:1, 14:3, 14:9, 15:6, 15:9, 15:13, 16:1, 16:2, 36:4, 43:9, 167:20, 169:18, 169:20, 175:18, 205:3, 219:14, 219:15

deputy [21] - 20:2, 40:24, 43:17, 53:17, 71:5, 71:10, 101:9, 113:17, 165:24, 166:1, 166:4, 166:9, 166:21, 166:24, 167:5, 167:9, 168:5, 168:6, 219:13, 219:16

describe [1] - 88:21

described [1] - 236:5

describes [1] - 235:15

Description [1] - 3:11

deserved [1] - 169:6

designate [1] - 123:10

desire [3] - 175:21, 244:16, 244:24

desk [1] - 156:6

detail [4] - 21:15, 77:3, 191:12, 212:6

details [1] - 191:10

determination [1] - 143:1

determine [5] - 60:7, 141:21, 161:18, 188:3, 227:2

determined [3] - 203:8, 234:15, 235:20

determining [3] - 80:1, 80:5, 224:6

Detoxification [1] - 184:23

develop [1] - 101:14

Devils [1] - 164:14

dictate [1] - 137:22

died [8] - 25:4, 25:12, 26:17, 103:11, 129:11, 129:14, 129:19, 201:14

difference [5] - 10:8, 10:13, 83:24, 167:24, 170:19

different [28] - 7:8, 7:14, 7:16, 7:24, 20:24, 29:1, 64:23, 105:4, 118:15, 132:16, 132:22, 132:24, 140:16, 148:9, 152:22, 161:23, 166:17, 166:25, 173:12, 181:1, 182:24, 184:5, 196:3, 196:4, 215:12, 218:22, 219:19, 219:23

difficult [1] - 103:5

dig [2] - 8:11, 189:25

digging [1] - 179:8

digital [1] - 99:7

direct [6] - 24:11, 190:21, 196:11, 196:15, 223:21, 224:4

directed [1] - 38:4

direction [2] - 155:7, 224:23

directions [4] - 223:23, 223:24, 225:3, 225:6

director [2] - 164:8, 203:8

dirt [1] - 137:9

dis [2] - 156:22, 167:16

disagree [8] - 18:12, 19:17, 19:18, 28:1, 100:6, 124:17, 124:24, 192:17

disagreed [3] - 49:20, 89:14, 89:17

disagreement [1] - 225:15

disbelieve [2] - 23:25, 110:10

discharge [1] - 225:7

disciplinary [1] - 120:21

discipline [2] - 107:13, 109:7

disciplined [1] - 107:18

discovery [1] - 32:25

discrepancies [1] - 43:4

discrepancy [1] - 230:16

discuss [1] - 216:7

discusses [1] - 231:15

discussion [1] - 244:9

dishonest [2] - 199:8, 242:17

dishonesty [4] - 198:6, 199:2, 231:17, 232:21

disorder [1] - 24:9

disoriented [1] - 227:16

dispatch [6] - 68:21, 69:8, 69:10, 69:15, 69:19, 69:22

disruption [1] - 5:9

distance [1] - 24:10

distracting [1] - 55:7

distribute [1] - 170:8

distributing [1] - 170:10

DISTRICT [2] - 1:2, 1:2

District [2] - 4:4, 4:5

Dixie [5] - 6:12, 62:12, 83:16, 146:4, 146:17

Dixie's [1] - 146:11

DO [2] - 246:8, 246:16

DOCR [73] - 17:21, 21:10, 21:13, 22:19, 24:2, 24:16, 24:20, 24:25, 27:21, 28:12, 29:25, 33:12, 37:13, 37:23, 38:7, 38:14, 39:18, 41:20, 42:3, 44:4, 46:24, 47:10, 49:13, 51:13, 53:12, 56:13, 68:22, 74:13, 75:10, 77:12, 78:22, 88:1, 88:17, 88:20, 89:18, 90:8, 96:14, 96:25, 97:4, 97:12, 97:18, 97:23, 100:2, 104:13, 119:25, 125:3, 125:7, 125:16, 176:6, 177:4, 181:13, 182:10, 186:4, 187:5, 187:17, 188:6, 191:6, 191:18, 193:12, 195:12, 199:3, 203:7, 203:21, 204:1, 205:11, 205:22, 206:15, 213:24, 214:5, 216:18, 230:19, 232:9, 236:7

DOCR's [10] - 20:10, 26:22, 47:4, 49:19, 76:4, 77:21, 78:1, 188:4, 206:8, 231:1

DOCR-001016 [1] - 59:23

DOCR-001928..... [1] - 3:12

DOCR-002643.....................
.. [1] - 3:18

DOCR-002681.....................
.. [1] - 3:15

DOCR-003129.....................
.. [1] - 3:17

doctor [8] - 80:15, 80:17, 80:18, 221:2, 221:23, 223:1, 223:16, 223:17

doctor's [1] - 227:6

doctors [3] - 185:25, 221:24, 224:4

doctors' [1] - 223:20

document [9] - 24:10, 24:17, 45:8, 52:4, 52:8, 59:16, 126:11, 207:2, 236:15

documentation [1] - 181:25

documents [6] - 6:11, 6:15, 6:16, 24:24, 29:24, 46:18, 127:9, 183:1, 184:5

**dog** [1] - 28:24
**done** [21] - 14:18, 40:5, 43:16, 51:23, 59:12, 70:13, 79:24, 86:18, 103:21, 108:8, 129:4, 132:15, 160:5, 168:8, 178:17, 182:11, 183:5, 188:3, 232:3, 233:17
**door** [13] - 8:21, 69:9, 85:11, 91:24, 92:1, 108:10, 146:19, 148:20, 149:8, 154:7, 157:9, 159:7
**doorway** [1] - 93:12
**dorms** [2] - 148:5, 152:8
**dot** [1] - 38:20
**down** [38] - 21:4, 22:20, 25:1, 25:5, 25:13, 26:2, 26:13, 50:3, 50:25, 51:3, 51:5, 51:17, 70:4, 86:19, 102:20, 111:20, 125:13, 128:10, 141:18, 146:11, 149:8, 152:6, 152:9, 152:19, 152:24, 168:7, 170:3, 182:20, 186:11, 198:24, 200:22, 203:22, 214:19, 215:4, 227:10, 228:2, 228:6, 243:25
**Dr** [1] - 5:14
**DR** [1] - 24:20
**drastic** [1] - 198:19
**drawing** [1] - 213:11
**dressed** [2] - 143:23, 145:11
**drill** [1] - 86:19
**drink** [1] - 225:1
**drop** [1] - 215:7
**drug** [7] - 42:13, 78:9, 79:11, 81:24, 95:4, 169:8, 222:4
**drugs** [11] - 42:11, 42:16, 80:1, 80:7, 80:19, 81:4, 82:15, 169:1, 222:8, 222:13, 228:10
**due** [9] - 34:20, 69:6, 102:23, 139:10, 170:15, 172:13, 200:24, 210:15, 238:9
**duly** [3] - 5:16, 246:6, 246:10
**duration** [1] - 215:6
**during** [20] - 21:11, 22:4, 34:8, 47:16, 60:13, 107:14, 107:16, 107:24, 108:5, 109:8, 132:18, 140:23, 145:17, 153:4, 186:6, 186:14, 187:6, 229:24, 231:1, 244:11
**duties** [10] - 16:5, 22:10, 49:18, 56:20, 57:5, 86:14, 101:5, 102:5, 234:2, 234:19
**duty** [2] - 45:11, 46:1

# E

**early** [1] - 106:18
**earn** [1] - 167:20
**easier** [3] - 58:15, 209:2, 219:19
**easy** [7] - 38:21, 38:25, 69:4, 69:17, 129:6, 133:15, 215:14
**eat** [1] - 106:24
**education** [1] - 163:18
**effect** [3] - 116:15, 124:25, 136:4
**effective** [6] - 115:13, 115:15, 117:4, 120:8, 122:20, 126:2
**effectively** [1] - 28:25
**effort** [1] - 197:1
**efforts** [1] - 66:8
**eight** [4] - 31:20, 229:11, 233:12, 235:17
**either** [28] - 11:18, 14:14, 18:3, 42:21, 46:3, 51:18, 53:5, 54:12, 68:24, 91:3, 102:5, 147:2, 154:4, 158:2, 172:20, 174:18, 188:16, 194:2, 194:23, 195:16, 196:17, 196:23, 199:15, 222:7, 222:13, 229:1, 241:22, 244:14
**elaborate** [2] - 169:13, 172:4
**elected** [2] - 19:24, 20:17, 165:19
**election** [3] - 12:19, 165:20, 241:8
**electronic** [1] - 91:25
**Email** [2] - 3:15, 3:16
**email** [10] - 33:25, 206:16, 206:25, 207:4, 207:6, 216:2, 216:9, 216:18, 217:12, 235:8
**email's** [1] - 207:7
**embrace** [1] - 91:16
**emergencies** [1] - 161:5
**emergency** [11] - 92:2, 159:14, 159:22, 160:3, 160:12, 160:20, 161:2, 161:3, 161:14, 161:19, 227:6
**emotional** [4] - 82:18, 117:20, 117:25, 118:8
**emotions** [3] - 128:23, 129:1, 129:4
**emphasis** [2] - 122:12, 122:13
**employed** [5] - 9:2, 9:4, 52:9, 246:17, 246:18
**Employee** [1] - 114:16
**employee** [3] - 14:25,

212:24, 246:18
**employees** [10] - 12:2, 12:15, 34:24, 34:25, 35:2, 125:1, 135:6, 178:3, 188:14, 219:18
**employment** [1] - 15:21
**encourage** [2] - 193:12, 199:3
**end** [12] - 9:15, 9:19, 13:22, 31:4, 32:24, 77:18, 181:21, 212:22, 214:1, 216:1, 234:4, 245:13
**ended** [2] - 165:17, 166:15
**Enforcement** [1] - 210:6
**enforcement** [10] - 10:4, 13:13, 13:15, 14:10, 88:15, 101:1, 105:18, 164:14, 167:11, 221:19
**engaged** [2] - 55:2, 55:11
**ensure** [7] - 21:19, 22:5, 112:22, 114:4, 117:19, 118:6, 118:8
**ensuring** [2] - 117:25, 210:7
**Enter** [1] - 45:3
**entered** [2] - 13:23, 145:6
**entire** [2] - 227:11, 231:4
**entities** [1] - 14:1
**entitled** [2] - 4:3, 179:22
**entry** [3] - 166:21, 167:21, 167:24
**equal** [1] - 18:5
**equals** [1] - 238:8
**equipment** [2] - 101:18, 123:4
**errors** [1] - 245:7
**especially** [1] - 111:24
**essence** [1] - 12:24
**essentially** [8] - 12:13, 12:18, 15:15, 152:19, 182:18, 186:4, 214:14, 217:13
**et** [2] - 4:21, 4:22
**ethic** [1] - 13:19
**evaluate** [2] - 218:13, 223:13
**evaluating** [1] - 13:17
**evening** [1] - 47:8
**event** [4] - 37:9, 91:23, 96:18, 237:11
**events** [7] - 16:9, 32:21, 32:22, 59:24, 60:2, 60:3, 236:4
**eventually** [2] - 165:17, 166:2
**everywhere** [1] - 35:1
**evidence** [3] - 53:12, 55:2, 55:11
**exact** [10] - 29:21, 36:21, 43:21, 48:7, 65:19, 125:21, 160:9, 199:11, 205:24, 213:14

**exactly** [7] - 38:1, 108:13, 128:17, 144:19, 167:22, 172:21, 199:12
**examination** [2] - 242:19, 246:12
**Examination** [4] - 3:3, 3:4, 3:5, 3:6
**EXAMINATION** [4] - 5:18, 220:16, 229:16, 238:19
**examined** [3] - 5:16, 126:11, 246:11
**example** [7] - 69:18, 86:8, 89:20, 98:25, 169:19, 224:12, 224:24
**examples** [2] - 15:23, 17:2
**except** [1] - 120:18
**excessively** [1] - 227:24
**excuse** [7] - 38:3, 44:3, 69:8, 82:15, 124:7, 206:14, 231:20
**executed** [1] - 101:13
**Exhibit** [116] - 22:16, 22:18, 23:12, 24:6, 26:21, 37:17, 40:10, 44:25, 45:2, 45:19, 47:22, 48:14, 52:7, 52:16, 52:25, 58:14, 58:17, 59:18, 59:23, 75:7, 75:10, 76:13, 76:24, 77:6, 77:8, 86:24, 90:3, 92:14, 95:11, 95:12, 98:19, 102:19, 104:24, 105:5, 109:15, 113:6, 114:12, 115:25, 116:2, 116:13, 116:25, 117:2, 118:24, 120:3, 121:21, 122:15, 125:22, 126:10, 126:17, 126:24, 136:18, 136:23, 138:7, 138:13, 139:21, 140:3, 140:21, 142:14, 143:16, 146:1, 146:10, 148:10, 148:14, 150:23, 151:24, 154:10, 154:14, 155:13, 157:7, 159:5, 179:8, 180:8, 180:20, 183:4, 183:18, 184:2, 184:19, 189:25, 190:9, 197:15, 197:17, 198:3, 200:17, 200:19, 202:4, 202:7, 202:23, 202:25, 203:2, 204:8, 206:12, 206:24, 207:5, 209:5, 209:11, 210:2, 215:20, 216:2, 217:7, 217:8, 217:11, 230:12, 230:18, 231:5, 233:6, 234:1, 235:2, 235:14, 236:10, 236:14, 238:21, 239:4, 239:15, 240:1
**exhibit** [7] - 109:10, 115:23, 230:15, 231:8, 233:12, 233:21, 234:8

**exhibiting** [2] - 24:8, 185:17
**EXHIBITS** [1] - 3:10
**exhibits** [1] - 22:15
**existing** [1] - 115:23
**exited** [1] - 145:9
**expect** [11] - 15:22, 111:13, 136:11, 136:16, 143:24, 144:2, 153:8, 153:11, 153:13, 153:20, 158:25
**expectation** [1] - 161:12
**expectations** [2] - 96:4, 118:20
**expected** [2] - 20:23, 20:24
**experience** [11] - 22:13, 40:22, 40:23, 41:5, 65:5, 98:14, 112:17, 144:10, 149:13, 187:3, 188:10
**experienced** [1] - 217:22
**experiences** [1] - 209:3
**expert** [1] - 81:3
**experts** [1] - 88:5
**expires** [1] - 246:24
**explain** [5] - 26:6, 26:11, 28:24, 169:10, 208:9
**explained** [1] - 160:12
**explaining** [2] - 37:1, 107:22
**explanation** [4] - 132:5, 156:17, 203:20, 206:8
**expressed** [2] - 37:6, 243:22
**expressing** [2] - 153:2, 221:7
**expressly** [1] - 246:14
**extent** [1] - 225:23
**eye** [6] - 6:5, 119:21, 123:1, 154:24, 241:25, 242:3
**eyes** [1] - 67:24

## F

**fabricate** [1] - 89:22
**face** [4] - 154:23, 162:1, 195:8
**face-to-face** [1] - 162:1
**facilities** [5] - 16:17, 29:6, 35:8, 149:15, 205:2
**Facility** [2] - 203:10, 203:14
**facility** [64] - 16:19, 22:25, 25:6, 34:8, 34:15, 34:21, 41:3, 49:1, 49:4, 56:7, 56:10, 68:19, 71:4, 71:5, 71:7, 82:8, 83:7, 93:24, 98:10, 100:15, 103:1, 104:6, 105:2, 105:11, 106:2, 116:16, 117:19, 118:7, 121:3, 121:5, 121:16, 123:6, 124:20, 131:16, 148:1, 149:3, 151:25, 173:11, 180:23, 181:3, 181:24, 182:16, 182:17, 185:23, 187:7,

190:17, 190:24, 191:19, 191:22, 192:13, 196:14, 199:9, 201:1, 201:5, 201:11, 202:16, 202:18, 204:17, 204:19, 204:20, 210:7, 210:10, 210:20, 212:12
**fact** [10] - 6:15, 18:25, 46:16, 47:7, 82:22, 141:25, 186:13, 188:4, 211:4, 223:11
**factor** [2] - 56:14, 124:23
**factors** [1] - 217:21
**failed** [2] - 24:10, 49:11
**failure** [27] - 16:3, 16:4, 16:5, 66:3, 66:10, 67:1, 67:16, 67:22, 72:20, 75:25, 76:5, 77:7, 77:11, 77:13, 77:23, 78:3, 78:17, 79:1, 79:15, 80:21, 81:5, 81:8, 81:17, 144:25, 145:13, 212:10
**fair** [33] - 30:15, 34:3, 41:22, 54:7, 54:8, 55:19, 57:14, 57:15, 66:2, 68:8, 68:9, 72:2, 90:3, 118:13, 129:4, 130:15, 146:12, 151:5, 153:16, 159:15, 173:16, 173:18, 176:1, 179:5, 186:7, 187:21, 204:17, 206:21, 206:22, 217:4, 217:14, 217:19, 219:23
**fairly** [1] - 214:8
**faith** [11] - 63:22, 63:25, 64:6, 64:9, 64:12, 64:13, 64:15, 64:24, 67:19, 90:9, 90:16
**faith'** [1] - 63:9
**faked** [1] - 142:7
**Falls** [1] - 164:3
**false** [2] - 16:7, 29:12
**falsify** [1] - 89:22
**falsifying** [1] - 212:22
**familiar** [3] - 108:15, 163:7, 163:8
**families** [2] - 9:18, 11:8
**family** [1] - 129:15
**far** [6] - 13:15, 139:4, 154:24, 155:14, 171:13, 229:3
**fashion** [1] - 137:24
**fast** [5] - 17:3, 31:25, 32:2, 57:25, 125:22
**fast-forward** [3] - 31:25, 57:25, 125:22
**favorable** [1] - 168:4
**FBI's** [1] - 43:22
**February** [3] - 126:3, 126:7, 200:20
**feet** [2] - 137:10, 142:16
**fellow** [1] - 158:24
**felt** [13] - 49:18, 85:4, 96:8, 158:23, 161:9, 177:16,

178:5, 191:25, 199:6, 199:8, 199:14, 240:16, 242:18
**female** [10] - 69:19, 69:21, 69:22, 69:23, 150:18, 151:6, 153:2, 157:8, 157:19, 236:20
**females** [2] - 157:3, 158:6
**fentanyl** [1] - 170:11
**few** [7] - 46:8, 83:4, 134:21, 135:8, 214:12, 214:16, 226:7
**field** [2] - 11:5, 98:15
**fifty** [1] - 151:24
**fight** [1] - 219:4
**figure** [1] - 42:20
**file** [3] - 113:21, 113:25, 165:12
**fill** [5] - 173:12, 225:17, 225:22, 228:14, 228:16
**filled** [1] - 173:13
**filling** [1] - 62:24
**final** [1] - 34:2
**finally** [1] - 130:14
**finances** [3] - 34:6, 34:14
**financial** [5] - 16:17, 65:8, 205:1, 206:3, 208:10
**financially** [1] - 246:19
**findings** [3] - 24:1, 77:21, 177:4
**fire** [7] - 9:16, 11:10, 11:12, 12:15, 14:24, 17:18, 72:10
**fired** [8] - 6:21, 7:1, 7:5, 10:23, 16:22, 17:22, 55:23, 213:1
**firing** [9] - 7:10, 7:18, 8:3, 8:13, 10:8, 10:13, 12:11, 15:5, 16:21
**first** [58] - 5:16, 8:12, 16:10, 19:13, 21:11, 21:12, 21:19, 22:1, 23:23, 31:7, 32:15, 35:19, 36:16, 36:17, 41:15, 42:1, 43:13, 54:11, 58:10, 59:5, 60:22, 71:13, 73:5, 76:2, 78:16, 82:6, 82:12, 90:22, 91:17, 92:13, 95:20, 103:9, 103:13, 105:25, 109:20, 122:13, 127:24, 145:7, 159:25, 165:8, 165:25, 166:23, 175:17, 179:21, 182:10, 182:14, 184:13, 198:3, 202:24, 206:24, 209:14, 214:2, 219:9, 231:14, 231:22, 241:1, 241:17
**fit** [3] - 80:19, 223:1, 223:5
**five** [6] - 30:21, 163:9, 179:16, 208:18, 232:13, 239:21
**fix** [13] - 20:21, 37:3, 38:9,

