# EXHIBIT EE

**Deposition Exhibit 13, RC0062**

# [PLACEHOLDER]