IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Civil No. 3:22-CV-00093-PDW-ARS

| | |
|---|---|
| Jessica Allen, individually and on behalf of the Heirs at Law of Lacey Higdem,<br><br>Plaintiff<br><br>v.<br><br>Myles Brunelle, in his individual capacity; April Azure, in her individual capacity; Rolette County; Roy Cordy, MD; and Presentation Medical Center,<br><br>Defendants. | **DEFENDANTS MYLES BRUNELLE, APRIL AZURE, AND ROLETTE COUNTY'S MOTION TO WITHDRAW MOTION IN LIMINE TO EXCLUDE SECURITY VIDEO** |

\*\*\*           \*\*\*           \*\*\*

Pursuant to Rule 7.1(B) of the Local Rules of the United States District Court for the District of North Dakota, the Court's inherent authority, and other applicable law and rule, Defendants Myles Brunelle, in his individual capacity, April Azure, in her individual capacity, and Rolette County (collectively "County Defendants") move to withdraw their motion in limine to exclude security video (Doc. 70), including the memorandum (Doc. 71), affidavits (Docs. 72, 73), and video exhibits (Docs. 74-2, 74-3, 74-4) filed in support of that motion, without prejudice.

This motion is based upon all of the files, records, and proceedings herein, including the memorandum submitted in support of this motion.

Dated this 21st day of January, 2025.

BAKKE GRINOLDS WIEDERHOLT

By: */s/ Grant T. Bakke*
 Randall J. Bakke (#03989)
 Shawn A. Grinolds (#05407)

- 1 -

                                      Grant T. Bakke (#09106)
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
rbakke@bgwattorneys.com
sgrinolds@bgwattorneys.com
gbakke@bgwattorneys.com

Attorneys for Defendants Myles Brunelle, in his individual capacity; April Azure, in her individual capacity; and Rolette County

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANTS MYLES BRUNELLE, APRIL AZURE, AND ROLETTE COUNTY'S MOTION TO WITHDRAW MOTION IN LIMINE TO EXCLUDE SECURITY VIDEO** was on the 21st day of January, 2025, was filed electronically with the Clerk of Court through ECF.

Andrew J. Noel
Marc E. Betinsky
Julie Moroney
Robins Kaplan LLP
800 LaSalle Avenue
Ste 2800
Minneapolis, MN 55402
anoel@robinskaplan.com
mbetinsky@robinskaplan.com
jmoroney@robinskaplan.com

Timothy Q. Purdon
Robins Kaplan LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58503
tpurdon@robinskaplan.com

Megan J. Flom
Randall S. Hanson
Camrud, Maddock, Olson & Larson, LTD
PO Box 5849
Grand Forks, ND 58206-5849
mflom@camrudlaw.com
rhanson@camrudlaw.com


By: */s/ Grant T. Bakke*
    GRANT T. BAKKE