IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Civil No. 3:22-CV-00093-PDW-ARS

Jessica Allen, individually and on behalf )
of the Heirs at Law of Lacey Higdem, )
)
)
)
Plaintiff, )
)
v. ) **AFFIDAVIT OF NATHAN A. GUSTAFSON**
)
)
Myles Brunelle, in his individual )
capacity; April Azure, in her individual )
capacity; Rolette County; Roy Cordy, )
MD; and Presentation Medical Center, )
)
Defendants.

\*\*\*        \*\*\*        \*\*\*

STATE OF NORTH DAKOTA )
) SS.
COUNTY OF ROLETTE )

Being duly sworn, Nathan A. Gustafson, testifies:

1. I have been the Sheriff of Rolette County, North Dakota, since 2019.

2. In approximately late June 2020, during the investigations into the death of Lacey Higdem at the Rolette County Law Enforcement Center ("RCLEC"), I became aware of one or more videos recorded by RCLEC's monitoring system which showed former correctional officers Myles Brunelle and April Azure having inappropriate physical contact with one another inside the premises of RCLEC.

3. I do not remember the exact date(s) or time(s) the video(s) were recorded, but none of the video(s) of Brunelle and Azure having inappropriate physical contact with one another are from the time Higdem was at RCLEC on June 3 and 4, 2020.

4.  The video(s) of Brunelle and Azure having inappropriate physical contact with one another were provided to the North Dakota Bureau of Criminal Investigation and the North Dakota Department of Corrections & Rehabilitation in approximately late June 2020.

Dated: December 16th, 2024.

_____
Nathan A. Gustafson

STATE OF NORTH DAKOTA   )
                        ) ss.
COUNTY OF ROLETTE       )

On this 16th day of December, 2024, before me personally appeared Nathan A. Gustafson, known to me to be the person described in the within and foregoing instrument, and acknowledged to me that he executed the same.

_____
Notary Public

CRYSTAL SCHEMMEL
Notary Public
STATE OF NORTH DAKOTA
My Comm. Expires December 21, 2025

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AFFIDAVIT OF NATHAN A. GUSTAFSON** was on the 16th day of December, 2024, was filed electronically with the Clerk of Court through ECF.

Andrew J. Noel
Marc E. Betinsky
Julie Moroney
Robins Kaplan LLP
800 LaSalle Avenue
Ste 2800
Minneapolis, MN 55402
anoel@robinskaplan.com
mbetinsky@robinskaplan.com
jmoroney@robinskaplan.com

Timothy Q. Purdon
Robins Kaplan LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58503
tpurdon@robinskaplan.com

Megan J. Flom
Randall S. Hanson
Camrud, Maddock, Olson & Larson, LTD
PO Box 5849
Grand Forks, ND 58206-5849
mflom@camrudlaw.com
rhanson@camrudlaw.com

By: _/s/ Grant T. Bakke_
GRANT T. BAKKE