# EXHIBIT 42 (A-G)

Video file 2199

Ex. 42-A    5:48-6:07

Ex. 42-B    8:35-8:44

Ex. 42-C    52:00-52:30

Ex. 42-D    46:00-46:30

Ex. 42-E    5:03-5:25

Ex. 42-F    47:55-48:24

Ex. 42-G    53:15-54:12

*being filed conventionally on USB drive*

# [PLACEHOLDER]