# EXHIBIT 44

Video file 2202

*being filed conventionally on USB drive*

# [PLACEHOLDER]