

# Rolette County Sheriff's Office
## Sheriff Nathan A. Gustafson

P.O. Box 447  Rolla, ND 58367
Phone No. 701-477-5623   Fax No. 701-477-3484

Statement:

Today, June 19, 2020 I was served with an order from the North Dakota Department of Corrections. The Order requires the closure of our jail as of June 22, 2020. The primary basis for the order was for failure to follow procedures. The order recognizes the death on June 4, 2020

There is an overwhelming drug problem in our community. That problem is the chief cause of this tragedy. I am committed to re-training current staff and acquiring additional staff to assist with combating this problem.

This is a serious matter and I am taking this order to heart. There is room for improvement and I will be making every effort to make those improvements. I will be seeking Department of Corrections assistance in making the improvements. I am grateful for the support I have received so far from my staff and from other county officials.

EXHIBIT 54



Gustafson 4/12/24
DEPOSITION EXHIBIT
90

DOCR-001928