# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jessica Allen, individually and on behalf of the heirs at Law of Lacey Higdem,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Myles Brunelle, in his individual capacity; April Azure, in her individual capacity; Rolette County; Roy Cordy, MD; and Presentation Medical Center,<br><br>　　　　　　　　　　Defendants. | Civil No. 3:22-CV-93 (PDW/ARS)<br><br>**PLAINTIFF'S MOTION FOR ORAL ARGUMENT** |

Pursuant to Local Rule 7.1(E), Plaintiff Jessica Allen, individually and on behalf of the heirs at law of Lacey Higdem, respectfully requests the Court schedule an oral argument on the Motion for Summary Judgment filed by April Azure, Myles Brunelle, and Rolette County. Dkt. 75. Plaintiff's motion is based upon the accompanying memorandum and all the files, records and proceedings herein.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 11, 2025　　　　　　　　　　**ROBINS KAPLAN LLP**

　　　　　　　　　　　　　　　　　　　　　　*s/Andrew J. Noel*
　　　　　　　　　　　　　　　　　　　　　　Andrew J. Noel (#322118)
　　　　　　　　　　　　　　　　　　　　　　Marc E. Betinsky (#0388414)
　　　　　　　　　　　　　　　　　　　　　　Julie C. Moroney (#0504300)
　　　　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue, Suite 2800
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　　Telephone:   612.349.8500
　　　　　　　　　　　　　　　　　　　　　　ANoel@RobinsKaplan.com
　　　　　　　　　　　　　　　　　　　　　　MBetinsky@RobinsKaplan.com
　　　　　　　　　　　　　　　　　　　　　　JMoroney@RobinsKaplan.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

95854435.1