UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jessica Allen, individually and on behalf of the heirs at Law of Lacey Higdem,<br><br>              Plaintiff,<br><br>vs.<br><br>Myles Brunelle, in his individual capacity; April Azure, in her individual capacity; Rolette County; Roy Cordy, MD; and Presentation Medical Center,<br><br>              Defendants. | Civil No. 3:22-CV-93 (PDW/ARS)<br><br>**PLAINTIFF'S MOTION TO UNSEAL DOCUMENTS** |

Plaintiff Jessica Allen, individually and on behalf of the heirs at law of Lacey Higdem, hereby moves the Court to unseal the following documents pursuant to Federal Rule of Civil Procedure 26(c) and the Scheduling Order, *see* Dkt. 32.

1. A true and correct copy of video file **1797**, *see* Exhibit 27 to the Declaration of Andrew J. Noel, Dkt. 111-27;

2. A true and correct copy of video file **2117**, *see* Exhibit 28 to the Declaration of Andrew J. Noel, Dkt. 111-28;

3. A true and correct copy of video file **1621**, *see* Exhibit 29 to the Declaration of Andrew J. Noel, Dkt. 111-29;

4. A true and correct copy of video file **2206**, *see* Exhibit 30 to the Declaration of Andrew J. Noel, Dkt. 111-30;

5. A true and correct copy of video file **2168**, *see* Exhibit 31 to the Declaration of Andrew J. Noel, Dkt. 111-31;

6. A true and correct copy of video file **2196** and accompanying clips, *see* Exhibit 32 to the Declaration of Andrew J. Noel, Dkt. 111-32;

7. A true and correct copy of video file **1857**, *see* Exhibit 33 to the Declaration of Andrew J. Noel, Dkt. 111-33;

8. A true and correct copy of video file **2233** and accompanying clip, *see* Exhibit 34 to the Declaration of Andrew J. Noel, Dkt. 111-34;

9. A true and correct copy of video file **1187**, *see* Exhibit 35 to the Declaration of Andrew J. Noel, Dkt. 111-35;

10. A true and correct copy of video file **2212** and accompanying clips, *see* Exhibit 36 to the Declaration of Andrew J. Noel, Dkt. 111-36;

11. A true and correct copy of video file **2258**, *see* Exhibit 37 to the Declaration of Andrew J. Noel, Dkt. 111-37;

12. A true and correct copy of video file **2216** and accompanying clips, *see* Exhibit 38 to the Declaration of Andrew J. Noel, Dkt. 111-38;

13. A true and correct copy of video file **2215**, *see* Exhibit 39 to the Declaration of Andrew J. Noel, Dkt. 111-39;

14. A true and correct copy of video file **2154** and accompanying clips, *see* Exhibit 40 to the Declaration of Andrew J. Noel, Dkt. 111-40;

15. A true and correct copy of video file **2048** and accompanying clip, *see* Exhibit 41 to the Declaration of Andrew J. Noel, Dkt. 111-41;

16. A true and correct copy of video file **2199** and accompanying clips, *see* Exhibit 42 to the Declaration of Andrew J. Noel, Dkt. 111-42;

17. A true and correct copy of video file **2188** and accompanying clip, *see* Exhibit 43 to the Declaration of Andrew J. Noel, Dkt. 111-43;

18. A true and correct copy of video file **2202**, *see* Exhibit 44 to the Declaration of Andrew J. Noel, Dkt. 111-44;

19. A true and correct copy of video file **2176**, *see* Exhibit 45 to the Declaration of Andrew J. Noel, Dkt. 111-45;

20. A true and correct copy of video file **1687**, *see* Exhibit 46 to the Declaration of Andrew J. Noel, Dkt. 111-46;

21. A true and correct copy of video file **1976**, *see* Exhibit 47 to the Declaration of Andrew J. Noel, Dkt. 111-47; and

22. A true and correct copy of video file **2282**, *see* Exhibit 48 to the Declaration of Andrew J. Noel, Dkt. 111-48.

Plaintiff's motion is based upon the accompanying Memorandum of Law and all the files, records and proceedings herein.

Respectfully submitted,

Dated: February 11, 2025         **ROBINS KAPLAN LLP**

*s/Andrew J. Noel*
Andrew J. Noel (#322118)
Marc E. Betinsky (#0388414)
Julie C. Moroney (#0504300)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:   612.349.8500

3

95839660.1

ANoel@RobinsKaplan.com
MBetinsky@RobinsKaplan.com
JMoroney@RobinsKaplan.com

Timothy Q. Purdon (#05392)
1207 West Divide Avenue, Suite 200
Bismarck, ND 58503
TPurdon@robinskaplan.com
Telephone:     701.255.3000

*Attorneys For Plaintiff*