# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Jessica Allen, individually and on behalf of the Heirs at Law of Lacey Higdem, | ) ) Case No:   3:22-cv-00093-ARS ) |
| Plaintiff, | ) ) |
| vs. | ) **DEFENDANT'S JOINDER IN** ) **MOTION TO REQUEST ORAL** |
| Myles Brunelle, in his individual capacity; April Azure, in her individual capacity; Rolette County; Roy Cordy, MD; and Presentation Medical Center, | ) **ARGUMENT** ) ) ) ) |
| Defendants. | ) |

Pursuant to Local Rule 7.1(E), Defendants Roy Cordy, M.D., and Presentation Medical Center respectfully request the Court schedule an oral argument on the Motion for Summary Judgment filed by April Azure, Myles Brunelle, and Rolette County. (Docket 75) These Defendant's Motion to Join Request for Oral Argument is based upon the accompanying memorandum and all the files, records, and proceedings herein.

Dated this 17th of February, 2025

/s/ Randall Hanson
RANDALL S. HANSON, ND ID# 04876
MEGAN J. FLOM, ND ID# 08100
For:   Camrud, Maddock, Olson, & Larson, Ltd.
401 DeMers Avenue, Suite 500
Grand Forks, ND  58201
Telephone:    (701) 775-5595
Facsimile:     (701) 772-3743
E-mail: rhanson@camrudlaw.com
            mflom@camrudlaw.com
***Attorneys for Defendants Roy Cordy, M.D. and Presentation Medical Center***
