**EXHIBIT B**

**From:** Grant Bakke <gbakke@bgwattorneys.com>
**Sent:** Tuesday, March 18, 2025 4:35 PM
**To:** Noel, Andrew J. <ANoel@RobinsKaplan.com>
**Subject:** [EXTERNAL] Allen v. Rolette County, et al.

Andy,

In response to your question during our phone call earlier this afternoon, I have confirmed with my clients that should your client accept the Rule 68 offer of judgment served today, the entire settlement amount would be provided by NDIRF.

If you have any other questions please do not hesitate to contact me.

**Grant Bakke**
Attorney



300 West Century Avenue
Bismarck, ND  58503
Phone:  (701) 751-8188
Fax:  (701) 751-7172
gbakke@bgwattorneys.com

*** CONFIDENTIALITY NOTE ***
This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq., is confidential, and/or is legally privileged. It is intended for use only by the person to whom it is directed. If you are not the intended recipient and/or received it in error, you should (1) reply by e-mail to the sender; (2) delete this e-mail, including deletion of all associated text files from all storage locations including individual and network storage devices; and (3) refrain from disseminating or copying this communication. Thank you.