IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Jessica Allen, individually and on behalf
of the Heirs at Law of Lacey Higdem,

**DESCRIPTION OF DOCUMENT FILED CONVENTIONALLY**

v.

Case No.:   3:22-cv-93

Myles Brunelle, et al.

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

USB drive containing video exhibits as listed on the attached page

This filing was not e-filed for the following reason(s):

☑ Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

☐ Other:

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011


Exhibit 20 - video BCI interview of D. Gladeau

Exhibit 20A

Exhibit 20B

Exhibit 24 - video 1 Cell Hallway

Exhibit 24A

Exhibit 25A

Exhibit 27 - Video File 1797

Exhibit 28 - Video File 2117

Exhibit 29 - Video File 1621

Exhibit 30 - Video File 2206

Exhibit 31 - Video File 2168

Exhibit 32 - Video File 2196

Exhibit 32A

Exhibit 32B

Exhibit 32C

Exhibit 32D

Exhibit 32E

Exhibit 32F

Exhibit 32G

Exhibit 33 - Video File 1857

Exhibit 34 - Video File 2233

Exhibit 34A

Exhibit 35 - Video File 1187

Exhibit 36 - Video File 2212

Exhibit 36A

Exhibit 36B

Exhibit 36C

Exhibit 36D

Exhibit 37- Video File 2258

Exhibit 38 - Video File2216

Exhibit 38A

Exhibit 38B

Exhibit 38C

Exhibit 38D

Exhibit 38E

Exhibit 38F

Exhibit 38G

Exhibit 38H

Exhibit 38I

Exhibit 38J

Exhibit 39 - Video File 2215

Exhibit 40 - Video File 2154

Exhibit 40A

Exhibit 40B

Exhibit 40C

Exhibit 41 - Video File 2048

Exhibit 41A

Exhibit 42 - Video File 2199

Exhibit 42A

Exhibit 42B

Exhibit 42C

Exhibit 42D

Exhibit 42E

Exhibit 42F

Exhibit 42G

Exhibit 43 - Video File 2188

Exhibit 43A

Exhibit 44 - Video File 2202

Exhibit 45 - Video File 2176

Exhibit 46 - Video File 1687

Exhibit 47 - Video File 1976

Exhibit 48 - Video File 2282

Exhibit 49 - Video depicting cell

Exhibit 49A

Exhibit 49B

Exhibit 49C

Exhibit 50 - Video BCI Azure interview

Exhibit 50A

Exhibit 50B

Exhibit 51 - Video BCI Mayer Interview

Exhibit 51A

Exhibit 51B

Exhibit 52 - Video BCI Brunelle Interview

Exhibit 52A

Exhibit 62 - Myers BCI Interview

Exhibit 62A

Exhibit 62B

Exhibit 67A

Exhibit 67B

Exhibit 67C

Exhibit 68 - Placeholder - Cell Video 6pm

Exhibit 68A

Exhibit 68B

Exhibit 69A

Exhibit 69B

Exhibit 69C

Exhibit 69C *(listed twice)*

Exhibit 69D

Exhibit 69F

Exhibit 69G

Exhibit 70 - Video depicting Lacey's Cell-RC0061

Exhibit 70A