# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Jessica Allen, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Myles Brunelle, et al., ) <br> ) <br> Defendants. ) | **ORDER FOR JUDGMENT** <br><br> Case No. 3:22-cv-93 |

Plaintiff Jessica Allen filed an acceptance of Defendant's Rule 68 Offer of Judgment. Doc. 138. The Clerk is directed to enter judgment consistent with the terms contained in the Rule 68 Offer.

**IT IS SO ORDERED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 21st day of April, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court