Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Jessica Allen, et al.,

Plaintiffs,

vs.

Myles Brunelle, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   3:22-cv-93

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order for Judgment dated April 21, 2025, (Doc. 142), and in accordance with the Rule 68 Acceptance of the Offer of Settlement, (Doc. 138), Plaintiff Jessica Allen, individually and on behalf of the heirs at law of Lacey Higdem, by and through her undersigned counsel, hereby accepts and provides notice that she has accepted the County Defendants' Rule 68 Offer of Judgment dated March 18, 2025, with the included clarification regarding payment of the resultant judgment.

Date: April 21, 2025

KARI M. KNUDSON, CLERK OF COURT

by: /s/ Pamela Bloomquist, Deputy Clerk