IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Civil No. 3:22-CV-00093-PDW-ARS

| | |
|---|---|
| Jessica Allen, individually and on behalf of the Heirs at Law of Lacey Higdem, <br><br> Plaintiff, <br><br> v. <br><br> Myles Brunelle, in his individual capacity; April Azure, in her individual capacity; Rolette County; Roy Cordy, MD; and Presentation Medical Center, <br><br> Defendants. | **SATISFACTION OF JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*

Jessica Allen, individually and on behalf of the Heirs at Law of Lacey Higdem ("Plaintiff"), hereby certifies by and through her counsel of record that the judgment entered and docketed in the above-named Court in the above-titled action in favor of Plaintiff and against Defendants Myles Brunelle, in his individual capacity, April Azure, in her individual capacity, and Rolette County (collectively "County Defendants") dated April 21, 2025, for the sum of $2,000,000.00 has been paid and satisfied in full, and that the Clerk of the above-named Court is hereby authorized to discharge said judgment of record.

Pursuant to 28 U.S.C. § 1746, I, Jessica Allen, swear under the penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2025

_/s/ Jessica Allen_
Jessica Allen, individually and on behalf of the Heirs at Law of Lacey Higdem

Dated: June 1, 2025

**ROBINS KAPLAN LLP**

/s/ _____
Andrew J. Noel (#322118)
Marc E. Betinsky (#0388414)
Julie C. Moroney (#0504300)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
ANoel@RobinsKaplan.com
MBetinsky@RobinsKaplan.com
JMoroney@RobinsKaplan.com

-and-

Timothy Q. Purdon (#05392)
1207 West Divide Avenue, Suite 200
Bismarck, ND 58503
TPurdon@robinskaplan.com
Telephone: (701) 255-3000

*Attorneys for Plaintiff*