38:21, 38:25, 40:1, 40:10, 40:13, 60:13, 93:20, 191:17, 192:12, 200:16
**fixed** [9] - 40:19, 191:18, 191:21, 191:25, 192:2, 197:3, 203:24, 204:5, 205:22
**flash** [1] - 159:19
**flip** [3] - 90:5, 137:13, 202:2
**floor** [10] - 68:14, 69:3, 69:21, 90:24, 91:19, 92:7, 147:3, 161:24, 162:1, 182:19
**flops** [1] - 137:13
**fluids** [1] - 225:1
**focus** [9] - 14:6, 14:11, 100:24, 101:2, 101:4, 101:25, 157:8, 207:19, 208:2
**focused** [1] - 20:2
**focusing** [2] - 157:11, 157:12
**folks** [5] - 59:4, 59:10, 176:15, 177:13, 185:7
**follow** [22] - 16:3, 42:22, 42:24, 63:15, 75:25, 76:5, 77:7, 77:11, 77:23, 78:3, 78:18, 79:1, 79:16, 80:22, 81:6, 81:8, 81:17, 90:17, 125:2, 158:25, 223:24, 225:6
**followed** [3] - 127:2, 182:1, 195:18
**following** [9] - 4:16, 84:24, 124:25, 126:9, 127:1, 127:7, 128:4, 191:20, 236:4
**follows** [1] - 5:17
**food** [2] - 9:17, 83:6
**football** [2] - 164:3, 164:5
**FOR** [3] - 2:6, 2:12, 2:19
**force** [2] - 42:23, 43:16
**foregoing** [1] - 246:12
**forget** [1] - 63:2
**forgot** [1] - 180:17
**Forks** [1] - 2:18
**form** [72] - 7:12, 7:22, 9:7, 18:15, 21:5, 27:6, 34:9, 44:12, 44:18, 45:17, 49:16, 62:22, 66:4, 67:2, 67:17, 67:23, 71:16, 84:1, 87:16, 87:19, 87:24, 88:8, 96:12, 105:19, 106:3, 121:7, 121:17, 122:4, 129:20, 130:16, 131:11, 131:17, 133:3, 134:24, 135:2, 137:24, 138:1, 139:5, 140:11, 141:4, 142:2, 142:9, 142:23, 144:21, 145:2, 145:15, 153:24, 158:20, 159:1, 161:21,

177:10, 177:14, 185:21,
186:8, 186:18, 186:21,
187:8, 192:10, 193:14,
196:22, 199:25, 200:11,
206:5, 219:25, 222:22,
224:14, 225:11, 225:12,
225:17, 234:23, 235:25,
237:22
**forms** [2] - 82:21, 95:9
**forth** [4] - 137:8, 137:13,
165:17, 194:13
**forward** [5] - 27:13, 31:25,
57:25, 125:22, 154:9
**foundation** [1] - 237:22
**four** [12] - 11:14, 48:17,
48:24, 84:11, 154:15,
171:1, 171:2, 201:13,
211:5, 211:18, 211:19,
211:25
**fourth** [1] - 175:7
**frame** [2] - 168:2, 213:16
**freaked** [1] - 65:18
**freaking** [2] - 65:22, 130:22
**free** [6] - 97:10, 152:23,
176:8, 176:11, 176:18,
176:24
**freezing** [1] - 65:21
**frequent** [1] - 49:6
**Friday** [2] - 164:20, 243:8
**front** [1] - 48:5
**froze** [2] - 64:22, 65:16
**frustrating** [1] - 81:2
**full** [16] - 71:8, 71:9, 102:6,
102:8, 164:25, 165:5,
165:14, 165:16, 166:3,
175:3, 175:14, 175:22,
200:22, 203:17, 217:4,
246:13
**full-time** [10] - 102:6, 102:8,
164:25, 165:5, 165:14,
165:16, 166:3, 175:3,
175:14, 175:22
**fully** [1] - 217:14
**function** [2] - 28:18, 67:19
**functions** [1] - 28:17
**funding** [5] - 34:21, 38:3,
39:22, 124:2, 124:7
**funny** [1] - 130:5
**FURTHER** [2] - 238:19,
246:16
**future** [4] - 11:2, 96:24,
97:17, 98:16

## G

**gap** [1] - 61:9
**General** [1] - 123:9
**general** [6] - 92:14, 95:13,
99:24, 103:2, 103:17,

188:9
**generally** [1] - 168:4
**generated** [1] - 209:16
**gentlemen** [1] - 62:19
**giggling** [1] - 130:10
**Girls** [1] - 164:9
**girls** [2] - 152:23, 164:7
**give-and-take** [1] - 244:10
**given** [9] - 60:11, 70:2,
111:15, 122:6, 131:16,
186:15, 187:2, 197:8,
232:4
**Gladue** [4] - 6:13, 83:17,
83:18, 146:4
**Gladue's** [1] - 83:16
**glass** [5] - 149:9, 149:11,
149:14, 150:11, 154:3
**gloomy** [1] - 18:18
**goal** [5] - 9:19, 22:9, 60:1,
118:5, 118:6
**goals** [1] - 118:11
**gotcha** [2] - 166:19, 215:15
**governing** [1] - 126:21
**grab** [1] - 45:19
**grade** [1] - 211:9
**Grade** [11] - 204:17, 204:19,
210:19, 210:21, 210:23,
211:2, 211:22, 217:4,
217:15, 217:19
**graduated** [2] - 163:20,
163:25
**graduation** [2] - 164:4,
164:21
**Grand** [1] - 2:18
**grant** [1] - 5:11
**GRANT** [130] - 2:8, 5:11,
7:12, 7:22, 8:6, 9:7, 10:16,
10:24, 18:15, 19:4, 19:8,
21:5, 27:6, 34:9, 34:17,
44:12, 44:18, 45:17, 49:16,
62:22, 66:4, 66:11, 67:2,
67:17, 67:23, 68:10, 71:16,
78:20, 79:3, 79:18, 80:24,
81:10, 81:19, 84:1, 87:16,
87:19, 87:24, 88:8, 96:12,
99:19, 100:11, 104:3,
105:6, 105:19, 106:3,
106:19, 121:7, 121:15,
121:17, 122:4, 129:20,
130:16, 131:11, 131:17,
131:24, 132:6, 132:8,
132:11, 132:14, 133:3,
133:19, 133:21, 133:25,
134:7, 134:9, 134:14,
134:18, 134:24, 135:2,
138:1, 139:5, 140:11,
141:4, 141:7, 142:2, 142:9,
142:23, 143:2, 144:15,
144:21, 145:2, 145:15,
149:24, 150:13, 151:9,

153:24, 155:3, 158:20,
159:1, 161:21, 177:10,
177:14, 179:20, 179:25,
180:3, 185:21, 186:8,
186:18, 186:21, 187:8,
187:19, 189:4, 189:6,
192:10, 193:14, 195:23,
196:22, 199:25, 200:11,
201:24, 206:5, 209:19,
211:12, 219:25, 222:22,
224:14, 229:17, 230:3,
234:10, 234:12, 234:25,
235:23, 236:3, 236:13,
237:24, 238:17, 244:2,
244:6, 245:4, 245:12
**Grant** [1] - 3:5
**grants** [1] - 101:11
**great** [2] - 143:12, 214:2
**greater** [1] - 229:2
**grew** [1] - 163:19
**Grinolds** [3] - 2:9, 4:9, 4:24
**Grosinger** [1] - 58:18
**ground** [5] - 29:22, 108:24,
137:17, 141:19, 147:13
**grow** [2] - 79:6, 82:9
**growing** [1] - 210:12
**guard** [1] - 214:14
**guess** [34] - 7:9, 10:18, 11:1,
16:6, 16:9, 16:23, 18:19,
19:15, 19:18, 20:24, 35:3,
43:25, 44:20, 66:12, 71:22,
93:2, 97:20, 97:25, 100:13,
105:20, 112:12, 121:8,
130:18, 149:17, 168:8,
176:20, 176:24, 178:3,
193:9, 193:24, 197:7,
207:8, 224:24, 242:4
**guidelines** [1] - 113:2
**Guilty** [1] - 45:4
**guilty** [4] - 45:10, 45:14,
45:25
**Gustafson** [14] - 4:19, 9:3,
44:21, 58:14, 73:23, 76:24,
107:12, 109:18, 117:8,
135:24, 150:4, 189:25,
216:1, 245:14
**GUSTAFSON** [4] - 1:16, 3:2,
4:1, 5:15
**gut** [2] - 56:18, 56:22
**guy** [2] - 93:23, 214:1
**guys** [9] - 18:4, 34:2, 51:12,
170:1, 170:5, 194:23,
195:16, 196:17, 209:18
**guys'** [1] - 194:2

## H

**hair** [2] - 137:10, 137:11
**half** [7] - 65:23, 66:10, 67:15,

124:16, 139:7, 144:13,
167:13
**hand** [5] - 13:18, 31:3, 93:2,
246:20
**handbook** [1] - 109:14
**handed** [3] - 58:9, 110:18,
139:22
**handle** [3] - 20:23, 133:18,
159:7
**handled** [2] - 42:4, 43:7
**hands** [2] - 140:4, 157:20
**HANSON** [8] - 2:15, 5:13,
215:23, 220:17, 223:4,
224:16, 229:14, 245:3
**Hanson** [1] - 5:13
**Hanson**.............. [1] - 3:4
**hard** [22] - 16:20, 47:19,
61:24, 88:16, 88:25, 89:2,
100:8, 101:18, 101:20,
112:12, 128:24, 133:5,
133:9, 140:12, 140:17,
152:21, 154:23, 184:3,
185:22, 193:16, 208:12,
212:14
**harder** [2] - 170:6, 170:7
**hat** [2] - 243:12, 243:19
**hate** [1] - 65:7
**hats** [2] - 172:5, 219:1
**head** [8] - 30:9, 40:25, 69:1,
107:15, 113:22, 146:11,
195:5, 235:3
**heads** [2] - 178:2, 219:13
**health** [10] - 24:9, 82:17,
123:1, 123:5, 123:13,
123:18, 123:19, 123:24,
203:15
**hear** [5] - 6:2, 49:2, 111:17,
194:14, 194:17
**heard** [8] - 30:17, 68:4,
129:14, 155:17, 166:21,
177:4, 196:8, 225:14
**hearing** [3] - 24:9, 61:24,
93:10
**hearsay** [1] - 11:22
**heartbeat** [1] - 194:7
**heck** [1] - 179:1
**hefty** [1] - 196:20
**Heirs** [1] - 1:5
**held** [6] - 4:23, 67:7, 218:18,
219:4, 219:21, 220:1
**help** [14] - 29:5, 49:3, 64:25,
67:21, 101:23, 109:21,
113:16, 125:18, 140:10,
142:20, 143:1, 178:14,
209:17, 216:19
**helped** [1] - 217:24
**helpful** [1] - 190:24
**helps** [4] - 61:7, 96:23,
180:6, 223:17
**Henry** [1] - 36:23

**HEREBY** [2] - 246:8, 246:16
**HEREIN** [1] - 1:23
**hereinbefore** [2] - 4:13, 246:9
**hereto** [1] - 246:18
**hereunto** [1] - 246:20
**herself** [2] - 113:9, 139:11
**hesi** [1] - 91:15
**hesitant** [1] - 96:6
**hesitation** [1] - 91:16
**Higdem** [35] - 1:6, 8:13, 34:5, 41:13, 46:1, 46:6, 46:21, 56:1, 58:20, 60:6, 61:8, 61:12, 61:20, 63:10, 63:23, 64:7, 84:8, 92:15, 95:14, 95:16, 96:10, 99:25, 103:6, 103:11, 127:19, 145:8, 145:10, 175:1, 176:9, 176:19, 177:12, 178:19, 229:19, 237:17, 242:20
**Higdem's** [2] - 243:12, 243:21
**Higdem-specific** [3] - 92:15, 95:14, 99:25
**high** [4] - 71:6, 147:22, 163:18
**High** [1] - 163:20
**higher** [1] - 70:16
**higher-up** [1] - 70:16
**himself** [1] - 214:18
**hindsight** [3] - 135:4, 187:10, 187:15
**hire** [6] - 13:20, 174:17, 175:3, 175:13, 207:18, 208:12
**hired** [10] - 16:22, 111:22, 164:15, 166:3, 166:4, 167:7, 173:14, 208:13, 212:24, 213:8
**hires** [1] - 213:2
**hiring** [4] - 12:11, 16:21, 207:18, 208:20
**history** [1] - 14:16
**hit** [1] - 140:22
**hmm** [5] - 36:7, 50:12, 71:1, 179:11, 211:7
**hold** [5] - 39:24, 109:18, 157:11, 205:15, 211:25
**holding** [4] - 83:14, 147:5, 157:20, 212:1
**holds** [1] - 195:12
**home** [2] - 168:21, 244:23
**homework** [1] - 179:23
**honest** [2] - 91:12, 199:16
**honesty** [1] - 169:5
**hospital** [23] - 68:16, 70:12, 70:18, 72:13, 72:14, 158:17, 158:24, 185:24, 214:10, 214:14, 214:20, 215:5, 215:9, 221:25,

222:17, 222:24, 223:6, 224:10, 224:17, 244:1, 244:11, 244:17, 244:25
**hospitals** [1] - 70:24
**hotel** [1] - 215:4
**hour** [20] - 48:24, 108:9, 136:19, 136:20, 136:21, 136:23, 136:24, 138:7, 138:13, 138:25, 139:16, 139:21, 140:3, 140:21, 142:14, 143:7, 143:16, 157:7, 157:18
**hourly** [6] - 85:2, 117:16, 182:8, 228:22, 229:1, 229:8
**hours** [19] - 31:20, 86:15, 130:13, 131:7, 131:22, 132:18, 133:1, 134:21, 135:9, 142:1, 142:25, 144:13, 145:9, 145:13, 210:21, 212:17, 229:11
**housing** [6] - 29:3, 29:8, 149:4, 152:2, 162:18, 205:2
**how'd** [3] - 19:23, 193:16
**HR** [1] - 52:11
**huddled** [1] - 154:15
**huge** [8] - 42:13, 167:23, 170:9, 170:12, 170:19, 207:20, 212:21, 214:5
**human** [2] - 65:10, 88:25
**hundred** [9] - 21:17, 39:6, 106:4, 168:19, 172:1, 173:18, 174:9, 214:21, 217:10
**hung** [1] - 149:7
**hungry** [1] - 106:25
**Hunt** [2] - 163:2, 163:3
**hurry** [1] - 96:8

**I**

**idea** [9] - 21:13, 66:6, 87:12, 138:17, 142:4, 149:10, 189:2, 198:14, 201:9
**ideas** [1] - 216:8
**identical** [1] - 48:12
**identification** [6] - 68:6, 75:8, 109:16, 215:21, 217:9, 236:11
**identified** [12] - 37:2, 37:23, 39:25, 40:13, 59:4, 77:12, 86:21, 87:12, 181:13, 199:23, 201:4, 205:22
**identify** [3] - 47:2, 150:17, 186:20
**ignoring** [1] - 153:22
**illegal** [1] - 82:15
**illness** [1] - 227:5

**immediate** [2] - 96:17, 227:6
**immediately** [4] - 66:7, 71:25, 93:4, 212:4
**implement** [1] - 104:11
**implemented** [3] - 93:4, 99:4, 160:14
**important** [6] - 21:18, 22:5, 28:16, 28:18, 28:25, 225:8
**impression** [3] - 7:5, 7:7, 176:14
**improper** [1] - 109:9
**improperly** [1] - 56:20
**improve** [7] - 14:4, 107:22, 179:2, 197:9, 216:5, 216:19, 217:24
**improved** [3] - 169:12, 218:7, 218:9
**improvement** [1] - 207:20
**improvements** [2] - 18:8, 18:14
**improving** [2] - 108:3, 171:4
**IN** [1] - 246:20
**in-custody** [2] - 42:23, 98:10
**in-person** [1] - 24:11
**inability** [2] - 238:10, 238:15
**inappropriate** [7] - 54:6, 54:21, 55:3, 55:11, 56:5, 56:9, 188:20
**incentive** [1] - 174:6
**incident** [22] - 8:13, 43:17, 46:2, 46:21, 56:1, 73:25, 127:9, 143:25, 144:2, 144:8, 175:1, 176:10, 176:19, 177:6, 177:12, 178:19, 181:25, 186:15, 187:4, 188:13, 214:9, 242:20
**include** [2] - 120:22, 188:7
**included** [1] - 12:22
**includes** [2] - 112:21, 206:7
**including** [2] - 48:23, 123:1
**inconsistent** [1] - 182:19
**indicate** [1] - 145:21
**indicated** [5] - 4:14, 119:25, 158:15, 182:1, 246:9
**individual** [5] - 1:9, 1:10, 137:15, 144:11, 154:2
**individually** [1] - 1:5
**individuals** [1] - 24:7
**influence** [3] - 42:15, 80:11, 228:10
**Information** [3] - 123:9, 226:20, 227:15
**information** [9] - 62:20, 74:20, 74:25, 103:14, 127:8, 128:9, 159:24, 177:25, 210:8
**informed** [1] - 50:21
**informing** [1] - 235:4
**initial** [4] - 13:10, 15:3, 32:6,

50:24
**inmate** [48] - 26:22, 37:24, 39:1, 43:4, 49:2, 68:15, 70:10, 70:17, 71:24, 103:11, 104:21, 117:18, 118:18, 120:20, 123:4, 127:1, 136:5, 136:7, 140:14, 148:15, 153:14, 153:21, 154:20, 155:14, 158:5, 158:22, 159:5, 181:8, 181:14, 185:16, 214:10, 214:13, 214:19, 214:20, 214:22, 215:6, 222:24, 224:11, 224:25, 226:1, 226:25, 227:15, 227:23, 228:9, 228:19, 229:4, 237:1, 244:24
**Inmate** [7] - 23:15, 63:10, 63:23, 64:7, 180:13, 226:22, 228:9
**inmate's** [1] - 228:23
**Inmates** [3] - 116:3, 116:4, 120:9
**inmates** [46] - 26:17, 29:3, 29:4, 29:9, 48:24, 49:5, 69:16, 70:24, 85:8, 99:14, 103:18, 117:16, 117:21, 118:1, 118:9, 118:13, 120:16, 120:18, 121:4, 121:13, 122:25, 131:16, 148:2, 150:7, 150:18, 151:20, 152:1, 152:7, 153:2, 153:14, 154:6, 154:15, 155:1, 156:21, 158:15, 158:24, 160:1, 161:9, 162:17, 191:22, 203:15, 205:2, 205:3, 210:9, 222:12, 236:21
**inmates'** [1] - 151:6, 229:9
**inroads** [2] - 169:7, 169:10
**inside** [1] - 159:5
**inspecting** [1] - 40:6
**inspection** [30] - 19:13, 20:10, 20:20, 22:19, 37:2, 38:7, 39:24, 40:11, 40:16, 86:20, 104:13, 180:20, 182:11, 183:13, 184:21, 190:13, 191:13, 198:5, 198:8, 199:24, 201:3, 230:19, 231:2, 231:4, 231:23, 232:11, 232:18, 233:1
**inspections** [5] - 25:19, 27:12, 183:23, 232:3, 232:9
**Inspector** [1] - 234:15
**inspector** [3] - 237:7, 237:9, 238:13
**inspectors** [4] - 23:1, 181:24, 182:4, 182:17

**instance** [3] - 85:3, 93:11, 224:16
**instead** [4] - 38:22, 132:14, 219:14, 219:17
**instructed** [1] - 178:21
**insulting** [2] - 197:6, 197:10
**intake** [5] - 82:20, 223:13, 225:11, 225:12, 225:17
**intended** [1] - 159:14
**intent** [2] - 55:17, 74:7
**intentional** [1] - 201:22
**interaction** [1] - 145:20
**intercom** [3] - 138:3, 161:8, 161:25
**Intercom** [1] - 159:18
**interested** [3] - 132:4, 192:5, 246:19
**interesting** [1] - 140:22
**internal** [1] - 27:16
**intervals** [1] - 117:17
**Interview** [1] - 3:18
**interview** [5] - 237:1, 237:5, 237:11, 238:8, 238:13
**interviewed** [1] - 236:20
**interviews** [1] - 158:6
**intoxicated** [2] - 222:7, 222:13
**Intoxication** [2] - 180:13, 184:23
**invest** [1] - 98:7
**investigate** [2] - 43:3, 43:12
**investigating** [1] - 33:16
**Investigation** [1] - 103:20
**investigation** [19] - 25:15, 25:18, 33:13, 43:22, 44:4, 44:5, 44:9, 46:9, 46:12, 46:14, 56:12, 97:12, 103:13, 127:8, 128:10, 176:6, 176:16, 176:17, 203:17
**investigations** [8] - 16:4, 46:24, 47:17, 51:11, 51:13, 96:7, 96:15, 98:8
**involved** [5] - 42:22, 43:5, 43:6, 43:19, 188:21
**involving** [2] - 46:9, 53:13
**irregular** [8] - 24:12, 38:12, 49:5, 84:25, 99:13, 108:12, 108:14, 117:17
**issuance** [1] - 203:16
**issue** [7] - 37:2, 37:3, 93:16, 104:9, 106:18, 167:17, 169:8
**issued** [3] - 75:12, 120:17, 191:3
**issues** [22] - 21:2, 47:5, 72:15, 72:19, 73:1, 74:14, 82:17, 82:18, 88:19, 88:21, 89:18, 93:25, 124:23, 160:9, 168:17, 190:18,

191:25, 200:25, 201:4, 202:21, 203:23, 212:20
**it'd** [3] - 149:17, 161:25, 162:1
**it'll** [4] - 79:22, 159:11, 159:18, 183:18
**items** [1] - 49:7
**itself** [1] - 33:16
**IX** [1] - 203:7

# J

**Jail** [56] - 3:13, 5:22, 19:1, 22:6, 23:16, 24:16, 24:22, 26:18, 28:13, 41:21, 46:21, 51:23, 55:18, 68:8, 72:6, 94:18, 96:11, 103:12, 104:14, 112:1, 112:5, 112:23, 113:15, 114:24, 117:8, 119:5, 119:12, 119:18, 120:17, 120:24, 122:25, 123:10, 136:5, 137:18, 156:2, 183:9, 186:7, 186:14, 189:10, 190:13, 192:5, 193:6, 193:11, 194:25, 198:4, 198:20, 199:23, 200:8, 204:4, 211:5, 216:6, 216:19, 217:25, 230:23, 232:18, 235:19
**jail** [183] - 16:10, 17:7, 17:14, 17:18, 17:22, 18:22, 20:7, 20:10, 20:14, 21:4, 21:14, 21:20, 23:5, 26:12, 27:11, 28:17, 28:20, 28:24, 29:1, 29:8, 30:2, 31:8, 35:6, 35:17, 36:2, 37:3, 37:25, 40:20, 41:4, 41:12, 41:15, 42:3, 42:8, 44:6, 57:9, 58:23, 60:10, 68:21, 69:2, 72:24, 74:12, 75:23, 80:20, 83:5, 86:1, 87:7, 87:12, 88:4, 90:23, 91:19, 92:7, 94:20, 94:21, 95:5, 95:20, 100:20, 100:21, 100:25, 101:3, 101:4, 101:25, 102:3, 102:4, 102:8, 102:12, 102:15, 103:18, 107:23, 110:13, 110:17, 110:20, 110:24, 111:2, 111:5, 111:12, 111:14, 114:20, 116:5, 117:11, 120:12, 122:21, 124:8, 124:12, 124:18, 124:19, 124:22, 125:13, 126:6, 127:9, 131:12, 144:4, 160:5, 161:8, 171:22, 172:7, 172:18, 172:24, 172:25, 173:25, 175:3, 175:6, 175:14, 175:21,

176:3, 176:9, 176:19, 177:13, 177:22, 178:18, 181:13, 188:22, 191:4, 198:14, 202:15, 203:22, 204:17, 206:3, 207:18, 207:19, 207:24, 208:1, 208:2, 208:3, 208:12, 209:16, 209:24, 211:9, 214:15, 217:4, 217:14, 218:6, 218:8, 218:15, 218:24, 219:5, 219:16, 219:22, 220:8, 220:9, 222:13, 223:1, 223:3, 223:5, 223:10, 223:18, 223:20, 224:4, 224:7, 224:22, 229:19, 229:23, 230:22, 232:8, 232:10, 235:5, 235:11, 236:21, 239:12, 239:20, 239:25, 240:2, 240:12, 240:13, 240:17, 240:18, 240:21, 240:24, 241:1, 241:6, 241:10, 241:11, 241:14, 241:16, 241:17, 242:7, 242:12, 242:14, 243:3, 244:22
**Jail's** [4] - 78:17, 79:1, 79:15, 123:17
**jail's** [3] - 37:1, 81:5, 81:8
**jail-operation** [1] - 17:14
**Jaime** [4] - 111:22, 173:1, 173:13, 220:9
**January** [21] - 3:15, 12:8, 12:21, 19:19, 20:6, 35:14, 40:19, 117:5, 117:7, 117:12, 119:8, 120:9, 120:13, 122:20, 122:22, 169:21, 175:16, 200:21, 216:3, 216:23
**jeez** [4] - 47:3, 128:20, 164:5, 219:11
**Jessica** [2] - 1:5, 4:21
**Joanna** [1] - 163:4
**job** [28] - 10:22, 11:7, 20:25, 54:7, 55:3, 55:12, 56:5, 65:24, 67:4, 79:24, 81:13, 88:17, 88:18, 89:15, 89:16, 96:7, 100:17, 102:6, 102:8, 106:11, 133:15, 164:22, 166:9, 167:21, 171:22, 215:14, 220:11, 241:4
**jobs** [5] - 135:6, 166:8, 167:9, 219:23, 241:9
**jogs** [1] - 183:5
**John** [4] - 163:20, 164:9, 164:12, 164:23
**John's** [1] - 164:6
**Joseph** [4] - 190:10, 197:18, 200:20, 231:11
**Joyce** [6] - 190:10, 197:18,

197:19, 200:20, 209:12, 231:11
**judgment** [9] - 88:14, 133:1, 136:13, 222:19, 224:11, 227:7, 227:12, 227:17, 228:18
**Julie** [3] - 5:8, 8:21, 201:15
**JULIE** [1] - 2:3
**July** [14] - 36:10, 51:24, 52:9, 52:20, 56:19, 57:13, 202:7, 202:12, 204:15, 204:16, 205:11, 206:2, 206:24, 207:6
**June** [51] - 5:22, 35:10, 35:15, 35:25, 36:9, 37:20, 41:16, 51:2, 51:8, 52:9, 57:5, 57:6, 58:19, 59:10, 68:5, 69:2, 69:14, 70:3, 75:15, 75:21, 75:23, 76:1, 80:14, 94:18, 94:22, 95:3, 95:17, 99:17, 103:9, 103:12, 108:22, 115:5, 115:20, 116:16, 118:21, 121:4, 136:5, 137:19, 151:25, 160:18, 175:11, 185:15, 202:14, 202:16, 202:20, 203:3, 216:21, 244:17
**jurisdiction** [1] - 194:10
**jury's** [1] - 215:15
**justifies** [1] - 203:15

# K

**Kaplan** [1] - 2:3
**keep** [17] - 8:23, 8:25, 61:21, 84:16, 98:11, 113:9, 114:11, 118:12, 131:3, 132:9, 138:21, 148:8, 152:18, 154:24, 192:24, 204:20, 224:8
**keeping** [2] - 18:22, 118:1
**key** [2] - 92:4, 217:21
**Keys** [1] - 90:23
**keys** [6] - 91:19, 92:3, 92:11, 92:23, 195:13, 205:16
**kicks** [1] - 66:7
**Kim** [44] - 6:12, 17:16, 17:18, 17:22, 20:18, 20:19, 23:24, 24:2, 27:22, 40:22, 41:11, 41:15, 42:7, 59:5, 91:3, 102:2, 102:11, 111:8, 111:20, 113:17, 113:18, 171:20, 172:7, 176:2, 195:3, 195:10, 199:15, 218:11, 230:24, 231:2, 232:19, 235:6, 235:8, 240:3, 240:18, 240:24, 242:14, 242:20, 242:23, 243:2, 243:12, 243:19,

244:15
**Kim's** [1] - 195:8
**Kimberly** [2] - 22:25, 180:24
**kind** [28] - 11:21, 13:10, 15:3, 33:15, 38:6, 50:10, 61:24, 86:2, 93:16, 93:23, 98:16, 98:21, 99:23, 102:20, 105:3, 147:14, 152:15, 154:23, 156:15, 171:15, 176:20, 177:5, 196:4, 214:3, 224:24, 236:7, 236:24
**kinds** [2] - 223:14
**kitchen** [1] - 99:1
**knowledge** [6] - 14:17, 16:23, 25:9, 85:24, 87:20, 94:2
**known** [1] - 50:18
**Kom** [1] - 62:12
**Krabbenhoft** [8] - 204:9, 206:7, 206:16, 206:25, 207:7, 207:17, 208:9, 217:12
**Kraft** [6] - 173:2, 173:4, 173:11, 174:17, 174:18, 176:1

**L**

**Lacey** [97] - 1:6, 7:11, 7:20, 8:5, 9:6, 24:22, 25:3, 30:1, 31:8, 32:5, 34:5, 37:14, 37:19, 41:13, 41:22, 42:4, 42:12, 44:2, 46:1, 56:1, 56:21, 58:20, 60:6, 65:11, 74:25, 83:20, 84:8, 84:15, 85:25, 92:8, 92:15, 94:5, 95:14, 95:16, 96:9, 98:10, 99:16, 99:25, 100:2, 101:3, 101:7, 102:1, 103:6, 103:11, 103:15, 103:18, 103:22, 104:2, 104:24, 105:5, 108:16, 116:15, 129:18, 131:7, 137:3, 138:18, 139:2, 139:9, 139:22, 140:25, 141:12, 141:18, 142:16, 142:19, 143:22, 144:3, 145:8, 145:10, 145:12, 145:21, 145:24, 146:4, 146:15, 151:5, 155:2, 158:16, 174:25, 175:1, 175:9, 175:11, 175:23, 175:24, 179:3, 186:5, 187:5, 188:11, 201:14, 202:20, 236:21, 237:16, 237:21, 242:24, 243:12, 243:21, 243:25, 244:11, 244:17
**Lacey's** [35] - 12:16, 19:3, 24:15, 26:13, 34:15, 35:10,

35:14, 36:25, 39:3, 50:5, 52:20, 75:18, 78:19, 79:2, 79:16, 81:6, 81:9, 93:8, 102:23, 104:8, 106:1, 106:7, 129:24, 144:12, 145:22, 146:11, 153:3, 154:16, 155:5, 157:21, 176:6, 176:15, 203:4, 204:6, 204:24
**lack** [5] - 34:14, 34:21, 35:9, 124:6, 205:3
**laid** [1] - 65:22
**Lake** [2] - 164:13, 164:14
**Lance** [28] - 17:24, 18:25, 26:20, 31:13, 32:1, 32:8, 37:5, 37:7, 37:9, 37:10, 58:18, 89:2, 89:6, 89:14, 98:1, 124:3, 190:10, 192:3, 192:25, 197:18, 197:20, 200:19, 212:2, 217:12, 217:20, 231:10, 233:9, 234:22
**land** [2] - 43:20, 194:10
**language** [1] - 96:6
**LaRocque** [1] - 36:23
**Larson** [1] - 2:16
**LaSalle** [1] - 2:5
**last** [13] - 11:19, 13:21, 20:20, 37:2, 63:5, 167:23, 181:23, 203:6, 210:16, 232:24, 234:6, 238:3, 238:7
**late** [1] - 131:1
**latest** [1] - 242:1
**laughing** [2] - 130:5, 158:3
**LaVallie** [1] - 163:4
**law** [13] - 4:8, 10:4, 13:13, 13:15, 14:9, 21:22, 22:8, 88:15, 100:25, 105:18, 164:14, 167:11, 221:19
**Law** [5] - 1:5, 2:4, 2:9, 2:16, 210:6
**lawful** [1] - 4:2
**laws** [3] - 112:25, 113:10, 114:5
**lay** [4] - 147:23, 196:21, 243:12, 243:18
**laying** [1] - 66:8
**layout** [1] - 69:6
**lazy** [5] - 194:3, 194:23, 195:16, 196:17, 196:23
**lead** [2] - 62:20, 242:20
**leads** [1] - 225:4
**learn** [4] - 30:5, 30:7, 121:2, 153:1
**learned** [1] - 82:22
**learning** [2] - 50:4, 50:8
**least** [10] - 114:7, 125:8, 158:25, 166:13, 183:8, 204:16, 206:8, 216:1,

225:23, 240:2
**leave** [9] - 65:23, 69:22, 71:4, 144:11, 179:25, 221:5, 221:9, 221:24, 223:6
**leaves** [2] - 66:8, 67:14
**leaving** [2] - 13:22, 146:17
**LEC's** [1] - 203:8
**led** [6] - 8:17, 53:8, 53:20, 63:21, 63:24, 64:19
**left** [5] - 13:7, 14:15, 67:20, 173:11, 190:2
**legal** [1] - 10:17
**less** [2] - 58:3, 172:23
**letter** [5] - 33:24, 52:10, 204:9, 205:7, 206:20
**letting** [3] - 13:3, 13:9, 14:12
**level** [15] - 28:7, 108:18, 108:20, 108:24, 109:2, 111:25, 112:4, 147:19, 152:1, 162:18, 166:21, 167:21, 167:24, 209:4
**levying** [1] - 107:13
**licensed** [1] - 123:11
**LICK** [1] - 2:23
**Lick** [1] - 5:2
**lie** [1] - 55:1
**life** [19] - 26:23, 26:24, 27:4, 27:22, 28:11, 32:25, 33:1, 39:16, 39:17, 63:11, 87:13, 88:6, 88:7, 88:10, 98:16, 200:25, 203:22, 204:4, 205:21
**lifesaving** [1] - 66:7
**lights** [3] - 72:10, 72:11
**likely** [4] - 198:9, 233:2, 233:23, 235:18
**limited** [4] - 27:15, 120:22, 206:10, 212:14
**line** [6] - 39:5, 66:14, 71:23, 90:1, 112:16, 134:19
**linens** [2] - 147:12, 147:17
**lines** [1] - 74:16
**list** [11] - 15:22, 15:25, 16:23, 73:2, 88:10, 90:18, 90:22, 127:12, 128:5, 128:11, 227:11
**listed** [3] - 22:25, 110:13, 240:21
**listen** [3] - 158:5, 223:20, 225:3
**listened** [1] - 97:1
**live** [1] - 170:20
**lives** [1] - 67:4
**living** [1] - 49:2
**LLP** [1] - 2:3
**loan** [2] - 164:23, 165:1
**locate** [1] - 22:16
**located** [1] - 49:1
**lock** [3] - 147:2, 171:6, 171:17

**lockdown** [5] - 61:9, 146:15, 147:5, 147:9, 224:19
**locked** [6] - 146:25, 152:6, 152:9, 152:19, 152:24, 171:5
**log** [3] - 86:3, 118:18, 136:7
**logging** [1] - 85:19
**logs** [1] - 182:8
**look** [48] - 19:22, 37:18, 39:25, 44:25, 47:21, 58:13, 59:14, 60:5, 60:17, 61:7, 75:11, 86:2, 87:2, 92:5, 102:13, 103:3, 105:23, 109:2, 111:8, 113:20, 113:24, 131:6, 136:13, 147:11, 147:24, 157:19, 159:4, 165:11, 168:6, 168:7, 179:7, 179:17, 181:4, 190:25, 195:8, 197:14, 199:20, 200:17, 203:6, 210:1, 231:12, 231:22, 232:24, 236:24, 238:21, 239:8, 239:23, 240:1
**looked** [6] - 126:20, 130:14, 167:23, 206:21, 233:21, 239:15
**looking** [16] - 15:23, 108:9, 110:22, 116:9, 116:13, 151:12, 155:6, 179:2, 182:25, 184:4, 207:1, 207:9, 209:4, 232:16, 234:1, 238:25
**looks** [10] - 23:23, 48:9, 75:13, 118:5, 139:9, 147:14, 182:11, 185:6, 206:20, 239:20
**Lori** [2] - 59:6, 123:20
**lose** [1] - 173:16
**loss** [1] - 120:23
**loud** [3] - 159:13, 159:16, 159:20
**lower** [2] - 152:1, 162:17
**lowest** [1] - 169:22
**Ltd** [1] - 2:16
**lunch** [2] - 106:18, 107:11
**lying** [2] - 16:8, 16:13

**M**

**Maddock** [1] - 2:16
**main** [4] - 14:6, 14:10, 101:2, 212:10
**maintaining** [1] - 29:8
**major** [1] - 201:4
**Makishia** [2] - 163:2, 163:3
**male** [1] - 69:20
**malnourished** [1] - 227:24
**man** [1] - 215:14

**managed** [1] - 205:21
**Management** [2] - 180:14, 184:23
**manager** [2] - 209:1, 209:3
**manpower** [1] - 125:4
**manual** [8] - 109:14, 116:14, 119:20, 238:22, 240:13, 241:6, 241:16, 242:7
**Manual** [3] - 3:14, 119:5, 119:13
**mark** [3] - 74:18, 75:4, 215:18
**Marked** [1] - 3:11
**marked** [6] - 75:7, 109:15, 215:20, 217:8, 236:10, 236:14
**Master** [1] - 90:23
**master** [3] - 69:3, 91:18, 92:11
**match** [2] - 126:15, 163:12
**matches** [3] - 86:3, 116:8, 116:9
**materials** [1] - 123:5
**mats** [1] - 148:4
**Matt** [1] - 11:18
**matter** [4] - 4:20, 100:9, 141:25, 246:11
**matters** [2] - 198:7, 200:7
**mattress** [3] - 147:12, 147:17, 147:18
**max** [2] - 174:7
**Mayer** [1] - 162:24
**Mayers** [3] - 148:17, 148:19, 154:8
**mayors** [1] - 101:16
**Mayville** [1] - 164:1
**McLean** [1] - 231:24
**MD** [2] - 1:10, 2:19
**mean** [28] - 18:17, 28:21, 35:5, 41:20, 51:4, 54:5, 68:12, 81:16, 91:8, 102:4, 119:15, 125:6, 125:12, 128:15, 133:13, 134:15, 134:18, 149:10, 177:3, 179:22, 192:19, 192:25, 200:15, 208:22, 208:25, 216:11, 220:7, 220:25
**means** [5] - 65:8, 65:11, 127:3, 182:18, 196:7
**measure** [1] - 141:11
**measures** [1] - 198:19
**med** [1] - 221:12
**Media** [5] - 73:21, 107:8, 135:21, 162:13, 189:22
**medical** [23] - 70:18, 71:11, 71:25, 82:20, 92:2, 122:19, 122:25, 123:2, 185:17, 220:20, 220:21, 221:4, 221:8, 221:14, 221:20, 221:22, 222:10, 222:11,

223:13, 225:11, 225:17, 226:20
**MEDICAL** [1] - 2:20
**Medical** [3] - 1:11, 5:14, 227:14
**medically** [3] - 185:8, 220:22, 223:9
**meet** [2] - 37:25, 96:3
**meeting** [12] - 12:21, 16:2, 53:10, 53:15, 53:19, 108:5, 169:19, 175:17, 177:24, 192:6, 216:7, 216:15
**meetings** [5] - 72:13, 72:14, 101:16, 107:25, 122:8
**memo** [15] - 58:17, 91:8, 93:5, 103:5, 103:6, 126:17, 197:17, 200:19, 201:13, 209:11, 231:10, 231:21, 232:4, 233:22, 235:17
**memorandum** [4] - 233:8, 233:13, 233:16, 236:5
**memory** [1] - 183:6
**mental** [4] - 24:8, 82:17, 123:1, 185:18
**mentioned** [4] - 105:13, 171:21, 214:9, 220:20
**message** [1] - 216:4
**messing** [1] - 170:6
**met** [1] - 73:1
**Metcalfe** [1] - 173:1
**meted** [1] - 109:7
**methamphetamine** [2] - 80:12, 170:11
**mezzanine** [5] - 108:18, 147:19, 147:23, 148:16, 229:20
**mid** [1] - 205:11
**mid-July** [1] - 205:11
**middle** [1] - 194:8
**might** [21] - 8:11, 13:5, 41:1, 41:2, 77:3, 109:21, 129:24, 153:22, 165:13, 168:6, 168:7, 168:13, 172:19, 174:1, 190:5, 198:18, 199:14, 213:10, 226:14, 230:10, 232:14
**military** [1] - 180:18
**mill** [1] - 189:9
**mind** [6] - 57:12, 73:4, 82:5, 84:16, 201:2, 235:20
**mine** [1] - 64:14
**minimum** [1] - 71:3
**Minneapolis** [1] - 2:5
**Minnesota** [1] - 2:5
**minor** [2] - 5:9, 206:10
**Minot** [2] - 163:23, 214:21
**minute** [9] - 112:21, 136:19, 138:6, 138:8, 139:7, 149:25, 185:1, 204:11, 207:12

**minute's** [1] - 101:19
**minutes** [40] - 24:11, 38:13, 38:22, 65:23, 66:10, 67:16, 73:9, 84:24, 99:7, 99:10, 108:13, 135:14, 136:20, 136:21, 136:23, 136:24, 137:4, 137:16, 138:7, 138:13, 138:25, 139:17, 139:21, 140:3, 140:21, 142:15, 143:7, 143:16, 145:9, 145:13, 146:2, 146:10, 148:14, 150:1, 150:23, 151:5, 151:24, 154:14, 155:13, 179:16
**mischaracterization** [7] - 19:5, 19:9, 68:11, 187:20, 189:7, 211:13, 244:3
**miscommunication** [1] - 213:12
**misdemeanor** [1] - 45:13
**missed** [1] - 212:22
**mission** [1] - 139:1
**mistaken** [1] - 131:19
**Mitch** [3] - 53:17, 59:6, 91:3
**mix** [1] - 38:15
**mixing** [2] - 172:19, 199:14
**mom** [2] - 106:7, 129:24
**moment** [7] - 100:15, 160:9, 177:3, 177:8, 177:12, 187:11, 188:1
**Monday** [5] - 101:21, 164:19, 206:24, 207:6, 243:7
**money** [7] - 9:17, 35:17, 36:2, 132:2, 174:17, 175:2, 175:13
**monitoring** [2] - 200:23, 201:3
**month** [10] - 14:18, 165:10, 166:7, 172:20, 198:5, 199:11, 200:25, 204:24, 231:24, 232:7
**monthlong** [1] - 30:8
**Monthly** [2] - 200:21, 209:13
**monthly** [4] - 107:24, 108:5, 190:10, 198:2
**months** [8] - 164:25, 165:8, 165:15, 166:8, 167:13, 167:14, 174:6, 201:14
**morning** [1] - 212:11
**Moroney** [2] - 5:8, 13:23
**MORONEY** [5] - 2:3, 113:7, 134:12, 203:11, 238:24
**Mortality** [7] - 58:19, 103:6, 126:4, 126:18, 126:25, 127:6, 128:4
**mortality** [12] - 58:25, 59:2, 59:9, 62:18, 90:4, 102:22, 103:10, 127:16, 127:19, 128:3, 128:12, 128:20
**most** [8] - 12:18, 28:16,

28:18, 30:19, 65:5, 83:8, 86:8, 112:17
**mostly** [3] - 89:3, 89:5, 194:15
**mother** [2] - 60:25, 128:24
**Mountain** [1] - 164:2
**move** [8] - 130:3, 138:6, 140:16, 152:16, 152:23, 154:9, 162:6, 168:4
**moved** [3] - 69:10, 139:10, 155:15
**movements** [1] - 173:23
**moving** [6] - 27:13, 72:2, 124:17, 124:20, 140:15, 210:10
**MR** [331] - 2:2, 2:8, 2:15, 2:23, 5:7, 5:11, 5:13, 5:19, 7:12, 7:15, 7:22, 7:25, 8:6, 8:10, 8:21, 8:25, 9:7, 9:10, 10:16, 10:19, 10:24, 11:3, 14:5, 17:6, 18:15, 18:21, 19:4, 19:6, 19:8, 19:10, 19:16, 21:5, 21:7, 27:6, 27:9, 34:9, 34:13, 34:17, 35:4, 44:12, 44:15, 44:18, 44:19, 45:17, 45:18, 49:16, 49:21, 62:22, 62:25, 66:4, 66:5, 66:11, 66:17, 67:2, 67:3, 67:17, 67:22, 67:23, 68:1, 68:10, 68:12, 71:16, 71:17, 73:8, 73:11, 73:23, 75:4, 75:9, 76:9, 76:11, 76:12, 76:15, 76:23, 78:20, 78:24, 79:3, 79:9, 79:18, 79:25, 80:24, 81:1, 81:10, 81:15, 81:19, 81:23, 84:1, 84:4, 87:16, 87:17, 87:19, 87:21, 87:24, 88:3, 88:8, 88:12, 96:12, 96:22, 99:19, 99:22, 100:11, 100:16, 104:3, 104:7, 105:6, 105:8, 105:19, 105:22, 106:3, 106:6, 106:17, 106:19, 106:20, 106:23, 107:1, 107:10, 109:17, 113:8, 121:7, 121:10, 121:15, 121:16, 121:17, 121:20, 122:4, 122:9, 129:20, 129:23, 130:16, 130:19, 131:11, 131:14, 131:17, 131:21, 131:24, 132:4, 132:6, 132:7, 132:8, 132:9, 132:11, 132:13, 132:14, 132:15, 132:18, 133:3, 133:6, 133:19, 133:21, 133:23, 133:25, 134:1, 134:4, 134:7, 134:9, 134:11, 134:14, 134:16, 134:18, 134:19, 134:24, 134:25, 135:2, 135:7,

135:13, 135:23, 137:2,
138:1, 138:5, 138:12,
138:24, 139:5, 139:6,
139:20, 140:2, 140:8,
140:11, 140:20, 141:4,
141:5, 141:7, 141:10,
141:17, 142:2, 142:3,
142:9, 142:13, 142:23,
142:24, 143:2, 143:6,
143:11, 143:15, 144:15,
144:18, 144:21, 144:24,
145:2, 145:5, 145:15,
145:17, 146:9, 148:13,
149:21, 149:24, 150:1,
150:3, 150:13, 150:16,
151:4, 151:9, 151:13,
151:23, 153:24, 154:1,
154:13, 154:19, 155:3,
155:8, 155:12, 155:25,
156:9, 157:4, 157:6,
157:13, 157:18, 157:25,
158:20, 158:22, 159:1,
159:3, 161:21, 162:3,
162:5, 162:15, 177:10,
177:11, 177:14, 177:17,
179:13, 179:15, 179:20,
179:24, 179:25, 180:2,
180:3, 180:4, 180:6,
185:21, 186:3, 186:8,
186:12, 186:18, 186:19,
186:21, 186:23, 187:8,
187:13, 187:19, 187:21,
189:4, 189:6, 189:8,
189:14, 189:24, 192:10,
192:15, 193:14, 193:18,
195:23, 196:1, 196:22,
196:23, 199:25, 200:3,
200:11, 200:14, 201:24,
202:1, 202:3, 203:12,
206:5, 206:6, 209:19,
209:23, 211:12, 211:17,
215:18, 215:23, 215:24,
215:25, 217:10, 217:11,
219:25, 220:1, 220:12,
220:15, 220:17, 222:22,
223:4, 224:14, 224:16,
229:14, 229:17, 229:25,
230:3, 234:8, 234:10,
234:11, 234:12, 234:23,
234:25, 235:22, 235:23,
235:25, 236:3, 236:13,
237:22, 237:24, 238:17,
238:20, 238:22, 238:25,
239:2, 244:2, 244:4, 244:6,
244:8, 245:2, 245:3, 245:4,
245:12
**MS** [5] - 2:3, 113:7, 134:12,
203:11, 238:24
**multiple** [5] - 9:12, 149:18,
172:5, 208:20, 219:1
**must** [4] - 120:18, 123:5,

210:18, 211:1
**Myer** [1] - 162:20
**Myers** [2] - 162:20, 162:25
**Myles** [37] - 1:9, 4:22, 5:12,
8:3, 44:16, 45:4, 45:9,
46:3, 46:9, 46:22, 47:2,
47:10, 49:11, 51:1, 51:3,
51:7, 51:18, 52:23, 53:19,
54:10, 64:3, 64:6, 64:11,
65:10, 122:1, 130:13,
130:21, 131:8, 131:23,
132:19, 133:1, 134:21,
153:8, 178:11, 188:24,
189:10, 244:10
**MYLES** [1] - 2:12
**Myles'** [2] - 49:17, 53:2

# N

**N.D** [1] - 246:23
**Nadeau** [24] - 6:12, 17:16,
17:18, 17:22, 20:18, 22:25,
27:22, 40:22, 41:11, 41:15,
42:8, 59:5, 113:17, 171:20,
176:2, 180:24, 195:3,
242:14, 242:20, 242:23,
243:2, 243:12, 243:19,
244:16
**name** [5] - 5:2, 11:19,
121:11, 162:25, 216:11
**named** [1] - 246:9
**names** [3] - 162:16, 162:19,
163:12
**Narcan** [6] - 92:18, 92:23,
94:7, 94:8, 94:17, 94:21
**narrative** [1] - 101:23
**nasal** [2] - 94:9, 94:10
**Nathan** [4] - 4:19, 9:3, 117:8,
245:14
**NATHAN** [4] - 1:16, 3:2, 4:1,
5:15
**Native** [2] - 194:15, 194:17
**nature** [1] - 108:14
**near** [1] - 154:21
**necessarily** [5] - 28:6, 37:17,
40:17, 152:9, 156:10
**necessary** [6] - 18:8, 18:14,
117:18, 122:25, 221:4,
221:8
**Need** [1] - 98:21
**need** [45] - 20:21, 36:1, 37:2,
37:17, 37:24, 40:1, 40:8,
54:10, 54:12, 68:15, 70:15,
70:16, 76:13, 77:2, 79:10,
87:2, 98:21, 99:1, 99:23,
102:20, 107:22, 116:24,
130:7, 175:2, 175:3,
175:13, 180:11, 185:7,
188:3, 188:17, 190:22,

196:12, 198:7, 198:9,
198:23, 200:16, 201:6,
221:14, 221:19, 223:13,
233:2, 233:23, 239:18,
241:9
**needed** [15] - 114:6, 138:18,
142:20, 156:14, 158:16,
158:24, 195:8, 197:3,
199:18, 200:7, 203:24,
204:5, 221:12, 234:15,
235:21
**needing** [1] - 214:13
**needs** [8] - 70:11, 70:17,
71:24, 103:25, 129:4,
140:10, 221:23, 224:18
**never** [16] - 12:17, 13:14,
21:1, 29:11, 40:4, 79:22,
86:6, 145:23, 170:4,
170:12, 195:18, 218:23,
218:25, 242:18, 243:20,
243:22
**new** [12] - 93:20, 124:20,
124:22, 138:15, 138:18,
154:20, 161:9, 207:18,
210:13, 212:14
**New** [1] - 213:20
**newly** [3] - 201:1, 201:10,
218:5
**news** [1] - 106:12
**next** [23] - 51:21, 62:6, 63:14,
78:8, 92:17, 95:7, 109:12,
111:25, 112:4, 114:12,
114:25, 115:22, 115:23,
121:21, 144:12, 162:6,
167:5, 190:25, 194:12,
206:12, 215:18, 224:6
**nice** [1] - 173:22
**night** [5] - 46:23, 47:15, 51:1,
86:13, 132:10
**nine** [1] - 31:20
**nobody** [3] - 66:9, 83:4,
213:18
**NOEL** [192] - 2:2, 5:7, 5:19,
7:15, 7:25, 8:10, 8:21,
8:25, 9:10, 10:19, 11:3,
14:5, 17:6, 18:21, 19:6,
19:10, 19:16, 21:7, 27:9,
34:13, 35:4, 44:15, 44:19,
45:18, 49:21, 62:25, 66:5,
66:17, 67:3, 67:22, 68:1,
68:12, 71:17, 73:8, 73:11,
73:23, 75:4, 75:9, 76:9,
76:11, 76:12, 76:15, 76:23,
78:24, 79:9, 79:25, 81:1,
81:15, 81:23, 84:4, 87:17,
87:21, 88:3, 88:12, 96:22,
99:22, 100:16, 104:7,
105:8, 105:22, 106:6,
106:17, 106:20, 106:23,
107:1, 107:10, 109:17,

113:8, 121:10, 121:16,
121:20, 122:9, 129:23,
130:19, 131:14, 131:21,
132:4, 132:7, 132:9,
132:13, 132:15, 132:18,
133:6, 133:23, 134:1,
134:4, 134:11, 134:16,
134:19, 134:25, 135:7,
135:13, 135:23, 137:2,
138:5, 138:12, 138:24,
139:6, 139:20, 140:2,
140:8, 140:20, 141:5,
141:10, 141:17, 142:3,
142:13, 142:24, 143:6,
143:11, 143:15, 144:18,
144:24, 145:5, 145:17,
146:9, 148:13, 149:21,
150:1, 150:3, 150:16,
151:4, 151:13, 151:23,
154:1, 154:13, 154:19,
155:8, 155:12, 155:25,
156:9, 157:4, 157:6,
157:13, 157:18, 157:25,
158:22, 159:3, 162:3,
162:5, 162:15, 177:11,
177:17, 179:13, 179:15,
179:24, 180:2, 180:4,
180:6, 186:3, 186:12,
186:19, 186:23, 187:13,
187:21, 189:8, 189:14,
189:24, 192:15, 193:18,
196:1, 196:23, 200:3,
200:14, 202:1, 202:3,
203:12, 206:6, 209:23,
211:17, 215:18, 215:24,
215:25, 217:10, 217:11,
220:1, 220:12, 220:15,
229:25, 234:8, 234:11,
234:23, 235:22, 235:25,
237:22, 238:20, 238:22,
238:25, 239:2, 244:4,
244:8, 245:2
**Noel** [1] - 5:7
**Noel........** [1] - 3:6
**Noel................** [1] - 3:3
**noise** [1] - 55:5
**non** [3] - 80:18, 167:25,
200:24
**non-certifieds** [1] - 167:25
**non-compliant** [1] - 200:24
**non-doctor** [1] - 80:18
**noncompliance** [20] - 19:2,
24:1, 24:21, 38:24, 40:8,
42:6, 77:19, 190:21,
191:15, 191:16, 191:17,
191:24, 192:12, 197:8,
198:15, 198:16, 198:22,
203:9, 203:13, 203:17
**noncompliances** [1] - 192:2
**noncompliant** [14] - 23:20,

38:8, 38:14, 38:19, 84:22, 181:14, 183:9, 183:20, 184:22, 185:13, 190:17, 200:3, 200:4, 200:9

**none** [4] - 71:4, 111:21, 185:25, 208:25

**normal** [2] - 86:7, 131:22

**NORTH** [2] - 1:2, 246:4

**North** [26] - 1:20, 2:11, 2:18, 4:5, 4:8, 4:11, 4:25, 21:20, 22:6, 30:19, 41:6, 45:12, 48:22, 75:22, 112:24, 112:25, 116:4, 119:22, 125:5, 192:7, 203:9, 203:13, 234:13, 242:2, 245:15, 246:7

**nose** [1] - 94:12

**not-so-financial** [1] - 16:17

**notarial** [1] - 246:20

**notary** [1] - 5:3

**Notary** [3] - 4:7, 246:6, 246:23

**NOTARY** [1] - 246:1

**notch** [1] - 112:6

**NOTED** [1] - 1:23

**noted** [1] - 104:15

**notes** [2] - 182:25, 246:13

**noteworthy** [2] - 61:18, 62:9

**nothing** [6] - 14:19, 57:11, 73:4, 225:4, 245:3, 246:10

**notice** [6] - 4:5, 101:20, 137:3, 149:2, 199:10, 246:8

**noticed** [1] - 61:11

**notification** [4] - 98:22, 99:23, 102:20, 104:1

**November** [7] - 12:20, 165:21, 191:3, 198:2, 209:12, 209:24, 232:3

**numb** [2] - 153:14, 153:21

**Number** [12] - 73:21, 107:8, 110:3, 114:15, 116:2, 118:24, 120:8, 122:18, 126:2, 135:21, 162:13, 189:22

**number** [9] - 30:17, 36:19, 48:18, 71:13, 75:5, 127:12, 128:5, 190:17, 208:17

**numbers** [1] - 174:1

**nurse** [3] - 123:11, 123:12, 123:20

**Nurse** [1] - 59:6

# O

**o'clock** [1] - 86:9

**oath** [2] - 121:12, 246:11

**obituaries** [2] - 129:10, 129:13

**object** [74] - 7:12, 9:7, 18:15, 19:4, 19:8, 21:5, 27:6, 34:9, 44:12, 44:18, 45:17, 49:16, 62:22, 66:4, 67:2, 67:17, 67:23, 68:10, 71:16, 84:1, 87:16, 87:19, 87:24, 88:8, 96:12, 105:19, 106:3, 121:7, 121:15, 121:17, 122:4, 129:20, 131:11, 131:17, 133:3, 134:24, 135:2, 138:1, 139:5, 140:11, 141:4, 142:2, 142:9, 142:23, 144:21, 145:2, 145:15, 153:24, 158:20, 159:1, 161:21, 177:10, 177:14, 185:21, 186:8, 186:18, 186:21, 187:8, 189:4, 192:10, 193:14, 196:22, 199:25, 200:11, 206:5, 211:12, 219:25, 222:22, 224:14, 234:23, 235:22, 235:25, 237:22, 244:2

**objection** [29] - 7:22, 8:6, 10:16, 10:24, 34:17, 66:11, 78:20, 79:3, 79:18, 80:24, 81:10, 81:19, 99:19, 100:11, 104:3, 105:6, 130:16, 131:24, 141:7, 143:2, 144:15, 150:13, 151:9, 155:3, 187:19, 195:23, 209:19, 229:25, 244:6

**objective** [2] - 55:2, 55:10

**observation** [16] - 26:22, 26:23, 27:3, 27:20, 37:24, 39:2, 49:5, 84:19, 86:21, 104:21, 136:6, 181:8, 181:15, 226:2, 226:11, 229:3

**Observation** [4] - 23:15, 180:13, 183:3, 185:2

**observations** [5] - 38:9, 38:11, 63:6, 82:10, 227:25

**Observations** [4] - 24:5, 90:13, 184:1, 184:12

**observe** [1] - 155:2

**observed** [2] - 228:11, 229:4

**observing** [1] - 141:3

**obvious** [2] - 128:23, 227:5

**obviously** [4] - 23:24, 73:4, 75:15, 227:1

**occasion** [1] - 185:6

**occasions** [1] - 107:20

**occurring** [1] - 230:9

**October** [4] - 180:21, 209:12, 230:18, 230:23

**odd** [1] - 156:16

**OF** [8] - 1:2, 1:15, 1:16, 3:2, 3:8, 246:1, 246:4, 246:5

**offered** [2] - 164:22, 177:22

**office** [16] - 12:20, 13:7, 14:7, 21:2, 32:9, 36:9, 36:20, 37:6, 40:24, 41:8, 48:4, 113:17, 175:16, 216:23, 219:8, 219:11

**Office** [1] - 165:4

**Officer** [3] - 50:14, 188:18

**officer** [48] - 10:9, 10:10, 10:14, 10:15, 10:20, 29:11, 42:22, 43:5, 43:6, 43:19, 49:19, 68:13, 68:16, 69:15, 70:12, 70:16, 71:24, 72:23, 100:14, 105:17, 108:22, 112:2, 112:6, 112:11, 113:18, 121:3, 121:11, 144:10, 160:17, 161:13, 164:17, 164:23, 165:1, 167:10, 175:7, 225:16, 226:3, 226:10, 226:12, 227:7, 227:12, 227:17, 227:21, 228:1, 228:12, 228:18, 242:11

**officer's** [3] - 83:13, 244:16, 244:24

**officer-involved** [3] - 42:22, 43:5, 43:19

**Officers** [2] - 63:9, 118:17

**officers** [35] - 13:4, 14:3, 15:10, 15:12, 29:6, 29:7, 34:23, 36:5, 43:10, 44:10, 63:22, 70:9, 85:19, 93:7, 96:11, 107:14, 107:17, 107:21, 108:3, 109:8, 111:14, 112:15, 115:1, 136:7, 136:12, 159:25, 167:4, 167:8, 167:20, 187:1, 188:11, 222:18, 223:12, 224:5, 225:9

**officers/dispatch** [1] - 124:19

**offices** [2] - 4:8, 4:24

**official** [2] - 80:20, 105:18

**officially** [1] - 240:6

**often** [1] - 89:11

**old** [4] - 124:18, 124:19, 164:11, 210:12

**Olson** [1] - 2:16

**once** [5] - 32:3, 57:22, 195:6, 195:9, 212:2

**one** [191] - 8:1, 8:16, 9:9, 10:11, 10:21, 11:20, 13:5, 13:7, 14:25, 16:25, 18:3, 18:16, 18:18, 21:25, 25:10, 26:19, 30:3, 30:18, 32:6, 34:11, 35:19, 36:18, 36:19, 40:3, 40:4, 40:5, 41:17, 41:24, 42:1, 42:10, 45:21, 46:3, 49:22, 49:23, 50:3, 50:17, 51:18, 53:23, 53:25,

54:2, 55:9, 58:10, 58:11, 62:6, 64:7, 65:5, 66:12, 70:9, 71:10, 71:13, 71:18, 71:20, 72:11, 74:1, 75:4, 75:13, 77:15, 82:12, 83:3, 85:10, 89:15, 89:16, 90:22, 91:13, 91:17, 91:25, 92:19, 95:7, 95:8, 95:10, 96:6, 97:17, 98:19, 99:3, 99:6, 99:7, 103:20, 104:21, 107:21, 107:22, 107:25, 109:24, 110:2, 110:17, 112:3, 112:6, 112:17, 114:2, 114:12, 115:10, 115:12, 115:23, 118:3, 118:11, 118:20, 119:6, 120:8, 120:12, 122:10, 122:18, 124:16, 124:19, 128:6, 130:2, 131:19, 131:20, 137:9, 138:6, 144:1, 148:9, 148:15, 148:16, 148:18, 148:19, 149:22, 151:14, 152:5, 152:7, 154:4, 154:6, 154:7, 154:20, 156:19, 157:12, 158:2, 158:14, 158:15, 158:23, 159:7, 159:9, 160:7, 163:5, 163:7, 163:8, 164:7, 168:11, 168:20, 169:20, 169:22, 169:23, 172:5, 175:15, 175:24, 175:25, 176:20, 177:6, 177:20, 183:10, 185:6, 185:22, 188:16, 188:25, 192:3, 194:4, 194:11, 199:22, 200:5, 201:14, 202:24, 203:25, 206:13, 207:17, 208:22, 212:10, 212:15, 212:20, 213:1, 213:12, 214:8, 215:4, 215:5, 215:19, 217:20, 218:17, 220:2, 221:6, 222:3, 228:21, 238:22, 239:4, 241:9, 241:13, 241:22

**one's** [1] - 58:16

**one-page** [1] - 110:2

**one-time** [2] - 188:25, 212:20

**ones** [4] - 30:25, 104:18, 128:17, 161:10, 203:23, 208:25

**ongoing** [1] - 176:6

**oops** [1] - 147:21

**open** [13] - 8:22, 85:11, 91:24, 92:1, 124:22, 146:19, 192:1, 192:6, 192:14, 204:23, 209:18, 210:19, 225:2

**opened** [1] - 34:3

**opening** [2] - 20:1, 152:11

**opens** [1] - 91:25
**operate** [1] - 124:11
**operating** [3] - 172:9, 202:17, 217:4
**operation** [2] - 17:14, 195:1
**operations** [9] - 17:7, 100:25, 101:1, 101:25, 102:1, 107:23, 114:23, 217:24, 218:7
**opining** [2] - 81:2, 221:4
**opinion** [7] - 49:22, 49:23, 88:21, 130:17, 130:20, 130:21, 139:8
**opinions** [1] - 221:7
**opportunity** [3] - 20:9, 158:4, 173:12
**opposed** [3] - 14:17, 169:8, 192:6
**option** [1] - 16:20
**optional** [1] - 127:4
**options** [5] - 8:9, 8:15, 8:16, 71:18, 160:6
**oral** [1] - 237:6
**Order** [1] - 75:22
**order** [28] - 16:18, 33:4, 34:1, 50:11, 75:21, 75:24, 75:25, 77:6, 77:8, 78:2, 78:5, 97:3, 97:5, 97:19, 114:23, 137:22, 161:17, 190:21, 192:1, 198:9, 198:15, 198:16, 203:3, 203:16, 209:7, 233:2, 233:23, 235:18
**ordinary** [10] - 118:19, 132:20, 132:21, 132:25, 134:23, 135:25, 136:8, 136:14, 137:4, 145:22
**organization** [3] - 193:23, 196:5, 196:8
**Organizational** [1] - 114:16
**organized** [1] - 115:5
**Oscar** [3] - 21:8, 21:11, 21:14
**otherwise** [3] - 28:6, 88:1, 132:10
**outcome** [4] - 8:19, 9:1, 9:14, 44:8
**outside** [11] - 13:20, 18:18, 71:25, 148:4, 148:24, 149:4, 150:11, 154:15, 159:8, 189:1, 229:20
**outsider** [1] - 166:16
**oven** [1] - 99:2
**overall** [1] - 89:15
**overdose** [1] - 80:16
**overdosed** [1] - 94:9
**overdoses** [1] - 95:4
**overly** [1] - 159:19
**oversight** [1] - 15:9
**overused** [1] - 160:20

**overusing** [1] - 160:2
**overview** [1] - 59:11
**overwhelming** [2] - 78:9, 222:4
**own** [5] - 43:11, 72:1, 84:16, 136:13, 223:12
**owns** [1] - 60:25

**P**

**p.m** [21] - 70:3, 135:17, 135:18, 135:19, 135:22, 136:22, 145:8, 162:9, 162:10, 162:11, 162:14, 189:18, 189:19, 189:20, 189:23, 206:25, 242:24, 243:3, 243:8, 245:16, 245:17
**P.O** [2] - 2:10, 2:17
**page** [52] - 23:11, 23:24, 24:5, 26:21, 45:5, 48:14, 48:17, 48:19, 52:7, 52:13, 52:16, 53:4, 59:23, 63:1, 63:3, 77:18, 90:8, 92:14, 92:17, 103:3, 110:2, 114:12, 126:24, 127:21, 180:8, 180:10, 180:21, 181:6, 182:14, 183:3, 183:18, 184:20, 184:21, 185:2, 190:11, 190:12, 198:3, 200:22, 201:25, 203:6, 206:14, 206:24, 207:7, 209:14, 210:1, 227:15, 228:2, 228:6, 228:8, 231:14, 239:3
**Page** [1] - 3:2
**pages** [3] - 58:16, 125:23, 246:12
**paid** [1] - 173:24
**pain** [1] - 227:5
**pains** [1] - 210:12
**panic** [1] - 160:2
**pants** [6] - 121:5, 121:14, 137:17, 143:8, 143:20, 144:5
**paper** [5] - 110:22, 111:2, 147:15, 160:15, 182:20
**papers** [1] - 225:8
**paperwork** [3] - 26:3, 26:8, 211:24
**paragraph** [21] - 48:15, 48:21, 59:5, 76:2, 78:8, 78:16, 79:11, 184:13, 191:1, 200:22, 201:24, 203:7, 210:4, 210:16, 231:23, 232:25, 234:4, 234:6, 236:25, 237:5, 238:4
**part** [25] - 13:6, 13:11, 24:21,

25:6, 27:7, 27:24, 28:2, 42:24, 66:10, 93:1, 129:22, 137:12, 144:25, 145:13, 154:25, 160:16, 166:1, 177:18, 181:19, 181:20, 203:7, 226:2, 231:3, 242:5, 242:19
**part-time** [1] - 166:1
**participate** [1] - 83:21
**particular** [7] - 38:10, 70:10, 122:12, 196:5, 199:17, 229:4
**parties** [3] - 4:13, 246:17, 246:18
**parts** [1] - 31:22
**party** [1] - 28:22
**pass** [2] - 57:8, 137:18
**passing** [3] - 25:2, 101:3, 106:1
**past** [1] - 169:17
**Pat** [2] - 213:7, 214:18
**pat** [1] - 170:12
**patient** [2] - 224:18, 227:2
**Patnaude** [2] - 213:7, 214:18
**Patrick** [1] - 213:6
**patrol** [4] - 98:14, 98:17, 164:17, 166:23
**patrolling** [2] - 101:9, 219:10
**pattern** [2] - 19:2, 19:14
**pause** [3] - 138:12, 146:10, 151:23
**paused** [2] - 146:2, 157:7
**pausing** [2] - 138:24, 157:18
**pay** [5] - 65:8, 112:16, 172:2, 172:17, 172:24
**paying** [2] - 122:12, 215:3
**payment** [1] - 123:3
**payroll** [1] - 101:11
**PD** [9] - 13:15, 164:24, 165:3, 165:7, 165:12, 165:13, 166:3, 166:10
**peaceful** [1] - 129:22
**peacefully** [3] - 129:11, 129:15, 129:19
**pen** [2] - 170:3, 170:10
**pending** [3] - 4:3, 46:9, 203:17
**penitentiary** [2] - 169:16, 170:1
**people** [36] - 14:12, 14:15, 15:5, 16:22, 22:11, 30:18, 33:14, 37:3, 40:1, 42:14, 58:3, 83:10, 86:11, 86:13, 88:5, 97:13, 132:21, 163:12, 166:22, 169:15, 169:25, 171:7, 171:14, 177:20, 178:4, 178:6, 199:8, 208:20, 211:5, 214:14, 214:24, 219:20, 222:2, 222:6, 230:10

**people's** [2] - 13:18, 15:21
**percent** [11] - 12:25, 14:11, 21:17, 39:7, 106:5, 168:18, 168:20, 172:1, 173:18, 174:10, 214:21
**percentage** [1] - 101:24
**percentagewise** [1] - 101:7
**perfect** [6] - 28:15, 79:22, 79:23, 98:13, 190:8, 245:12
**perfectly** [1] - 31:19
**perform** [6] - 16:5, 22:9, 45:11, 46:1, 65:11, 65:14
**performed** [7] - 21:14, 25:14, 56:20, 57:5, 57:13, 64:2, 86:1
**performers** [1] - 188:12
**performing** [2] - 49:18, 86:14
**perhaps** [1] - 232:2
**period** [3] - 176:13, 214:12, 236:8
**periodic** [2] - 228:22, 229:10
**permissible** [3] - 148:1, 149:3, 151:25
**permit** [1] - 49:2
**person** [18] - 13:20, 24:11, 46:25, 57:8, 67:14, 83:12, 123:21, 131:9, 150:20, 173:21, 188:5, 188:7, 218:12, 223:1, 223:17, 225:2, 225:5, 242:17
**person's** [1] - 223:19
**personal** [4] - 10:15, 49:5, 212:25, 213:8
**personally** [2] - 137:5, 170:2
**personnel** [3] - 11:15, 113:21, 113:25
**perspective** [3] - 134:21, 193:8, 206:9
**pertaining** [1] - 113:11
**Petition** [1] - 45:2
**phone** [7] - 53:18, 53:19, 125:9, 149:8, 216:7, 216:15, 235:8
**photographs** [1] - 6:17
**phrase** [4] - 82:6, 129:14, 135:25, 136:3
**phraseology** [1] - 26:24
**Physical** [1] - 116:3
**physical** [11] - 54:7, 82:18, 85:2, 117:20, 117:25, 118:8, 123:1, 145:8, 185:19, 227:19
**physically** [7] - 85:6, 91:2, 108:8, 117:16, 144:13, 145:12, 229:23
**physician** [1] - 123:11
**physician's** [1] - 123:11
**physicians** [1] - 225:7
**pick** [2] - 122:10, 163:10

**picked** [2] - 30:9, 143:8
**picture** [5] - 148:23, 155:14, 156:1, 156:6
**pictures** [2] - 149:7, 163:9
**piece** [2] - 66:20
**pieces** [1] - 86:14
**pile** [1] - 179:9
**place** [10] - 13:19, 16:18, 27:24, 39:19, 41:11, 42:7, 60:4, 155:9, 207:23, 246:9
**placed** [4] - 24:7, 24:9, 61:8, 83:14
**placement** [1] - 61:19
**places** [2] - 14:1, 149:19
**plain** [1] - 120:19
**PLAINTIFF** [1] - 2:6
**Plaintiff** [2] - 1:7, 4:3
**plaintiff** [1] - 5:7
**plaintiffs** [2] - 4:20, 4:21
**plan** [1] - 205:1
**platform** [1] - 19:23
**play** [2] - 136:18, 136:19
**played** [34] - 32:11, 34:15, 35:10, 42:16, 78:18, 79:1, 79:16, 80:22, 81:6, 81:9, 81:17, 89:7, 136:25, 138:10, 138:22, 139:18, 139:25, 140:7, 141:15, 142:11, 143:4, 143:10, 146:7, 148:11, 150:25, 151:17, 154:11, 154:18, 155:24, 157:1, 157:10, 157:23, 163:24, 164:3
**playing** [4] - 137:11, 138:21, 148:8, 230:4
**Plea** [1] - 45:3
**plea** [3] - 45:10, 45:25, 46:4
**plead** [1] - 11:9
**pleas** [1] - 46:7
**pleasurable** [1] - 83:8
**pled** [2] - 45:9, 45:14
**pod** [13] - 61:8, 61:19, 62:4, 147:1, 147:2, 147:3, 147:23, 160:8, 160:10
**point** [31] - 29:10, 55:22, 63:5, 85:18, 91:17, 92:11, 92:13, 98:20, 114:8, 133:4, 133:5, 137:9, 140:22, 142:19, 150:4, 151:7, 164:8, 168:20, 172:6, 181:10, 186:6, 186:14, 186:16, 187:6, 187:18, 192:3, 202:17, 207:16, 210:18, 211:10, 217:3
**pointing** [1] - 76:6
**points** [4] - 63:18, 127:20, 128:2, 128:5
**poli** [1] - 94:20
**Police** [2] - 164:16, 164:22
**police** [2] - 165:18, 166:12

**policies** [17] - 6:13, 41:4, 41:6, 41:9, 43:11, 113:5, 114:4, 114:7, 119:17, 122:8, 122:11, 137:20, 181:2, 224:22, 240:21, 241:11
**policing** [1] - 101:15
**Policy** [10] - 3:13, 114:15, 116:2, 118:2, 118:12, 119:5, 119:12, 122:18, 126:2, 239:21
**policy** [47] - 38:25, 39:2, 39:4, 43:18, 58:23, 59:14, 67:5, 68:2, 68:24, 68:25, 77:13, 82:24, 94:20, 94:23, 94:24, 109:14, 110:2, 110:7, 110:11, 110:18, 112:21, 117:14, 118:6, 118:23, 119:20, 119:25, 120:21, 122:7, 122:24, 126:9, 126:21, 136:4, 136:6, 137:22, 143:8, 182:1, 182:18, 185:11, 185:14, 239:24, 240:12, 241:6, 241:7, 241:16, 242:7
**policy-required** [1] - 143:8
**political** [1] - 79:10
**politician** [1] - 134:4
**poor** [2] - 30:19, 188:12
**portion** [2] - 158:18, 175:6
**portions** [1] - 32:18
**position** [9] - 141:11, 155:1, 172:10, 172:14, 173:13, 175:22, 187:3, 187:14, 214:5
**post** [2] - 68:21, 163:18
**post-high** [1] - 163:18
**posts** [1] - 69:2
**pound** [1] - 35:16
**poverty** [1] - 30:21
**practice** [1] - 210:11
**practices** [3] - 112:23, 113:11, 200:24
**practitioner** [1] - 123:11
**precursor** [1] - 132:17
**predicament** [1] - 208:10
**predict** [2] - 11:2, 99:14
**prefer** [1] - 245:9
**preparation** [1] - 5:25
**preparing** [1] - 53:12
**PRESENT** [1] - 2:22
**present** [5] - 210:13, 229:23, 234:16, 235:24, 236:21
**PRESENTATION** [1] - 2:20
**Presentation** [2] - 1:11, 5:14
**presented** [1] - 203:22
**presenting** [1] - 70:10
**presents** [1] - 203:14
**press** [2] - 134:12, 159:6

**pressure** [1] - 206:1
**pretty** [10] - 18:5, 47:24, 48:9, 48:11, 79:22, 155:1, 192:20, 196:20, 197:5, 208:21
**prevent** [3] - 96:23, 97:13, 97:16
**previous** [4] - 87:15, 119:1, 199:7, 233:12
**previously** [1] - 45:14
**primarily** [4] - 5:21, 14:16, 185:7, 187:14
**primary** [5] - 17:13, 75:24, 77:6, 118:6, 171:6
**priority** [1] - 36:19
**privileges** [1] - 120:23
**probable** [2] - 47:22, 48:11
**probation** [1] - 29:5
**probationary** [1] - 236:8
**problem** [14] - 18:10, 39:25, 42:13, 78:9, 78:10, 78:13, 79:11, 81:24, 82:4, 95:4, 152:7, 185:18, 185:19, 222:4
**problems** [3] - 40:13, 205:22, 222:3
**Procedure** [3] - 3:14, 119:5, 119:12
**procedure** [4] - 240:13, 241:6, 241:16, 242:7
**procedures** [23] - 75:25, 76:5, 77:7, 77:11, 77:14, 77:23, 78:3, 78:18, 79:1, 79:16, 80:22, 81:6, 81:9, 81:17, 113:5, 114:4, 114:7, 119:17, 127:2, 182:2, 182:17, 224:22, 241:11
**proceedings** [1] - 4:16
**process** [22] - 31:15, 31:18, 33:3, 33:6, 33:9, 33:12, 33:14, 83:21, 101:12, 119:3, 119:11, 139:3, 139:15, 140:24, 141:1, 141:13, 142:5, 143:23, 160:13, 178:13, 208:21, 211:18
**produced** [1] - 116:14
**product** [1] - 170:6
**professional** [2] - 89:4, 89:16
**Professional** [2] - 4:7, 246:6
**professionalism** [1] - 89:23
**professionally** [1] - 196:6
**progress** [2] - 190:18, 217:21
**promotion** [1] - 167:5
**promptly** [1] - 49:3
**properly** [1] - 109:3
**proposal** [1] - 36:11
**provide** [5] - 9:17, 11:8, 49:4,

62:19, 122:25
**provided** [7] - 123:5, 156:22, 178:5, 181:24, 183:1, 205:1, 237:7
**provides** [2] - 114:19, 229:2
**providing** [2] - 29:3, 177:25
**proximity** [1] - 49:1
**pry** [1] - 46:14
**public** [8] - 5:3, 45:11, 45:25, 73:24, 74:4, 74:8, 75:11, 80:6
**PUBLIC** [1] - 246:1
**Public** [4] - 3:12, 4:7, 246:6, 246:23
**pull** [6] - 52:3, 60:16, 60:18, 86:9, 86:10, 146:19
**pulled** [1] - 137:11
**pulse** [6] - 64:22, 130:15, 131:9, 132:19, 133:2, 134:22
**punching** [1] - 86:12
**purport** [1] - 246:13
**purpose** [5] - 55:8, 59:8, 62:18, 99:11, 141:22
**purposely** [1] - 13:17
**purposes** [1] - 147:5
**purse** [1] - 30:25
**pursuant** [3] - 4:5, 58:22, 246:8
**pursue** [3] - 198:9, 233:2, 233:23
**pursued** [1] - 235:18
**pursuits** [1] - 168:23
**push** [5] - 36:3, 109:22, 160:10, 161:2, 195:10
**pushed** [2] - 138:2, 194:9
**pushing** [3] - 160:10, 161:10, 225:1
**put** [16] - 9:17, 10:1, 11:6, 39:18, 50:3, 62:4, 62:13, 102:3, 115:24, 146:5, 149:14, 166:23, 184:7, 186:16, 187:18, 225:7
**puts** [1] - 167:16
**putting** [2] - 74:8, 235:17

## Q

**qualified** [2] - 208:22, 246:7
**quarantine** [1] - 210:15
**quarrel** [5] - 46:15, 47:11, 49:14, 116:17, 186:13
**Queen** [1] - 209:1
**Quentin** [1] - 72:13
**questions** [32] - 7:24, 28:4, 28:7, 59:16, 70:21, 74:6, 76:25, 82:14, 83:9, 83:11, 83:13, 83:15, 98:12, 132:12, 134:5, 134:15,

179:19, 204:13, 205:25, 207:13, 220:13, 220:18, 226:1, 226:2, 226:5, 226:7, 230:14, 231:7, 231:16, 231:18, 238:10, 238:15
**quick** [3] - 14:20, 183:15, 189:15
**quit** [1] - 8:18
**quite** [5] - 39:9, 89:11, 115:25, 210:24, 226:7
**quote** [1] - 208:18
**quote/unquote** [1] - 93:23

## R

**race** [1] - 217:10
**radio** [4] - 72:15, 92:18, 92:24, 93:15
**radios** [4] - 93:9, 93:15, 93:20, 93:24
**raise** [1] - 174:7
**Ramsey** [1] - 203:8
**ran** [4] - 14:8, 21:20, 124:19, 165:19
**RANDALL** [1] - 2:15
**Randall** [1] - 5:13
**random** [1] - 86:2
**ranged** [1] - 178:1
**ranking** [1] - 204:20
**rate** [4] - 14:11, 71:7, 161:8, 185:10
**rather** [4] - 55:24, 190:23, 196:13, 229:11
**RC** [1] - 109:21
**RC0170** [1] - 109:13
**RC0170-RC0417...** [1] - 3:14
**RC0191** [2] - 109:25, 113:6
**RC0192** [1] - 114:13
**RC0204** [1] - 239:4
**RC0222** [3] - 116:20, 117:1, 118:24
**RC0231** [1] - 120:4
**RC0417** [1] - 109:13
**RCJ** [1] - 114:4
**RCLEC** [3] - 24:7, 182:1, 234:2
**re** [4] - 29:23, 45:11, 80:9, 165:1
**reach** [1] - 214:16
**reached** [1] - 12:6
**reaching** [1] - 216:18
**reaction** [2] - 122:2, 122:5
**read** [61] - 21:23, 23:17, 24:13, 24:18, 26:14, 26:15, 26:16, 27:20, 28:8, 28:10, 28:13, 33:24, 34:11, 44:13, 47:3, 49:7, 63:12, 63:16, 75:20, 76:7, 76:24, 78:5, 78:14, 80:10, 83:16, 94:23,

95:2, 104:16, 104:19, 113:12, 117:22, 122:7, 127:10, 127:24, 158:5, 180:9, 180:10, 180:11, 183:2, 183:4, 184:14, 185:1, 191:1, 198:11, 201:7, 204:11, 207:12, 210:16, 211:23, 233:4, 233:15, 234:17, 237:18, 238:11, 241:7, 241:23, 241:24, 242:2, 245:5, 245:8
**reading** [11] - 6:22, 6:23, 46:18, 77:7, 78:22, 115:8, 136:9, 188:4, 236:1, 237:15, 246:14
**reads** [3] - 42:5, 76:16, 238:1
**ready** [4] - 6:5, 63:19, 89:12, 207:14
**real** [6] - 42:17, 68:6, 98:15, 129:22, 161:18, 183:14
**realize** [6] - 21:3, 29:1, 29:20, 105:16, 128:6, 168:13
**really** [11] - 13:6, 137:12, 172:10, 177:16, 195:14, 213:22, 216:10, 218:20, 218:23, 218:25, 227:10
**reapply** [1] - 12:23
**reason** [23] - 14:8, 14:20, 23:25, 43:1, 51:10, 54:9, 56:3, 56:8, 56:9, 87:6, 89:9, 92:4, 96:5, 110:10, 116:16, 140:13, 147:20, 167:3, 171:25, 193:7, 195:12, 206:7, 229:8
**reasons** [9] - 10:15, 15:4, 15:20, 16:12, 206:3, 212:7, 212:9, 222:7, 228:21
**recalled** [1] - 55:22
**recap** [1] - 68:18
**received** [1] - 236:17
**recent** [1] - 74:16
**Recessed** [6] - 73:18, 76:19, 107:5, 135:18, 162:10, 189:19
**reclassified** [1] - 200:24
**recognize** [4] - 157:2, 162:19, 162:25, 236:15
**recognized** [1] - 124:3
**recognizes** [1] - 75:25
**recollection** [3] - 191:4, 214:17, 235:1
**recommend** [2] - 91:21, 92:21
**recommendation** [12] - 37:12, 92:14, 92:15, 93:4, 95:13, 95:14, 98:24, 99:24, 99:25, 102:22, 104:8, 197:7

**Recommendation** [1] - 90:15
**recommendations** [13] - 63:7, 63:15, 63:17, 90:17, 91:18, 92:19, 95:11, 97:6, 98:20, 103:24, 104:24, 105:5, 114:6
**reconvened** [6] - 73:18, 76:19, 107:5, 135:18, 162:10, 189:19
**record** [20] - 4:17, 46:17, 73:16, 73:21, 76:15, 76:17, 76:22, 107:2, 107:3, 107:8, 107:12, 135:16, 135:21, 162:8, 162:13, 179:22, 180:1, 189:17, 189:22, 245:16
**recordings** [1] - 61:2
**records** [2] - 24:6, 72:18
**reduced** [1] - 246:12
**reevaluated** [5] - 110:8, 120:13, 122:21, 126:6, 239:22
**Reevaluation** [2] - 239:8, 239:11
**reevaluation** [3] - 114:21, 117:7, 239:24
**refer** [4] - 15:12, 77:2, 109:19, 117:1
**reference** [2] - 122:1, 190:12
**referenced** [2] - 116:5, 237:5
**referencing** [2] - 47:13, 53:23
**referring** [1] - 232:18
**reflect** [2] - 24:6, 28:11
**reflected** [1] - 26:23
**refused** [1] - 72:24
**refusing** [7] - 45:11, 45:25, 72:5, 140:25, 141:12, 142:4, 142:19
**regard** [25] - 6:9, 7:20, 8:4, 24:15, 34:5, 35:23, 41:22, 42:4, 45:20, 47:2, 49:15, 52:24, 59:22, 77:22, 82:11, 84:19, 103:22, 108:7, 175:21, 179:1, 182:23, 196:9, 197:4, 198:19, 200:9
**regarding** [3] - 136:5, 209:12, 220:21
**regardless** [3] - 124:13, 185:16, 222:10
**Region** [1] - 164:13
**registered** [1] - 123:12
**Registered** [2] - 4:6, 246:6
**Rehabilitation** [1] - 234:14
**reimbursement** [1] - 123:3
**reins** [1] - 176:8
**reiterate** [2] - 65:7, 161:7
**related** [3] - 17:14, 109:9,

246:16
**relating** [1] - 73:25
**relation** [1] - 53:11
**relationship** [2] - 188:21, 189:1
**relative** [1] - 246:18
**relay** [1] - 106:11
**relayed** [5] - 18:13, 24:2, 98:5, 186:4, 191:6
**relaying** [1] - 18:7
**released** [1] - 75:13
**releasing** [2] - 74:1, 74:16
**relevant** [1] - 127:9
**relieving** [1] - 102:17
**remark** [1] - 195:19
**remedy** [1] - 74:14
**remember** [118] - 6:18, 6:19, 6:22, 6:23, 11:17, 11:19, 11:22, 13:6, 13:9, 15:4, 21:15, 21:17, 29:19, 29:21, 31:22, 32:2, 32:7, 32:18, 32:21, 32:23, 33:23, 35:25, 37:8, 37:10, 43:20, 50:4, 50:8, 54:15, 58:6, 61:2, 65:19, 73:3, 73:24, 74:1, 74:2, 74:5, 74:15, 84:4, 84:7, 84:8, 86:5, 86:21, 86:25, 87:7, 90:9, 93:10, 96:13, 109:10, 109:11, 122:11, 123:19, 123:22, 125:11, 125:20, 128:13, 128:16, 128:18, 128:19, 129:2, 135:9, 135:12, 136:1, 136:9, 148:3, 152:25, 155:21, 158:18, 160:14, 160:16, 171:3, 172:11, 173:4, 175:20, 175:25, 177:20, 177:23, 177:25, 182:3, 183:1, 183:13, 188:15, 191:7, 191:12, 195:7, 196:15, 196:19, 198:13, 198:22, 199:1, 199:10, 199:13, 205:23, 205:25, 209:25, 210:24, 213:14, 214:7, 214:18, 214:19, 216:9, 216:10, 216:14, 217:2, 226:4, 226:13, 226:15, 226:19, 229:21, 230:15, 231:7, 231:18, 233:22, 235:4, 235:7, 242:4, 244:7, 244:13
**remind** [1] - 184:16
**rendered** [1] - 45:10
**reopen** [7] - 205:6, 205:7, 205:9, 209:24, 217:14, 217:15
**reopened** [5] - 203:24, 204:6, 204:17, 205:11, 206:3

**reorganized** [1] - 73:11
**repeat** [8] - 18:9, 25:23, 50:6, 55:9, 61:21, 209:22, 221:6, 229:6
**report** [23] - 24:18, 42:5, 44:13, 48:8, 48:10, 72:18, 76:7, 78:22, 89:20, 89:22, 100:5, 136:14, 143:25, 144:3, 144:8, 144:23, 158:10, 190:10, 198:2, 198:5, 200:21, 209:13, 237:6
**reported** [1] - 100:2
**reporter** [1] - 5:3
**Reporter** [3] - 4:7, 246:6, 246:23
**REPORTER** [6] - 17:5, 75:6, 149:20, 179:11, 180:5, 246:1
**REPORTER...............** [1] - 3:8
**reports** [19] - 6:17, 27:11, 43:23, 47:3, 47:4, 47:12, 49:13, 49:20, 60:8, 80:10, 127:7, 127:8, 128:9, 128:10, 186:10, 188:4, 199:21
**represent** [2] - 45:8, 236:17
**represented** [1] - 6:1
**requests** [1] - 74:6
**require** [2] - 94:21, 127:15
**required** [6] - 58:24, 62:24, 120:16, 121:5, 121:13, 143:8
**Required** [1] - 120:10
**requirement** [1] - 54:17
**requirements** [1] - 30:3
**requires** [1] - 75:23
**requiring** [1] - 227:5
**reservation** [1] - 194:7
**reservations** [1] - 194:8
**resides** [1] - 156:1
**resign** [8] - 10:10, 10:15, 54:11, 54:12, 54:17, 54:19, 54:20, 55:24
**resignation** [7] - 9:19, 52:10, 53:2, 53:9, 54:15, 57:16, 178:13
**resignations** [2] - 58:9, 208:5
**resigned** [4] - 9:13, 56:25, 111:8, 111:11
**resigning** [4] - 53:21, 102:14, 102:18, 166:8
**resistance** [1] - 193:5
**resistant** [1] - 193:11
**resource** [1] - 165:1
**resources** [4] - 63:8, 171:18, 212:13, 212:14
**respective** [2] - 4:13, 246:15

**respond** [4] - 49:3, 160:19, 161:14, 161:17
**response** [2] - 36:14, 191:11
**responsibilities** [2] - 15:15, 69:15
**responsibility** [2] - 17:13, 42:25
**responsible** [1] - 119:16
**rest** [1] - 152:8
**restaurant** [1] - 164:11
**resting** [1] - 215:5
**result** [2] - 65:21, 66:8
**resuscitate** [4] - 63:10, 63:22, 64:7, 90:16
**retired** [1] - 93:22
**retraining** [5] - 78:11, 82:2, 82:6, 82:7, 84:20
**Review** [4] - 58:20, 103:6, 126:4, 126:18
**review** [50] - 12:24, 13:10, 15:3, 20:9, 43:9, 43:12, 46:21, 58:25, 59:2, 59:9, 61:1, 61:17, 62:8, 62:18, 63:7, 90:4, 102:23, 103:10, 113:4, 114:3, 119:4, 119:11, 119:14, 119:20, 122:7, 126:22, 127:6, 127:7, 127:16, 127:19, 127:22, 128:3, 128:4, 128:9, 128:11, 128:12, 128:20, 179:22, 186:15, 187:4, 198:8, 233:1, 240:12, 241:5, 241:15, 245:7
**Review/Inmate** [1] - 126:25
**reviewed** [7] - 6:4, 6:8, 43:16, 43:19, 43:22, 226:17, 233:13
**reviewing** [2] - 46:24, 128:17
**reviews** [2] - 27:17, 180:1
**rewind** [2] - 146:18, 202:14
**rhythm** [1] - 173:22
**rid** [1] - 212:7
**riled** [1] - 152:18
**ring** [1] - 178:14
**risk** [3] - 125:18, 153:22, 198:14
**River** [1] - 164:3
**road** [7] - 14:10, 20:5, 53:18, 101:9, 205:4, 219:10, 221:13
**roads** [1] - 36:19
**Robert** [2] - 18:1, 58:18
**Robins** [1] - 2:3
**rocking** [2] - 137:8, 137:12
**role** [11] - 34:15, 35:10, 41:12, 42:16, 78:18, 79:2, 79:16, 80:22, 81:6, 81:9, 81:17
**roles** [1] - 219:4

**ROLETTE** [1] - 2:13
**Rolette** [116] - 1:10, 3:13, 5:11, 5:22, 9:3, 9:24, 10:23, 11:25, 12:5, 12:10, 13:14, 13:19, 14:24, 15:16, 15:19, 16:18, 19:1, 20:3, 22:6, 22:11, 23:15, 24:16, 24:21, 26:18, 28:12, 30:14, 31:3, 41:21, 43:15, 46:20, 51:23, 55:17, 57:7, 63:8, 68:7, 68:23, 72:6, 78:17, 78:25, 79:15, 85:17, 86:1, 88:20, 89:19, 94:17, 96:11, 103:11, 104:13, 105:18, 106:1, 112:1, 112:5, 112:23, 113:14, 114:24, 119:4, 119:12, 119:17, 120:17, 120:24, 122:24, 123:17, 124:4, 125:12, 132:2, 136:4, 137:18, 149:16, 156:2, 165:4, 165:15, 165:23, 166:20, 167:1, 167:19, 171:16, 183:9, 186:6, 186:14, 189:9, 190:13, 192:5, 193:6, 193:11, 194:25, 198:4, 198:19, 199:23, 200:8, 200:23, 203:11, 203:13, 204:4, 205:19, 206:9, 210:5, 211:5, 214:23, 216:5, 216:19, 217:24, 222:3, 230:20, 230:23, 231:15, 231:25, 232:17, 233:24, 235:19, 236:6, 241:1, 241:5, 241:10, 241:16, 243:11, 243:18
**Rolla** [19] - 13:15, 27:17, 72:13, 164:16, 164:22, 164:24, 165:3, 165:7, 165:12, 165:13, 165:18, 166:3, 166:10, 166:12, 166:17, 166:18, 166:24
**rolled** [4] - 56:19, 57:14, 57:16, 115:20
**room** [8] - 13:23, 61:4, 68:14, 69:11, 91:24, 91:25, 159:13, 161:1
**rotate** [1] - 70:1
**roughly** [1] - 165:8
**rounds** [1] - 108:8
**Roy** [2] - 1:10, 5:14
**ROY** [1] - 2:19
**rule** [3] - 149:3, 151:25, 159:21
**rules** [9] - 42:23, 67:6, 125:1, 125:2, 125:19, 148:2, 149:14, 150:10, 242:2
**rulings** [2] - 113:10, 114:5
**rumor** [1] - 189:9

**run** [7] - 160:11, 168:12, 168:18, 169:4, 190:23, 196:5, 196:13
**running** [2] - 28:25, 202:18

## S

**sa** [1] - 32:25
**Safety** [1] - 126:3
**safety** [17] - 26:23, 26:24, 27:4, 27:23, 28:11, 39:16, 87:13, 88:6, 88:7, 88:11, 117:19, 118:7, 200:25, 203:15, 203:23, 204:5, 205:21
**salaried** [1] - 212:24
**salary** [2] - 173:25, 175:7
**sanctions** [2] - 120:22, 120:23
**sat** [1] - 178:6
**save** [3] - 23:7, 63:10, 237:23
**saving** [3] - 33:1, 39:18, 67:4
**saw** [11] - 32:13, 32:14, 32:15, 54:2, 80:18, 130:12, 131:7, 133:1, 137:9, 137:16, 146:21
**scenario** [6] - 64:22, 67:13, 67:20, 71:23, 79:7, 79:22
**scenario's** [1] - 152:22
**scenarios** [3] - 71:12, 98:15, 98:16
**schedule** [1] - 49:6
**scheduled** [2] - 198:8, 233:1
**scheduling** [1] - 229:1
**Schimetz** [1] - 11:18
**school** [7] - 29:5, 29:11, 30:1, 30:6, 163:18, 164:6
**School** [1] - 163:20
**scope** [1] - 32:15
**screen** [2] - 61:3, 82:20
**Screening** [2] - 226:23, 228:9
**screwed** [1] - 128:21
**script** [1] - 202:2
**seal** [1] - 246:20
**second** [32] - 32:12, 32:16, 32:17, 32:19, 32:22, 52:13, 52:16, 53:4, 58:10, 59:22, 77:4, 79:11, 89:6, 101:19, 103:20, 109:19, 114:2, 117:17, 149:22, 164:15, 166:1, 166:2, 190:11, 190:12, 200:22, 206:14, 207:7, 210:1, 234:3, 236:25, 238:3
**second-to-last** [1] - 238:3
**seconds** [22] - 136:20, 138:13, 138:25, 139:17, 139:22, 140:3, 140:22,

142:14, 142:15, 143:7, 143:17, 146:2, 146:10, 148:14, 150:1, 150:24, 151:5, 151:24, 154:14, 155:13, 157:7, 157:19
**section** [4] - 24:5, 183:3, 184:2, 184:12
**Section** [1] - 45:12
**sections** [1] - 109:20
**Security** [2] - 90:13, 126:4
**security** [5] - 63:6, 92:18, 92:22, 117:19, 118:7
**see** [71] - 13:18, 22:24, 24:23, 27:3, 43:10, 43:17, 44:5, 44:20, 45:5, 47:4, 52:4, 59:24, 64:18, 74:10, 81:1, 83:24, 85:5, 86:3, 90:11, 90:20, 96:3, 111:22, 114:17, 115:14, 116:7, 116:9, 125:25, 127:14, 129:10, 129:24, 131:16, 137:12, 138:14, 139:15, 139:22, 140:4, 141:18, 142:15, 146:4, 148:15, 148:22, 149:11, 149:18, 149:24, 150:9, 154:23, 155:5, 155:10, 155:13, 161:4, 174:9, 177:1, 183:5, 190:11, 190:14, 190:25, 196:1, 206:15, 207:8, 209:13, 216:11, 217:18, 222:6, 222:19, 226:22, 226:23, 231:25, 234:3, 237:1
**seeing** [10] - 14:2, 34:23, 47:8, 72:10, 73:5, 86:3, 100:14, 135:9, 189:11, 226:15
**seem** [3] - 131:21, 154:25, 211:21
**sees** [1] - 226:10
**self** [1] - 80:18
**send** [3] - 29:25, 72:17, 216:20
**sending** [5] - 167:12, 169:25, 210:7, 216:9, 216:10
**sense** [10] - 69:23, 176:8, 184:14, 193:4, 219:9, 243:10, 243:14, 243:17, 244:21, 244:25
**sensed** [1] - 91:15
**sent** [4] - 59:9, 169:15, 205:7, 216:2
**sentence** [6] - 63:14, 103:9, 117:18, 231:22, 232:25, 238:7
**separate** [6] - 51:10, 69:10, 78:1, 96:7, 129:3, 220:5
**separated** [2] - 218:20, 218:23

**September** [2] - 190:9, 239:12
**sergeant** [1] - 53:17
**serious** [6] - 28:11, 153:12, 153:23, 185:18, 203:23, 204:4
**seriously** [1] - 153:10
**servant** [2] - 45:11, 45:25
**served** [2] - 75:21, 101:12
**service** [3] - 169:17, 169:22, 180:18
**Services** [1] - 122:19
**serving** [1] - 95:5
**session** [1] - 35:18
**set** [3] - 99:2, 139:2, 246:20
**sets** [2] - 193:22, 201:25
**setting** [2] - 14:23, 15:2
**several** [8] - 6:11, 7:24, 9:11, 161:22, 208:15, 212:9, 213:17, 213:25
**sexual** [1] - 189:1
**Shakes** [1] - 195:5
**shall** [10] - 48:24, 49:1, 49:4, 118:17, 123:10, 127:2, 127:6, 128:3, 128:4, 136:7
**shape** [1] - 157:20
**sheet** [2] - 72:15, 111:8
**Sheet** [2] - 226:20, 227:15
**sheets** [1] - 156:21
**Sheriff** [14] - 4:19, 9:3, 44:21, 58:14, 73:23, 76:23, 107:12, 109:17, 135:23, 150:3, 180:7, 189:24, 215:25, 245:14
**SHERIFF** [4] - 1:16, 3:2, 4:1, 5:15
**sheriff** [89] - 5:20, 9:24, 12:7, 14:8, 15:5, 17:12, 19:12, 21:12, 22:1, 22:9, 22:12, 22:21, 22:23, 27:12, 27:13, 35:14, 35:25, 36:3, 36:24, 39:2, 39:12, 40:3, 42:10, 42:19, 42:25, 43:8, 43:15, 46:19, 57:7, 57:9, 60:16, 72:5, 72:8, 72:22, 75:10, 80:20, 85:17, 87:9, 87:11, 88:20, 89:19, 95:22, 100:16, 101:5, 102:6, 104:14, 106:1, 107:14, 107:17, 109:8, 114:25, 119:4, 119:8, 119:10, 122:13, 125:6, 125:13, 129:3, 133:13, 160:1, 162:16, 165:19, 166:4, 166:15, 168:13, 169:16, 170:22, 172:6, 181:11, 181:20, 187:3, 191:4, 193:15, 197:25, 199:7, 199:9, 202:15, 218:15, 218:21, 218:24, 219:22,

229:18, 234:2, 242:6, 242:10, 244:22, 245:4
**sheriff's** [1] - 36:20
**Sheriff's** [4] - 15:16, 15:19, 165:4, 166:20
**sheriffs** [2] - 34:24, 167:6
**shift** [21] - 51:1, 51:7, 52:22, 57:6, 65:1, 65:6, 65:9, 68:7, 70:3, 86:9, 92:8, 105:14, 112:18, 114:25, 136:7, 136:12, 146:15, 153:4, 160:18, 243:7, 244:12
**Shift** [1] - 118:17
**shifted** [1] - 101:4
**shirts** [1] - 120:20
**sho** [1] - 32:10
**shoot** [2] - 67:1, 94:12
**shooting** [6] - 41:1, 42:22, 43:5, 43:6, 43:19, 43:23
**short** [2] - 41:1, 101:8
**shorter** [2] - 32:16, 32:17
**shorthand** [1] - 246:13
**shortly** [2] - 5:9, 22:21
**shot** [1] - 205:10
**show** [5] - 72:6, 72:24, 73:6, 183:14, 234:21
**showed** [3] - 32:19, 32:21, 234:21
**showering** [1] - 120:18
**showing** [3] - 131:19, 214:4, 236:13
**shown** [3] - 182:4, 229:18, 230:10
**shows** [1] - 231:21
**shut** [4] - 25:5, 26:12, 125:13, 198:23
**shutting** [3] - 25:1, 25:12, 26:1
**sic** [4] - 28:12, 135:22, 148:17, 204:15
**side** [14] - 14:10, 16:6, 16:7, 20:2, 101:9, 101:10, 159:9, 194:9, 215:17, 221:13
**sift** [1] - 65:6
**sight** [1] - 147:21
**sign** [2] - 245:5, 245:9
**signature** [2] - 52:14, 53:4
**signed** [2] - 52:8, 91:6
**significant** [1] - 169:24
**significantly** [2] - 169:18, 219:3
**signing** [2] - 54:15, 246:14
**signs** [4] - 24:8, 131:20, 185:18, 227:4
**silver** [1] - 159:11
**similar** [6] - 32:15, 48:9, 48:11, 149:15, 149:17, 166:24
**simple** [4] - 8:1, 23:21,

70:19, 208:21
**simply** [3] - 118:1, 118:12, 141:1
**single** [2] - 16:25, 64:3
**singling** [1] - 107:25
**sit** [9] - 24:19, 26:11, 50:25, 51:3, 51:4, 140:17, 147:11, 169:8, 212:6
**sitting** [3] - 51:17, 137:17, 244:23
**situation** [5] - 30:1, 70:11, 72:22, 130:13, 215:16
**situations** [1] - 185:8
**six** [6] - 86:8, 125:7, 164:25, 165:8, 165:15, 174:5
**skip** [3] - 95:7, 115:9, 171:19
**slash** [1] - 114:25
**Slater** [2] - 53:17, 59:6
**slight** [1] - 149:22
**smiling** [1] - 158:3
**Smith** [4] - 4:6, 5:4, 246:6, 246:22
**snow** [1] - 29:22
**snuff** [1] - 57:13
**so-and-so** [2] - 129:11, 150:21
**Social** [1] - 184:23
**solidified** [1] - 57:11
**Sollin** [2] - 59:6, 123:20
**someone** [6] - 66:6, 67:7, 173:16, 177:1, 218:7, 221:5
**something's** [1] - 130:7
**sometime** [1] - 32:8
**sometimes** [9] - 38:24, 39:20, 42:19, 111:18, 129:8, 129:10, 153:17, 219:11
**somewhere** [2] - 72:16, 174:14
**son** [1] - 170:20
**soon** [2] - 13:7, 235:11
**sorry** [61] - 9:9, 14:13, 18:9, 18:20, 24:24, 25:16, 25:21, 33:9, 34:10, 40:12, 41:14, 41:25, 42:1, 42:2, 44:24, 45:21, 48:16, 50:11, 50:19, 51:25, 53:1, 54:18, 55:7, 55:9, 56:24, 60:14, 68:18, 73:3, 74:22, 77:16, 90:6, 90:12, 98:11, 106:23, 114:14, 126:14, 144:1, 144:9, 145:4, 147:21, 156:5, 156:13, 165:1, 167:2, 171:7, 173:7, 175:25, 184:4, 186:2, 187:22, 187:25, 193:10, 193:17, 196:19, 201:14, 205:18, 207:1, 221:6, 231:19, 234:9, 243:1

**sort** [5] - 129:11, 131:10, 177:21, 178:12, 191:11

**sorts** [5] - 15:2, 15:4, 108:6, 169:14, 191:5

**sound** [3] - 27:22, 159:13, 159:16

**sounded** [1] - 173:20

**sounds** [5] - 27:4, 118:11, 161:14, 163:7, 163:8

**space** [2] - 123:4, 213:3

**speakers** [1] - 138:3

**speaking** [2] - 169:17, 213:1

**special** [4] - 95:8, 95:17, 99:11, 224:18

**specific** [20] - 55:22, 72:21, 92:15, 95:14, 96:18, 99:25, 104:2, 104:25, 105:5, 107:24, 111:1, 125:10, 147:3, 156:6, 156:19, 175:21, 184:18, 208:16, 214:8, 240:10

**specifically** [27] - 6:4, 6:9, 17:7, 32:18, 36:2, 36:18, 40:7, 44:1, 44:3, 47:1, 74:24, 76:6, 78:3, 82:9, 82:11, 97:17, 100:1, 102:25, 108:1, 109:9, 147:17, 152:4, 188:16, 195:15, 217:18, 218:3, 219:21

**specifics** [2] - 33:24, 35:23

**specify** [1] - 17:17

**speculating** [1] - 137:5

**speculation** [14] - 10:25, 78:21, 79:4, 79:19, 80:25, 81:11, 131:25, 144:16, 151:10, 155:4, 186:9, 187:9, 209:20, 224:15

**spend** [1] - 219:7

**split** [2] - 101:5, 101:6

**spotty** [3] - 93:11, 93:15, 93:16

**spread** [1] - 109:23

**squared** [1] - 150:6

**ss** [1] - 246:4

**St** [5] - 163:20, 164:6, 164:9, 164:12, 164:23

**stack** [4] - 22:15, 22:17, 109:23, 190:1

**staff** [53] - 12:21, 24:10, 36:4, 37:25, 38:4, 48:25, 49:1, 49:2, 71:2, 71:3, 78:12, 79:6, 79:20, 82:2, 82:3, 82:7, 106:22, 120:24, 123:4, 125:4, 140:14, 143:24, 144:4, 145:1, 145:14, 153:3, 153:11, 153:13, 153:21, 158:16, 158:17, 158:23, 160:9, 170:15, 173:21, 176:9,

176:12, 176:19, 177:22, 178:1, 178:18, 185:25, 187:11, 188:2, 207:19, 208:2, 208:3, 208:6, 213:13, 236:25, 237:11

**staffed** [3] - 71:8, 71:9, 101:8

**staffing** [1] - 101:17

**stairs** [6] - 146:5, 146:12, 148:16, 148:18, 150:20, 154:6

**stamp** [2] - 60:20, 239:3

**stamped** [2] - 59:23, 75:10

**stamps** [2] - 114:11, 120:6

**stand** [5] - 82:1, 84:16, 131:15, 141:23, 142:20

**Standard** [17] - 23:14, 24:17, 27:4, 38:10, 39:13, 39:16, 77:14, 77:15, 78:3, 87:22, 181:14, 183:10, 183:19, 184:2, 184:11, 184:22, 185:4

**standard** [11] - 37:25, 39:16, 77:14, 77:15, 77:16, 87:13, 116:5, 120:13, 181:8, 202:17, 241:12

**standards** [30] - 18:23, 19:3, 21:21, 21:22, 22:7, 22:8, 38:8, 39:14, 39:18, 42:24, 44:6, 62:21, 68:22, 88:1, 88:4, 88:6, 88:7, 113:1, 113:10, 114:5, 119:22, 124:8, 124:12, 125:5, 191:14, 192:7, 200:9, 202:19

**Standards** [2] - 203:10, 203:14

**standby** [1] - 96:16

**standing** [6] - 81:24, 84:9, 109:1, 142:20, 148:20, 151:12

**standpoint** [1] - 49:18

**start** [7] - 138:7, 139:16, 150:23, 174:5, 174:17, 206:14, 236:25

**started** [8] - 12:16, 20:11, 85:14, 90:7, 169:9, 174:8, 216:24, 238:25

**starting** [2] - 48:9, 128:8

**starts** [2] - 48:22, 207:5

**State** [10] - 4:8, 4:10, 21:22, 22:7, 112:25, 163:23, 190:20, 194:12, 246:7

**STATE** [1] - 246:4

**state** [6] - 5:5, 13:21, 123:12, 193:17, 194:6, 213:21

**statement** [16] - 52:14, 52:16, 53:3, 53:5, 73:25, 74:4, 74:8, 74:11, 75:11, 77:5, 84:20, 112:21, 134:17, 231:17, 232:17,

237:6

**Statement** [1] - 3:12

**statements** [3] - 16:8, 80:10, 158:15

**states** [3] - 78:8, 122:24, 237:12

**States** [3] - 4:4, 112:24, 113:1

**STATES** [1] - 1:2

**stating** [1] - 37:10

**stats** [1] - 72:18

**stay** [7] - 156:25, 186:14, 192:1, 192:6, 211:5, 213:19, 213:22

**staying** [5] - 103:18, 166:9, 184:19, 192:14, 210:9

**stemmed** [1] - 25:2

**step** [3] - 71:13, 73:5, 168:7

**Stephanie** [7] - 4:6, 5:4, 162:20, 162:25, 246:6, 246:22

**stepped** [1] - 93:12

**steps** [3] - 93:19, 185:19, 205:8

**still** [16] - 20:17, 97:3, 143:20, 150:8, 154:7, 155:6, 157:2, 157:8, 164:21, 166:3, 176:22, 180:4, 193:24, 220:8, 222:12, 223:12

**stint** [4] - 165:8, 165:25, 166:1, 166:2

**stomach** [1] - 55:4

**stop** [5] - 141:17, 142:14, 151:4, 154:14, 155:12

**stopped** [30] - 90:8, 137:1, 138:9, 138:11, 138:23, 139:19, 139:21, 140:1, 140:2, 140:19, 140:21, 141:16, 142:12, 143:5, 143:14, 146:8, 148:12, 148:14, 151:3, 151:22, 154:12, 155:11, 156:8, 157:5, 157:17, 157:24, 210:11, 212:3, 214:3, 214:4

**story** [2] - 215:12, 215:17

**straight** [3] - 147:24, 177:19, 199:4

**strange** [2] - 238:9, 238:15

**street** [1] - 168:24

**streets** [1] - 171:17

**stretch** [1] - 179:17

**strictly** [1] - 169:17

**strings** [1] - 31:1

**strong** [1] - 37:12

**stronger** [1] - 169:2

**strongly** [1] - 207:18

**struck** [1] - 156:16

**Structure** [1] - 114:17

**structure** [1] - 101:20

**struggling** [5] - 131:3, 198:6, 221:17, 231:17, 232:21

**stuff** [19] - 16:19, 23:5, 23:8, 35:5, 70:4, 91:23, 92:5, 103:21, 128:18, 135:6, 149:8, 149:14, 150:7, 153:15, 168:13, 178:5, 200:16, 211:24, 226:17

**subject** [5] - 110:4, 116:3, 120:21, 123:3, 182:6

**Subject** [2] - 122:19, 126:4

**subjects** [1] - 200:7

**submit** [1] - 114:6

**subparagraph** [1] - 181:23

**substantial** [2] - 10:8, 10:13

**substantially** [1] - 172:23

**Subway** [1] - 209:3

**success** [1] - 36:15

**sudden** [2] - 213:11, 214:3

**sufficient** [1] - 125:4

**sufficiently** [1] - 76:25

**suggest** [1] - 97:6

**suggesting** [1] - 177:19

**suicidal** [1] - 24:8

**suicide** [1] - 82:20

**Suite** [2] - 2:4, 2:17

**summaries** [1] - 158:5

**Summary** [1] - 103:20

**summary** [3] - 59:12, 103:13, 238:8

**summation** [1] - 237:6

**summon** [2] - 72:1, 72:23

**supervised** [1] - 48:24

**supervision** [1] - 111:25

**supervisor** [7] - 65:1, 65:6, 65:9, 68:7, 112:18, 115:1, 197:23

**Supervisors** [1] - 118:17

**supervisors** [2] - 136:7, 136:12

**supplies** [1] - 123:4

**suppose** [1] - 163:22

**supposed** [5] - 94:15, 159:22, 176:15, 201:17, 225:22

**surprise** [2] - 19:6, 121:10

**surprised** [4] - 67:6, 111:17, 121:2, 220:14

**surprising** [2] - 111:19, 121:19

**surrounded** [1] - 129:15

**surveillance** [2] - 24:11, 60:10

**switch** [1] - 214:25

**switched** [1] - 215:6

**sworn** [2] - 5:16, 246:10

**symbols** [1] - 118:16

**symptoms** [1] - 185:18

**system** [6] - 94:16, 98:22, 99:23, 102:20, 104:1, 171:12

---

# T

**T-shirts** [1] - 120:20
**table** [2] - 9:18, 35:17
**tackle** [1] - 168:15
**talks** [3] - 38:10, 103:21, 227:23
**Tanner** [1] - 11:19
**Tanner's** [1] - 11:19
**Tara** [10] - 3:18, 163:6, 163:7, 237:1, 237:13, 237:17, 237:20, 238:5, 238:9
**task** [1] - 20:19
**teacher's** [1] - 164:6
**teaching** [3] - 177:2, 177:6, 177:12
**team** [2] - 13:11, 13:12
**tech** [1] - 93:23
**telephone** [1] - 53:15
**temporarily** [2] - 125:14, 209:17
**temporary** [4] - 33:4, 34:1, 203:3, 203:16
**ten** [4] - 34:25, 73:9, 135:14, 219:14
**tending** [1] - 66:9
**tenure** [9] - 12:4, 17:12, 43:15, 72:5, 72:22, 107:14, 107:17, 109:8, 167:18
**term** [2] - 169:16, 170:25
**terminate** [2] - 9:12, 17:13
**terminated** [4] - 17:10, 54:13, 201:1, 201:11
**terminating** [1] - 15:21
**termination** [1] - 9:20
**terminations** [1] - 17:9
**terms** [21] - 6:16, 18:7, 24:20, 36:14, 41:12, 43:15, 57:12, 68:4, 76:5, 82:13, 105:22, 105:24, 113:4, 114:2, 144:4, 166:20, 182:23, 188:17, 216:15, 221:22, 224:3
**test** [1] - 28:3
**testified** [18] - 5:16, 6:20, 19:1, 26:21, 121:12, 122:2, 124:6, 139:1, 140:23, 142:18, 188:24, 188:25, 192:4, 211:4, 214:11, 214:15, 236:19, 244:1
**testify** [1] - 246:10
**testimony** [3] - 30:17, 178:11, 243:23
**text** [1] - 29:4
**that'd** [1] - 241:13

**that'll** [1] - 41:6
**THE** [124] - 2:6, 2:12, 2:19, 4:18, 7:13, 7:23, 8:7, 8:23, 9:8, 10:18, 11:1, 13:24, 17:3, 17:5, 18:16, 19:11, 21:6, 27:7, 34:10, 34:18, 44:13, 49:17, 62:23, 66:12, 67:18, 67:24, 73:10, 73:12, 73:14, 73:15, 73:16, 73:20, 75:6, 76:10, 76:17, 76:21, 78:22, 79:5, 79:20, 81:12, 81:21, 84:2, 87:20, 87:25, 88:9, 96:13, 99:21, 100:13, 104:5, 105:20, 106:4, 106:21, 106:24, 107:3, 107:7, 121:8, 121:18, 122:5, 129:21, 130:17, 131:12, 131:18, 132:1, 133:4, 133:20, 134:3, 134:5, 134:8, 135:3, 135:16, 135:20, 138:2, 140:12, 141:8, 142:10, 143:3, 144:17, 144:22, 145:3, 145:16, 149:20, 150:15, 151:1, 151:11, 151:18, 153:25, 155:5, 157:2, 157:11, 158:21, 159:2, 161:22, 162:8, 162:12, 177:15, 179:10, 179:11, 179:12, 180:5, 185:22, 186:10, 186:22, 187:10, 189:5, 189:16, 189:17, 189:21, 192:11, 193:15, 195:25, 200:1, 200:12, 209:21, 211:14, 215:22, 220:14, 222:23, 230:2, 234:24, 236:1, 236:12, 244:7, 245:11, 245:13
**theft** [1] - 168:22
**thefts** [1] - 168:22
**themselves** [2] - 9:18, 70:25
**there'd** [1] - 161:22
**thereabouts** [1] - 75:18
**thereupon** [1] - 246:11
**they've** [9] - 122:6, 125:8, 149:6, 149:7, 167:8, 169:24, 185:23, 197:8, 221:13
**Thief** [1] - 164:3
**thin** [1] - 227:24
**thinking** [5] - 28:22, 42:1, 113:23, 124:16, 196:16
**third** [1] - 164:15
**three** [13] - 36:16, 49:7, 70:9, 71:3, 77:19, 142:1, 142:25, 151:6, 157:3, 166:14, 167:13, 232:15
**throughout** [3] - 86:13, 108:10, 167:18

**tight** [1] - 109:19
**tighten** [1] - 85:13
**timecards** [2] - 16:9, 212:23
**timeline** [8] - 59:13, 59:24, 60:2, 60:3, 61:8, 61:13, 62:1, 136:22
**timer** [3] - 99:2, 99:3, 99:4
**title** [9] - 42:8, 45:5, 103:3, 103:5, 123:23, 172:17, 207:24, 218:21, 237:9
**titled** [7] - 58:19, 110:3, 116:3, 120:8, 120:9, 126:17, 200:21
**titles** [4] - 218:18, 218:23, 219:21, 220:2
**Titus** [10] - 16:11, 111:22, 174:19, 174:23, 201:12, 201:13, 201:18, 208:21, 212:8, 214:24
**today** [18] - 24:19, 27:16, 28:4, 34:23, 45:15, 46:2, 75:20, 126:11, 169:8, 183:8, 212:7, 218:24, 219:19, 220:22, 226:18, 229:19, 230:5, 230:15
**together** [1] - 189:10
**tone** [1] - 196:5
**took** [27] - 8:7, 8:14, 9:11, 13:7, 14:7, 21:2, 21:18, 41:8, 42:9, 56:13, 60:4, 97:1, 107:11, 110:25, 135:24, 164:24, 165:10, 175:16, 215:11, 216:23, 218:18, 219:7, 220:2, 240:6, 240:24, 241:4
**tool** [2] - 94:8, 96:10
**tools** [1] - 99:4
**top** [22] - 28:24, 30:9, 30:21, 40:25, 68:25, 80:20, 105:17, 107:15, 108:20, 109:2, 113:22, 114:24, 115:13, 115:15, 147:2, 152:6, 160:25, 190:12, 204:20, 233:3, 237:5
**top-ranking** [1] - 204:20
**tops** [1] - 120:19
**tormenting** [1] - 152:17
**touch** [6] - 85:7, 149:20, 149:21, 149:23, 179:10, 214:11
**touched** [1] - 149:22
**touching** [8] - 54:6, 54:22, 55:12, 55:25, 56:5, 56:9, 219:15, 246:10
**tough** [6] - 7:6, 18:16, 66:13, 66:19, 78:6, 79:21
**tougher** [1] - 18:4
**toward** [7] - 6:5, 119:21, 126:24, 178:25, 216:1, 241:25, 242:3

**towards** [3] - 16:10, 214:1, 234:4
**town** [1] - 13:21
**Town** [1] - 213:20
**towns** [1] - 101:14
**toxicology** [1] - 74:25
**tracking** [1] - 31:19
**tragedy** [4] - 78:11, 79:12, 80:8, 81:25
**train** [1] - 66:22
**trained** [10] - 48:25, 66:5, 66:18, 67:14, 85:1, 89:10, 89:13, 185:24, 220:23, 221:9
**training** [15] - 30:8, 64:23, 65:15, 66:6, 85:16, 96:10, 96:21, 98:16, 144:10, 178:22, 212:16, 212:19, 220:25, 242:11
**trainings** [2] - 96:17, 97:15
**transcript** [2] - 245:5, 246:13
**TRANSCRIPT** [1] - 1:15
**transfer** [3] - 191:21, 211:6, 211:19
**transferred** [1] - 212:1
**transferring** [2] - 165:5, 210:9
**transition** [1] - 16:21
**transport** [5] - 70:24, 71:5, 71:11, 170:1, 205:3
**transported** [1] - 170:2
**trauma** [2] - 177:23, 227:4
**travel** [1] - 213:23
**treatment** [1] - 29:6
**tribal** [3] - 43:20, 194:10, 194:12
**tried** [3] - 72:23, 193:12, 241:21
**trip** [1] - 72:15
**Troll** [2] - 65:7, 153:8
**troops** [1] - 15:3
**trouble** [1] - 84:9
**true** [20] - 49:25, 55:3, 57:18, 75:18, 95:11, 99:15, 110:11, 115:2, 120:1, 123:7, 123:8, 126:4, 203:18, 203:19, 222:8, 222:9, 222:14, 225:12, 229:5, 246:13
**trust** [10] - 88:14, 88:16, 88:19, 88:21, 89:1, 89:2, 89:18, 89:22, 97:20, 187:11
**trusted** [3] - 97:20, 135:6, 188:2
**truth** [2] - 246:10, 246:10
**try** [9] - 7:4, 82:13, 97:16, 104:10, 150:5, 163:14, 168:15, 197:6, 216:19
**trying** [22] - 23:7, 62:19,

63:1, 64:7, 66:16, 71:22, 84:5, 101:14, 128:7, 132:6, 134:1, 134:2, 134:3, 152:5, 152:18, 192:5, 201:21, 209:17, 210:14, 214:11, 243:11, 243:18
**Tuesday** [2] - 101:22, 218:24
**turn** [6] - 99:7, 104:13, 121:21, 190:11, 209:5, 233:6
**turned** [1] - 99:6
**turnover** [3] - 14:11, 71:6, 161:8
**Turtle** [1] - 164:2
**TV** [3] - 120:23, 147:20, 147:24
**twenty** [1] - 48:24
**twenty-four-hour** [1] - 48:24
**twice** [2] - 31:17, 125:8
**two** [60] - 7:1, 13:5, 13:8, 18:3, 35:15, 36:16, 36:17, 41:25, 44:9, 46:16, 51:10, 52:7, 53:14, 53:15, 53:20, 55:2, 58:16, 61:12, 61:25, 62:2, 62:9, 65:22, 66:9, 67:15, 69:2, 75:17, 78:1, 96:7, 97:9, 97:25, 105:3, 108:1, 108:24, 124:18, 124:19, 124:21, 137:4, 137:16, 144:13, 147:6, 152:7, 154:4, 163:24, 164:10, 166:8, 166:13, 170:2, 170:25, 184:4, 208:5, 208:17, 213:17, 214:23, 215:13, 215:14, 218:18, 219:23, 232:12, 232:14
**two-man** [1] - 215:14
**two-page** [1] - 52:7
**two-year** [1] - 170:25
**type** [9] - 40:21, 53:5, 54:17, 56:18, 82:14, 98:25, 198:24, 216:17, 216:20
**typed** [2] - 52:15, 245:6
**types** [1] - 196:7
**typewritten** [1] - 246:12
**typical** [1] - 101:7
**typically** [2] - 146:25, 193:23
**typing** [2] - 53:7, 91:4
**typo** [2] - 45:3, 201:15

## U

**uff** [1] - 39:4
**ultimate** [2] - 46:20, 205:18
**ultimately** [6] - 9:13, 34:1, 119:16, 170:23, 222:16, 224:5
**umbrella** [3] - 16:6, 22:10,
218:21
**unable** [9] - 83:20, 83:24, 84:15, 91:24, 92:1, 141:2, 141:22, 142:5, 214:15
**unannounced** [2] - 201:3, 201:5
**unaware** [4] - 10:18, 32:11, 121:4, 121:9
**uncertain** [1] - 121:13
**uncommon** [4] - 42:14, 83:10, 147:22, 172:5
**unconscious** [1] - 226:25
**uncooperative** [2] - 143:22, 144:3
**under** [9] - 16:6, 42:15, 80:11, 112:9, 121:12, 218:22, 228:8, 228:10, 246:11
**understood** [8] - 16:15, 44:3, 69:12, 133:20, 157:4, 170:22, 185:15, 209:5
**undertook** [1] - 119:11
**underwear** [5] - 84:6, 135:10, 139:23, 140:4, 243:24
**underwear/clothes** [1] - 140:24
**unfair** [1] - 23:11
**unfold** [1] - 98:15
**unfortunate** [1] - 106:11
**unfortunately** [1] - 209:9
**Uniform** [1] - 120:10
**uniform** [2] - 93:1, 120:17
**union** [1] - 164:23
**unique** [3] - 13:19, 132:2, 194:6
**unit** [9] - 108:16, 146:24, 149:5, 152:2, 153:2, 154:16, 159:6, 162:18, 164:8
**Unit** [1] - 60:19
**UNITED** [1] - 1:2
**United** [3] - 4:4, 112:24, 113:1
**University** [1] - 163:23
**unless** [2] - 37:18, 87:2
**unlimited** [1] - 212:12
**unofficially** [1] - 14:2
**unresponsive** [1] - 50:17
**unusual** [1] - 147:18
**unwilling** [3] - 83:21, 83:25, 84:15
**up** [86] - 12:16, 13:22, 16:3, 30:9, 34:3, 34:10, 38:15, 39:6, 39:24, 57:13, 70:16, 72:6, 72:24, 73:6, 84:9, 84:16, 85:9, 85:13, 86:3, 88:2, 91:4, 94:12, 96:8, 109:2, 111:20, 111:25, 112:4, 113:9, 116:8, 116:9,
126:15, 128:21, 135:15, 138:6, 139:16, 142:16, 142:20, 143:8, 146:4, 147:18, 147:22, 147:23, 147:24, 148:16, 148:18, 149:7, 149:14, 150:20, 152:2, 152:18, 154:2, 154:15, 154:20, 156:18, 158:25, 163:9, 163:12, 163:19, 165:17, 166:15, 169:18, 170:6, 171:4, 171:5, 171:6, 171:16, 171:17, 172:19, 173:7, 174:3, 179:21, 194:2, 195:18, 199:14, 202:17, 202:18, 213:19, 214:4, 218:18, 222:17, 228:8, 241:12, 244:13, 244:15, 245:6
**up-to-date** [1] - 113:9
**upper** [1] - 108:24
**upset** [1] - 85:8
**upstairs** [2] - 61:9, 147:7
**use-of-force** [1] - 42:23
**utilize** [2] - 95:8, 211:16
**utilized** [1] - 215:2

## V

**vague** [2] - 18:15, 39:7
**vaguely** [2] - 21:9, 84:7
**valid** [1] - 153:17
**vandalism** [1] - 168:21
**various** [1] - 222:7
**ve** [1] - 56:12
**verbal** [1] - 162:2
**verbally** [1] - 160:15
**version** [2] - 118:25, 119:1
**versus** [5] - 4:21, 100:25, 101:25, 219:4
**veto** [1] - 244:23
**vetoed** [1] - 244:16
**vid** [1] - 61:6
**video** [85] - 6:16, 31:8, 32:5, 32:11, 37:15, 53:12, 53:19, 53:22, 53:23, 54:5, 54:24, 55:1, 55:10, 56:16, 57:17, 57:20, 58:3, 59:19, 59:20, 60:8, 60:11, 60:16, 60:18, 61:17, 62:8, 62:10, 62:16, 62:17, 64:20, 84:5, 84:9, 84:11, 86:3, 86:4, 86:6, 86:10, 89:6, 89:13, 108:9, 129:9, 129:19, 130:12, 131:7, 135:4, 135:9, 135:15, 136:18, 136:25, 138:10, 138:22, 139:18, 139:25, 140:7, 141:15, 141:16, 142:11, 142:12,
142:21, 143:4, 143:5, 143:10, 145:20, 146:7, 146:8, 148:11, 150:25, 151:3, 151:17, 151:22, 154:11, 154:12, 154:18, 154:25, 155:11, 155:22, 155:24, 157:1, 157:5, 157:17, 157:23, 157:24, 181:25, 182:3, 182:7, 188:23
**Video** [10] - 137:1, 138:11, 138:23, 139:19, 140:1, 140:19, 143:14, 148:12, 156:8, 157:10
**Videographer** [1] - 2:23
**VIDEOGRAPHER** [15] - 4:18, 73:14, 73:16, 73:20, 76:17, 76:21, 107:3, 107:7, 135:16, 135:20, 162:8, 162:12, 189:17, 189:21, 245:13
**videographer** [1] - 5:3
**videos** [9] - 31:11, 53:13, 57:19, 60:23, 60:24, 229:18, 229:24, 230:4, 230:10
**view** [6] - 28:16, 144:25, 145:3, 197:2, 205:10
**viewed** [2] - 131:6, 168:4
**viewing** [1] - 32:3
**viewings** [1] - 58:8
**violated** [1] - 24:16
**violation** [1] - 45:12
**violations** [1] - 206:9
**visible** [1] - 227:4
**visit** [11] - 25:17, 98:5, 198:10, 201:5, 233:3, 233:24, 234:13, 234:22, 235:1, 235:10, 235:15
**visiting** [3] - 51:20, 101:16, 191:7
**visits** [1] - 89:2
**voters** [1] - 170:23
**vs** [1] - 1:8

## W

**wait** [3] - 8:24, 96:8, 150:19
**waiting** [1] - 178:17
**waive** [2] - 245:8, 245:11
**waived** [1] - 246:14
**Waiver** [1] - 45:4
**waking** [1] - 85:9
**walk** [2] - 85:5, 85:7
**walked** [3] - 138:14, 139:11, 143:17
**walks** [3] - 139:9, 143:13, 170:20
**wall** [2] - 147:21, 149:8

**wants** [4] - 35:2, 83:4, 83:7, 124:17
**Ward** [1] - 29:22
**warm** [1] - 73:13
**warrants** [1] - 101:13
**watch** [27] - 26:18, 31:8, 31:23, 32:5, 38:22, 62:10, 84:13, 84:25, 86:6, 86:8, 86:10, 86:13, 89:13, 95:8, 95:17, 99:11, 108:12, 136:17, 136:23, 146:1, 146:3, 160:23, 185:20, 214:13, 218:12, 219:20, 224:18
**watched** [21] - 31:11, 31:14, 31:17, 31:22, 31:24, 31:25, 32:7, 37:15, 57:17, 57:22, 58:2, 59:19, 60:23, 62:16, 62:17, 64:20, 84:11, 89:6, 129:9, 130:12, 230:5
**watches** [4] - 186:5, 186:16, 187:6, 223:14
**watching** [9] - 14:2, 57:22, 61:3, 84:5, 135:4, 139:6, 150:17, 155:21, 219:14
**water** [1] - 225:1
**ways** [2] - 161:23, 178:5
**wealthy** [1] - 30:14
**wear** [5] - 92:17, 120:17, 121:5, 121:13, 172:5
**Wear** [1] - 120:10
**wearing** [2] - 137:13, 137:21
**Wednesday** [2] - 169:20, 218:25
**week** [1] - 14:18
**weekends** [2] - 164:18, 219:11
**weekly** [1] - 210:8
**weeks** [3] - 60:18, 75:17, 213:17
**weighed** [1] - 8:8
**welcome** [1] - 116:8
**well-being** [5] - 29:9, 117:20, 117:25, 118:9, 153:4
**Werlinger** [17] - 18:1, 18:7, 18:13, 23:1, 37:8, 58:18, 89:3, 182:12, 194:1, 194:23, 195:15, 196:17, 199:6, 199:12, 216:3, 236:20, 237:8
**Wesley** [1] - 62:12
**West** [4] - 1:19, 2:10, 4:9, 4:25
**what'd** [1] - 64:18
**whatever's** [1] - 94:16
**WHEREOF** [1] - 246:20
**white** [1] - 120:19
**Whitebody** [8] - 16:11, 17:10, 201:12, 201:18, 208:13, 212:8, 214:7, 218:2

**whoever's** [1] - 161:1
**whole** [11] - 9:25, 10:5, 23:17, 31:23, 45:8, 48:3, 62:11, 71:10, 108:10, 180:9, 218:11
**Wiederholt** [3] - 2:9, 4:9, 4:24
**wife** [1] - 170:20
**Wilkie** [3] - 21:8, 21:14, 25:4
**Wilkie's** [1] - 21:11
**Willard** [4] - 3:18, 163:6, 237:1, 238:9
**Willard's** [2] - 237:23, 238:14
**willing** [1] - 83:15
**willingness** [1] - 91:16
**win** [1] - 170:9
**window** [5] - 151:12, 152:16, 154:7, 155:15, 157:21
**windows** [1] - 150:8
**wiping** [1] - 137:9
**wires** [1] - 179:10
**witness** [4] - 4:2, 246:9, 246:11, 246:15
**WITNESS** [102] - 7:13, 7:23, 8:7, 8:23, 9:8, 10:18, 11:1, 13:24, 17:3, 18:16, 19:11, 21:6, 27:7, 34:10, 34:18, 44:13, 49:17, 62:23, 66:12, 67:18, 67:24, 73:10, 73:12, 73:15, 76:10, 78:22, 79:5, 79:20, 81:12, 81:21, 84:2, 87:20, 87:25, 88:9, 96:13, 99:21, 100:13, 104:5, 105:20, 106:4, 106:21, 106:24, 121:8, 121:18, 122:5, 129:21, 130:17, 131:12, 131:18, 132:1, 133:4, 133:20, 134:3, 134:5, 134:8, 135:3, 138:2, 140:12, 141:8, 142:10, 143:3, 144:17, 144:22, 145:3, 145:16, 150:15, 151:1, 151:11, 151:18, 153:25, 155:5, 157:2, 157:11, 158:21, 159:2, 161:22, 177:15, 179:10, 179:12, 185:22, 186:10, 186:22, 187:10, 189:5, 189:16, 192:11, 193:15, 195:25, 200:1, 200:12, 209:21, 211:14, 215:22, 220:14, 222:23, 230:2, 234:24, 236:1, 236:12, 244:7, 245:11, 246:20
**wondering** [9] - 22:4, 26:7, 26:9, 39:22, 80:20, 128:8, 130:4, 156:17, 196:3
**word** [16] - 20:24, 70:7, 74:2, 74:15, 85:18, 99:13,

138:18, 192:19, 192:21, 193:19, 193:25, 194:16, 196:2
**words** [9] - 26:12, 36:21, 64:13, 65:20, 77:22, 79:13, 82:1, 124:11, 127:22
**wore** [1] - 219:1
**workers** [3] - 34:22, 38:17, 40:8
**workload** [2] - 172:2, 172:13
**workplace** [1] - 189:2
**works** [3] - 105:16, 218:21, 243:7
**worn** [1] - 120:20
**worse** [2] - 131:18, 210:14
**worth** [1] - 16:19
**wound** [1] - 225:2
**write** [9] - 91:1, 91:2, 91:13, 102:20, 192:20, 196:11, 206:25, 207:6, 217:20
**writes** [1] - 217:20
**writing** [3] - 41:4, 41:6, 246:12
**written** [6] - 97:5, 114:6, 120:1, 182:20, 184:15, 231:16
**wrote** [9] - 52:15, 59:18, 75:15, 80:4, 82:5, 91:11, 93:5, 102:14, 207:4

**Y**

**year** [24] - 21:12, 21:19, 22:1, 22:4, 31:4, 31:6, 36:17, 39:5, 43:21, 87:17, 94:25, 125:8, 163:21, 164:3, 165:2, 165:12, 165:16, 166:14, 169:19, 170:25, 190:25, 204:21, 219:9
**yearly** [2] - 22:19, 115:11
**years** [19] - 11:14, 30:12, 34:25, 36:16, 40:24, 46:8, 84:11, 111:24, 122:13, 125:7, 160:1, 163:24, 164:5, 164:11, 164:12, 166:13, 166:15, 193:13, 199:7
**yes-or-no** [1] - 70:19
**yesterday** [5] - 19:1, 124:3, 170:2, 193:1, 236:19
**yourself** [12] - 59:5, 61:22, 63:17, 108:2, 183:3, 183:4, 184:14, 185:2, 204:12, 207:13, 216:20, 233:16

**Z**

**Zach** [1] - 186:4
**Zachmeier** [15] - 6:19, 31:13,

32:2, 46:11, 47:23, 50:24, 65:18, 85:21, 98:4, 130:24, 144:19, 145:6, 153:5, 158:6, 186:4
**Zachmeier's** [4] - 6:12, 48:8, 136:21, 158:9